Robert J. Carlson, Lead Counsel (*pro hac vice*)
Email: bob@leehayes.com
Rhett Vance Barney (*pro hac vice*)
Email: rhettb@leehayes.com
Robert Anthony Madayag, III, GA Bar No. 123699
Email: robm@leehayes.com
Andrew G. Strickland, GA Bar No. 335298
Email: andrew.strickland@leeyhayes.com
Ryan P. Gentes, GA Bar No. 421695
Email: ryan.gentes@leehayes.com
LEE & HAYES, P.C.
1175 Peachtree Street, NE
100 Colony Square, Suite 2000
Atlanta, Georgia 30361
Telephone: (404) 815-1900

*Attorneys for Defendant*
  *KaiJet Technology International Limited, Inc*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>            Defendants. | Case No. 1:18-cv-05385-MLB<br><br>**ANDREW G. STRICKLAND'S MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD** |

Pursuant to N.D. Ga. L.R. 83.1(E), Andrew G. Strickland, of Lee & Hayes, P.C., hereby files this motion to withdraw as co-counsel of record in the above-referenced matter. Robert Anthony Madayag, III, Ryan Gentes, Robert J. Carlson, and Rhett V. Barney, of Lee & Hayes, P.C., will remain as co-counsel of record in the case.

DATED this 22nd day of February, 2019.

<div style="margin-left: 50%">

/s/ Andrew G. Strickland
Andrew G. Strickland, GA Bar No. 335298
Email: Andrew.Strickland@leehayes.com
Ryan P. Gentes
GA Bar No. 421695
Email: Ryan.Gentes@leehayes.com
*Attorneys for Defendant Kaijet Technology International Limited, Inc.*
Lee & Hayes, P.C.
1175 Peachtree Street NE
100 Colony Square, Suite 2000
Atlanta, GA 30361
Phone: (404) 736-1925

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2019, I caused to be filed the Motion to Withdraw of Andrew G. Strickland with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Ali A. Aalaei

Alexander Chen

Benjamin Martin

Steven G. Hill

Martha L. Decker

                                                  */s/ Andrew G. Strickland*
                                                  Andrew G. Strickland
                                                  GA Bar No. 335298
                                                  *Attorneys for Kaijet Technology International Limited, Inc.*

Lee & Hayes, P.C.
1175 Peachtree Street NE
100 Colony Square, Suite 2000
Atlanta, GA 30361
Phone: (404) 736-1925
Fax: (404) 815-1700
Email: andrew.strickland@leehayes.com