UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>    Defendants. | Case No. 1:18-cv-05385-MLB<br><br>**<u>Jury Trial Demanded</u>** |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant KaiJet Technology Internation Limited, Inc. ("KaiJet") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

| Defendant | Parent Corporation or any publicly held corporation owning 10% or more of its stock |
|---|---|
| Kaijet Technology International Limited, Inc. | KaiJet is not publicly held, does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. |
| Does 1-100 | Plaintiff has not identified any Doe defendants, and KaiJet has no information from which it is able to answer. |

**Plaintiff:**

| | |
|---|---|
| Sanho Corporation | This information is unknown to KaiJet. |

2.      The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known to KaiJet.

3.      The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

| | |
|---|---|
| Defendant KaiJet: | Robert J. Carlson, Lee & Hayes, P.C.<br>Robert A. Madayag, III, Lee & Hayes, P.C.<br>Ryan P. Gentes, Lee & Hayes, P.C.<br>Rhett V. Barney, Lee & Hayes, P.C. |

Plaintiff Sanho:	Ali A. Aalaei, Ari Law, P.S.
Alexander Chen, Ari Law, P.S.
Benjamin Martin, Ari Law, P.S.
Steven G. Hill, Hill, Kertscher & Wharton, LLP
Martha L. Decker, Kertscher & Wharton, LLP

Respectfully submitted this 2nd day of October, 2019.

s/ Robert J. Carlson
Robert J. Carlson
WSBA Number 18455
*Admitted Pro Hac Vice*
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: bob@leehayes.com

s/ Robert A. Madayag, III
Robert A. Madayag, III
GA Bar No. 123699
Ryan P. Gentes
GA Bar No. 421695
LEE & HAYES, P.C.
1175 Peachtree Street NE
100 Colony Square, Suite 2000
Atlanta, GA 30361
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com
Email: robm@leehayes.com

Rhett V. Barney
WSBA Number 44764
*Admitted Pro Hac Vice*
LEE & HAYES, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Email: rhettB@leehayes.com

Attorneys for Defendant Kaijet Technology International Limited, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2019, I caused to be filed the CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- Ali A. Aalaei
- Alexander Chen
- Benjamin Martin
- Steven G. Hill
- Martha L. Decker

s/ Robert J. Carlson
Robert J. Carlson
WSBA Number 18455
*Admitted Pro Hac Vice*

*Attorneys for Kaijet Technology International Limited, Inc.*

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: bob@leehayes.com