# Exhibit A

US00D813875S

# (12) United States Design Patent
## Liao

(10) Patent No.: **US D813,875 S**
(45) Date of Patent: ✶✶ **Mar. 27, 2018**

(54) **MULTI-FUNCTION DOCKING STATION**

(71) Applicant: **Zhuowen Liao**, Shenzhen (CN)

(72) Inventor: **Zhuowen Liao**, Shenzhen (CN)

(73) Assignee: **GOPOD GROUP LTD.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/590,634**

(22) Filed: **Jan. 12, 2017**

(30) Foreign Application Priority Data

Dec. 13, 2016 (CN) .......................... 2016 3 0613236

(51) **LOC (11) Cl.** .............................................. **14-02**
(52) **U.S. Cl.**
USPC ..................... **D14/434**; D14/357; D13/133
(58) Field of Classification Search
USPC ....... D14/434, 440, 447, 251–253, 432, 451,
D14/452, 454, 140, 142, 149, 217, 240,
D14/299, 496, 356, 358, 171, 357, 433;
D13/103, 107, 108, 118, 119, 184, 110,
D13/123, 133, 134, 182
CPC .... G06F 1/1632; G06F 1/1635; G06F 1/1637;
G06F 13/00; G06F 13/387; G06F 3/05;
H01M 10/44; F16M 11/00; H02J 7/0042;
H02J 7/00; H02J 7/0027; H02J 7/0044;
H02J 7/0045; H02J 7/355; H01R 31/065;
H03M 1/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D361,987 S | * | 9/1995 | Yamazaki | ..................... | D14/434 |
| D369,149 S | * | 4/1996 | Chang | ..................... | D14/357 |
| D405,064 S | * | 2/1999 | Iino | ..................... | D14/434 |
| D430,882 S | * | 9/2000 | Tsai | ..................... | D14/434 |
| 6,321,340 B1 | * | 11/2001 | Shin | ..................... | G06F 1/1632 |
| | | | | | 439/131 |
| D464,972 S | * | 10/2002 | Carrasco, Jr. | ..................... | D14/433 |
| D522,531 S | * | 6/2006 | Solomon | ..................... | D14/496 |
| D635,978 S | * | 4/2011 | Chen | ..................... | D14/434 |
| D659,094 S | * | 5/2012 | Brand | ..................... | D13/108 |
| D661,249 S | * | 6/2012 | Smith | ..................... | D13/110 |
| 8,512,079 B2 | * | 8/2013 | Vroom | ..................... | H01R 13/512 |
| | | | | | 361/679.45 |
| D689,858 S | * | 9/2013 | Lo | ..................... | D14/357 |
| D692,024 S | * | 10/2013 | Seong | ..................... | D14/496 |
| D715,797 S | * | 10/2014 | Hiraga | ..................... | D14/356 |
| D720,691 S | * | 1/2015 | Lo | ..................... | D14/357 |
| D728,467 S | * | 5/2015 | Hasbrook | ..................... | D13/103 |
| D733,043 S | * | 6/2015 | Hasbrook | ..................... | D13/103 |

(Continued)

OTHER PUBLICATIONS

Converters. (Design—© Questel). orbit.com.[online PDF] 34 pgs. Print Dates range Jun. 24, 2015 through Oct. 20, 2017. [Retrieved on Nov. 22, 2017] https://sobjprd.questel.fr/export/QPTUJ214/pdf2/6a61094c-1d4d-422a-8b59-893fda30a0db-170710.pdf.*

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Marie D. Fast Horse
(74) *Attorney, Agent, or Firm* — Roger H. Chu

(57) **CLAIM**

The ornamental design for a multi-function docking station, as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of a multi-function docking station showing my design;
FIG. **2** is a rear view thereof;
FIG. **3** is a bottom view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a top, front, left side perspective view thereof; and,
FIG. **8** is a top, rear, right side perspective view thereof.

**1 Claim, 8 Drawing Sheets**




(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D750,083 S | * | 2/2016 | Chow | D14/434 |
| D767,486 S | * | 9/2016 | Yu | D13/103 |
| D782,476 S | * | 3/2017 | Yamazaki | D14/240 |
| D788,112 S | * | 5/2017 | Liao | D14/433 |
| D798,301 S | * | 9/2017 | Kujawski | D14/433 |
| D798,811 S | * | 10/2017 | Liao | D13/110 |
| D800,730 S | * | 10/2017 | Liao | D14/433 |

* cited by examiner

**U.S. Patent**    Mar. 27, 2018    Sheet 1 of 8    US D813,875 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

**U.S. Patent**     Mar. 27, 2018     **Sheet 6 of 8**     US D813,875 S



FIG. 6



FIG. 7



FIG. 8