# Exhibit C



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 29 04:51:02 EST 2019

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# Hyperdrive

| | |
|---|---|
| **Word Mark** | HYPERDRIVE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Components for personal computers, tablet computers, MP3 players, cell phones and smart phones, namely, electrical power cords, power adapters, and batteries; styluses and covers for tablet computers. FIRST USE: 20120801. FIRST USE IN COMMERCE: 20120801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87568782 |
| **Filing Date** | August 15, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 23, 2018 |
| **Registration Number** | 5442707 |
| **Registration Date** | April 10, 2018 |
| **Owner** | (REGISTRANT) Sanho Corporation CORPORATION DELAWARE 47456 Fremont Boulevard Fremont CALIFORNIA 94538 |
| **Attorney of Record** | Alexander Chen |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| **Live/Dead Indicator** | LIVE |
|---|---|

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY