# Exhibit D




Case 1:18-cv-05385-SDG   Document 89-4   Filed 11/14/19   Page 3 of 3




