# Exhibit E

US00D855616S

## (12) United States Design Patent
### Chin

(10) Patent No.: **US D855,616 S**
(45) Date of Patent: ** *Aug. 6, 2019

(54) **THUNDERBOLT 3.0 USB-C CONNECTOR**

(71) Applicant: **Kien Hoe Daniel Chin**, Fremont, CA (US)

(72) Inventor: **Kien Hoe Daniel Chin**, Fremont, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/585,509**

(22) Filed: **Nov. 24, 2016**

(51) **LOC (12) Cl.** .............................................. **14-02**
(52) **U.S. Cl.**
    USPC .......................................................... **D14/433**
(58) **Field of Classification Search**
    USPC .................................. D14/432, 433, 358
    CPC ................................................... H01M 10/44
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D560,165 S | * | 1/2008 | Matityahu | D13/133 |
| D591,270 S | * | 4/2009 | Jakobson | D14/217 |
| D664,146 S | * | 7/2012 | Hoehn | D14/433 |
| D693,768 S | * | 11/2013 | Alesi | D13/110 |
| D705,189 S | * | 5/2014 | Chovin | D14/159 |
| D711,884 S | * | 8/2014 | Turksu | D14/433 |
| D740,291 S | * | 10/2015 | Turksu | D14/433 |
| D751,527 S | * | 3/2016 | Hinokio | D14/204 |
| D776,659 S | * | 1/2017 | Hou | D14/433 |
| D793,397 S | * | 8/2017 | Eliyahu | D14/433 |
| D794,028 S | * | 8/2017 | Lin | D14/433 |
| D797,747 S | * | 9/2017 | Xu | D14/433 |
| D800,730 S | * | 10/2017 | Liao | D14/433 |
| D813,875 S | * | 3/2018 | Liao | D14/434 |
| D815,639 S | * | 4/2018 | Lau | D14/433 |
| D820,264 S | * | 6/2018 | Lai | D14/433 |
| D828,354 S | * | 9/2018 | Chuang | D14/433 |
| D828,840 S | * | 9/2018 | Zhang | D14/433 |
| D828,841 S | * | 9/2018 | Zhang | D14/433 |
| D830,366 S | * | 10/2018 | Turksu | D14/433 |
| D832,260 S | * | 10/2018 | Hutton | D14/433 |

* cited by examiner

*Primary Examiner* — Cynthia R Underwood
(74) *Attorney, Agent, or Firm* — Alexander Chen, Esq.; Agnew International Patent & Trademark Law Firm

(57) **CLAIM**

The ornamental design for thunderbolt 3.0 USB-C connector, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a thunderbolt 3.0 USB-C connector;
FIG. **2** is a front view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is a back side view thereof;
FIG. **5** is a side view thereof;
FIG. **6** is a side view thereof; and,
FIG. **7** is a side view thereof.
The broken lines are included to show environmental structure and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

