AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-5385-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KAIJET TECHNOLOGY INTERNATIONAL CORP, INC.**
was received by me on *(date)* **12/17/2019**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **JARED SCHWARTZ - HR MANAGER**, who is designated by law to accept service of process on behalf of *(name of organization)* **KAIJET TECHNOLOGY INTL CORPORATION, INC c/o JESSICA LIU OR STEVEN LYU** on *(date)* **12/18/2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12-20-19**

Server's signature

**DUANE DAY - PROCESS SERVER**
*Printed name and title*

MLQ an ABC LEGAL COMPANY
2000 RIVEREDGE PKWY
ATLANTA, GA 30328
*Server's address*

Additional information regarding attempted service, etc:



*681703*