AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-5385-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Steven Lyu</u> was received by me on *(date)* <u>January 6, 2020</u>.

[X] I personally served the summons on the individual at *(place)* <u>3150 Paradise Rd, Las Vegas, NV 89109</u> on *(date)* <u>Tue, Jan 07 2020</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$312.65</u>.

I declare under penalty of perjury that this information is true.

Date: 01/13/2020

*Server's signature*

Adam Schwartz R-088182

*Printed name and title*

9811 W. Charleston Blvd 2-732, Las Vegas, NV 89117

*Server's address*

[Notary stamp: SAMANTHA SNYDER, Notary Public, State of Nevada, Appointment No. 17-1460-1, My Appt. Expires Feb 7, 2021]

State of Nevada
County of Clark

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 7, 2020, 3:08 pm PST at 3150 Paradise Rd, Las Vegas, NV 89109 received by Steven Lyu. Age: 56; Ethnicity: Asian American; Gender: Male; Weight: 240; Height: 5'10"; Hair: Black; Eyes: Brown;
First identified defendant from photo found online. I then confirmed identity by his CES name badge. Defendant confirmed that he is a managing member of Kaijet Technology, based out of Taiwan. Defendant willingly accepted documents.