UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., dba "j5create;" and DOES 1-100,<br><br>    Defendants/Counterclaim Plaintiff. | Case No. 1:18-cv-05385-SDG<br><br>**NOTICE OF LIMITED APPEARANCE OF ROBERT J. CARLSON FOR KAIJET TECHNOLOGY INTERNATIONAL CORPORATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Attorney Robert J. Carlson of Lee & Hayes, P.C., enters his Notice of Limited Appearance on behalf of Defendant Kaijet Technology International Corporation ("KTIC"); appearing specially and for the limited purpose of seeking dismissal of Plaintiff's action against KTIC for insufficient service of process, insufficient process and lack of personal jurisdiction. KTIC does not waive and specifically preserves any defenses or objections under Federal Rules of Civil Procedure 4, 8, or 12.  Any papers, except original process, should be served upon undersigned counsel at the address stated below.

/ / /

1

The undersigned's appearance for Defendant KTIC is in addition to attorney Ryan P. Gentes (GA Bar No. 421695) of the law firm of Lee & Hayes, P.C. The undersigned was admitted *pro hac vice* in this matter on February 13, 2019. [ECF 49].

DATED this 12th day of February, 2020.

                                s/ Robert J. Carlson
                                Robert J. Carlson
                                WSBA Number 18455
                                *Admitted Pro Hac Vice*
                                LEE & HAYES, P.C.
                                701 Pike Street, Ste. 1600
                                Seattle, WA 98101
                                Telephone: (206) 315-4001
                                Email: bob@leehayes.com

                                Ryan P. Gentes
                                GA Bar No. 421695
                                LEE & HAYES, P.C.
                                75 14th Street, Suite 2500
                                Atlanta, GA 30309
                                Telephone: (404) 815-1900
                                Email: ryan.gentes@leehayes.com

                                Attorneys for Defendant KaiJet
                                     Technology International Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, I caused to be filed the foregoing Notice of Appearance of Robert J. Carlson with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Ali A. Aalaei
    Alexander Chen
    Benjamin Martin
    Steven G. Hill
    Martha L. Decker

                                                s/ Robert J. Carlson
                                                Robert J. Carlson
                                                WSBA Number 18455
                                                *Admitted Pro Hac Vice*
                                                Attorneys for Defendant KaiJet
                                                        Technology International Corporation

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: bob@leehayes.com