Ryan P. Gentes
GA Bar No. 421695
LEE & HAYES, P.C.
1175 Peachtree Street, NE
100 Colony Square, Suite 2000
Atlanta, Georgia 30361
Telephone: (404) 815-1900
Ryan.Gentes@leehayes.com

*Attorneys for Defendant
  KaiJet Technology International Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "j5create;" and DOES 1-10,<br><br>        Defendants. | Case No. 1:18-cv-05385-SDG<br><br>**Jury Trial Demanded**<br><br>**DECLARATION OF SHOU YUAN STEVEN LYU** |

1. My name is Shou Yuan Steven Lyu, and I am more than eighteen years old and competent to testify. I have personal knowledge about the matters in this declaration, and those matters are true to the best of my knowledge.

2. I am the Chief Operating Officer of KaiJet Technology International Limited, Inc. ("KaiJet"). KaiJet is organized under the laws of Georgia as a for-profit corporation. KaiJet's headquarters are located at 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA.

3. On January 7, 2020 in Las Vegas, Nevada I was delivered in person a copy of a court summons directed to KaiJet Technology International Corporation ("KTIC"). The man that delivered the summons asked me for my name and handed me the papers. The man did not ask me if I was a manager of "KaiJet Technology" or for any other information. None of the documents accompanying the summons were translated into Chinese.

4. I am not now, nor have I ever been an officer, owner, or employee of KTIC. I am not authorized to accept service on behalf of KTIC.

5. Neither KaiJet nor any of its employees are authorized to accept service on behalf of KTIC.

6. KaiJet is not a parent, child, subsidiary, or corporate affiliate of KTIC.

7. KaiJet purchases products from KTIC in Taiwan. KaiJet and KTIC have executed contracts regarding their respective responsibilities, and I understand they have been produced in discovery. KaiJet submits purchase orders for products

purchased from KTIC. KTIC issues KaiJet invoices for purchased product and KaiJet pays said invoices. KaiJet is responsible for shipping and importing purchased product from Taiwan to the United States of America. To the best of my knowledge, KTIC does not make, use, offer to sell, or sell any products in the United States. To the best of my knowledge, KTIC does not import any products into the United States.

8. KTIC does not have authority or control over the operations of KaiJet. Employees of KTIC do not work in or visit the offices of KaiJet. KTIC does not instruct KaiJet regarding the purchase or sale of product. KaiJet alone makes decisions and determinations regarding its location, stock, and employees. KaiJet and KTIC do not have any cross-over in ownership.

9. KaiJet's headquarters in Kennesaw, Georgia are leased by KaiJet. KaiJet does not and has never shared office space with or leased office space from KTIC. To the best of my knowledge, KTIC does not have offices in the United States.

10. KaiJet files its own tax returns and maintains its own bank account separate and apart from KTIC.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the above statements are correct, and as to statements of belief, that I believe them to be correct.

Executed at _Kennesaw, GA._ this 30th day of January, 2020.

s/ _[signature]_
Shou Yuan Steven Lyu

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2020, I caused to be filed the DECLARATION OF SHOU YUAN STEVEN LYU with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ali A. Aalaei
Alexander Chen
Benjamin Martin
Steven G. Hill
Martha L. Decker

        s/ Robert J. Carlson
        Robert J. Carlson
        WSBA Number 18455
        *Admitted Pro Hac Vice*

        *Attorneys for Kaijet Technology International Corporation*

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: bob@leehayes.com

- 5 -