Ryan P. Gentes
GA Bar No. 421695
LEE & HAYES, P.C.
1175 Peachtree Street, NE
100 Colony Square, Suite 2000
Atlanta, Georgia 30361
Telephone: (404) 815-1900
Ryan.Gentes@leehayes.com

*Attorneys for Defendant*
   *KaiJet Technology International Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "j5create;" and DOES 1-10,<br><br>            Defendants. | Case No. 1:18-cv-05385-SDG<br><br>**Jury Trial Demanded**<br><br>**DECLARATION OF YU CHIA (JESSICA) LIU** |

1. My name is Yu Chia (Jessica) Liu, and I am more than eighteen years old and competent to testify. I have personal knowledge about the matters in this declaration, and those matters are true to the best of my knowledge.

2. I am the Chief Executive Officer of KaiJet Technology International Limited, Inc. ("KaiJet"). KaiJet is organized under the laws of Georgia as a for-profit corporation. KaiJet's headquarters is located at 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA.

3. On January 7, 2020 in Las Vegas, Nevada I was delivered in person a copy of a court summons directed to KaiJet Technology International Corporation ("KTIC"). A man asked me if I was Jessica and the man handed me the summons and accompanying documents and left. The man did not ask me if I was a manager of "KaiJet Technology" or for any other information. None of the documents accompanying the summons were translated into Chinese.

4. I am not an officer, director, or manager of KTIC. I am not authorized to accept service on behalf of KTIC. Since 2014, I have not been an owner of KTIC.

5. I provided a personal loan to KaiJet. I receive interest payments on the personal loan in lieu of a salary.

6. I am not related to Shou Yuan Steven Lyu.

- 3 -

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the above statements are correct, and as to statements of belief, that I believe them to be correct.

Executed at Taipei, Taiwan this 3rd day of February, 2020.

_____
Yu Chia (Jessica) Liu

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2020, I caused to be filed the **DECLARATION OF YU CHIA (JESSICA) LIU** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ali A. Aalaei

Alexander Chen

Benjamin Martin

Steven G. Hill

Martha L. Decker

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Facsimile: (509) 323-8979
Email: bob@leehayes.com

s/ Robert J. Carlson
WSBA Number 18455
*Admitted Pro Hac Vice*
Attorneys for Defendant Kaijet Technology International Limited, Inc.