Ryan P. Gentes
GA Bar No. 421695
LEE & HAYES, P.C.
1175 Peachtree Street, NE
100 Colony Square, Suite 2000
Atlanta, Georgia 30361
Telephone: (404) 815-1900
Ryan.Gentes@leehayes.com

*Attorneys for Defendant*
   *KaiJet Technology International Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "j5create;" and DOES 1-10,<br><br>            Defendants. | Case No. 1:18-cv-05385-SDG<br><br>**<u>Jury Trial Demanded</u>**<br><br>**DECLARATION OF YU-CHI TAI** |

- 1 -

1. My name is Yu-Chi Tai, and I am more than eighteen years old and competent to testify. I have personal knowledge about the matters in this declaration, and those matters are true to the best of my knowledge.

2. I am the Chief Executive Officer of KaiJet Technology International Corporation ("KTIC"). KTIC is organized under the laws of Taiwan. KaiJet Taiwan's headquarters is located at 8F, No. 109, Zhongcheng Rd., Tucheng Dist. New Taipei City 236, Taiwan (R.O.C.).

3. Shou Yuan Steven Lyu is not and has never been an officer, owner, director, manager, managing or general agent, or any other agent authorized by appointment or by law to receive service of process of KTIC.

4. From the beginning of 2014 through the present, Yu Chia (Jessica) Liu is not an officer, owner, director, manager, managing or general agent, or any other agent authorized by appointment or by law to receive service of process of KTIC.

5. None of the owners or directors of KTIC are owners or employees of KaiJet Technology International Limited, Inc.

6. KaiJet Technology International Limited, Inc. is not a subsidiary of KTIC. KTIC does not have the ability to control the operations of KaiJet Technology International Limited, Inc. KTIC's day-to-day operations do not overlap with KaiJet Technology International Limited, Inc.

7. KTIC does not provide financing to KaiJet Technology International Limited, Inc.

8. KTIC does not own or lease property in the State of Georgia or anywhere in the United States of America.

9. KTIC does not make, use, offer to sell, or sell products in the State of Georgia or anywhere in the United States of America. KTIC does not import any products into the United States of America.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the above statements are correct, and as to statements of belief, that I believe them to be correct.

Signed at Taipei, Taiwan this 3rd day of February, 2020.

*Yu-Chi Tai*
Yu-Chi Tai

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2020, I caused to be filed the **DECLARATION OF YU-CHI TAI** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ali A. Aalaei

Alexander Chen

Benjamin Martin

Steven G. Hill

Martha L. Decker

s/ Robert J. Carlson
WSBA Number 18455
*Admitted Pro Hac Vice*
Attorneys for Defendant Kaijet Technology International Limited, Inc.

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Facsimile: (509) 323-8979
Email: bob@leehayes.com