# EXHIBIT 1

**Registration Detail**

| | |
|---|---|
| **FRN:** | 0027333897 |
| **Registration Date:** | 03/13/2018 01:39:00 AM |
| **Last Updated:** | |
| **Entity Name:** | Kaijet Technology International Corporation |
| **Entity Type:** | Foreign Entity |
| **Contact Organization:** | |
| **Contact Position:** | Manager |
| **Contact Name:** | Jessica Liu |
| **Contact Address:** | 8F., No109, Zhongcheng Rd., Tucheng Dist., New Taipei City 236 Taiwan |
| **Contact Email:** | jessica@j5create.com |
| **ContactPhone:** | 02-2269-5533 |
| **ContactFax:** | 02-2267-0199 |



Commission Registration System (CORES)

Search for FRN

# FCC Registration

## Search Public Information

FCC > FCC Registration > FRN Search Result

➡ Return to FCC Registration Home

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Displaying Records 1-2 (of 2)** | | | | | | | | |
| **FRN** | **Registrant** | **Contact** | **Address** | **City** | **State** | **Zip** | **Country** | **RegDate** |
| 0024241143 | KaiJet Technology International Limited | | 6F., No113, Zhongcheng Rd., Tucheng Dist., | New Taipei | | | Taiwan | 01/23/2015 |
| 0027333897 | Kaijet Technology International Corporation | Liu, Jessica | 8F., No109, Zhongcheng Rd., Tucheng Dist., | New Taipei City | | 236 | Taiwan | 03/13/2018 |

REFINE SEARCH

| Customer Service | | | |
|---|---|---|---|
| Help | Frequently Asked Questions | Privacy Statement | FCC Home Page |
| **For assistance, please submit a help request at https://www.fcc.gov/wireless/available-support-services or call 877-480-3201 (Mon.-Fri. 8 a.m.-6 p.m. ET).** | | | |

j5create

# Declaration letter

Dear Sir,

For our business issue and marketing requirement, we would like to list different model number on the FCC certificates and reports, as following:

**FCC ID:2AD37JVAW51**

**Model No.: JVAW51 TX / JVAW51 RX**

Model Difference: Only the appearance and the antenna of the product are different, others are identical.

Thank you!

*Tai Yu-chi*

---------------------------------------------------

Signature: Tai Yu-Chi
Date: 2018/6/27

# KAIJET TECHNOLOGY INTERNATIONAL CORPORATION
## 8F. No.109, Zhongcheng Rd, Tucheng Dist,
## New Taipei City 236, Taiwan. R.O.C.

Federal Communications Commission
Authorization and Evaluation Division
Equipment Authorization Branch
7435 Oakland Mills Road
Columbia, MD 21046

Date: August 30, 2017

To whom it may concern:

We, the undersigned, hereby authorize Worldwide Testing Services (Taiwan) Co., Ltd to act on our behalf in all matters relating to applications for equipment authorization FCC ID: 2AD37JWR2100 including the signing of all documents related to these matters.

Any and all acts carried out by Worldwide Testing Services (Taiwan) Co., Ltd on our behalf shall have the same effect as acts of our own.

We also hereby certify that no party to this application is subject to a denial of benefits, including FCC benefits, pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988, 21 U.S.C. 862.

Sincerely,

*Tai Yu Chi*

Signature

Name: TAI YU-CHI
Title:  Project Manager
Company: KAIJET TECHNOLOGY INTERNATIONAL CORPORATION

Date: Mar 20, 2015

To: Federal Communications Commission,
Authorization & Evaluation Division,
7435 Oakland Mills Road,
Columbia, MD 21046

Re: KaiJet Technology International Limited
FCC ID: 2AD37JUE303
Confidentiality Request

Gentlemen:

This letter is to comply with 47 CFR 0.457 and 0.459 pertaining to confidentiality material. KaiJet Technology International Limited requests that the following documents regarding this submission for FCC ID: 2AD37JUE303 be kept confidential:

| Exhibit Type | File Name |
| --- | --- |
| Block Diagram | Block Diagram.pdf |
| Schematics | Schematic.pdf |
| Operational Description | Operational description.pdf |
| Part list | BOM.pdf |

Those documents contain detailed system and equipment description and related information about the product which KaiJet Technology International Limited considers to be confidential proprietary, a custom design and, otherwise, not releasable to the general public. Since this design is a basis form which future technological products will evolve, KaiJet Technology International Limited considers this information would be of benefit to its competitors, and that the disclosure of the information in these documents would give competitors an unfair advantage in the market.

Yours Sincerely,



TAI YU-CHI
Manager
KaiJet Technology International Limited

# j5create

Federal Communications Commission
Authorization and Evaluation Division
7435 Oakland Mills Rd
Columbia MD 21046-1609

Date: March 29, 2016

Subject: FCC Application for FCC ID: 2AD37JSS800

To Whom it may concern,

We, the undersigned, would like to declare that the composite portion catagorized as computer peripheral has been authorized under the Declaration of Conformity procedures.

| | |
|---|---|
| Applicant | : KaiJet Technology International Limited |
| Address | : 8F., No109, Zhongcheng Rd., Tucheng Dist., New Taipei City 236, Taiwan |
| Signature | : *Tai Yu-Chi* |
| Name and Job Title. | : TAI YU-CHI |
| E-mail | : yuki@kaijet.com |
| Tel. | : 886-2-2269-5533 |

# j5create

Date: 2016/3/29

Federal Communications Commission

7435 Oakland Mills Rd

Columbia MD 21046-1609

Subject: Product Certification Representative Authorization Letter

FCC ID: 2AD37JSS800

Product name: 2.1 Audio Docking Station

To whom it may concern:

We the undersigned, hereby authorize following person to act as our agent in the preparation of an application for equipment authorization of model JSS800 to the FCC Rules and Regulations.

**Sporton International Inc.**

| | |
|---|---|
| Address | : No. 52, Hwa Ya 1st Rd., Hwa Ya Technology Park, Kwei-Shan District, Tao Yuan City, Taiwan, R.O.C. |
| Name | : Kevin Liang |
| Job Title | : Vice Manager |
| e-mail | : KevinLiang@sporton.com.tw |

We further certifies that neither the applicant nor any party to this application, as defined in 47 CFR Ch. 1.2002(b), is subject to a denial to Federal benefits, that include FCC benefits, pursuant to section 5301 of the Anti-Drug Abuse Act of 1998, 21 U.S.C. 835(a).

This appointment also includes the authority to complete FCC Form 731 on our behalf and sign the application as an authorized agent.

| | |
|---|---|
| Applicant | : KaiJet Technology International Limited |
| Address | : 8F., No109, Zhongcheng Rd., Tucheng Dist., New Taipei City 236, Taiwan |
| Signature | : *Tai Yu-Chi* |
| Name and Job Title. | : TAI YU-CHI |
| E-mail | : yuki@kaijet.com |
| Tel. | : 886-2-2269-5533 |

# j5create

Federal Communications Commission
Authorization and Evaluation Division
7435 Oakland Mills Rd
Columbia MD 21046-1609


Date: March 29, 2016


Subject: FCC Application for FCC ID: 2AD37JSS800


To Whom it may concern,


We, the undersigned, would like to declare that the composite portion catagorized as computer peripheral has been authorized under the Declaration of Conformity procedures.


Applicant         : KaiJet Technology International Limited
Address           : 8F., No109, Zhongcheng Rd., Tucheng Dist., New Taipei City 236, Taiwan

Signature         : *Tai Yu-Chi*

Name and Job Title. : TAI YU-CHI
E-mail            : yuki@kaijet.com
Tel.              : 886-2-2269-5533