# EXHIBIT 6

## Contact

www.linkedin.com/in/jessica-liu-719496125 (LinkedIn)

# Jessica Liu

Director of Product Marketing at j5create

Taiwan

## Experience

j5create
Director of Product Marketing

_____