# EXHIBIT 18

**DLS LOGISTIC SERVICE, LLC**
11120 S. HINDRY AVE., SUITE A
LOS ANGELES, CALIFORNIA 90045
United States

Telephone: (310) 216-5998
Fax: (310) 216-5983

dlslax@lax.dls-group.com

# ARRIVAL NOTICE

| | |
|---|---|
| **Shipper:**<br>KAIJET TECHNOLOGY INTERNATIONAL<br>9F, NO. 105, ZHONGCHENG RD., TUCHENG DIST.,<br>NEW TAIPEI CITY | **Date:** 12/16/2017    **DLS:** AI171236648<br>**IT No.:**    **IT Date:**    **Sub House B/L / AWB No.:**<br>**Port of Intransit:**    **IT Final Destination/ETA:** |
| **Consignee:**<br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED<br>1000 COBB INTERNATIONAL DRIVE, SUITE F<br>KENNESAW, GEORGIA, 30152<br>UNITED STATES<br>NICOLE LYU Telephone 678-656-2288 Fax 678-503-2135 | **ETD:** 12/16/2017    **ETA:** 12/16/2017    **Storage Starts:**<br>**Master B/L / AWB No.:** 695 - 13541183    **House B/L / AWB No.:** 4812116307<br>**Location of Goods:** ST. GEORGE LOGISTICS (LAB9)    1704 |
| **Notify:** | **For Delivery Please Apply To:**<br>DLS LOGISTIC SERVICE, LLC<br>11120 S. HINDRY AVE., SUITE A<br>LOS ANGELES, CALIFORNIA, 90045<br>UNITED STATES |

| Carrier:<br>EVA AIRWAYS CORPORATION | Point of Discharge:<br>Atlanta GA, Metropolitan Area | Place of Delivery:<br>ATLANTA |
|---|---|---|
| SCAC: | Place of Receipt:<br>TAIPEI | Country of Origin:<br>TAIWAN, R.O.C. |
| Vessel/Voyage/Flight:<br>BR 0668 | Point of Loading:<br>Taipei, Chiang Kai Shek | Country of Destination:<br>UNITED STATES |

| Marks & Numbers<br>Container & Seal Numbers | No. of Pkgs. | Description of Goods | Measurement | Gross Weight | Volume Weight |
|---|---|---|---|---|---|
| 3PLTS=221 CTNS | 221 | 221 ctns<br>USB TYPE-C 7 PORT HUB<br>736.0000 KG<br>89784.0000 CCM | 0.090 CBM | 736.00 KG | 890.00 KG |

**PO No. and Other Refs:**
K17112401, 2017110022

**Issued by:** STEVEN CHEN    **Tel:** 310-216-5998    **E-mail:** stevenc@lax.dls-group.com

# j5create

## 凱捷國際科技股份有限公司
### KaiJet Technology International Corporation
### COMMERCIAL INVOICE

Page: 1

| | | | |
|---|---|---|---|
| Invoice No.: | K17110802 | | Date: 2017/11/08 |
| Messrs.: | KaiJet Technology International Limited, Inc. | | |
| | 1025 Cobb International Dr. | | |
| | Suite 210, Kennesaw, GA 30152 | | |
| | U.S.A. | | |
| Attn: | Mr. Steven Lyu / Sally Ellington | | |
| TEL: | 1.888.689.4088 / 1.888-988-0488 | | |
| FAX: | | | |
| PER S.S. | BY AIR | | |
| Sailing On/About: | ETD: 11/09   ETA: 11/13 | | |
| Shipment: | From China TO U.S.A. | | |

| Model | Description | Quantity (PCS) | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| | PO#2017110001 | | FOB | |
| JUE130 | USB 3.0 Gigabit Ethernet | 3,510 | 11.75 | 41,242.50 |
| JCA379 | USB Type-C to HDMI & USB 3.0 With Power Delivery | 500 | 21.00 | 10,500.00 |
| JCD382 | Ultra Drive Dock for MacBook Pro | 2,700 | 40.50 | 109,350.00 |
| JUCX05 | USB 3.1 Type-C to Type-A Adapter | 2,500 | 4.86 | 12,150.00 |
| Total: | | 9,210 PCS | | US$173,242.50 |

SAY TOTAL: US$ DOLLARS ONE HUNDRED SEVENTY THREE THOUSAND TWO HUNDRED FORTY TWO AND FIFTY CENTS ONLY.

7 吳

C/o: cal
8471.80, 1000/0%

| | | BRAND: J5 create | | |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | KaiJet Technology International Corporation | | |
| | | | | |
| | | | Melody Kuo | |
| | | | | |
| 236 新北市土城區志承路105號9樓  9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-2988 | | | | |

# j5create

凱捷國際科技股份有限公司
KaiJet Technology International Corporation

**PACKING / WEIGHT LIST**

Page: 1
Date: 2017/11/08

| Invoice No.: | K17110802 |
|---|---|
| Messrs.: | KaiJet Technology International Limited ,Inc. |
| | 1025 Cobb International Dr. |
| | Suite 210. Kennesaw, GA 30152 |
| | U.S.A. |
| Attn: | Mr. Steven Lyu / Sally Ellington |
| TEL: | 1.888.689.4088 / 1.888-988-0488 |
| FAX: | |
| PER S.S. | BY AIR |
| Sailing On/About: | ETD: 11/09    ETA: 11/13 |
| Shipment: | From China TO U.S.A. |

| PLT No. | CTNS No. | Description | Quantity (PCS) | N.W. (KGS) | G.W. (KGS) | Meas'mt ('CU'FT) |
|---|---|---|---|---|---|---|
| | | PO#2017110001 | | | | |
| 1 | (100) | Ultra Drive Dock for MacBook Fro (JCD382) | 2,000 | 252 | 267 | 120x100x145cm |
| | (5) | USB Type-C to HDMI & USB 3.0 With Power Delivery (JCA379) | 100 | | | |
| 2 | (40) | USB 3.0 Gigabit Ethernet (JUE130) | 1200 | 188 | 202 | 120x100x151cm |
| | (15) | Ultra Drive Dock for MacBook Fro (JCD382) | 300 | | | |
| 3 | (40) | USB 3.0 Gigabit Ethernet (JUE130) | 1200 | 188 | 202 | 120x100x151cm |
| | (15) | USB Type-C to HDMI & USB 3.0 With Power Delivery (JCA379) | 300 | | | |
| 4 | (37) | USB 3.0 Gigabit Ethernet (JUE130) | 1110 | 153 | 167 | 120x100x135cm |
| | (5) | USB Type-C to HDMI & USB 3.0 With Power Delivery (JCA379) | 100 | | | |

| | 1-20 | Ultra Drive Dock for MacBook Pro (JCD382) | @20 | | @1.8 | @2.4 | 32x22.5x18cm |
|---|---|---|---|---|---|---|---|
| | | | 400 | | 36 | 48 | |
| A1 | (125) | USB 3.1 Type-C to Type-A Adapter (JUCX05) | 2,500 | | 117.5 | 127.5 | 120*100*140 |
| | | | | | | | |
| Total: 5PTL (=382CARTONS)+20CTNS | | | 9,210 | PCS | 934.50 | 1,013.50 | |

SAY TOTAL (25) TWENTY FIVE P'KGS ONLY.

Shipping Marks:
KJ
U.S.A.
PLT: 1- 4 ,A1 OF 5
MADE IN CHINA

j5 create

C/NO.1- 20 OF 20

KaiJet Technology International Corporation

*Melody Kuo*

236 新北市土城區忠承路105號9樓 9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-2988

| | | PO#: 0322132 | | | | | |
|---|---|---|---|---|---|---|---|
| 1-2 | (112) | Wormhole | @1008 | | @196 | @206 | 110x100x185cm |
| | | (JUC100) | 2016 | | 392 | 412 | |
| 3 | (27) | Wormhole | 486 | | 213 | 223 | 110x100x185cm |
| | | (JUC100) | | | | | |
| | (27) | USB VGA | 486 | | | | |
| | | (JUA210) | | | | | |
| | (2) | Apple Wor | 36 | | | | |
| | | (JUC400) | | | | | |
| 4-8 | (280) | Apple Wor | @1008 | | @207 | @217 | 110x100x185cm |
| (5) | | (JUC400) | 5040 | | 1035 | 1085 | |
| 9 | (49) | Apple Wor | 882 | | 181 | 191 | 110x100x cm |
| | | (JUC400) | | | | | |
| 10-11 | (112) | USB DVI D | @1008 | | @241 | @251 | 110x100x185cm |
| | | (JUA230) | 2016 | | 482 | 502 | |
| 12 | (55) | USB DVI D | 990 | | 240 | 250 | 110x100x185cm |
| | | (JUA230) | | | | | |
| | (1) | Apple Wor | 18 | | | | |
| | | (JUC400) | | | | | |
| | | | | | | | |
| Total: 12PTL (665CTNS) | | | 11,970 | PCS | 2543 | 2663 | |

MAWB NO. 297-33392376                                    HAWB NO. TPI-17110061

| Shipper's Name and Address | Shipper's Account Number | NOT NEGOTIABLE<br>**Air Waybill**<br>Issued by **TRANS POWER INT'L LOGISTICS (HK) CO., LTD.** | |
|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL CORPORATION<br>9F., NO. 105, ZHONGCHENG RD., TUCHENG DIST.,<br>NEW TAIPEI CITY 236, TAIWAN | | Copies 1,2 and 3 of this Air Waybill are originals and have the same validity. | |
| Consignee's Name and Address | Consignee's Account Number | | |
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC<br>1025 COBB INTERNATIONAL DR. SUITE 210<br>KENNESAW GA 30152 U.S.A.<br>ATTN: MR. STEVEN LYU<br>TEL: 1.888.689.4088 | | It is agreed that the goods described herein are accepted for carriage in apparent good order and condition (except as noted) are SUBJECT TO THE STANDARD TRADING CONDITIONS ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE STANDARD TRADING CONDITIONS CONCERNING AGENT'S LIMITATION OF LIABILITY. | |
| Issuing Carrier's Agent Name and City | | Accounting Information | |
| TRANS POWER INT'L LOGISTICS (HK) CO., LTD | | NOTIFY:<br>SAME AS CONSIGNEE | |
| Agent's IATA Code | Account No. | | |
| Place of Departure (Addr. of First Carrier) and Requested Routing<br>SHENZHEN | | INVOICE AND PACKING LIST ATTACHED | |

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TPE | CI | ATL | CI | | | USD | | P X | P X | N.V.D. | AS PER INV. |

| Place of Destination | Flight/Date | Amount of Insurance | INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked 'Amount of Insurance.' |
|---|---|---|---|
| ATLANTA | CI5928  09.NOV.2017 | | |

Handling Information

TOTAL: TWENTY FIVE (25) PACKAGES ONLY. ***
**THIS SHIPMENT CONTAINS NO S.W.P.M.**

SCI

| No of Pieces RCP | Gross Weight | Kg/lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 25 PKGS | 1028.0 KGS | | | 1537.00 KGS | PREPAID | AS ARRANGED | JUE130-2A(USB 3.0 Gigabit Ethernet Adapter)<br>JCD382-1A (Ultra Drive Dock For Macbook)<br>JCA379-1A (USB Type-C to HDMI & USB 3.0)<br>USB 3.1 Type C to Type A adapter<br>JUCX05<br>PO#2017110001<br>Invoice No: K17110802<br>DIMS(CM):<br>122X102X150/3<br>32X24X20/20<br>122X102X130/1<br>110X100X144/1<br>MEAS:9.22CBM |
| KJ<br>U.S.A.<br>PLT: 1-4, A1 OF 5<br>MADE IN CHINA<br>J5 CREATE<br>C/NO.1- 20 OF 20 | | | | | | "FREIGHT PREPAID" | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | |
| | Valuation Charge | | |
| | Tax | | |
| Total other Charges Due Agent | | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| Total other Charges Due Carrier | | | |
| | | | TRANS POWER INT'L LOGISTICS (HK) CO., LTD |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | Total Collect | | |
| Currency Conversion Rates | CC Charges in Dest. Currency | 2017/11/07 | SHENZHEN |
| | | Executed on (date)     at(place) | Signature of Issuing Carrier or its Agent |
| | Charges at Destination | Total Collect Charges | |
| For Carrier's Use only at Destination | | | |

ORIGINAL 2 (FOR CONSIGNEE)

# j5create

## 凱捷國際科技股份有限公司
### KaiJet Technology International Corporation

**COMMERCIAL INVOICE**

|  |  |  |  |  | Page: 1 |
|---|---|---|---|---|---|
| Invoice No.: | K17121501 |  |  |  | Date: 2017/12/15 |
| Messrs.: | KaiJet Technology International Limited, Inc. |  |  |  |  |
|  | 1025 Cobb International Dr. |  |  |  |  |
|  | Suite 210. Kennesaw, GA 30152 |  |  |  |  |
|  | U.S.A. |  |  |  |  |
| Attn: | Mr. Steven Lyu / Sally Ellington |  |  |  |  |
| TEL: | 1.888.689.4088 / 1.888-988-0488 |  |  |  |  |
| FAX: |  |  |  |  |  |
| PER S.S. | BY AIR |  |  |  |  |
| Sailing On/About: ETD: 12/17    ETA:12/20 |  |  |  |  |  |
| Shipment: | From China TO U.S.A. |  |  |  |  |

| Model | Description | Quantity |  | Unit Price | Amount |
|---|---|---|---|---|---|
|  |  |  |  | (US$) | (US$) |
|  | PO#2017120014 |  |  | FOB |  |
| JCD382 | Ultra Drive Dock for MACBook | 1,500 |  | 40.50 | 60,750.00 |
| Total: |  | 1,500 | PCS |  | US$60,750.00 |

SAY TOTAL: US$ DOLLARS SIXTY THOUSAND SEVEN HUNDRED FIFTEEN ONLY.

8471.80.1000/08

| | | BRAND: J5 create | |
|---|---|---|---|
| | | | |
| | | KaiJet Technology International Corporation | |
| | | Melody Kuo | |

236 新北市土城區忠承路105號9樓 9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-2988

# j5create

**凱捷國際科技股份有限公司**
**KaiJet Technology International Corporation**

## PACKING / WEIGHT LIST

| | | | | | Page: 1 | | |
|---|---|---|---|---|---|---|---|
| Invoice No.: | K17121501 | | | | Date: 2017/12/15 | | |
| Messrs.: | KaiJet Technology International Limited ,Inc. | | | | | | |
| | 1025 Cobb International Dr. | | | | | | |
| | Suite 210, Kennesaw, GA 30152 | | | | | | |
| | U.S.A. | | | | | | |
| Attn: | Mr. Steven Lyu / Sally Ellington | | | | | | |
| TEL: | 1.888.689.4088 / 1.888-988-0488 | | | | | | |
| FAX: | | | | | | | |
| PER S.S. | BY AIR | | | | | | |
| Sailing On/About: ETD: 12/17   ETA:12/20 | | | | | | | |
| Shipment: | From China TO U.S.A. | | | | | | |

| PLT No. | CTNS No. | Description | Quantity (PCS) | | N.W. (KGS) | G.W. (KGS) | Meas'mt ('CU'FT) |
|---|---|---|---|---|---|---|---|
| | | PO#2017120014 | | | | | |
| 1 | (75) | Ultra Drive Dock for MACBook (JCD382) | 1,500 | | 180 | 195 | 120x100x109cm |
| | | | | | | | |
| Total: 1PTL (=75CARTONS) | | | 1,500 | PCS | 180 | 195 | |

SAY TOTAL (1) ONE PLT ONLY.

Shipping Marks:
KJ
U.S.A.
PLT: 1 OF 1
MADE IN CHINA

# j5create

## 凱捷國際科技股份有限公司
### KaiJet Technology International Corporation
### PACKING / WEIGHT LIST

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.: | K17121501 | | | Date: 2017/12/15 | | |
| Messrs.: | KaiJet Technology International Limited ,Inc. | | | | | |
| | 1025 Cobb International Dr. | | | | | |
| | Suite 210. Kennesaw, GA 30152 | | | | | |
| | U.S.A. | | | | | |
| Attn: | Mr. Steven Lyu / Sally Ellington | | | | | |
| TEL: | 1.888.689.4088 / 1.888-988-0488 | | | | | |
| FAX: | | | | | | |
| PER S.S. | BY AIR | | | | | |
| Sailing On/About: | ETD: 12/17   ETA:12/20 | | | | | |
| Shipment: | From China TO U.S.A. | | | | | |

| PLT No. | CTNS No. | Description | Quantity (PCS) | N.W. (KGS) | G.W. (KGS) | Meas'mt ('CU'FT) |
|---|---|---|---|---|---|---|
| | | | KaiJet Technology International Corporation | | | |
| | | | *Melody Kuo* | | | |

236 新北市土城區忠承路105號9樓  9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-2988

| | | PO#: 0322132 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1-2 | (112) | Wormhole | @1008 | | @196 | @206 | 110x100x185cm | |
| | | (JUC100) | 2016 | | 392 | 412 | | |
| 3 | (27) | Wormhole | 486 | | 213 | 223 | 110x100x185cm | |
| | | (JUC100) | | | | | | |
| | (27) | USB VGA | 486 | | | | | |
| | | (JUA210) | | | | | | |
| | (2) | Apple Wor | 36 | | | | | |
| | | (JUC400) | | | | | | |
| 4-8 | (280) | Apple Wor | @1008 | | @207 | @217 | 110x100x185cm | |
| (5) | | (JUC400) | 5040 | | 1035 | 1085 | | |
| 9 | (49) | Apple Wor | 882 | | 181 | 191 | 110x100x cm | |
| | | (JUC400) | | | | | | |
| 10-11 | (112) | USB DVI [ | @1008 | | @241 | @251 | 110x100x185cm | |
| | | (JUA230) | 2016 | | 482 | 502 | | |
| 12 | (55) | USB DVI [ | 990 | | 240 | 250 | 110x100x185cm | |
| | | (JUA230) | | | | | | |
| | (1) | Apple Wor | 18 | | | | | |
| | | (JUC400) | | | | | | |
| | | | | | | | | |
| Total: 12PTL (665CTNS) | | | 11,970 | PCS | 2543 | 2663 | | |

MAWB NO. 297-33359314  HAWB NO. TPI-17120196

| Shipper's Name and Address | Shipper's Account Number | NOT NEGOTIABLE<br>Air Waybill<br>Issued by<br>TRANS POWER INT'L LOGISTICS (HK) CO., LTD. |
|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL CORPORATION<br>9F., NO. 105, ZHONGCHENG RD., TUCHENG DIST., NEW TAIPEI CITY 236, TAIWAN | | Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity. |

| Consignee's Name and Address | Consignee's Account Number | |
|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC<br>1025 COBB INTERNATIONAL DR. SUITE 210<br>KENNESAW GA 30152 U.S.A.<br>ATTN:MR. STEVEN LYU<br>TEL:1.888.689.4088 | | It is agreed that the goods described herein are accepted for carriage in apparent good order and condition (except as noted) are SUBJECT TO THE STANDARD TRADING CONDITIONS ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE STANDARD TRADING CONDITIONS CONCERNING AGENT'S LIMITATION OF LIABILITY. |

Issuing Carrier's Agent Name and City: TRANS POWER INT'L LOGISTICS (HK) CO., LTD

Accounting Information: NOTIFY: SAME AS CONSIGNEE

Agent's IATA Code / Account No.

Place of Departure (Addr. of First Carrier) and Requested Routing: SHENZHEN

INVOICE AND PACKING LIST ATTACHED

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TPE | CI | | | ATL | CI | USD | | P X | P X | N.V.D. | AS PER INV. |

| Place of Destination | Flight/Date | Amount of Insurance | INSURANCE |
|---|---|---|---|
| ATLANTA | CI528 17.DEC.2017 | | |

Handling Information:
TOTAL: ONE (1) PALLET ONLY***
**THIS SHIPMENT CONTAINS NO S.W.P.M.**

SCI

| No of Pieces RCP | Gross Weight | Kg/lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 PLT | 194 KGS | | | 228 KGS | PREPAID | AS ARRANGED | Ultra Drive Dock for MACBook (JCD382)<br>PO#2017120014<br>Invoice No.:K17121501<br>DIM(CM):<br>121*101*112/1<br>VOL:1.37CBM |

KJ
U.S.A.
PLT: 1 OF 1
MADE IN CHINA

"FREIGHT PREPAID"

Prepaid / Weight Charge: AS ARRANGED
Valuation Charge
Tax
Total other Charges Due Agent
Total other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

TRANS POWER INT'L LOGISTICS (HK) CO., LTD

Signature of Shipper or his Agent

Total Prepaid / Total Collect

Currency Conversion Rates / CC Charges in Dest. Currency: 2017/12/14   SHENZHEN

Executed on (date) at (place)   Signature of Issuing Carrier or its Agent

For Carrier's Use only at Destination / Charges at Destination / Total Collect Charges

ORIGINAL 2 (FOR CONSIGNEE)



凱捷國際科技股份有限公司
KaiJet Technology International Corporation
**COMMERCIAL INVOICE**

Page: 1
Date: 2018/01/05

Invoice No.: K18010501
Messrs.: **KaiJet Technology International Limited ,Inc.**
1025 Cobb International Dr.
Suite 210, Kennesaw, GA 30152
U.S.A.
Attn: Mr. Steven Lyu / Sally Ellington
TEL: 1.888.689.4088 / 1.888-988-0488
FAX:
PER S.S.   BY AIR
Sailing On/About: ETD:01/07     ETA: 01/10~11
Shipment:   From China TO U.S.A.

| Model | Description | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| | PO#2017120047 | | FOB | |
| JCD382 | Ultra Drive Dock for Macbook Pro | 2,000 | 40.50 | 81,000.00 |
| JUCX05 | USB 3.1 Type-C to Type-A Adapter | 2,000 | 4.86 | 9,720.00 |
| Total: | | 4,000 PCS | | US$90,720.00 |

SAY TOTAL: US$ DOLLARS NINETY THOUSAND SEVEN HUNDRED TWENTY ONLY.

*BRAND: J5 create*

8471.80.1000 /o %

**KaiJet Technology International Corporation**

*Melody Kuo*

236 新北市土城區忠承路105號9樓  9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-298

# j5create

**凱捷國際科技股份有限公司**
**KaiJet Technology International Corporation**
**PACKING / WEIGHT LIST**

Page: 1
Date: 2018/01/05

Invoice No.: K18010501
Messrs.: **KaiJet Technology International Limited ,Inc.**
1025 Cobb International Dr.
Suite 210. Kennesaw, GA 30152
U.S.A.
Attn: Mr. Steven Lyu / Sally Ellington
TEL: 1.888.689.4088 / 1.888-988-0488
FAX:
PER S.S.   BY AIR
Sailing On/About: ETD:01/07      ETA: 01/10~11
Shipment: From China TO U.S.A.

| PLT No. | CTNS No. | Description | Quantity (PCS) | N.W. (KGS) | G.W. (KGS) |
|---|---|---|---|---|---|
| | | **PO#2017120047** | | | |
| 1 | (100) | Ultra Drive Dock for Macbook Pro (JCD382) | 2,000 | 240 | 255 |
| A1 | (100) | USB 3.1 Type-C to Type-A Adapter (JUCX05) | 2,000 | 98 | 102 |
| Total: 2CARTONS | | | 4,000 PCS | 338 | 357 |

SAY TOTAL (2) TWO CARTONS ONLY.

Shipping Marks:
   KJ
   U.S.A.
   P/NO: 1 ,A1 OF 2
   MADE IN TAIWAN

**KaiJet Technology International Corp**

*Melody Kuo*

236 新北市土城區忠承路105號9樓  9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-29

| Meas'mt ('CU'FT) |
| --- |
| 120x100x145cm |
| 120x100x115cm |

poration

)88

|  |  | **PO#: 0322132** |  |  |  |  |
|---|---|---|---|---|---|---|
| 1-2 | (112) | Wormhole (JUC100) | @1008 2016 | @196 392 | @206 412 | 110x100x185cm |
| 3 | (27) | Wormhol (JUC100) | 486 | 213 | 223 | 110x100x185cm |
|  | (27) | USB VG/ (JUA210) | 486 |  |  |  |
|  | (2) | Apple W( (JUC400) | 36 |  |  |  |
| 4-8 (5) | (280) | Apple W( (JUC400 | @1008 5040 | @207 1035 | @217 1085 | 110x100x185cm |
| 9 | (49) | Apple W( (JUC400) | 882 | 181 | 191 | 110x100x cm |
| 10-11 | (112) | USB DVI (JUA230) | @1008 2016 | @241 482 | @251 502 | 110x100x185cm |
| 12 | (55) | USB DVI (JUA230) | 990 | 240 | 250 | 110x100x185cm |
|  | (1) | Apple W( (JUC400) | 18 |  |  |  |

| Total: 12PTL (665CTNS) | 11,970 PCS | 2543 | 2663 |
|---|---|---|---|

| MAWB NO. 297-33359830 | | | | | | | | HAWB NO. TPI-18010025 | |
|---|---|---|---|---|---|---|---|---|---|

| Shipper's Name and Address | Shipper's Account Number | NOT NEGOTIABLE |
|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL CORPORATION<br>9F., NO. 105, ZHONGCHENG RD., TUCHENG DIST.,<br>NEW TAIPEI CITY 236, TAIWAN | | **Air Waybill**<br>Issued by<br>**TRANS POWER INT'L LOGISTICS (HK) CO., LTD.**<br><br>Copies 1,2 and 3 of this Air Waybill are originals and have the same validity. |
| Consignee's Name and Address | Consignee's Account Number | |
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC<br>1025 COBB INTERNATIONAL DR. SUITE 210<br>KENNESAW GA 30152 U.S.A.<br>ATTN:MR. STEVEN LYU<br>TEL:1.888.689.4088 | | It is agreed that the goods described herein are accepted for carriage in apparent good order and condition (except as noted) are SUBJECT TO THE STANDARD TRADING CONDITIONS ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE STANDARD TRADING CONDITIONS CONCERNING AGENT'S LIMITATION OF LIABILITY. |
| Issuing Carrier's Agent Name and City | | Accounting Information |
| TRANS POWER INT'L LOGISTICS (HK) CO., LTD | | NOTIFY:<br>SAME AS CONSIGNEE |
| Agent's IATA Code | Account No. | |
| Place of Departure (Addr. of First Carrier) and Requested Routing<br>SHENZHEN | | INVOICE AND PACKING LIST ATTACHED |

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TPE | CI | ATL | CI | | | USD | | P X | P X | N.V.D. | AS PER INV. |

| Place of Destination | Flight/Date | Amount of Insurance | INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked 'Amount of Insurance.' |
|---|---|---|---|
| ATLANTA | CI528  07.JAN.2018 | | |

Handling Information

TOTAL: TWO (2) PALLETS ONLY***
**THIS SHIPMENT CONTAINS NO S.W.P.M.**

SCI

| No of Pieces RCP | Gross Weight | Kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 2 PLTS | 365 | KGS | | 527 KGS | PREPAID | AS ARRANGED | JCD382<br>Ultra Drive Dock for Macbook Pro<br>JUCX05<br>USB 3.1 Type-C to Type-A Adapter<br>PO#2017120047<br>Invoice No.:K18010501<br><br>DIM(CM):<br>121*101*150/1<br>110*100*121/1<br>VOL:3.16CBM |
| | | | | | | | |
| KJ<br>U.S.A.<br>P/NO: 1 ,A1 OF 2<br>MADE IN CHINA | | | | | | | |
| | | | | | "FREIGHT PREPAID" | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | |
| | Valuation Charge | | |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total other Charges Due Carrier | | |
| | | | TRANS POWER INT'L LOGISTICS (HK) CO., LTD |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | | Total Collect | |
| Currency Conversion Rates | CC Charges in Dest. Currency | 2017/12/29 | SHENZHEN |
| | | Executed on (date) | at(place)  Signature of Issuing Carrier or its Agent |
| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges | |

ORIGINAL 2 (FOR CONSIGNEE)