**APPENDIX**

**INDEX TO EVIDENCE**

Pursuant to Section IV(A)(1) of Appendix H to the Local Rules of the Northern District of Georgia, the below is a listing of the evidence in Support of Defenedant Kaijet Technology International Corporation's Reply in Support of its Motion to Dismiss Plainitff's Third Amended Complant.

- Supplemental Declaration of Yi Chia (Jessica) Liu with Exhibit A;

- Supplemental Declaration of Shou Yua Steven Lyu;

- Supplemental Declaration of Yu-Chi Tai with Exhibit A; and

- Declaration of Charles Akins.