- 1 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>           Plaintiff,<br><br>  vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "j5create;" and DOES 1-10,<br><br>           Defendants. | Case No. 1:18-cv-05385-SDG<br><br>**Jury Trial Demanded**<br><br>**SUPPLEMENTAL DECLARATION OF YU CHIA (JESSICA) LIU** |

1. My name is Yu Chia (Jessica) Liu, and I am more than eighteen years old and competent to testify. I have personal knowledge about the matters in this declaration, and those matters are true to the best of my knowledge.

2. I am the Chief Executive Officer of KaiJet Technology International Limited, Inc. ("KaiJet"). KaiJet is organized under the laws of Georgia as a for-profit corporation. KaiJet's headquarters is located at 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA.

3. On January 7, 2020, while at the CES Show in Las Vegas, Nevada, a man a copy of a court summons directed to KaiJet Technology International Corporation ("KTIC"). The man asked if I was "Jessica" and when I said yes, he handed me the summons and accompanying documents, then left. Other than asking if I was Jessica, the man did not ask any questions or say anything else. Specifically, he did not ask me if I was a "manager" of "KaiJet Technology" and he did not request any other information. None of the documents accompanying the summons were translated into Chinese.

4. I am not an officer, director, or manager of KTIC. I am not authorized to accept service on behalf of KTIC. Since 2014, I have not been an owner of KTIC.

5. I understand that in 2017, KTIC changed its name from KaiJet Technology International Limited to its current name, KaiJet Technology International Corporation. After changing its name, KTIC updated its registration with the Federal Communications Comission ("FCC") in 2018. The attached Exhibit A to my declaration shows the FCC

registration before this 2018 update. The registration lists the contact person as "manager," but no person's name is specified.

6. In 2018, KTIC updated the FCC registration because its name changed. KTIC added my name, email, and phone number as the contact person. I believe that when the registration was revised, the title of "manager" was inadvertently left in that space on the registration form.

7. I did not hold a title of "manager" at KTIC in 2018. As stated above I am not an officer, director or manager of KTIC. I believe I do not need to be an officer or employee of KTIC to be listed as the contact person on the FCC registration.

8. I do not have managerial or supervisory authority over any aspect of KTIC or its operations. I do not manage or supervise any employees of KTIC.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the above statements are correct, and as to statements of belief, that I believe them to be correct.

Executed at Taipei, Taiwan this 25th day of March, 2020.

_____
Yu Chia (Jessica) Liu

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2020, I caused to be filed the **SUPPLEMENTAL DECLARATION OF YU CHIA (JESSICA) LIU** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- Ali A. Aalaei
- Alexander Chen
- Benjamin Martin
- Steven G. Hill
- Martha L. Decker

                                       s/ Robert J. Carlson
                                       WSBA Number 18455
                                       *Admitted Pro Hac Vice*
                                       Attorneys for Defendant Kaijet Technology International Corporation

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Facsimile: (509) 323-8979
Email: bob@leehayes.com