# EXHIBIT A

apps.fcc.gov/coresWeb/searchDetail.do?frn=0024241143

Close Window

| Registration Detail | |
|---|---|
| FRN: | 0024241143 |
| Registration Date: | 01/23/2015 01:35:00 AM |
| Last Updated: | |
| Business Name: | KaiJet Technology International Limited |
| Business Type: | Private Sector , Corporation |
| Contact Organization: | |
| Contact Position: | Manager |
| Contact Name: | |
| Contact Address: | 6F., No113, Zhongcheng Rd., Tucheng Dist., New Taipei Taiwan |
| Contact Email: | |
| ContactPhone: | +886-2-2269-5533 |
| ContactFax: | |