- 1 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>             Plaintiff,<br><br>    vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "j5create;" and DOES 1-10,<br><br>             Defendants. | Case No. 1:18-cv-05385-SDG<br><br>**Jury Trial Demanded**<br><br>**SUPPLEMENTAL DECLARATION OF SHOU YUAN STEVEN LYU** |

1. My name is Shou Yuan Steven Lyu, and I am more than eighteen years old and competent to testify. I have personal knowledge about the matters in this declaration, and I make this declaration to supplement the facts in my earlier declaration.

2. I am the Chief Operating Officer of KaiJet Technology International Limited, Inc. ("KaiJet"). KaiJet is organized under the laws of Georgia as a for-profit corporation. KaiJet's headquarters are located at 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA. KaiJet does not have an office in Taiwan.

3. On January 7, 2020 while at the CES Show in Las Vegas, Nevada, I was delivered in person a copy of a court summons directed to KaiJet Technology International Corporation ("KTIC"). The man that delivered the summons asked me for my name and handed me papers. The man did not ask me any other questions. The man did not ask me if I was a manager of "KaiJet Technology" or for any other information. None of the documents accompanying the summons were translated into Chinese.

4. I am advised that the man that delivered the summons may claim that "Defendant confirmed that he is a managing member of Kaijet Technology, based out of Taiwan." If he is referring to me, I am not a Defendant. I certainly never "confirmed that [I am] a managing member of Kaijet Technology, based out of Taiwan." I never made such a statement to that person or to any person.

5. I am not "based out of Taiwan." I do not work or reside in Taiwan.

6.      I am not now, nor have I ever been an officer, owner, or employee of KTIC. I am not authorized to accept service on behalf of KTIC. I have never referred to myself as a "managing member of Kaijet Technology."

7.      To reemphasize, neither KaiJet nor any of its employees are authorized to accept service on behalf of KTIC. KaiJet is not a parent, child, subsidiary, or "corporate affiliate" of KTIC.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the above statements are correct, and as to statements of belief, that I believe them to be correct.

Signed at Atlanta, Georgia this 25th day of March, 2020.

_____
Shou Yuan Steven Lyu

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2020, I caused to be filed the **SUPPLEMENTAL DECLARATION OF SHOU YUAN STEVEN LYU** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ali A. Aalaei
Alexander Chen
Benjamin Martin
Steven G. Hill
Martha L. Decker

                                           s/ Robert J. Carlson
                                           WSBA Number 18455
                                           *Admitted Pro Hac Vice*
                                           Attorneys for Defendant Kaijet Technology International Corporation

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email: bob@leehayes.com