UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "j5create;" and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 1:18-cv-05385-SDG<br><br>**<u>Jury Trial Demanded</u>**<br><br>**SUPPLEMENTAL DECLARATION OF YU-CHI TAI** |

1. My name is Yu-Chi Tai, and I am more than eighteen years old and competent to testify. I have personal knowledge about the matters in this declaration, and I make this declaration to supplement the facts in my earlier declaration dated February 3, 2020.

2. As I previously stated, I am the Chief Executive Officer of KaiJet Technology International Corporation ("KTIC"). KTIC is organized under the laws of Taiwan (R.O.C.).

3. KTIC was originally formed under the name "KaiJet Technology International Limited." In 2017, KTIC officially changed its name from "KaiJet Technology International Limited" to "KaiJet Technology International Corporation." Attached as Exhibit A to my declaration is a copy of KTIC's registriation with the Taiwan Bureau of Foreign Trade. That registration document shows our English-language company name "KAIJET TECHNOLOGY INTERNATIONAL CORPORATION" and (in the "Remarks" section) our English-language Former Name "KAIJET TECHNOLOGY INTERNATIONAL LIMITED."

4. KTIC, under either its former or current name, operates separately from the United States company KaiJet Technology International Limited, Inc.

5. As previously stated in my earlier declaration, the United States company KaiJet Technology International Limited, Inc. is not a subsidiary of KTIC. KTIC does not have the ability to control the operations of KaiJet Technology International Limited, Inc. KTIC's day-to-day operations do not overlap with the operations KaiJet Technology

International Limited, Inc., and none of the owners or directors of KTIC are owners or directors of KaiJet Technology International Limited, Inc.

6. I am advised Sanho is relying on an online document on the "Prezi" website, created by a person named DeAnna Harris. KTIC has never employed DeAnna Harris, and KTIC did not authorize DeAnna Harris or anyone else to post a document on the Prezi website. KTIC did not instruct DeAnna Harris in creating that document, and did not assist in creating that document. To my knowledge I do not believe anyone at KTIC ever spoke with DeAnna Harris at any time, or spoke with anyone else, about creating a document on the Prezi website.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the above statements are correct, and as to statements of belief, that I believe them to be correct.

Signed at Taipei, Taiwan this 25th day of March, 2020.

_____
Yu-Chi Tai

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2020, I caused to be filed the **SUPPLEMENTAL DECLARATION OF YU-CHI TAI** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ali A. Aalaei

Alexander Chen

Benjamin Martin

Steven G. Hill

Martha L. Decker

                                        s/ Robert J. Carlson
                                        WSBA Number 18455
                                        *Admitted Pro Hac Vice*
                                        Attorneys for Defendant Kaijet Technology International Corporation

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email: bob@leehayes.com

- 4 -