- 1 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "j5create;" and DOES 1-10,<br><br>    Defendants. | Case No. 1:18-cv-05385-SDG<br><br>**<u>Jury Trial Demanded</u>**<br><br>**DECLARATION OF CHARLES AKINS** |

1.      My name is Charles "Chuck" Akins, and I am over the age of eighteen years and otherwise competent to testify to my knowledge about the matters set forth in this declaration.

2.      I am the Vice President of Global Sales and Marketing at KaiJet Technology International Limited, Inc. (KaiJet").

3.      I am advised that KaiJet Technology International Corporation ("KTIC") filed a motion to dismiss, that Sanho has opposed that motion, and that Sanho's opposition relies in part on a document posted to prezi.com by DeAnna Harris on February 13, 2019, found at https://prezi.com/view/R95nNQwpiJp82uAxmBR1/

4.      Deanna Harris was employed by KaiJet to be a marketing assistant, reporting directly to me.  She started employment January 21, 2019 and was terminated March 5, 2019, so her total time with KaiJet was about six weeks.

5.      One of the tasks Ms. Harris was asked to perform was to suggest some tools KaiJet could consider, as a way to improve our marketing and messaging to our customers. Ms. Harris suggested "Prezi" and described Prezi as a presentation tool that could be more interesting than PowerPoint slides.  Ms. Harris prepared an incomplete example presentation on the Prezi online service, as an example of a KaiJet "company profile;" that is the document on the prezi website at the link above.

6.      Ms. Harris sent me a link to the presentation she prepared and asked me to review it.  The example was a rough draft that included a large amount of inaccurate

content, and was prepared by a very new employee as a sample to demonstrate the Prezi program.

7. One example of the inaccurate content is the slide titled "Our USA Team" which is reproduced below:



8. The photos Ms. Harris used are all stock photos; that is not my picture nor are the other pictures actual photos of the people named. In this sample presentation she used a depiction of an Apple iPhone as each photo's frame.

9. Ms. Harris also created a slide titled "KaiJet Group Organization." There is no entity called "KaiJet Group Organization." Ms. Harris did not ask me for information about what the content of a corporate profile should contain, and again I believe her intent was just to create an example of a Prezi presentation to show what it was like.

10. I briefly reviewed her draft presentation and sent her an email to acknowledge her work and tell her that edits were needed. As stated above, Ms. Harris' employment with KaiJet ended March 5, 2019, only a couple of weeks after she provided this Prezi example. To the best of my recollection, we did not discuss the edits needed and I do not believe Ms. Harris made any additional drafts of the presentation before the end of her employment with KaiJet.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the above statements are correct, and as to statements of belief, that I believe them to be correct.

Signed at Kennesaw, Georgia this 25th day of March, 2020.

_____
Charles Akins

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2020, I caused to be filed the **DECLARATION OF CHARLES AKINS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ali A. Aalaei

Alexander Chen

Benjamin Martin

Steven G. Hill

Martha L. Decker

s/ Robert J. Carlson
Robert J. Carlson
WSBA Number 18455
*Admitted Pro Hac Vice*

*Attorneys for Kaijet Technology International Corporation*

LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: bob@leehayes.com