Robert A. Madayag, III
GA Bar No. 123669
RobM@leehayes.com
Ryan P. Gentes
GA Bar No. 421695
Ryan.Gentes@leehayes.com
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, Georgia 30309
Telephone: (404) 815-1900

*Attorneys for Defendant
KaiJet Technology International Limited, Inc.*

(*Additional Counsel on Signature Page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants/Counterclaim Plaintiff. | Case No. 1:18-cv-05385-SDG<br><br>**DEFENDANT'S NOTICE OF SERVICE OF SUPPLEMENTAL DOCUMENT PRODUCTION** |

Pursuant to N.D. Ga. Local Rules 5.4 and 26.3, Defendant KaiJet Technology International Limited, Inc., dba j5create, through its undersigned attorneys, certifies that its Supplemental Document Production, Bates Nos. KAIJET_3476 through KAIJET_4084, was served on Plaintiff Sanho Corporation by U.S. First Class mail on October 9, 2020.

/ / /

1

DATED this 9th day of October, 2020.

    s/Ryan P. Gentes
Ryan P. Gentes
GA Bar No. 421695
Robert A. Madayag, III
GA Bar No. 123699
Attorneys for Defendant KaiJet Technology International Limited, Inc.
LEE & HAYES, P.C.
75 14th Street, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com
Email: robm@leehayes.com


Robert J. Carlson
WSBA Number 18455
*Admitted Pro Hac Vice*
Attorneys for Defendant KaiJet Technology International Limited, Inc.
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: bob@leehayes.com

Rhett V. Barney
WSBA Number 44764
*Admitted Pro Hac Vice*
Attorneys for Defendant KaiJet Technology International Limited, Inc.
LEE & HAYES, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Email: rhettB@leehayes.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, I caused to be filed Defendant's Notice of Service of Defendant's Supplemental Document Production with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Ali A. Aalaei
    Alexander Chen
    Benjamin Martin
    Steven G. Hill
    Martha L. Decker

                                    s/Ryan P. Gentes
                                    Ryan P. Gentes
                                    GA Bar No. 421695
                                    Attorneys for Defendant KaiJet Technology
                                        International Limited, Inc.

LEE & HAYES, P.C.
75 14th Street, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com