IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| SANHO CORPORATION, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 1:18-cv-05385-SDG |
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. ET AL, | |
| Defendant. | |

## ORDER

Upon review of the information contained in the parties proposed scheduling order, and with the benefit of a telephonic status conference with counsel, the Court hereby enters the following schedule order:

| DATE | EVENT |
|---|---|
| November 2, 2020 | Parties file outstanding responsive pleadings |
| November 16, 2020 | Revised Initial Disclosures |
| (continuing) | Fact Discovery |
| November 18, 2020 | Plaintiff's Supplemental Infringement Contentions |
| December 18, 2020 | Defendant's Supplemental Invalidity Contentions/Response to Supplemental Infringement Contentions |

| January 8, 2021 | Exchange of Proposed Claim Construction Terms |
| --- | --- |
| January 29, 2021 | Exchange of Preliminary Constructions |
| February 12, 2021 | File Joint Claim Construction Statement |
| February 26, 2021 | Completion of Claim Construction Discovery |
| March 12, 2021 | File Opening Claim Construction Briefs |
| April 2, 2021 | File Responsive Claim Construction Briefs |
| TBD | Claim Construction Hearing |
| June 4, 2021 | Close of Fact Discovery |
| June 11, 2021 | Initial Expert Witness Disclosures (on which party bears burden of proof) |
| June 25, 2021 | Initial Expert Witness Disclosures (on which opposing party bears burden of proof) |
| July 9, 2021 | Rebuttal Expert Witness Disclosures |
| July 12, 2021 | Depositions of Experts Commence |

| August 12, 2021 | Depositions of Experts End |
| --- | --- |
| September 13, 2021 | Summary Judgment Motions or Consolidated Pretrial Order |
| September 27, 2021 | Responses to Summary Judgment Motions |
| October 11, 2021 | Replies to Responses to Motions for Summary Judgment |
| TBD | Daubert Motions |
| TBD | Trial |

SO ORDERED this the 5th day of November 2020.

Steven D. Grimberg
United States District Court Judge