IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>    Plaintiff,<br><br>                v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., dba "j5create;" and DOES 1-10,<br><br>    Defendants. | Civil Action No.<br>1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>    Plaintiff,<br><br>                v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>    Defendants. | Civil Action No.<br>1:20-cv-02150-SDG<br>[consolidated case] |

**ORDER**

This matter is before the Court on Plaintiff Sanho Corporation's motion for the issuance of letters rogatory on Defendants Magic Control Technology (Magic Control) and Starview Global Limited (Starview) [ECF 201] and Sanho's motion for an order permitting it to serve Magic Control and Starview by Federal

Express mail at their addresses in Taiwan [ECF 202]. For good cause shown, the Court finds that Sanho's motions should be **GRANTED**. However, the forms and instructions attached to Sanho's motions do not comply with the processes followed by this Court. As such, Sanho is **ORDERED** to contact the Clerk of Court directly at the following phone number to properly execute its requests: 1-404-215-1635.

    **SO ORDERED** this the 13th day of November 2020.

Steven D. Grimberg
United States District Court Judge