

**MEMORANDUM**                                      **November 30, 2020**

**TO:**        File (1:18-cv-5385-SDG)

**FROM:**      Beverly Creech, Deputy Clerk, Intake

**SUBJECT:**   **Delivery of Documents to FEDEX**

---

    A request for International Service of Process, pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii), was received on November 25, 2020, from Steven G. Hill, Attorney for Plaintiff, in case number 1:18-cv-5385-SDG.  Pursuant to the request on November 25, 2020, I delivered two Service of Process packages to the FEDEX box located on the LP level of the Richard B. Russell Federal Building 75 Ted Turner Drive SW Atlanta, GA 30303.  The packages were addressed as follows:

MAGIC CONTROL TECHNOLOGY
10F, No. 123, Zhongcheng Road,
Tucheng Dist, New Taipei City 236, Taiwan. R.O.C.

STARVIEW GLOBAL LIMITED
8F, No. 109, Zhongcheng Road,
Tucheng Dist, New Taipei City TW

    In accordance with the request, payments arrangements were made on November 25, 2020, by the law firm of Hill, Kertscher & Wharton, LLP.

_____               11/25/2020
Beverly Creech                          Date

———————— HILL, KERTSCHER & WHARTON, LLP ————————

LIMITED LIABILITY PARTNERSHIP

LAWYERS

3350 RIVERWOOD PARKWAY, SE, SUITE 800
ATLANTA, GEORGIA 30339
www.hkw-law.com
PHONE: 770-953-0995
FACSIMILE: 770-953-1358

*Steven G. Hill*
*sgh@hkw-law.com*

770.953.0995
Ext. 101

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 25 2020

JAMES N. HATTEN, Clerk
By: Deputy Clerk

November 25, 2020

**VIA COURIER**

James N. Hatten, Clerk of Court
United States District Court - Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: *Sanho Corporation v. Kaijet Technology International Limited, Inc., et al;*
**U.S.D.C. (ND) GA; CAFN# 1:18-cv-5385-SDG**

Dear Mr. Hatten:

Pursuant to Judge Grimberg's Order on November 13, 2020 (see ECF 211), we respectfully request the Clerk's assistance in serving our Summonses and Complaint for the (2) foreign Defendants by FedEx overnight mail. To effect this service, we are submitting to the court:

- Two pre-filled Summonses for Magic Control Technology and Starview Global Limited, respectively, for the Clerk's signature;
- Two copies of the Complaint (see ECF 204);
- Two pre-paid FedEx envelopes; and
- Our firm's check in the amount of $86.00 to cover the printing and certification fees.

Specifically, we ask that the Clerk:

1. Certify the (2) Summonses/Complaints as true and correct copies; and
2. FedEx each certified Summons/Complaint to the (2) foreign Defendants.

We greatly appreciate your assistance on this matter.

Sincerely,

Steven G. Hill

SGH/ep
Enclosures

cc: Tuan Tiet, Esq.