UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100, <br><br> Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10, <br><br> Defendants. | Consolidated with <br> Case No. 1:20-cv-02150-TCB |

**NOTICE OF APPEARANCE OF WILLIAM B. DYER III FOR DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. & DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL CORPORATION**

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please enter the appearance of William B. Dyer III, of Lee & Hayes, P.C., as counsel for Defendant KaiJet Technology International Limited, Inc., dba j5Create ("KaiJet") and Defendant KaiJet Technology International Corporation ("KTIC"), who appears without waiving any defenses or objections that may exist pursuant to Federal Rules of Civil Procedure 4, 8, or 12.  Defendants KaiJet and KTIC request that all further pleadings and papers, except original process, be served upon undersigned counsel at the address stated below. This appearance is in addition to previously appeared counsel from the law firm of Lee & Hayes, P.C.

I hereby certify that I am duly admitted to practice in this court.

DATED this 18th day of December, 2020.

        *s/ William B. Dyer III*
        William B. Dyer III
        GA Bar No. 236915
        LEE & HAYES, P.C.
        75 14th Street, Suite 2500
        Atlanta, GA 30309
        Telephone: (404) 815-1900
        Email: bill.dyer@leehayes.com

        *Attorneys for Defendant KaiJet Technology International Limited, Inc. and Defendant KaiJet Technology International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I caused to be filed the Notice of Appearance of William B. Dyer III with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Ali A. Aalaei
    Alexander Chen
    Benjamin Martin
    Tuan Tiet
    Steven G. Hill
    Martha L. Decker

s/ *William B. Dyer III*
William B. Dyer III
GA Bar No. 236915

*Attorneys for Defendant KaiJet Technology International Limited, Inc. and Defendant KaiJet Technology International Corporation*

LEE & HAYES, P.C.
75 14th Street, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: bill.dyer@leehayes.com

3