IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>         Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.,<br><br>         Defendants. | Case No.  1:18-CV-05385-SDG<br><br>JURY TRIAL DEMANDED |

**DEFENDANT STAR VIEW GLOBAL LIMITED'S SUR-SUR REPLY CLAIM CONSTRUCTION BRIEF**

Star View Global Limited ("Star View") submits the attached letter Sur-Sur Reply pursuant to the oral order of the Special Master during the claim construction hearing on June 18, 2021.  For the reasons set forth in the attached letter and raised during the hearing, Star View objects to Slide Nos. 37-39 of Sanho's Hearing Presentation and accompanying arguments, including the introduction of two Federal Circuit decisions (i.e., *Samsung Electronics America, Inc. v. Prisua Engineering Corp.*, 948 F.3d 1342 (Fed. Cir. 2020) and *TEK Global, S.R.L. v. Sealant Systems International, Inc.*, 920 F.3d 777 (Fed. Cir. 2019)), and moves to strike them from the record.

1

Dated: June 28, 2021          Respectfully submitted,

                               By: <u>/s/ Charlena L. Thorpe</u>
                               Charlena L. Thorpe
                               Georgia Bar No. 760954
                               charlena@incorporatinginnovation.com
                               **Incorporating Innovation LLC with Charlena Thorpe, Patent Attorney**
                               6340 Sugarloaf Parkway Suite 200
                               Duluth, Georgia 30097
                               Tel: (770) 325-2741
                               Fax: (770) 325-2741

                               OF COUNSEL:

                               Lenny Huang
                               CA Bar No. 264386
                               *Admitted Pro Hac Vice*
                               **Burke, Williams & Sorensen LLP**
                               1 California Street, Suite 3050
                               San Francisco, CA 94111-5432
                               Tel.: (408) 606-6300
                               Fax: (408) 606-6333
                               Email: lhuang@bwslaw.com

                               Yitai Hu
                               CA Bar No. 248085
                               District of Columbia Bar No. 454186
                               *Admitted Pro Hac Vice*
                               **Eponym Law Group**
                               405 El Camino Real, Ste. 633
                               Menlo Park, CA 94025
                               Tel.: (650) 575-1518
                               Email: yitai@eponymlaw.com

                               *Attorneys for Defendant Star View Global Limited*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1(D) of the Local Rules of the Northern District of Georgia, counsel for Defendant Star View Global Limited hereby certifies that this brief was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1B.

## **CERTIFICATE OF SERVICE**

I certify that I have served **DEFENDANT STAR VIEW GLOBAL LIMITED'S SUR-SUR REPLY CLAIM CONSTRUCTION BRIEF** via the Court's CM/ECF system on the date below, to opposing counsel of record.

Dated: June 28, 2021

By: /s/ Charlena L. Thorpe
Charlena L. Thorpe