UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**DECLARATION OF YU CHIA LIU**

I, Yu Chai (Jessica) Liu, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am over the age of majority and otherwise competent to testify to my knowledge about the matters set forth in this declaration. I have personal knowledge of the facts set forth herein.

2. I am the Chief Executive Officer of KaiJet Technology International Limited, Inc. ("KaiJet US").

3. I've reviewed the email correspondence between myself and Chuck Akins that is identified with KAIJET_4053. In that email correspondence, I stated "I studied this spec before." English is not my first language. What I intended to convey was that I'd seen specifications for a similar product before, not that I'd previously studied the specification of the Hyperdrive device. A copy of a specification for a similar device I remember being available at that time is attached as **Appendix A**.

4. I was not involved in the design and development of the JCD382. I received renderings of the JCD382 from KaiJet Taiwan and sent them by email to Chuck Akins along with pricing information so we could determine if our customer was interested in this device. I had no input in the design of the product.

5. In 2018, I asked KTIC if they were able to obtain trademarks related to the Ultradrive line of products. I did not have the authority to direct KTIC to obtain these trademarks. While I work closely with KTIC, I cannot direct its actions.

6. Cindy Lin has never been employed as my assistant.

7. I've reviewed an email between myself and Chuck Akins on September 13,

1

2017. In that email I stated, "What I saw once at BBY store is space grey." I don't remember what I was referring to specifically, but I know I did not see a Hyperdrive device in a Best Buy store before we launched the JCD382. Our goal with the color of the JCD382 was to best match the MacBook laptop, which is space gray.

I declare under the laws of the United States under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2023.

/s/ Yu Chia liu

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan P. Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*

# **APPENDIX A**



| | Winstars Product Specifications | | Version | A0 |
|---|---|---|---|---|
| | | | Page | 1/1 |
| Model | WS-UHP3405M | | Date | 2017-04-01 |
| Name | Thunderbolt 3 Mini Dock for Macbook Pro 2016 | | Writer | |

| Picture tupia 图片 | Features: 特点 |
|---|---|
| | 1. Aluminum designed fit to plug into two Thunderbolt 3 USB-C ports Macbook Pro 2016. Upper USB-C port extended Thunderbolt 3 port connectivity, Intel compliant materials truly max. running at 40Gbps speed, including USB3.1 (10Gbps) / DisplayPort V1.2 (5K@60Hz or 4K@60Hz) video out or USB3.1 (Power Delivery) upstream power charging<br>2. Build in one more HDMI V1.4 (4K@30Hz) through USB3.1 (VESA Alternate Mode) video output support 4K resolutions<br>3. Two USB-A ports and one USB-C port extended USB3.1 Gen.1 (5Gbps) data transfer<br>4. USB3.0 SD and TF / Micro SD Card Reader to fill up Macbook Pro 2016 missing function |

**Title 标题**

Thunderbolt 3 Mini Dock for Macbook Pro 2016

| Description 介绍 | Package content 标配 | SYSTEM REQUITEMENT: 系统配置 |
|---|---|---|
| Mini Dock Designed fit to plug into two Thunderbolt 3 USB-C ports on the MacBook Pro 2016 to deliver more ports in the smallest footprint. Extended one Thunderbolt 3 connector to maintain 40Gbps speed. To Present upstream power charging, 10Gbps or higher speed data transfer and up to 4K resolution DisplayPort output.<br>　　Extra HDMI port through USB3.1 VESA Alt. Mode support 4K resolution to present dual UHD 4K display. Additions of 2 x USB-A; 1 x USB-C Hub and 1 x USB3.0 SD / TF Card Reader giving full functionality. This compact Mini Dock to replace all other dongles be one for portable user. With innovative design, the product have been widely acclaimed by Apple fans. | 1. Thunderbolt 3 Mini Dock<br>2. Leather pouch for product protection | For Macbook Pro 2016 only or 2017 new vresion in the future |

**Specification 规格**

| Hardware 硬件 | | Functions 功能 | | Exterior 外观 | |
|---|---|---|---|---|---|
| Ports | Input: 2 x USB-C, Output: 2 x USB-A + 2 x USB-C + SD and TF Connector | Working Standards | USB 3.1 Gen1 | Color | Apple deep gray |
| Button | NIL | | | | |
| LED | Power Indicator Blue | | | | |
| Chipset | VL812-B+VL100 + GL3224 | | | | |
| Flash | NIL | Operating System Support | Mac OS | | |
| SDRAM | NIL | | | | |
| Power Supply | Power from Macbook Pro 2016 | | | | |
| Power Plug | NIL | Max. Pixels | NIL | | |
| Power Consumption | <0.5W | Max. Charing current(A) | NIL | | |
| Rated Voltage/ frequency /current | NIL | | | | |

| Dimensions 尺寸 | | Certification 证书 | | |
|---|---|---|---|---|
| Unit Dimensions | Size: 134(L) x 41(W) x 9(H)mm | CE-EMC | Enable | NO suitable |
| Weight | 60g | CE-RTTE | Enable | |
| Housing Material | Aluminum | CE-LVD | Enable | |
| Shell color | Apple deep gray | FCC DOC | Enable | |
| Package Dimension | xx * xx * xx  MM (L x W x H) after small PP | FCC ID | Enable | |
| Environmental 环境 | | ROHS | Enable | |
| Operating Temperature | 0°C~40°C | Reach | Enable | |
| Storage Temperature | -10~70°C | 3C | | |
| Relative Humidity(Operational) | 10%~90%,noncondensing | Others 其他 | | |
| Relative Humidity(Storage) | 10%~90%,noncondensing | Method | See Manual | |
| Drop test (1 Meters) | 3 st | Performance | See Test Report | |
| Cycle work (hours) | 24Hour | Reliability | See Test Report | |

CONFIDENTIAL                                                                                                                                          KAIJET_4190