UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**SUPPLEMENTAL DECLARATION OF YU-CHI TAI**

I, Yu-Chi Tai, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am over the age of majority and otherwise competent to testify to my knowledge about the matters set forth in this declaration. I have personal knowledge of the facts set forth herein.

2. I am the Chief Executive Officer of KaiJet Technology International Corporation ("KTIC"). KTIC is located in New Taipei City, Taiwan and organized under the laws of Taiwan.

3. KTIC changed its official name from KaiJet Technology International Limited to KaiJet Technology International Corporation in 2017, before KTIC was sued by Sanho. On a previous declaration I submitted in this case, I attached a report from the Taiwanese Bureau of Foreign Trade Ministry of Economic Affairs showing that no changes had been made to KTIC's registration since May of 2018. The report uses the Taiwanese Minguo calendar where 2018 is listed as year 107.

4. In February 2019, KTIC applied for a U.S. trademark registration for its J5CREATE brand name. That application mistakenly used KTIC's previous corporate name. A copy of the application is attached as **Appendix A**. When we responded to the first Office Action in the J5CREATE trademark application, the corporate name was corrected.

5. KTIC has not exhibited at the Consumer Electronics Show ("CES") since 2012. Once KTIC contracted with KaiJet US as its US distributor, KaiJet US became responsible for US marketing, including activities at CES. KTIC employees occasionally

attend CES as guests of KaiJet US.

6. I've reviewed the portion of the 30(b)(6) deposition transcript of KTIC where I answered "We are not handling the U.S. part. I said it earlier: We authorized KaiJet U.S. to handle that." I understand that Sanho has used this statement as proof that KaiJet Taiwan is an "authorized agent" of KTIC. To clarify, KaiJet US and KTIC have a contractual buyer-seller relationship. As part of that relationship, KaiJet US buys products from KTIC and sells them in the United States. KTIC cannot control the actions of KaiJet US and KaiJet US cannot enter into agreements or accept service on behalf of KTIC. They are separate companies.

7. KaiJet Taiwan began selling products with the "DisplayPort" tradename in December 2014. These products include the JDA114, JDA134, JDA154, and JCA140. KaiJet Taiwan has also used the tradename "CreativeDrive" with its JMLSDS product since May 2017.

8. KaiJet Taiwan has used white and orange packaging for its products since 2015. A copy of the 2015 packaging of the JCD374 is attached as **Appendix B**. I've attached a photo of KTIC's booth at the Computex trade show, which took place in May 2016 in Taipei, as **Appendix C**. The Computex photo shows KTIC's orange and white color scheme and corresponding packaging. The packaging of older products was refreshed to match the orange and white color scheme. KaiJet Taiwan switched the packaging for its Ultra Station to orange and white packaging with a viewing window in April 2017. A copy of the current packaging is attached as **Appendix D.**

I declare under the laws of the United States under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2023.

/s/ Yu-Chi Tai
Yu-Chi Tai

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan P. Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*

# **APPENDIX A**

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-02-06 07:19:34 EST |
| **Mark:** | J5CREATE |

![j5create]

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88307018 | **Application Filing Date:** | Feb. 19, 2019 |
| **US Registration Number:** | 6125506 | **Registration Date:** | Aug. 11, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 11, 2020 | | |

**Publication Date:** Sep. 10, 2019  **Notice of Allowance Date:** Nov. 05, 2019

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | J5CREATE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM |
| **Description of Mark:** | The mark consists of "j5create" represented in stylized font. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Computer monitors; computer recorded programs for use in database management and for use in electronic storage of data; computer recorded operating software; computer recorded game software; computer recorded video software; Computer workstation comprising video capture card, display adapter and ethernet adapter; Computer hardware; Network card; video image capture card; Graphic card; memory Expansion card; Mouse pads; Electronic tags for goods; audio speaker; wireless speaker; Loudspeaker; computer audio speaker; computer wireless speaker; Extension cord; electrical power extension cord; Computer cable; Video cable; Wires, electric; Data transmission cable; Signal cable for electrical signal transmission; Signal cable for optical signal transmission; Cables, electric; Internet device in the nature of router and adapter; Signal converter; Network router; electrical connectors |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 01, 2019 | **Use in Commerce:** | Mar. 01, 2019 |

| | |
|---|---|
| **For:** | Electronic retail store services featuring computer accessories; online retail store services featuring computer accessories; Network retail store services featuring computer accessories; Online wholesale store services featuring computer accessories; retail store services featuring phone-in orders featuring computer accessories; online retail store services via the worldwide Web featuring |

computer accessories; Retail stores, retail distributorships, and online retail outlets services featuring electronic appliances; Retail stores, retail distributorships, and online retail outlets services featuring photographic equipment; Retail stores, retail distributorships, and online retail outlets services featuring indoor fixtures; Retail stores, retail distributorships, and online retail outlets services featuring computer software; Retail stores, retail distributorships, and online retail outlets services featuring computer hardware; Retail stores, retail distributorships, and online retail outlets services featuring precious instruments; Retail stores, retail distributorships, and online retail outlets services featuring metrological instruments

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 01, 2019 | **Use in Commerce:** | Mar. 01, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | KAIJET TECHNOLOGY INTERNATIONAL CORPORATION |
| **Owner Address:** | 8F., No.109, Zhongcheng Rd.<br>Tucheng Dist.<br>New Taipei City TAIWAN 236 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | TAIWAN |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Justin King | **Docket Number:** | 16214-044TR |
| **Attorney Primary Email Address:** | trademarkva@wpat.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Justin King<br>WPAT, PC<br>8230 BOONE BLVD STE 405<br>VIENNA, VIRGINIA UNITED STATES 22182 | | |
| **Phone:** | 703-639-0151 | **Fax:** | 7038807487 |
| **Correspondent e-mail:** | trademarkva@wpat.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 11, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 09, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 08, 2020 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 16, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 74055 |
| Jun. 16, 2020 | STATEMENT OF USE PROCESSING COMPLETE | 74055 |
| Apr. 27, 2020 | USE AMENDMENT FILED | 74055 |
| May 26, 2020 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| Apr. 27, 2020 | TEAS POST PUBLICATION AMENDMENT RECEIVED | |
| Apr. 27, 2020 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 05, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |

| | | |
|---|---|---|
| Sep. 10, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 10, 2019 | PUBLISHED FOR OPPOSITION | |
| Aug. 21, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 08, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 06, 2019 | EXAMINER'S AMENDMENT ENTERED | 76568 |
| Aug. 06, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 06, 2019 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 06, 2019 | EXAMINERS AMENDMENT -WRITTEN | 76582 |
| Aug. 05, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76568 |
| Aug. 05, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76568 |
| Jul. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Jul. 18, 2019 | ASSIGNED TO LIE | 73797 |
| Jul. 12, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 25, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 25, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 25, 2019 | NON-FINAL ACTION WRITTEN | 76582 |
| May 30, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 30, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 30, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 06, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 06, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| May 06, 2019 | NON-FINAL ACTION WRITTEN | 76582 |
| Apr. 30, 2019 | ASSIGNED TO EXAMINER | 76582 |
| Mar. 11, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 22, 2019 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION    **Date in Location:** Jul. 08, 2020

# **APPENDIX B**

# **APPENDIX B**



# **APPENDIX C**



# **APPENDIX D**

