UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Defendant KaiJet Technology International Corporation ("KTIC") hereby moves this Court for an Order granting summary judgment in favor of the Defendants on the following counts:

| **Case No. 1:18-cv-05385-SDG ("First Action"):** |
|---|
| Summary Judgment of Noninfringement of Copyright Reg. No. VA 2-103-336 (Count IV) |

| **Case No. 1:20-cv-02150-TCB ("Second Action"):** |
|---|
| Summary Judgment of No False Advertising (Count IV) |

KTIC also moves this Court for an Order granting summary judgment in favor of KTIC on the following counts:

| **First Action:** |
|---|
| Summary Judgment of Noninfringement of U.S. Patents No. D813,875 and D855,616 (Count I) |
| Summary Judgment of Noninfringement of Trademark Registration No. 5,442,707 (Count II) |
| Summary Judgment of No Unfair Competition Under Lanham Act § 43(a) (Count III) |
| Summary Judgment of Noninfringement of Copyright Reg. No. VA 2-103-336 (Count IV) |

| **Second Action:** |
|---|
| Summary Judgment of Noninfringement of U.S. Patent No. D844,618 (Count II) |

| **Second Action:** |
|---|
| Summary Judgment of Noninfringement of U.S. Patent No. D807,290 (Count III) |
| Summary Judgment of No False Advertising (Count IV) |

For the reasons set forth in the concurrently filed Memorandum of Law in Support of this Motion, KTIC respectfully requests that this Court grant its motion for summary judgment and hold that Count IV of the First Action and Count IV of the Second Action are DENIED AND DISMISSED WITH PREJUDICE and that Counts I-IV of the First Action and Counts II-IV of the Second Action are DENIED AND DISMISSED WITH PREJUDICE with respect to KTIC.

Respectfully submitted, this 31st day of January, 2024.

/s/ *Ryan P. Gentes*
Ryan P. Gentes
GA Bar No. 421695
Robert A. Madayag, III
GA Bar No. 123699
William B. Dyer III
GA Bar No. 236915
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com
Email: robm@leehayes.com
Email: bill.dyer@leehayes.com

Robert J. Carlson
WSBA Number 18455
*Admitted Pro Hac Vice*
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: carlson@leehayes.com

Rhett V. Barney
WSBA Number 44764
*Admitted Pro Hac Vice*
Johanna Tomlinson
WSBA Number 57582
*Admitted Pro Hac Vice*
LEE & HAYES, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Email: rhettb@leehayes.com
johanna.tomlinson@leehayes.com

*Attorneys for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan P. Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*