# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SANHO CORPORATION, )
)
Plaintiff, )
)
vs. )
) Civil Action File No.
KAIJET TECHNOLOGY ) 1:18-cv-05385-SDG
INTERNATIONAL LIMITED, )
INC., doing business as )
"J5Create"; and DOES )
1-10, )
)
Defendants. )
)
)

- - -

Videotaped Deposition of
CHUCK AKINS as 30(b)(6) Corporate Representative
of Kaijet Technology International Limited,
Incorporated

(Taken by Plaintiff)

Atlanta, Georgia

July 14, 2022

ATTORNEYS' EYES ONLY

Reported by: Lynne C. Fulwood

Certified Court Reporter

SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LTD., INC., ET AL.
30(b)(6), Attorneys Eyes Only Chuck Akins on 07/14/2022

Page 2

STATE OF GEORGIA
COUNTY OF COBB
VIDEOTAPED DEPOSITION OF CHUCK AKINS AS 30(b)(6) CORPORATE REPRESENTATIVE OF KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INCORPORATED

Pursuant to Article 8.B of the RULES AND REGULATIONS OF THE BOARD OF COURT REPORTING OF THE JUDICIAL COUNCIL OF GEORGIA, I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as a representative of Huseby Global Litigation.

Huseby Global Litigation was contacted by the offices of ARI LAW, PC, to provide court reporting services for this deposition. Huseby Global Litigation will not be taking this deposition by O.C.G.A. 15-14-37 (a) and (b).

Page 3

ON BEHALF OF THE PLAINTIFF:

ALI A. AALAEI
Attorney at Law
Ari Law, PC
317 University Avenue
Suite 100
Palo Alto, California 94301
415-357-3602
Ali@arilaw.com

STEVEN HILL
Attorney at Law
Hill Kertscher & Wharton, LLP
3625 Cumberland Boulevard, S.E.
Suite 1050
Atlanta, Georgia 30339-6406
770-953-0995

ON BEHALF OF THE DEFENDANTS:

ROBERT J. CARLSON
Attorney at Law
Lee & Hayes
701 Pike Street
Suite 1600
Seattle, Washington 98101
206-876-6029
Bob@leehayes.com

RYAN P. GENTES
Attorney at Law
Lee & Hayes
75 14th Street, N.E.
Suite 2500
Atlanta, Georgia 30309
404-736-1922
Ryan.gentes@leehayes.com

ALSO PRESENT:

Mr. Cenatempo

Page 4

\- - -

Videotaped deposition of CHUCK AKINS, as 30(b)(6) Corporate Representative of Kaijet Technology International Limited, Incorporated, taken by the Plaintiff, at 3625 Cumberland Boulevard, S.E., Suite 1050, Atlanta, Georgia 30339, on the 14th day of July 2022, at 9:00 a.m., before Lynne C. Fulwood, Certified Court Reporter.

Page 5

INDEX TO EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | Second Amended Notice of Deposition of Kaijet Technology International Limited, Inc.'s FRCP 30(b)(6) And Request for Documents | 10 |
| Exhibit 2 | Sales Figures | 23 |
| Exhibit 3 | JCD324 | 47 |
| Exhibit 4 | Excel Spreadsheet- Stapels 2021 | 72 |
| Exhibit 5 | j5create End User License Kaijet Technology International Limited, Inc. | 111 |

INDEX TO EXAMINATION

Examination by Mr. Aalaei 7

www.huseby.com Huseby Global Litigation 800-333-2082

felt pertinent to this case.
MR. AALAEI: Ryan, may I keep this copy or is this --
MS. GENTES: Yes.
MR. AALAEI: Okay. Thank you.
BY MR. AALAEI:
**Q Other than your attorneys, did you meet with anyone to prepare for this deposition?**
A I had spoken verbally over the phone with Jessica Liu and Steven Lyu as well.
**Q Did you talk to them at the same time?**
A I did not.
**Q What did you talk about with Jessica?**
A In the course of going through this -- this list that you had provided, I just wanted to have a couple of clarifications on things.
**Q Which -- which items?**
A I don't specifically recall which exact item it was. It was more of a discussion to make sure that I understood everything as I was reading through her deposition and such things.
**Q What did Jessica tell you?**
A Nothing. She just confirmed the questions that I had.
**Q And you don't know what those questions**

**were?**
A Well, the questions were specifically related to like ownership and stuff like that that I did not -- I just wanted to make sure that I had all of the most recent information.
**Q What about with Steven?**
A Pretty much the same answer.
**Q Who are the owners of Kaijet U.S.?**
[redacted]
**Q Are there any other owners?**
A There are not.
**Q Are there any employee stock ownership programs?**
[redacted]
**Q Are there any stock options for employees?**
[redacted]
**Q Are Jessica and Steven employees of Kaijet U.S.?**
A Yes.

**Q What is Jessica's job title?**
A Jessica is the CEO of Kaijet U.S.
**Q Has she always been the CEO?**
A Yes.
**Q How about Steven?**
A Steven is the COO.
**Q Has he always been the COO?**
A He actually started out as the CFO and secretary under the original corporate documents. And then right around 2015, he was given the title of COO at that time.
**Q Who is the CFO now?**
A Steven still is the CFO.
**Q Oh, he's still the CFO?**
A Yes, he's still -- he's COO and CFO, yes.
**Q Okay. Thank you.**
**Now, with regard to Kaijet Taiwan, who is your main contact with Kaijet Taiwan?**
A I do not necessarily have a contact with Kaijet Taiwan. I generally filter that information through Jessica, but I do know that we have -- we do coordinate with someone named Ariel. And she's like the main logistics person that we speak with on the Kaijet Taiwan side.
**Q How frequently do you communicate with**

**Kaijet Taiwan?**
A Couple of times a week.
**Q Has that been consistent -- how long has that been that frequency?**
A Well, we, you know, pretty much the whole time that I've been employed.
**Q And how long have you been employed?**
A Ten years.
**Q So for the last ten years, you've been frequently communicating with Kaijet Taiwan, correct?**
A I communicate with Kaijet Taiwan on a regular basis in order to communicate, you know, inventory for costing and things like that.
**Q Other than Kaijet Taiwan, does Kaijet U.S. purchase products from any other companies?**
A No.
**Q Does Kaijet U.S. purchase products from Starview?**
A I'm sorry. Can you repeat the question?
**Q Does Kaijet U.S. purchase product from a company called Starview Global?**
A No.
**Q Does Kaijet U.S. pay any tariffs on products that it purchases from Kaijet Taiwan?**
A I believe that we have tariffs at the

border and things like that that comes when shipments get cleared, yes.

**Q Where do the shipments come from?**

A They come from all over. It just depends on the avail- -- availability of the port and whether it's a sea or air shipment type thing.

**Q Are you familiar with the entity called Kaijet Technology International BV?**

A BV, yes.

**Q What is that entity?**

A That is our European company.

**Q Where is that entity located?**

A It is located in the Netherlands.

**Q Does Kaijet U.S. purchase products from a company called Guan Hang?**

A No.

**Q Have you ever heard of Guan Hang?**

A I have.

**Q What is Guan Hang?**

A I'm not super familiar with them. I've seen their name in some documents. But beyond that, I don't know anything about that company other than they are a supplier that we source products from, I guess.

**Q So is it that you don't know anything**

**about that company or you, Kaijet U.S., does source products?**

A Kaijet does not source products -- U.S. does not source products from Guan Hang directly, but I understand that there's a relationship of some sort that exists with Kaijet Taiwan I suppose. I don't know. But I don't know that relationship in any way.

**Q What is the -- what is your understanding of the relationship?**

A That Guan Hang is a supplier.

**Q What do they supply?**

A I have no idea.

**Q Do they supply any of the accused products in this case?**

A Yes. I'm not sure. Yeah, from what I understand, yes, but I don't know anything more than that.

**Q Which accused products do they supply?**

A I believe it was the -- believe it was the JCD382.

**Q Is it your testimony that Guan Hang supplied the JCD382?**

A It is my testimony that I do not know exactly where Kaijet Taiwan gets their products, but your question of have I heard of this company was

yes, I have heard of them, but I don't know, you know, anything beyond that. I've heard of them, and I've heard that we -- that Kaijet Taiwan has sourced the material just through conversation or viewing documents, but outside of that, I don't know anything about Guan Hang.

**Q Who manufactures the JCD382 or manufactured?**

A We -- Kaijet U.S. purchased the JCD382 from Kaijet Taiwan. I do not know who manufactured it.

**Q So as you sit here today, you don't know who manufactured the JCD382, correct?**

A That's correct.

**Q Thank you.**

**With regard to Kaijet U.S., does Kaijet U.S. hold annual meetings of the board of directors?**

A We have before, but generally speaking, they don't have like an annual set meeting or anything like that.

**Q How about annual meetings for shareholders?**

A No.

**Q Does Kaijet U.S. own any patents?**

A We do have one.

**Q And which patent is that?**

A I don't know the specific number, but I do know that it's a USB to VGA patent.

**Q Do you know what the name of the product -- does Kaijet sell a product that embodies that patent?**

A We do.

**Q What is the product called?**

A USB to VGA adapter.

**Q That's the name of the product?**

A Yeah. It's not really like a moniker name. It's just the description of the product essentially.

**Q Has Kaijet U.S. licensed that patent to anyone else?**

A We have not.

**Q Has Kaijet U.S. ever been offered any patent licensing by any other company?**

A No.

**Q Does Kaijet U.S. own any trademarks?**

A Trying to think.

No.

**Q Has Kaijet U.S. ever been offered any trademark licensing by any other company?**

A I believe that we have an oral license

SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LTD., INC., ET AL.
30(b)(6), Attorneys Eyes Only Chuck Akins on 07/14/2022

Page 22

for the brand name j5create in our territories.
Q Who granted that license?
A Kaijet Taiwan.
Q Who from Kaijet Taiwan?
A I'm not sure specifically who did that. I think it was just between Jessica and Kaijet Taiwan.
Q You mentioned it as an oral license, correct?
A Yes.
Q So someone orally granted that license. You don't know who the grantor was?
A I don't know specifically because it was -- this was many years ago. Yeah, I'm not sure exactly.
Q How do you know there is an oral license?
A Because in the course of reviewing the depositions and discussions with Jessica, that is what we had talked about.
Q Did she tell you that?
A No. I actually read that.
Q From the deposition?
A I believe it was a deposition. I'm not sure precisely exactly what document but...
Q So -- okay. So you're relying on -- or

Page 23

you're not sure what document you're relying on?
A Correct.
Q And it wasn't something that Jessica told you, correct?
A No. Correct.
(Whereupon, Exhibit No. 2 was marked for identification by the court reporter.)
BY MR. AALAEI:
Q I wanted to mark next in order one of the financial documents that you testified you reviewed. And I believe this document we marked or we're marking as Exhibit 2 is a spreadsheet that was produced labeled Kaijet 28331. Do you recall this document?
A Yes.
Q Before we get into this document, I wanted to ask you to take a look at topic 34 in Exhibit 1, which is the annual sales of the accused products by monetary value and quantity and defendant's profits from such sales after deduction of variable costs.
Are you familiar with that topic?
A I am.
Q What did you do to prepare to address this topic?

Page 24

A I reviewed this final financial document that you provided me today as well as consulted with my legal team.
Q Other than your legal team, did you meet with anyone about the financials?
A I actually did meet with our internal accountant to produce the profit document.
Q What is the name of that accountant?
A His name is Keith Reagin. I'm not sure if I'm pronouncing that last name correctly.
Q Does he work here in Georgia?
A He does.
Q How many times did you meet with him?
A Just once.
Q And how long was the meeting?
A Fifteen minutes.
Q How long would you say you spent preparing this topic number -- preparing for this topic No. 34?
A I would say probably maybe a couple of hours for that specific topic.
Q Within Exhibit 1, there is also topics No. 15, 16 and 17. Do you see those?
A Yes.
Q Did you also prepare for those topics?

Page 25

A I did.
Q And what did you do to prepare for those?
A I reviewed -- I reviewed the same documents and met with my legal team.
Q So the document -- the documents that you're referring to are the documents that are contained on this -- this sheet, the one page you brought with you today?
A Correct.
Q Who provided these documents to you?
A My legal team.
Q So these documents were not provided to you by Mr. Reagin, correct?
A The ones on the -- on the list, no outside of the profit information was provided by Mr. Reagin. But the other documents were provided by legal team because they were previous submissions.
Q So we've marked as Exhibit 2 a printout of a spreadsheet that was Bates-labeled Kaijet 28331. So you're familiar with this document, correct?
A I am.
Q And what is this document?
A This document is a list of sales data from 2017 to 2022 for various models SKUs.
Q And so this is a three-page document for

www.huseby.com Huseby Global Litigation 800-333-2082

business incurs, variable costs, things like that. And then applied it as a percentage of sales to each item.

**Q What variable costs?**

A That would include rent for the properties that we operate in, our payroll, healthcare expenses, payroll taxes, office supplies, birthday parties, any other expense that we would do as a business.

**Q Do you consider birthday parties to be a variable expense?**

A They cost a little bit different each time.

**Q How do you define variable?**

A Something that might change depending on the situation, how many people were there, something like that. It's not a fixed cost. It's variable.

**Q For 2017, what were the total operating expenses?**

A Can you repeat the question?

**Q Sure.**

**So for 2017, what were the -- I'm trying to understand this percentage of operating expenses. Is that -- is that a percentage or how -- how is this column derived? Maybe we can back up.**

A Yeah. So basically, we added up the total of our operating expenses. And then once we did that, we determined how many sales of each item we had and applied it as a percentage. So for example, if we -- if we had sold 1,000 total units of -- in the whole company and 100 of them were X product, then X product would have taken 10 percent of the operating expense.

**Q So other than the rent, payroll, office supplies, birthday parties, what other operating expenses went into this?**

A So any equipment that we might need. There's certainly equipment that goes bad every year.

You know, employees might need new computers. They might need a new mouse, any office supplies, any equipment. Anything where Kaijet U.S. was purchasing something as an expense would be under our operating expense.

**Q How much is the rent?**

A I don't have the specific rent value.

**Q Do you know how much the birthday parties were?**

A I do -- I do not have that.

**Q What about the payroll?**

A I don't have the -- the specifics of that.

**Q What about the equipment?**

A I do not have the specifics of that.

**Q Health benefits?**

A I do not have the specifics of that.

**Q Are these operating expenses only of Kaijet U.S., or do they include other Kaijet entities?**

A I would say that it is -- there are certainly likely some overlapping expenses for like Kaijet Canada or Kaijet Europe that -- that have gone into this.

**Q Which -- which ones are overlapping?**

A Can you rephrase the question, which -- which ones is --

**Q Which expenses -- which operating expenses are overlapping with respect to Kaijet U.S. and other Kaijet entities?**

A So I think the best example that I could give you for that would be like a travel expense for example. So if I was to fly over to Europe, a portion of that ticket would certainly end up on the operating expense of the U.S.

**Q Do you know what any of the travel expenses were for any year on Exhibit 3?**

A I don't know what the specific values were, no.

**Q In preparing for this deposition, did you review any documents that would show what the underlying costs or expenses were?**

A I did not review any documents that were extremely specific and broken down into what each expense would have been. I reviewed documents like

A Yes.
Q Are any of the products shipped from China?
A I think on occasion we have received things from China.
Q Any of the accused products?
A I do not believe so.
Q I want to go back to Exhibit 1, which is the notice of deposition. And I was going to ask you some questions about Topic No. 20.
A No. 20.
Q Topic 20 is the identities of the persons and entities that manufacture, ship, sell and offer to sell the accused devices in this litigation.
A Okay.
Q Do you understand that you're here to testify on behalf of Kaijet U.S. with regard to topic 20?
A I do.
Q And what did you do to prepare to address this topic?
A I consulted with my legal team.
Q Anything else?
A I also had a discussion with Steven Lyu and Jessica Liu.

Q How long would you say you spent preparing for this topic?
A About an hour, maybe.
Q So with regard to the JCD382 and I may have asked it earlier but I'll just ask it again, who manufactured this product?
A We purchased the product from Kaijet Taiwan. I'm not entirely certain who actually manufactured the product.
Q Do you have any information about who manufactured it?
A I have no idea who manufactured the actual product. We purchased it from Kaijet Taiwan, but we don't -- they don't share with us that information.
Q So the vice president of the company, you don't know who manufactured the product?
A No.
MR. CARLSON: Objection, argumentative.
BY MR. AALAEI:
Q Who was involved with the shipping of the 382?
A Our warehouse manager and logistics manager.

Q Who are those people?
A Currently, it is Hector Rivera is our logistics manager, and our warehouse manager is Rob Salter.
Q How long have they been with Kaijet U.S.?
A Hector is a little bit shy of one year and Rob, my best estimate is five years.
Q Okay. So are they -- today are they the ones that are responsible for -- for all the shipping?
A Yes.
Q And how frequently do you communicate with them?
A On a daily basis.
Q How does Kaijet U.S. refer to Kaijet Taiwan in its nomenclature? Do you call it Kaijet Taiwan, or how do you refer to Kaijet Taiwan normally outside of this deposition?
A I mean, it would just kind of depend on kind of the context, but, you know, we've called it -- Kaijet Taiwan typically is what we would call it. We don't really discuss their activities much because, you know, ultimately we're distributing the product. So it's no -- it's not big on conversations about Kaijet Taiwan for us.

Q So Kaijet U.S. is more like the distributor, correct?
A I would -- yeah, I think that's a fair characterization that we distribute their products.
Q Are you familiar with the JCD348 product?
A Extremely loosely familiar with it. It was not a very popular product so we didn't focus on the product very much. So I'm familiar with it but it's not -- it wasn't a key product of ours or anything.
Q Who manufactured that product?
A I do not know.
Q Do you know who manufactured the 386?
A I do not know.
Q Do you know who manufactured the 388?
A I do not know.
Q Do you know who manufactured the 389?
A I do not know.
Q Take a look at topic 26 in Exhibit 1.
A Okay.
Q Topic 26 is the conception, design and development of the accused product including the identity of persons with primary responsibility for such conception, design and development.
Do you understand that you're here today

**on behalf of Kaijet U.S. with regard to topic 26?**
A I do.
**Q What did you do to prepare for this topic?**
A I -- I met with my legal team. I discussed this briefly with Jessica Liu and Steven Lyu as well.
**Q Going back to the manufacturing, did you discuss the manufacturing with Jessica or Steven?**
A I did not.
**Q Is Kaijet Taiwan the manufacturer?**
A I do not know.
**Q So going back to topic 26, you -- did you review any documents to prepare for 26?**
A I did review the -- all the previous depositions to skim for the information that I might need for that.
**Q And you -- did you speak with Jessica or Steven about 26?**
A I did.
**Q And what did they say?**
A That they did not know. I asked them, you know, what their knowledge was of that and they said they did not know.
**Q Did you ask them about the manufacturing?**

A I did.
**Q And they said they don't -- they don't know either?**
A Yes.
**Q So no one at Kaijet U.S. knows who manufactured the accused products?**
A Our responsibility is -- for Kaijet U.S. is we purchase our products from Kaijet Taiwan and then we sell them in our regions. It never is asked of us from any customer or anything like that who manufactures your product. That's not ever really a concern.
**Q Best Buy never asked you who manufactured it?**
A No. They ask us where it's manufactured, but they don't ask who manufactures it.
**Q So going back to the 348, you mentioned it's not a popular -- it was not a popular product.**
**Is it still being sold?**
A I do believe that we have a very light presence of sales from existing inventory that we might sell like on our website or something, just trying to clear the inventory out kind of thing.
**Q Is that inventory in Georgia?**
A Some of it, yes.

**Q When was the last time that you received a shipment of 348 approximately?**
A 348, probably -- just got to review this real quick. My best estimate would probably be 2019 or 2020.
**Q And we're on topic 26 right now.**
A Yes.
**Q So who conceived the 348?**
A I do not know who conceived the 348.
**Q When was it conceived?**
A I do not know.
**Q Why was it brought to market?**
A It was brought to market because we wanted to try some other products that were like our older products but for different target markets.
**Q Who made the decision to bring it to market?**
A That would have been myself and Steven Lyu.
**Q So you and Steven decided to bring the 348 to market. Did you meet about it?**
A I'm sure we did, yes. Yeah.
**Q And do you recall when that was?**
A I do not recall.
**Q Would it have been in 2018?**

A I suspect it probably would have been earlier than that.
**Q 2017?**
A Probably 2017 would have been more likely, but it certainly could have been 2018. I just -- I don't recollect. We have a lot of product type meetings like that, so I don't recollect the exact timeline.
**Q Who is the person with the primary responsibility for the design of the 348?**
A I do not know.
**Q You don't know who designed it?**
A No, because Kaijet U.S. does not design products and we don't have engineers.
**Q Did Kaijet U.S. invest anything in designing the product?**
A Designing the product, no.
**Q Did Kaijet U.S. develop the product at all, the 348?**
A Did you say Kaijet U.S.?
**Q Yeah.**
A We did not design the product or develop it in any way, no.
**Q Do you know how it was developed?**
A I do not.

SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LTD., INC., ET AL.
30(b)(6), Attorneys Eyes Only Chuck Akins on 07/14/2022

Page 82

Q Do you know who developed it?
A I do not.
Q How did it come to your attention?
A When we would have like a roadmap sent to us from Kaijet Taiwan will send us periodic roadmaps, and essentially me and Steven generally sit down, review them and talk about it, decide which products we actually want to sell for which markets.
Q For the JCD348, how would you describe the overall appearance of that product?
A I would say that it's a modern sleek attachable docking -- mini-docking station is kind of how I would describe it if I was at a Best Buy meeting, that's how I would call it.
Q I'm going to ask similar questions about --
A Sure.
Q -- the other products. Going to go on to the 386 --
A Yeah.
Q -- next. So are you familiar with the JCD386?
A I am.
Q Who is the person with the primary responsibility for conception of the 386?

Page 83

A I do not know.
Q Do you know when the 386 product was conceived?
A I do not.
Q Why was the 386 brought to market?
A Because we wanted to continue to expand products similar to our previous products but for different use cases and different target markets.
Q Did Kaijet U.S. undertake any activities to design or develop the 386?
A We did not.
Q Did you become aware of the 386 through the product -- product roadmap process that you described?
A More than likely, yes.
Q How would you describe the overall appearance of the 386?
A I would describe it as a modern and sleek mini-docking station.
Q Would all of your answers be the same for the 388?
A Yes.
Q I'll just flesh it out a little. So do you know who conceived the 388?
A No.

Page 84

Q You don't know who manufactured it?
A I do not.
Q Do you know who designed it or developed it?
A Do not.
Q Did Kaijet U.S. undertake any activities to design or develop it?
A Did not.
Q Let's say you -- Kaijet sold 388 to a customer, the customer has a problem with the 388, just hypothetical question. It's not working. They contact you or Kaijet U.S., how does the -- how does the process go from there?
A Can you rephrase the question? Sorry.
Q Sure. So after you sell the product -- and let's just use the 388 as an example.
A Okay.
Q If a customer has a problem with it and then contacts you, what is Kaijet U.S.'s process for handling that issue?
A Sure. So there are a couple of different ways that a customer can contact us. It could be via the website. We have a live chat feature. We have a -- we have a ticketing system feature. We also have a -- a telephone line that customers can call

Page 85

during our opening hours, which do vary sometimes based on seasonal, things like that.
After that, our goal as a company is to try to directly support each customer so that we can get their product working to their satisfaction.
Q If they have technical questions, does Kaijet U.S. have technical people on its staff that can address those?
A Kaijet U.S. employs customer service reps who I would say are what I would characterize as like a tech enthusiast. So they're very knowledgeable. They're part of the generation typically that grew up with that being normal. And, you know, I would call them enthusiasts, but I wouldn't call them -- to my knowledge, we don't have any like engineers or anything like that on staff, but they are certainly knowledgeable about technology computers. They also undergo training and that kind of thing.
Q When Kaijet U.S. sells a product to, let's say, Best Buy and let's use the 388 as an example.
A Sure.
Q Are there any instructions that are included with the product?
A Are you asking about inside the package?

www.huseby.com Huseby Global Litigation 800-333-2082

SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LTD., INC., ET AL.
30(b)(6), Attorneys Eyes Only Chuck Akins on 07/14/2022

Page 86

**Q Sure.**
A Yeah. There's -- generally, all of our products have a support card that instructs the customer how to reach us if they need to as well as generally we have a what's called -- we call it a QIG, which is Q-I-G, and that's quick install guide is what that is. And it's essentially just a -- you know, a quick list of how to install it, the steps to take. Yeah, that's pretty much what we include there.
**Q Who prepares that?**
A Kaijet Taiwan creates those assets.
**Q And does it refer the end user to Kaijet U.S. --**
A Yes.
**Q -- if there's an issue?**
A Yes.
**Q So Kaijet Taiwan provides the QIG to Kaijet U.S., correct?**
A It is included inside the package which we do not unseal the packages once they're shipped.
**Q So for the products we've discussed just recently, the 348, the 386 and 388, did Kaijet U.S. invest any resources into the design of these products?**

Page 87

A Not into the design, no.
**Q Do you know who conceived the 382?**
A I do not.
**Q When did you first become aware of the 382?**
A It would have been sometime around the middle of 2017.
**Q How did you become aware of it?**
A It was on a roadmap PowerPoint.
**Q Who sent you the PowerPoint?**
A Don't recall specifically who sent me the PowerPoint. I actually believe that Jessica sent me the PowerPoint because she had received it from Kaijet Taiwan.
**Q What did the PowerPoint contain?**
A Just various roadmap SKUs, anything that we would want to release over the next three, six, nine, twelve months type thing.
**Q When you received that communication from Jessica, prior to that did you have any knowledge about the 382?**
A No.
**Q Do you know where -- how did Jessica come up with that PowerPoint?**
A I believe that we would have gotten those

Page 88

from someone at Kaijet Taiwan.
**Q Do you know why Kaijet Taiwan sent it?**
A They regularly send us roadmaps, SKUs for new products that, you know, we can release.
**Q Who is the person at Kaijet Taiwan what is driving that process?**
A I do not know.
**Q So it's just a faceless entity that?**
A Well, you asked me who drives the process for the roadmap. I have absolutely no idea.
**Q Who is like the main person at Kaijet Taiwan?**
A I don't know the main person. I don't know anything about Kaijet Taiwan in terms of that, their structure or anything.
**Q Are you familiar with the 389 product?**
A I am.
**Q Do you know who conceived that?**
A I do not.
**Q Do you know who designed it?**
A I do not.
**Q Do you know who developed it?**
A I do not.
**Q Did Kaijet U.S. invest any resources to develop that product?**

Page 89

A We did not develop that product in any way.
**Q Do you know who did?**
A I do not.
**Q Do you know who supplied it to you?**
A Yes. Kaijet Taiwan.
**Q Do you know where Kaijet Taiwan got it?**
A I do not.
**Q Did you ask Steven or Jessica that question?**
A I did.
**Q And did Steven or Jessica tell you that they don't know where Kaijet Taiwan got it?**
A Yes.
**Q Topic No. 27 on Exhibit 1 is the operation of the accused product including the identity of persons with primary responsibility for supervising or maintaining the operation.**
A Okay.
**Q Did you prepare for this topic?**
A Yes.
**Q And what did you do to prepare for it?**
A I would have consulted with my legal team and had discussions with Jessica Liu and Steven Lyu.
**Q So with regard to the 382, can you**

www.huseby.com Huseby Global Litigation 800-333-2082

topic 29. So going back to Exhibit 1, the notice of deposition.
A Did you say 29?
Q 29, yeah.
A Okay.
Q Which is the date and manner in which defendants first became aware of the asserted patent, the identity of the persons involved and any action taken by defendants as a result of becoming aware of the asserted patents.
A Okay.
Q Did you prepare for this topic?
A I did.
Q What did you do to prepare for topic 29?
A I basically reviewed previous documents such as depositions. I also reviewed a little bit about some previous e-mails that had been produced as part of this process as well as conferring with my legal team and having a discussion with Steven Lyu and Jessica Liu.
Q So how did Kaijet U.S. first become aware of any of the patents that are at issue in this case?
A We were first served about the lawsuit from Sanho, and we had sent that to our legal team.
Q Who at Kaijet U.S. received the service

of the lawsuit?
A I believe it was Steven Lyu.
Q Did Steven give you a copy of it?
A He did not.
Q Did he mention it to you?
A Yes.
Q What did he say?
A We basically sat down in a meeting room and we just kind of read through it and discussed it and decided what we were going to do, which we decided to contact our legal team about it.
Q Was anyone else at that meeting?
A I do not believe so.
Q When was that meeting?
A It would have been sometime -- I was trying to think. My best estimate would have been sometime mid-2017.
Q Did Kaijet U.S. then take any action in response other than contacting your attorney?
A No. The only action we took at that time was consulting our attorney to see what would be the best steps.
Q Regarding topic 30, which going back to Exhibit 1, is any attempts to design around or avoid infringement of the asserted patents, do you

understand that you're here today to testify about topic 30 on behalf of Kaijet U.S.?
A I do.
Q What did you do to prepare to address this topic?
A I reviewed previous documents and depositions -- excuse me -- as well as previous e-mails that have been submitted to your team and consulted with my legal team.
Q Are you aware of any attempts by Kaijet U.S. or any other others to design around to avoid infringement of the '429 patent?
A Kaijet does not develop or design products as we're not engineers or designers. So we had no influence on the actual design of -- of any product.
Q Are you aware of any others doing so?
A I'm not.
Q Is that the same for all of the patents at issue in this case?
A Yes, same answer.
Q Thank you.
Did Kaijet U.S. take any steps to investigate whether the accused products infringed the asserted patents?

A We did not. So we have not had any issues of this kind of thing in the past. So generally speaking being lay people and not experts on this kind of subject material, we don't spend a ton of time researching this thing. So now we refer that -- these kind of things to our legal team.
Q I wanted to ask you about topic 33, which is the market for the accused product, including the identity and market share of competing products and defendants' marketing share.
Did you prepare for that topic?
A I did.
Q And what did you do to prepare for that?
A I discussed with my legal team as well as reviewed previous documents related to that subject.
Q What documents did you review?
A Just old depositions, old e-mails, that's pretty much it.
Q Any specific ones come to mind?
A I reviewed my deposition specifically because I remember those kind of questions in mind, so I wanted to see what I had said at the time. And I also looked at old e-mails that would have been submitted as part of discovery of this case.
Q How would you describe the market for the

**JCD382?**
A I would describe the market as being exclusive to Best Buy in the United States.
**Q How would you describe the market beyond Best Buy for this type of product?**
A Are you asking specific to 382?
**Q Specific to 382?**
A So can you just rephrase it for me?
**Q Sure. Beyond Best Buy, how would you describe the market for the 382 product like with respect to consumers?**
A We don't -- we do not sell it to anyone outside of Best Buy. They have an exclusivity agreement.
**Q Are you able to provide any definition of the consumer market with respect to the -- in light of the 382 product?**
A I guess I don't understand what you're asking me. If you could rephrase it.
**Q How would you describe the 382 product?**
A I would describe it as a USB-C, type C mini-dock hub.
**Q Does Kaijet U.S. sell hubs -- other hubs other than the 382 directly to consumers?**
A We do.

**Q So how would you describe that consumer market?**
A Specifically for the 382, I think it would be Mac Book only users who most likely are the artsy-type, high-productivity-type individuals, higher net worth than average for sure just because the products can be expensive. Lots of graphic design type customers, etcetera.
**Q Who are Kaijet U.S.'s competitors in that market?**
A Can you define what you mean by "that"?
**Q What you just described, the consumer market. You said Apple users, Mac users.**
A Uh-huh.
**Q Who's competing with Kaijet U.S. in that space?**
A So who's competing with Kaijet for Apple accessory products? Is that what you're asking?
**Q Sure. Yeah.**
A I think the competitors that we look at for that specific category, and this is not in any sort of order, but I would reference like Belkin. Satechi would be one. Targus would be another one. The various house brands that exist and certainly tons and tons of Amazon brands.

**Q What are the house brands?**
A The house brands would be like at Walmart. I think it's called Onn, O-N-N, just for an example, or Rocketfish at Best Buy. Basically products that it's their own store brand.
**Q Does Best Buy have any house brands other than Rocketfish in this like hub space?**
A I don't know how many -- specifically how many house brands Best Buy has. Honestly I don't know.
**Q How would you describe Kaijet U.S's market share of the entire consumer market for like USB-C hubs?**
A Yeah. So Kaijet U.S. does not purchase from any entity market share data. So we just don't have that data in any manner or fashion. It's very expensive so...
**Q Who is Select Sales?**
A Select Sales is an outside company that does sales consulting.
**Q And how long has Kaijet U.S. been working with Select Sales?**
A My best estimate would be about seven to eight years.
**Q How did Kaijet U.S. and Select Sales get together in terms of working with each other?**

A So we had met some other sales reps in a similar kind of company, and we were talking about how we really wanted to have someone for Best Buy and they were referred to us. I don't recall -- it was me who they referred it to. I just don't recall who precisely referred me to them. It was someone in the industry.
**Q Does Kaijet U.S. have an exclusive relationship with Select Sales, or are there other sales companies?**
A Kaijet does utilize other sales reps. There is no exclusivity, but only Select Sales deals with Best Buy.
**Q Okay. When you -- Kaijet U.S. first started working with Select Sales who was the main contact at Select Sales?**
A The main contact has always been Andy Miller. Yeah.
**Q Are you -- is Kaijet still working with Mr. Miller?**
A We are.
**Q Currently, is there a written agreement between Kaijet U.S. and Select Sales?**
A So in the preparation for this and

which I believe -- and this could be wrong, but I think it was called Terrace was the third-party company who did those searches.

**Q Do you know what Terrace did to search?**

A I do not know what they did to search.

**Q Do you know whether Jessica's NCT e-mail was searched?**

A I do not know.

**Q How many different e-mails does Jessica use with you?**

A To my knowledge, only one which, would be the primary j5create -- @j5create.com e-mail.

**Q Does Kaijet Taiwan use also the j5create e-mail?**

A There are people who use that e-mail as well, yes.

**Q Who owns the j5create domain name?**

A Kaijet Taiwan owns that.

**Q So did they provide access to you to then make website changes and updates to the website?**

A We have access to the DNS servers which allow us to configure things like e-mails or websites or C names or those kind of things.

**Q And who provided that access?**

A I don't specifically recall the name of

the person who did that, but it was someone from Kaijet Taiwan on their website design team. And I don't recall the name. This was probably back 2013-type era when I was doing the website stuff.

**Q Who -- who is part of the web design team for Kaijet Taiwan?**

A I do not know. I do not know who is on the Kaijet Taiwan website design team.

**Q If you want to make changes to the j5create website, do you need to get permission from anyone?**

A For the U.S. English site, no.

**Q What about for like terms and conditions, privacy policy, are those specific to the region or is there like general one that applies --**

A So I think we don't manage the other regional websites, so I am not in a position to answer about their terms of service.

**Q When did the j5create website become divided amongst regions?**

A My best estimate would have been probably 2017 or 2018, sometime in that timeframe. And again, that's just an estimate. I don't know exactly when we did it.

**Q Why was that change made?**

A Because as we grew with the market share across the globe, it created a need to localize more.

**Q What do you mean by localize?**

A Localizing would be serving the content up specific to who is receiving the content.

**Q And who else was involved in redesigning the website to be divided by region?**

A I do not know who from Kaijet -- from Kaijet Taiwan who did that. For our portion, we do have an in-house webmaster and designer.

**Q Who is that person?**

A His name is Jason Drummond.

**Q Did he design the current website or was it someone else?**

A He did design most of the current website that's on the English version of the dotcom.

**Q Is he an employee?**

A He is.

**Q How long has he been an employee?**

A So he worked for us for probably two years and then left for maybe six to eight months or something and then came -- has come back for the past maybe two to three years in the second tenure.

**Q I wanted to ask about the packaging of the JCD382.**

A Okay.

**Q Did Kaijet U.S. have any involvement in the design of the packaging?**

A We did not have any involvement in the design of the packaging outside of checking the language and that sort of thing to make sure that we were okay with the English that was used and all of that.

**Q What do you mean by checking the language?**

A So Kaijet Taiwan designs packaging, but English is, you know, oftentimes their second, third, fourth, whatever language. So we like to put local eyes on it just to make sure that everything is correct when people are -- when customers are reading it in the store. We want to make sure we're using proper grammar and proper English, etcetera.

**Q When the packaging was being designed for the JCD382, was there any reliance on Hyper's packaging?**

A No.

**Q Was Hyper's packaging considered at all?**

A No.

**Q With regard to the JC382 [sic] Ultra Drive name, what was the genesis of that name?**

A We had used very similar names on historical products, and we basically just used that same thing. So we tried to come up with a name that's not too technical to where a customer wouldn't understand it because most people who are using our products are not, you know, super high tech. So we try to keep it, you know, as much for laymans as possible. And we had used very similar language in other products before.

**Q Was there any consideration about what name Hyper was using for its product?**

A There was not.

**Q Was the 382 brought to market to compete with Hyper's HyperDrive?**

A I think that we knew that there would be competition in the market and that would certainly have included brands like Satechi or various other Chinese brands that were on Amazon and (inaudible) that we had also reviewed and looked at market research on. And HyperDrive was certainly a part of that category as well.

**Q And you did send a HyperDrive to Taiwan, correct?**

A I did.

**Q And do you recall when that was?**

A It was sometime in 2017. I remember viewing it this week in preparation for this, but I don't recall a specific date and I don't want to -- I don't want to guess as you said.

**Q And why did you do that?**

A Why did I do -- I'm sorry?

**Q Why did you send the product to Taiwan?**

A Because someone from Kaijet Taiwan asked me to.

**Q When was the first time that you learned about Hyper the company?**

A So the very first time I ever heard about HyperDrive in Sanho and that company was when my sales rep, Andy Miller, had e-mailed me a simple link to the HyperDrive. And I clicked on it, and that was the first time I had ever heard of it.

**Q Now, in this litigation, you -- isn't it true you filed a declaration with the Court stating that you understood that Hyper had a negative reputation?**

A I did understand that.

**Q What was your understanding based on?**

A My understanding was based on going to BestBuy.com and reading the reviews.

**Q So was that a -- and so when did you read those reviews?**

A Pretty much immediately after Andy had sent that. I had -- prior to me sending that over to Kaijet Taiwan I had done a little bit of research just to, you know, check on the validity of everything and I had done it at that point.

**Q And what did you see?**

A I just saw a lot of very negative reviews. I don't know if you want me to characterize what I read.

**Q Sure.**

A You know, lots of, you know, this is cheap Chinese stuff, doesn't work, you know, those kind of things. And these are not my words. It's just what I recall reading.

So my initial impression of the -- of the HyperDrive and its products were that they were on the cheaper side and that they were not high quality. And of course, that was only based on what I had read online.

**Q Was it based on anything else other than what you had read?**

A Not specifically. I remember I did have a conversation with Andy, and he had mentioned that he had heard similar things. But I can't speak for

Andy. But yeah, that's the only recollection I have.

**Q Andy works for you, correct?**

A Andy consults for us. I wouldn't characterize him as working for me because he has -- he works for Select Sales.

**Q Didn't you previously testify that he does work for you?**

A Well, he -- he works on my behalf. He does report up into me, but from a legal standpoint, I would characterize him as consulting for me. So he works for me in any way that a consultant would be working for a company.

**Q So in -- but in your last deposition, you testified that he does work for you, correct?**

A I may have characterized it that way depending on the context of the question, but you know, I can clarify that he does not -- we don't pay his payroll or anything like that. We pay a fee, and he is a consultant for Kaijet U.S.

**Q And you have not looked at the agreement between Kaijet U.S. and Select Sales?**

A I have not looked at it in many years, no.

**Q When was the last time you looked at it?**

A Probably 2014 or 2015. None of the terms

A The same Mac Book and PC.

**Q For the 389, how are the sales trending?**

MR. AALAEI: I have no further questions.

THE WITNESS: Perfect.

MR. CARLSON: Thank you. No questions on behalf of defendants.

THE VIDEOGRAPHER: This concludes the deposition. The time is 3:00 p.m. We're now off the record.

(Whereupon, the video camera was turned off.)

\- - -

(Deposition concluded at 3:00 p.m.)

E R R A T A S H E E T

Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or Georgia Code Annotated 81A-130(B)(6)(e), any changes in form or substance which you desire to make to your deposition testimony shall be entered upon the deposition with a statement of the reasons given for making them.

To assist you in making any such corrections, please use the form below. If supplemental or additional pages are necessary, please furnish same and attach them to this errata sheet.

\- - -

I, the undersigned, CHUCK AKINS, do hereby certify that I have read the foregoing deposition and that to the best of my knowledge said deposition is true and accurate (with the exception of the following corrections listed below).

Page_____ Line______should read:_________________
Reason for change:________________________________

Page_____ Line______should
read:___________________
Reason for change:________________________________

Page_____ Line______should
read:___________________
Reason for change:________________________________

Page_____ Line______should
read:___________________
Reason for
change:__________________________________

Page_____ Line______should
read:___________________
Reason for
change:__________________________________

Page_____ Line______should
read:___________________
Reason for
change:__________________________________

Page_____ Line______should
read:___________________
Reason for
change:__________________________________

Page_____ Line_____should
read:____________________
Reason for
change:__________________________________

Page_____ Line_____should
read:____________________ Reason for
change:__________________________________

Page_____ Line_____should
read:____________________ Reason for
change:__________________________________

________________________
Signature

Sworn to and Subscribed before me
______________________, Notary Public.
This________day of _______________, 2022.
My Commission Expires:

C E R T I F I C A T E

STATE OF GEORGIA:
COUNTY OF COBB:

I hereby certify that the foregoing transcript was taken down as stated in the caption and the questions and answers thereto were reduced to typewriting under my direction, that the foregoing pages 1 through 165 represent a true, complete and correct transcript of the evidence given upon said hearing, and I further certify that I'm not of kin or counsel to the parties in the case; am not in the regular employ of counsel of any of said parties; nor am I in anywise interested in the result of said case.

This 20th day of July 2022.

Lynne C. Fulwood

LYNNE C. FULWOOD,
Certified Court Reporter
State of Georgia
License No. B-1075

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants. | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**CERTIFICATE OF DEPONENT**

I, CHUCK AKINS, the deponent in the July 14, 2022 deposition, hereby declare under penalty of perjury under the laws of the State of Georgia, that I have read the foregoing deposition transcript, and the same is true and accurate, including any changes noted on the attached DEPOSITION ERRATA SHEET, if any.

_____X_____ I have made changes to my deposition
__________ I have NOT made any changes to my deposition.

Signed this 15th day of August, 2022, at Kennesaw
(location)

Chuck Akins

# DEPOSITION ERRATA SHEET

**Case:** *Sanho Corporation v. KaiJet Technology International Limited, Inc.*, Nos. 1:18-cv-05385-SDG and 1:20-cv-02150-TCB (N.D. Ga.)

**Deponent Name:** Chuck Akins

**Date of Deposition:** July 14, 2022

| Page | Line | Change from: | Change to: | Reason |
|---|---|---|---|---|
| 17 | 16 | 'Yes' | 'Currently yes, but in the past we purchased products from Starview Global' | Upon review, the question is ambiguous as to whether it is asking about historical purchasing practices or only current purchasing practices |
| 17 | 21 | 'No' | 'Currently no, but in the past we purchased products from Starview Global' | Upon review, the question is ambiguous as to whether it is asking about historical purchasing practices or only current purchasing practices |
| 65 | 13-14 | 'They're broken out into marketing and operating expenses' | 'The marketing expenses are included in the operating expenses Exhibit 3' | Ambiguity in the question caused confusion |
| 91 | 14-15 | 'Various retailers through job ship programs, that kind of thing' | 'Various retailers through drop ship programs, that kind of thing' | Testimony was incorrectly recorded |
| 123 | 12-13 | 'Best estimate would be 2018 when I flew to | 'Best estimate would be 2018 when I flew to | Testimony was incorrectly recorded |

| Page | Line | Change from: | Change to: | Reason |
| --- | --- | --- | --- | --- |
| | | Taipei for coffee techs' | 'Taipei for CompuTex' | |
| 131 | 17 | 'sometime mid-2017' | 'sometime mid-2018' | I made a mistake in the original answer |
| 146 | 2 | 'think it was called Terrace was the third-party' | 'think it was called Teris was the third-party' | Correcting a misspelling |
| 146 | 6 | 'I don't know' | 'Yes' | Conferred with Jessica Liu after the deposition, I learned the answer to this question is YES. |
| | | | | |
| | | | | |

I declare under penalty of perjury, under the laws of the State of Georgia, that the foregoing is true and correct, except as noted above.

Signed this 15th day of August, 2022, at Kennesaw
(location)

Chuck Akins