# **<u>EXHIBIT 3</u>**

```
 1                 UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF GEORGIA

 3                        ATLANTA DIVISION

 4

 5   SANHO CORPORATION,                 )
                                        )
 6               Plaintiff,             )
                                        )
 7          vs.                         )   CASE NO.:
                                        )   1:18-cv-05385-SDG
 8   KAIJET TECHNOLOGY INTERNATIONAL    )
     LIMITED, INC., doing business as   )   Consolidated with
 9   "J5Create"; and DOES 1-10, et al., )   CASE NO.:
                                        )   1:20-cv-02150-TCB
10               Defendants.            )
     _____)

11

12

13

14                         VOLUME I

15           VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

16          FRCP 30(b)(6) WITNESS FOR KAIJET TAIWAN,

17                          YUKI TAI

18

19         THURSDAY, JUNE 30, 2022; 5:33 P.M. PDT to
                 12:53 A.M. PDT, JULY 1, 2022
20

21

22

23

24

25   REPORTED BY:  LAURIE L. FREMON, RPR, CSR No. 13478
```

**Sanho Corporation vs Kaijet Technology International Limited, Inc., et al.**
**Yuki Tai on 06/30/2022**

30(b)(6)

---

Page 2

```
1        A P P E A R A N C E S :
2
3    FOR PLAINTIFF:
4    ARI LAW, PC
     BY:  ALI ARI AALAEI, ESQ. (Pro Hac Vice)
5    317 University Avenue
     Suite 100
6    Palo Alto, California 94301
     (415) 830-9968
7    (415) 520-9456 (Fax)
     ali@arilaw.com
8    (Via Videoconference)
9
     FOR DEFENDANTS KAIJET TAIWAN AND KAIJET U.S.:
10
     LEE & HAYES
11   BY:  ROBERT CARLSON, ESQ.
     701 Pike Street
12   Suite 1600
     Seattle, Washington 98101
13   (206) 876-6029
     (509) 323-8979 (Fax)
14   bob@leehayes.com
     (Via Videoconference)
15
     LEE & HAYES
16   BY:  RYAN GENTES, ESQ.
     75 14th Street NE
17   Suite 2500
     Atlanta, Georgia 30309
18   (404) 736-1922
     ryan.gentes@leehayes.com
19   (Via Videoconference)
20
     FOR DEFENDANT STARVIEW GLOBAL:
21
     NORTON ROSE FULBRIGHT
22   BY:  YITAI HU, ESQ.
     555 California Street
23   Suite 3300
     San Francisco, California 94104
24   (628) 231-6808
     yitai.hu@nortonrosefulbright.com
25   (Via Videoconference)
```

---

Page 3

```
1        A P P E A R A N C E S (Continued):
2
3    ALSO PRESENT:
4    MICHELLE TAN, Mandarin Chinese Interpreter
5    BRET HAMPTON, Videographer
6    CAMRON GHARIB, Intern with Ari Law, PC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
1            I N D E X
2
3    WITNESS:  YUKI TAI, VOLUME I
4    EXAMINATION                              PAGE
5            By Mr. Aalaei                     6
            By Mr. Carlson                    94
6
7
8            E X H I B I T S
9    NUMBER        DESCRIPTION                PAGE
10     1    Notice of Deposition of KaiJet     8
            Technology International
11          Corporation's FRCP 30(b)(6) Witness
            and Request for Production of
12          Documents
13     2    KaiJet Technology International    42
            Limited Sales by Item Detail
14
15
16          INSTRUCTIONS NOT TO ANSWER
17               (None)
18
19
20          INFORMATION REQUESTED
21               (None)
22
23
24
25
```

---

Page 5

```
1         THURSDAY, JUNE 30, 2022; 5:33 P.M. PDT
2
3         THE VIDEOGRAPHER:  Good evening.  We are on the
4    video record at 5:33 P.M., Pacific Time, on June 30,
5    2022.  This is Media Unit No. 1 of the deposition of
6    Ms. Yuki Tai, as 30(b)(6) for KaiJet Taiwan in the
7    matter of Sanho Corporation vs. KaiJet Technology
8    International Limited, Incorporated, et al.
9         My name is Bret Hampton, and I'm the
10   videographer.  The court reporter is Laurie Fremon.  We
11   are here with Huseby Litigation.  Would counsel,
12   starting with taking counsel, please identify --
13   introduce yourselves.  And after that, the court
14   reporter will swear in the interpreter and the witness.
15   Thank you.
16        MR. AALAEI:  Hello, everyone.  This is Ali
17   Aalaei, of Ari Law, PC.  I represent Sanho Corporation.
18   Also joining from my law office is Mr. Camron Gharib.
19        MR. CARLSON:  Robert Carlson of Lee & Hayes.
20   My colleague Ryan Gentes and I represent Defendants
21   KaiJet Taiwan and KaiJet U.S.A.
22        MR. HU:  Yitai Hu of Norton Rose Fulbright,
23   representing Defendant Starview Global.
24        (The interpreter and witness were sworn in
25   remotely.)
```

---

Page 26

```
1        Q.  Do any of KaiJet Taiwan's shareholders work for
2    any other companies?
3        A.  No.
4        Q.  What is your sister's name?
5        A.  Wan Ling Tai.
```

Page 28

Page 27

Page 29

```
12       Q.  At that time in 2014, other than yourself, who
13   were the managers of the company?
14       A.  At the time, because we were engaged in buying
15   and selling, mainly the sales operation.  Since I was in
16   the company at the time, then I was always in charge of
17   the sales.  So I was the main figure for the sales.
18           As I took over -- well, because, even before
19   that, the major part of our business was the sales.  So
20   as far as the structure of the company was concerned, we
21   were looking for -- we were developing and looking for
22   clients.  We had warehouses, and we had customer
23   service.
24       Q.  Who was the senior-most person, other than
25   yourself?
```



1    A. At that point, I think it would be Kelly,
2  K-e-l-l-y. I think she should be considered more senior
3  employee.
4    Q. What is her last name?
5    A. Zhou.
6    Q. What do you mean by most senior?
7    A. As far as engaging in the sales, she was more
8  senior than others.
9    Q. In what way?
10   A. In sales.
11   Q. Who was the chief financial officer of the
12 company at that time?
13   A. In Taiwan, we do not have the title of CFO.
14 Only if you are a listed company, then you will have the
15 title CFO involved. We were just very small-scale
16 company. We only have accountant.
17   Q. So other than yourself, was there anyone with
18 decision-making power?
19   A. Making decisions for what?
20   Q. For the company.
21   A. Basically, I was the one who made the decision.
22   Q. Is that the -- is the same true for today?
23   A. I'm always the one who makes the decision.
24   Q. And what is your title for KaiJet Taiwan?
25   A. CEO.

1    Q. Is CEO a title that is used in Taiwan commonly?
2    THE INTERPRETER: In Taiwan only?
3    MR. AALAEI: Commonly.
4    THE INTERPRETER: Oh, "commonly."
5    THE WITNESS: Infrequently. In Taiwan, we
6  always use the term "person in charge."
7  BY MR. AALAEI:
8    Q. Ms. Tai, with regard to Exhibit 1, I would like
9  to go back to Topic 34, "The annual sales of the accused
10 product by monetary value and quantity, and Defendants'
11 profits from such sales after deduction of variable
12 costs."
13   A. Okay.
14   Q. Ms. Tai, up to now, there's been multiple times
15 in the deposition where you've -- you've told me to go
16 look at documents. And I'm going to ask that you don't
17 tell me to do that again for the remainder of this
18 deposition. Do you understand?
19   MR. CARLSON: I object to Counsel's colloquy.
20 BY MR. AALAEI:
21   Q. Do you understand, Ms. Tai, what I'm asking?
22   A. Because today is a very formal occasion, I was
23 afraid to say the wrong thing. So I am afraid to
24 provide incorrect answer.
25   Q. Do you understand that you're here today to

1  testify on behalf of KaiJet Taiwan with regard to
2  Topic 34, which is annual sales of the accused product?
3    A. Yes, I do.
4    Q. What did you do to prepare to address this
5  topic?
6    A. I had already searched and collected sales
7  information, according to my attorney's instruction, and
8  had already provided those information. And since last
9  time, I have collected some information on that up to
10 this point. At this point, there is a little bit of new
11 information. And I am in discussion with my -- and we
12 will provide that.
13   THE REPORTER: That broke up just a little bit
14 on my end. I have "I am in discussion" --
15   THE INTERPRETER: "With my attorney."
16   THE REPORTER: "And we will provide that."
17   THE INTERPRETER: Is that all, Laurie?
18   THE REPORTER: I have that now: It broke up.
19 "I am in discussion with my attorney, and we will
20 provide that."
21   THE INTERPRETER: "Later," yes.
22 BY MR. AALAEI:
23   Q. When will you provide that?
24   A. Since last time until this point, there were a
25 couple months in between; so very soon after we organize

1  this information.
2    MR. CARLSON: Counsel, we will supplement our
3  responses to discovery as required by the Rules.
4  BY MR. AALAEI:
5    Q. My question is did you review any documents to
6  prepare for this deposition. Yes or no.
7    A. Yes.
8    Q. What documents did you review?
9    A. Product-related information and the sales
10 statement that had been provided before.
11   Q. Which sales statement that had been provided
12 before?
13   A. Last time, some sales data has been provided.
14   Q. What was the date that it was provided, and
15 what was the name of the document?
16   A. That would be September of 2021, as I was being
17 deposed in that month, and I remember the sales data
18 regarding the accused product was provided by my
19 attorney.
20   Q. To who?
21   A. I only provided it to my attorney.
22   Q. In what format did you provide it?
23   A. When you say "format," what are you referring
24 to?
25   Q. What type of file was it?

**Page 62**

```
1   BY MR. AALAEI:
2        Q.  Now, do you understand that you are here today
3   to testify on behalf of Starview or -- sorry -- on
4   behalf of KaiJet Taiwan with regard to this topic?
5        A.  I know, yes.
6        Q.  Okay.  And what did you do to prepare to
7   address this topic?
8        A.  I tried to recall regarding what you just --
9   these issues that you just mentioned:  the conception of
10  it, the design of it.  I tried to recall.
11       Q.  Did you review any documents?
12       A.  Well, yeah, before today, I was trying to
13  recall these issues.
14       Q.  Did you review any documents to prepare?
15       A.  I went and looked at our own product.
16       Q.  When did you do that?
17       A.  At the time when I was preparing these
18  documents.
19       Q.  When was that?
20       A.  Recently.
21       Q.  When?
22       A.  For this topic, I think it was within the one
23  week.
24       Q.  Are you familiar with the JCD324?
25            THE INTERPRETER:  Mr. Aalaei, you said 324 or
```

**Page 63**

```
1   824?
2            MR. AALAEI:  324.
3            THE WITNESS:  324 is a hub.  Of course, I know.
4   BY MR. AALAEI:
5        Q.  Who conceived this product?
                   [redacted]
8        Q.  Who conceived the product?
                   [redacted]
11       Q.  Who designed the product?
                   [redacted]
15       Q.  Did KaiJet Taiwan work on the development of
16  the product in any way?
17       A.  KaiJet -- KaiJet Taiwan basically is engaging
18  in purchases and sales.  We purchase completed products.
19  So we just look for -- when we look for products, we pay
20  attention to the function.  We did not get into
21  development of the product.
22       Q.  For the JCD382, who conceived this product?
                   [redacted]
24       Q.  Who conceived the product?
25            MR. CARLSON:  Objection to the form.  Asked and
```

**Page 64**

```
1   answered.
                   [redacted]
4   BY MR. AALAEI:
5        Q.  Who conceived the JCD382?
                   [redacted]
7        Q.  For the JDD320B, are you familiar with that
8   product?
9        A.  Yes, I know this product.
                   [redacted]
12       Q.  Who designed the product?
                   [redacted]
15       Q.  Did -- was KaiJet Taiwan involved in the
16  development of the product?
17       A.  No.
18       Q.  Going back to the JCD382, was KaiJet Taiwan
19  involved in the development of the JCD382?
20       A.  No.
21       Q.  How did the JCD382 first come to KaiJet
22  Taiwan's attention?
23       A.  With regard to the JCD382 product, in July of
24  2017 we went and asked our supplier for new generation
25  products for JCH349.  At that point, [redacted]
```

**Page 65**

```
1   that they've already had a new generation of products,
2   and so we asked them to provide relevant information to
3   us.
                   [redacted]
12       Q.  You mentioned the JCH349.  What is that?
13       A.  This is also which we had been selling early
14  on.
15       Q.  Is it still being sold in the United States?
16       A.  This product has been out for several years.
17  Perhaps there are less of this product in the market now
18  because -- because it has been out in the market for
19  several years, at least six or seven years.
20       Q.  Is it still being sold in the United States by
21  KaiJet?
22       A.  I don't remember very well with regard to this
23  product.
24       Q.  Is it your testimony you do not know whether
25  KaiJet Taiwan is currently selling the JCH349?
```

Page 66

1    THE INTERPRETER: I'm sorry, Mr. Aalaei. Are
2  you asking -- which product you are talking about?
3    MR. AALAEI:  JCH349.
4    THE WITNESS:  I'm not sure whether it is being
5  sold here or not.
6  BY MR. AALAEI:
7    Q.  How did the JCH349 compare with the JCD382 in
8  terms of financial performance?
9    A.  JCH349 is a very simple hub.  It functions --
10  it's very different from JCD382.  So you can't really
11  compare the two.
12    Q.  How did they compare in terms of financial
13  performance, specifically units sold?
14    A.  I never really seriously compared these two
15  products.  So, right now, I'm not sure if I can answer
16  this question or not.
17    Q.  What is the price of the JCH349?
18    A.  Since it has been selling for six or
19  seven years, so I'm not quite sure.  It is approximately
20  $30.
21    Q.  What is the gross profit margin on the JCH349
22  sales?
23    A.  I'm not sure right now.  I am not sure.
24    Q.  Was the JCH349 offered to all of the same
25  customers as the JCD382?

Page 67

1    A.  JCH349 is one of our products.  Our sales team
2  usually will try to promote and -- the sales of each
3  product to all of our clients.  So we -- we never tried
4  to calculate our -- if our clients want which product
5  and don't -- or do not want other product.  We never
6  compare whether the client wants JCH349 will want JCD382
7  or not.  So I don't know.
8    Q.  Which customers purchase the JCH349 in the
9  United States?
10    A.  My U.S. client for JCH349 is KaiJet U.S.
11    Q.  Was KaiJet U.S. purchasing JCH349?
12    A.  So this -- this product came out in about 2015,
13  2016.  Whenever at the time when we have a new product,
14  we will try to promote it in front of -- to our clients.
15  Of course, KaiJet U.S., which is one of our very
16  important clients; so, of course, we would promote that
17  to U.S. KaiJet.
18    Want I want to say was that I would like to
19  take a lunch break.
20    MR. AALAEI:  Sure.  That's fine.  Is an hour
21  okay, or how much time would you -- would you like,
22  Ms. Tai?
23    THE WITNESS:  Yeah, one hour is fine.
24    MR. AALAEI:  Okay.  Thank you very much.
25    THE VIDEOGRAPHER:  We're coming back at 10:45,

Page 68

1  10:43?
2    MR. AALAEI:  That's fine.
3    THE VIDEOGRAPHER:  Okay.  Sorry about my dog.
4  Going off the record then 9:43 P.M.  Stand by.
5    (Lunch recess)
6    THE VIDEOGRAPHER:  Back on the record at
7  10:48 P.M.
8  BY MR. AALAEI:
9    Q.  Ms. Tai, do you have any corrections that you
10  want to make?
11    A.  Are you talking about before this?
12    Q.  Yes.
13    A.  Nothing so far.
14    Q.  Thank you.
15    We were discussing JCH349 before the break.  Do
16  you recall that?
17    A.  Correct.  I know.
18    Q.  Which customers purchased JCH349 from KaiJet
19  Taiwan?
20    A.  This product has been in the market for such a
21  long time.  I am not able to remember that much.
22    Q.  Do you know the names of any customers that
23  purchased JCH349 from KaiJet Taiwan?
24    A.  I have no way of speculating this.  But at the
25  time when this product came out, basically, I would

Page 69

1  promote it in front of all of my clients, and,
2  basically, all of my clients would purchase.
3    Q.  But you can't name one client?
4    A.  Any time when new products came to the market,
5  we -- we would always introduce these products to our
6  clients, and, basically, all of our clients would
7  purchase; for example, our clients from Japan and the
8  U.S. client.  So if you would ask me to remember all of
9  these clients names, I cannot remember all of them.
10    Q.  Which clients can you remember?
11    A.  In the United States, and then it would be
12  KaiJet U.S.
13    Q.  Did Best Buy purchase it?
14    A.  I don't know.  I did not participate in that.
15    Q.  Has KaiJet Taiwan ever had any clients in the
16  U.S. other than KaiJet U.S.?
17    A.  KaiJet U.S. is KaiJet Taiwan's client.  KaiJet
18  Taiwan does not any -- does not have any other client in
19  the United States.
20    Q.  Has it ever had another client in the United
21  States other than KaiJet U.S.?
22    A.  No.
23    Q.  Did KaiJet U.S. stop carrying the JCH349 when
24  the JCD382 became available?
25    A.  You cannot put it that way because these two

Sanho Corporation vs Kaijet Technology International Limited, Inc., et al.
Yuki Tai on 06/30/2022

30(b)(6)

Page 70

1  things are not very similar.  Their functions are not
2  the same.
3      Q.  What are the key similarities and differences
4  in the features and performance between the JCD382 and
5  JCH349?
6          MR. CARLSON:  I object to the form of the
7  question.  It is compound.
8          THE WITNESS:  I should say, function-wise,
9  JCH349 is simpler.  When we select our products, we
10  select the products based on its function; whereas the
11  JCD382 has more functions.
12  BY MR. AALAEI:
13      Q.  What are the similarities in the features
14  between the 382 and the 349?
15      A.  It is -- they're both directly connected to the
16  port.  They do not have a wire.  They don't use wire to
17  connect.
18      Q.  What are the similarities in the performance
19  between the 382 and the 349?
20      A.  349 has less functions; whereas the 382 has
21  more functions.  And the 382 also has image exporting
22  functions.
23      Q.  Are there any other differences in the
24  performance between the 382 and 349?
25      A.  The operational systems for the two products

Page 71

1  are different, like Windows and Macs.  349 can be used
2  on all the Windows systems because it is just a hub.
3      Q.  Are there any other differences?
4      A.  Whereas 382 is more geared towards the usage
5  for MacBook.
6      Q.  What were the features and attributes that
7  KaiJet Taiwan promoted to customers with respect to the
8  349?
9      A.  This is a Type C type -- it is a Type C type of
10  port, and this -- this device can only enhance the
11  performances of the various of the equipment to enable
12  the computer to be connected to other peripheral
13  devices, therefore enhancing the function of the
14  computer.
15      Q.  Does KaiJet Taiwan do any marketing activities?
16      A.  I don't know how to answer this question.  Can
17  you explain this question?  Are you talking about market
18  in Taiwan?
19      Q.  Anywhere in the world.
20      A.  Of course, KaiJet Taiwan will assist its
21  clients all over the world with the clients' marketing.
22      Q.  How does KaiJet Taiwan assist KaiJet U.S. in
23  its marketing?
24      A.  The interactions between KaiJet Taiwan and the
25  KaiJet U.S. -- KaiJet U.S. handles its own marketing

Page 72

1  activity, and -- and KaiJet Taiwan seldom gets involved
2  in the mark- -- in KaiJet U.S. marketing.  So KaiJet
3  Taiwan will provide some samples to KaiJet U.S., at the
4  most.
5      Q.  How about with regard to a website?  Does
6  KaiJet Taiwan have a website marketing?
7      A.  In our website for KaiJet Taiwan, what portion
8  of the website you talking about?  When you talk about
9  marketing, I don't know what part of the website you are
10  referring to.
11      Q.  Please explain to me how KaiJet Taiwan's
12  website is structured.
13      A.  We divided the languages on our website.
14  For Tai- -- for English, Taiwan -- KaiJet Taiwan would
15  let KaiJet U.S. use and handle that part.
16      Q.  When was that dividing made?
17      A.  I forgot.  I forgot.
18      Q.  Who from KaiJet Taiwan is responsible for
19  website activities?
20      A.  Normally, our salespeople are handling that.
21  For example, for Japanese language, then the sales --
22  the Japanese sales personnel will handle that.  For
23  Taiwanese language, then the personnel that are in
24  charge of the sales in Taiwan will handle it.
25      Q.  Who is the person in charge of the sales in

Page 73

1  Taiwan?
2      A.  Our Taiwan sales representative.
3      Q.  What is their name?
4      A.  Maggie.
5      Q.  Is that Maggie?
6      A.  Maggie, correct.
7      Q.  Maggie Ma?
8      A.  Yes.
9      Q.  Who is the sales representative for Japan?
10      A.  It is Wade.
11      Q.  And for U.S., who is the person?
12      A.  We are not handling the U.S. part.  I said it
13  earlier:  We authorized KaiJet U.S. to handle that.
14      Q.  Who from KaiJet Taiwan interfaces with KaiJet
15  U.S.?
16      A.  For the most part, it is I and Jessica.
17      Q.  Does Angela Liu work for KaiJet Taiwan?
18          THE INTERPRETER:  "Angela Liu," did you say?
19          MR. AALAEI:  Yes, L-i-u.
20          THE WITNESS:  I did not understand the English
21  name.  Can you please spell it?
22  BY MR. AALAEI:
23      Q.  A-n-g-e-l-a.
24      A.  Angela is employee of KaiJet Taiwan.
25      Q.  How about Nicole?

**Page 74**

1    A.  Nicole is employee of KaiJet Taiwan.
2    **Q.  And is Cindy Lin an employee of KaiJet Taiwan?**
3    A.  She has been an employee of KaiJet Taiwan.  She
4  has left her position.
5    **Q.  And where does she work now?**
6    A.  I don't know.  She has left for several years.
7    **Q.  Does KaiJet Taiwan perform any market research**
8  **or receive feedback from retailers or end users on which**
9  **features of each product were the most important?**
10    A.  This question is a little bit long.  Can you
11  ask one thing at a time?
12    **Q.  Sure.  Did KaiJet Taiwan -- let me -- let me**
13  **start over.**
14        **For example, the JCH349, did KaiJet Taiwan**
15  **perform any market research from its clients or end**
16  **users about which features of the 349 they considered to**
17  **be the most important?**
18    A.  Well, for a product, we will buy a product, and
19  once we purchase the product, then we will promote that
20  product and recommend the product to our client.  Of
21  course, we were looking for good products with good
22  pricing.  Then we can promote that product and -- to our
23  client.
24        When 349 came out, the -- the computers and
25  laptop computers started to change to use the C type of

**Page 75**

1  port.  So in order to respond to the demand of the
2  market, we were looking for that kind of product.
3    **Q.  Is the 349 -- is it an acceptable substitute**
4  **for the 382?**
5    A.  As I said earlier, its functions are different.
6  Its functions are simpler; whereas 382 has more
7  complicated functions.
8    **Q.  Ms. Tai, I wanted to go back to Topic 26, which**
9  **was the conception, design, and development of accused**
10  **products.  With regard to the JCD386, who conceived this**
11  **product?**

**Page 76**

**Page 77**

11    **Q.  Did KaiJet Taiwan -- was KaiJet Taiwan involved**
12  **with the development of the 389?**
13    A.  Not for the development of 389, no.
14    **Q.  What role did KaiJet Taiwan play with respect**
15  **to the 389?**
16    A.  Packaging -- packaging design.
17    **Q.  What role did KaiJet Taiwan play with regard to**
18  **the 382?**
19    A.  With 382, KaiJet Taiwan was involved in the
20  packaging design.
21    **Q.  How many versions of the packaging design were**
22  **there for the 382?**
23    A.  We designed -- we did not design the outward
24  appearance.
25    **Q.  What do you mean?**



**Sanho Corporation vs Kaijet Technology International Limited, Inc., et al.**
**Yuki Tai on 06/30/2022**

30(b)(6)

Page 78

```
1        A.  You're asking who designed the outward
2    appearance of 382.  So my answer is we did not design
3    that.  It is Guan Hong.
4        Q.  Let me ask about the packaging.  What was
5    KaiJet Taiwan's role in the packaging of the 382?
6        A.  Taiwan -- KaiJet Taiwan always has its own
7    style of packaging.  We have our own prototype and style
8    and representing -- representative colors, and so we
9    just follow the -- our own styles with all of those
10   characteristics and make some minor adjustments and came
11   out with the packaging.
12       Q.  How many versions of the packaging have there
13   been for the 382?
14       A.  I should say two.
15       Q.  And when was the first packaging?
16       A.  It was in 2000- -- to be around August,
17   September of 2017.
18       Q.  And when did the packaging change?
19       A.  When did it change?  I don't remember.  For,
20   after a period of time, we would have some change done
21   to the packaging.  However, the change will still be in
22   keeping with KaiJet's representative color and style.
23       Q.  Did you do anything to prepare for this
24   deposition with regard to the packaging?
25       A.  I have looked at our own packaging to prepare
```

Page 79

```
1    for today's deposition.
2        Q.  When did you do that?
3        A.  Recently.
4        Q.  Why was the packaging changed?
5        A.  One more time.  I did not hear it.
6        Q.  Why was the packaging changed?
7        A.  Normally, our company's product has one or two
8    different type of packaging.  Sometimes it is to answer
9    the request from the client of different country.  Maybe
10   the client wants a certain style in keeping with that
11   country.  So we would do something like that to do a new
12   generation of the packaging to help our clients.  For
13   example, our Japanese client wanted a certain type of
14   packaging.
15       Q.  With regard to the JCD382, did KaiJet U.S. have
16   any input on the packaging?
17       A.  With regard to the 382, we -- usually we will
18   have a meeting to discuss the packaging.  When we have
19   the meeting, Kaij- -- KaiJet Taiwan would invite our
20   sales team to participate in the discussion.  For the --
21   for the U.S. client, I think Jessica did join the
22   discussion.
23           When we create the packaging, we will use --
24   based on the KaiJet Taiwan's prototype and the basic
25   color and to assemble style of the packaging.
```

Page 80

```
1        Q.  Isn't it true that, when you came up with the
2    packaging for the JCD382, you relied on Hyper's
3    packaging?
4            THE INTERPRETER:  "Rely on" --
5            MR. AALAEI:  Hyper packaging.
6            THE WITNESS:  Taiwan -- KaiJet Taiwan has
7    always do its packaging based on its standard, the
8    color.  And Taiwan KaiJet does not reference other
9    companies' style.
10   BY MR. AALAEI:
11       Q.  Isn't it true that KaiJet Taiwan relied on
12   Hyper's packaging?  Yes or no.
13       A.  No.
14       Q.  Was the JCD382, on its packaging, represented
15   to be an eight-in-one product?
16       A.  Correct.
17       Q.  What did the "eight-in-one" mean?
18       A.  Eight-in-one refers to its functions.
19       Q.  And what are the functions of the 382?
20       A.  It has HDMI.  It has two Type C.  One of the
21   Type C's has two functions.  It has two functions:  One
22   is the image, and the other one is for the PPD.  And
23   then you also have two Type A.  And then SD card.
24   It's -- the SD card also has two functions.  So if you
25   add it all up, there are eight functions in total.
```

Page 81

```
1        Q.  Are there any more functions on the JCD382?
2        A.  JCD382 only has these eight functions.
3        Q.  How many functions does the 389 have?
4        A.  389 has two functions.
5        Q.  And what are those functions?
6        A.  One is Type A.  The other one is PD.
7        Q.  With regard to the 324, how many functions does
8    it have?
9        A.  324 has six functions.
10       Q.  And what are they?
11       A.  I don't remember its port very well.  But I do
12   know that its C port also has the PD function.
13       Q.  With regard to the 389, is KaiJet Taiwan
14   currently selling the 389 to KaiJet U.S.?
15       A.  I have to look at the statements.  I have been
16   organizing the recent statement.
17       Q.  Is it your testimony that you don't know?
18       A.  Well, we are reorganizing the information
19   still.  You are talking about 389.  I don't know if we
20   are still sending out the 389.  I'm not sure whether we
21   are sending 389 to the United States or not.
22       Q.  When was the last time that KaiJet Taiwan sent
23   389 to the United States?
24       A.  I'm not sure here.
25       Q.  Is KaiJet Taiwan selling 389 to anyone?
```

**Sanho Corporation vs Kaijet Technology International Limited, Inc., et al.**
**Yuki Tai on 06/30/2022**

30(b)(6)

Page 82

1    A.  I think we are still operating 389 normally.
2  When -- currently, whenever client will place an order,
3  we will provide this product.
4    Q.  Did KaiJet Taiwan sell 389 to KaiJet U.S. in
5  2021?
6    A.  In the earlier statement we were looking at, I
7  collected sales information up till September of 2021.
8  I can reference that to see if 389 is in it.
9    Q.  If -- if that's what you need to do, please
10  answer the question.
11    A.  One more time, with regard to 389.
12    Q.  I'm asking did KaiJet Taiwan sell 389 to
13  KaiJet U.S. in 2021.
14    A.  What I was saying was that I could look in the
15  sales statement, which I have already provided, to see
16  if 389 is in it or not.
17    Q.  Yes.  Please -- please do, if you need to.
18    A.  In 2021, KaiJet U.S. was still purchasing 389
19  from KaiJet Taiwan.
20    Q.  What were the total sales in 2021 for the 389
21  to KaiJet U.S.?
22    A.  I have no way -- we did not calculate the sales
23  information based on a single, separate individual
24  products.  And all of the information I have provided in
25  the sales statement.

Page 83

1    Q.  I'll come back to this.
2    Ms. Tai, I wanted to ask you about Topic 29.
3  The topic is the date and manner in which Defendants
4  first became aware of the asserted patent, the identity
5  of the persons involved, and any action taken by
6  Defendants as a result of becoming aware of the asserted
7  patent.
8    A.  I understand.
9    Q.  And did you prepare for this topic?
10    A.  Yes, I have prepared for it.
11    Q.  When did you first become aware of the 618
12  patent?
13    A.  For the patent issue, I did not really prepare
14  for it fully because, for that issue, I always
15  authorized my attorney fully to handle.  I want to know
16  which part of the 618 you want to talk about.
17    Q.  Well, one question I have is when did you first
18  become aware of it.
19    A.  When we received the litigation information.
20    Q.  Did you receive a copy of the Complaint in
21  Taiwan?
22    A.  My attorney told me.
23    Q.  Did you receive a copy of the Complaint in
24  Taiwan?
25    A.  I did not receive it in Taiwan.

Page 84

1    Q.  Did anyone from KaiJet Taiwan receive a copy?
2    A.  As far as I am concerned, I was told by my
3  attorney that there was such a lawsuit.
4    Q.  My -- my question is did anyone from KaiJet
5  Taiwan receive a copy of the Complaint in Taiwan.
6    A.  Based on my understanding, I don't think so.
7    Q.  Have you reviewed a copy of the Complaint?
8    A.  My attorney explained it to me because it is
9  written in English.  So my attorney explained it.
10    Q.  Which attorney?
11    A.  Lee & Hayes.
12    Q.  Which attorney from Lee & Hayes?
13    A.  Ryan.
14    Q.  Did you need a translator?
15    A.  At the time, there was an interpreter by the
16  name of Lenny.
17    Q.  Lenny Huang?
18    A.  Correct.
19    Q.  What was the date that you first became aware
20  of the 618 patent?
21    A.  All I knew -- all I know is that my attorney
22  told me that I had a lawsuit.  With regard to the
23  content of the -- of it, I did not try to understand it
24  too much.  I authorized my attorney to handle -- handle
25  it fully.  I am not very clear about technology of that,

Page 85

1  of things.
2    Q.  Have you ever received a translation of the
3  Complaint against KaiJet Taiwan?
4    A.  One more time, please.  I did not hear the last
5  part.
6    Q.  Have you ever received a translation of the
7  Complaint against KaiJet Taiwan, based on the 618
8  patent?
9    A.  You're talking about a translated version of
10  it?
11    Q.  Yes.
12    A.  No, no.
13    Q.  Have you ever reviewed the English version of
14  it?
15    A.  I took a rough, quick look, using the
16  translation software.
17    Q.  Which translation software?
18    A.  Google translation software, but I still
19  couldn't understand it because it had too many
20  specialized terms.
21    Q.  So what was the date that you first became
22  aware of the 618 patent?
23    A.  I got to know it from my attorney who told me
24  about it.  I did not memorize the date.
25    Q.  What date did you become aware of the 429

**Page 102**

1  believe, Bob, we did basically discuss this previously,
2  and I indicated that I would reach out to you to meet
3  and confer.  So I don't want to keep going back and
4  forth about it.  I think we already stated our
5  positions, but if you want to -- if you want to add
6  something new --
7          MR. CARLSON:  No, that's all.  Thank you.
8      Thank you, Ms. Tai.
9          THE VIDEOGRAPHER:  Okay then.  If everyone is
10  done, we'll go off the record at 12:53 A.M.  And stand
11  by, please.
12          (The Certified Shorthand Reporter verified that
13  counsels wanted an expedite of the transcript and
14  indicated she could have the transcript completed for
15  Tuesday, July 5, 2022.)
16          (The deposition adjourned at 12:53 A.M. PDT,
17  July 1, 2022)
18
19
20
21
22
23
24
25

**Page 104**

1          DEPOSITION ERRATA SHEET
2  Case Name:  Sanho v. KaiJet Technology International
3  Dep. Date:  June 30, 2022
4  Deponent:  Yuki Tai
5  CORRECTIONS:
6   Pg.  Ln.    Now Reads      Should Be      Reason
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19      I declare under penalty of perjury, under the laws
20  of the State of California, that the foregoing is true
21  and correct, except as noted above.
22      Signed this _____ day of _____, 2022, at
23  _____,_____.
            (City)            (State)
24
25  _____
            Witness Signature

**Page 103**

1          WITNESS CERTIFICATION
2
3      I, Yuki Tai, hereby declare under penalty of perjur
4  under the laws of the State of California, that I have
5  read the foregoing deposition transcript, and the same
6  is true and accurate, including any changes noted on the
7  attached DEPOSITION ERRATA SHEET, if any,
8      Signed this _____ day of _____, 2022, at
9  _____,_____.
            (City)            (State)
10
11
12
13  _____
            Witness Signature
14
15
16
17
18
19
20
21
22
23
24
25

**Page 105**

1          CERTIFICATE OF READER-INTERPRETER
2
3
4      I, _____,
5  whose address is _____,
6  a person who speaks the language of the deponent,
7  namely Mandarin Chinese, do hereby certify that on the
8  _____ day of _____, 20_____,
9  I did translate the foregoing deposition from the
10  English language into the Mandarin Chinese language,
11  reading same to the deponent in his/her native tongue,
12  to the best of my ability;
13      That all corrections and changes requested by the
14  deponent were made and initialed by the deponent;
15      That upon completion of said reading, the deponent
16  did confirm to me that he/she had understood the
17  reading.
18
19
20
21
22
23  _____
            READER-INTERPRETER
24
25

**Sanho Corporation vs Kaijet Technology International Limited, Inc., et al.**

30(b)(6)                                          Yuki Tai on 06/30/2022

```
                                                        Page 106
 1                    REPORTER'S CERTIFICATION

 2

     STATE OF CALIFORNIA     )
 3                           ) SS.
     COUNTY OF ORANGE        )

 4

 5      I, LAURIE L. FREMON, Certified Shorthand Reporter
 6  No. 13478 for the State of California, certify:
 7      That the foregoing proceedings were taken before me
 8  at the time and place herein set forth, at which time
 9  the witness was put under oath by me;
10      That the testimony of the witness, the questions
11  propounded, and all objections and statements made at
12  the time of the examination were recorded
13  stenographically by me and were thereafter transcribed;
14      That the foregoing is a true and correct transcript
15  of my shorthand notes so taken;
16      That a review of the transcript was requested by the
17  witness.
18      I further certify that I am not a relative or
19  employee of any attorney of the parties, nor financially
20  interested in the action.
21      I declare under penalty of perjury under the laws of
22  California that the foregoing is true and correct.
23      Dated this 4th day of July, 2022.
24

25      LAURIE L. FREMON, RPR, CSR No. 13478
```