# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
 2                  ATLANTA DIVISION

 3   SANHO CORPORATION,

 4           Plaintiff,

 5   vs.                         Case No. 1:18-cv-05385-SDG

 6   KAIJET TECHNOLOGY
     INTERNATIONAL LIMITED, INC.,
 7   and KAIJET TECHNOLOGY
     INTERNATIONAL CORPORATION,
 8   INC., doing business as "j5create;"
     and DOES 1-10,
 9
             Defendants.
10   _____/

11

12           The Videotaped Interpreted Deposition of

13   YU-CHIA (JESSICA) LIU taken by the attorney for the

14   Plaintiff pursuant to Notice before Elizabeth Tiedemann,

15   Registered Professional Reporter, and Notary Public,

16   State of Florida, on Tuesday, the 26th day of May, 2020,

17   commencing at 9:21 a.m. Eastern Standard Time, taken via

18   videoconference.

19

20

21

22

23

24

25
```

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
**Yu-chia (Jessica) Liu on 05/26/2020**

**Page 2**

```
 1                    APPEARANCES
                (all via videoconference)
 2

 3  FOR THE PLAINTIFF:      BENJAMIN MARTIN, ESQUIRE
                           ALI ARI AALAEI, ESQUIRE
 4                         Ari Law
                           90 New Montgomery St., Suite 900
 5                         San Francisco, California 94105
                           (415) 830-9968
 6                         bmartin@arilaw.com

 7
    FOR THE DEFENDANTS:     BOB CARLSON, ESQUIRE
 8                         Lee & Hayes, PLLC
                           701 Pike Street, Ste. 1600
 9                         Seattle, Washington 98101
                           (206) 315-4001
10                         bob@leehayes.com

    and
11                         RYAN P. GENTES, ESQUIRE
                           Lee & Hayes, PLLC
12                         1175 Peachtree Street, NE
                           100 Colony Square, Suite 2000
13                         Atlanta, Georgia 30361
                           Ryan.Gentres@leehayes.com

14

15  ALSO PRESENT:          Steven Lyu
16                         Renee Wang, Interpreter
17                         D. Marcel Shivers, Videographer

18

19
```

```
20                    INDEX OF WITNESS
21  YU-CHIA (JESSICA) LIU                           PAGE
22    Direct Examination By Mr. Martin:               4
23    CERTIFICATE OF OATH                           131
24    CERTIFICATE OF REPORTER                       133
25
```

**Page 3**

```
 1                    INDEX OF EXHIBITS
 2  Exhibit No.                                     PAGE
 3     2      Declaration of Yu Chia (Jessica) Liu;   44
              Date: 2/3/2020
 4
       3      Printout from http://simplywhois.com    65
 5            referencing Network Solutions, LLC
 6     4      Printout of Magic Control Technology     67
              Corporation website www.mct.com.tw; Date:
 7            5/25/2020
 8     5      Receipt labeled FX International Payments; 72
              beginning with Reference Number:
 9            2018-074-028-004619; KAIJET_003574
10     17     Printout of E-mail from j5-Jessica to Ricky 74
              Akins; Date: 7/31/17; Subject: Re: hyperdrive
11            SKU for BBY; KAIJET_000020
12     18     Printout of E-mail from Andy Miller, to Jacob 91
              Durkin; Date: 9/1/2017; Subject: Re: J5
13            *Hyperdrive* Sku; SELECT_0060
14     19     Printout of E-mail from Jessica (j5create),  94
              to Chuck Akins; Date: 9/13/17; Subject: Re:
15            JCD382 UltraDrive; KAIJET_000239
16     20     Printout of E-mail to Jessica (j5create),    99
              from Chuck Akins; Subject: Re: JCD382
17            UltraDrive; KAIJET_000240
18     21     Printout of E-mail from Chuck Akins, to     101
              Cindy Lin and Sally Ellington;
19            Date:  9/15/2017; Subject: Re: Help to Buy
              StarTech docking
20
21     23     Declaration of Shou Yuan Steven Lyu        108
22     25     Color photograph                          119
23     26     Color photograph                          120
       27     Document labeled KaiJet Technology INTL   111
24            Limited; KAIJET_003393
25
```

**Page 4**

```
 1          MS. TIEDEMANN:  All right.  I'll first swear
 2  in our interpreter, and then I will swear in our
 3  witness.
 4          Okay.  Ms. Wang, do you solemnly swear or
 5  affirm to translate the following questions and
 6  answers from Chinese to English and English to
 7  Chinese to the best of your ability?
 8          INTERPRETER:  Yes, I do.  Renee Wang, Court
 9  Certified Mandarin Interpreter.
10          MS. TIEDEMANN:  And I'll go ahead and swear
11  in our witness, if you'll please raise your right
12  hand.
13          THE WITNESS:  Oh, are you talking about me?
14          INTERPRETER:  Do you solemnly swear or affirm
15  the following testimony will be the truth, the
16  whole truth and nothing but the truth, so help you
17  God?
18          THE WITNESS:  Yes.
19          MS. TIEDEMANN:  Thank you.
20              YU-CHIA (JESSICA) LIU,
21  was called as a witness, and after having been first
22  duly sworn was deposed and testified as follows:
23              DIRECT EXAMINATION
24  BY MR. MARTIN:
25      Q    Good morning.  Good morning, Ms. Liu.  My
```

**Page 5**

```
 1  name is Benjamin Martin.  I'm an attorney with Ari Law,
 2  and we represent the Plaintiff, Sanho Corporation, in
 3  this case.  Have you ever --
 4          INTERPRETER:  Mr. Martin, I did not get the
 5  whole utterance, so maybe if you could make a pause
 6  in between, that would be very helpful.
 7          MR. MARTIN:  Okay.
 8  BY MR. MARTIN:
 9      Q    Ms. Liu, have you ever had your deposition
10  taken before?
11          INTERPRETER:  Mr. Martin, may the interpreter
12  interpret what was said previously first?
13          MR. MARTIN:  Okay.  Did she answer?
14          INTERPRETER:  Not yet.  Not yet.  I think the
15  interpreter was talking at the same time as you
16  did, so the interpreter did not get everything you
17  said.  So Mr. Martin, if you could, repeat what you
18  said in the beginning.
19          MR. MARTIN:  Okay.  I will start again.
20          INTERPRETER:  That will be helpful.  Thank
21  you.
22  BY MR. MARTIN:
23      Q    Good morning, Ms. Liu.  My name is Benjamin
24  Martin.  I'm an attorney with Ari Law, P.C.
25          INTERPRETER:  What was your law firm's name
```

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
Yu-chia (Jessica) Liu on 05/26/2020

Page 6

```
1        again?  I'm sorry.  The interpreter did not get
2    that.
3            MR. MARTIN:  Ari Law, P.C.
4    BY MR. MARTIN:
5        Q    We represent the Plaintiff, Sanho
6    Corporation, in this matter.
7            Ms. Liu, have you ever had your deposition
8    taken before?
9        A    You mean as a questioning and answering like
10   what we're having right now?
11       Q    Correct.  Perhaps in person, but in
12   connection to any litigation anywhere in the world, have
13   you ever had your deposition taken before?
14       A    As far as I can remember, no.
15       Q    Okay.  And, Ms. Liu, you just had an oath.
16   You just took an oath to tell the truth in this
17   deposition.  Did you understand the oath that was read
18   to you?
19       A    Yes.
20       Q    Now, you understand you're under an
21   obligation to tell the truth today?
22       A    I understand.
23       Q    I'm not going to be asking you any trick
24   questions, Ms. Liu.  We just want the truth today.
25            Do you understand that?
```

Page 7

```
1        A    Yes.
2        Q    If you don't understand what my question is,
3    please ask for clarification.
4        A    Okay.
5        Q    Okay.  If you need a break for any purpose,
6    you're entitled to a break.
7        A    Okay.
8        Q    If you need to talk to your lawyer, you're
9    entitled to do that.
10       A    Okay.
11       Q    Okay.  If I ask a question and you answer the
12   question, I'm going to operate under the assumption that
13   you understood my question.
14       A    Okay.
15       Q    Please make sure you understand exactly what
16   my question is before you answer.
17       A    Okay.
18       Q    Now, Ms. Liu, the whole point of today is to
19   get your best testimony, your best memory on certain
20   events that are relevant to this litigation.
21       A    Yes.
22       Q    Is there any reason why you cannot give your
23   best testimony today?
24       A    No.
25       Q    Are you on any medication that might affect
```

Page 8

```
1    your memory?
2        A    No.
3        Q    Are you suffering from any medical condition
4    that might affect your ability to recall events?
5        A    No.
6        Q    Okay.  Ms. Liu, where are you right now?
7        A    I'm currently at a hotel.
8        Q    All right.  And how far is the hotel from
9    your residence?
10       A    Not too far.
11       Q    Okay.  Did you drive to the hotel today?
12       A    Yes.
13       Q    Okay.  And is there any reason why the room
14   that you're in in the hotel is not going to be available
15   to you for the duration of this deposition?
16            INTERPRETER:  Can counsel repeat the
17       question?  There was some feedback for the --
18   BY MR. MARTIN:
19       Q    Is there any reason why the room in which
20   you're in right now is not going to be available for the
21   entire duration of this deposition?
22       A    No.
23       Q    Is there anyone in the room with you?
24       A    No.
25       Q    Did you come to the hotel this morning with
```

Page 9

```
1    someone else, or did you go to the hotel alone?
2        A    I came alone.
3        Q    Okay.  Now, Ms. Liu, I see that you have a
4    cell phone with you today in that room; is that correct?
5        A    Yes.
6        Q    Okay.  During the course of my questioning
7    today, I'm going to ask that you not communicate with
8    anyone with that cell phone.
9            The purpose is to get your testimony, not
10   anyone else's testimony.  Do you understand that?
11       A    Well, you just mentioned that I may
12   communicate and discuss with my attorney.  Can I use my
13   cell phone?
14       Q    If you would like to take a break, Ms. Liu,
15   to communicate with your attorneys or anyone else,
16   you're entitled to do that.  But during the course of
17   our questioning, you're not to be communicating with
18   anyone with your cell phone.  Do you understand that?
19       A    I understand.
20       Q    And you agree?
21       A    Yes.
22       Q    Ms. Liu, please state and spell your name for
23   the record.
24       A    L-i-u, Y-u C-h-i-a, Liu, Yu-Chia.
25       Q    Okay.  And do you go by any other names?
```

**Page 10**

1    A    Jessica.

2    Q    Okay.  Will you spell that, please?

3    A    J-e-s-s-i-c-a.

4    Q    And, Ms. Liu, do you go by any other names,

5  any other aliases?

6    A    No.

7    Q    State your date of birth and place of birth,

8  please.

9    A    February 21st, 1987.  And the birthplace

10  was Taipei, Taiwan.

11    Q    Okay.  Thank you.  And do you reside

12  currently in Taipei?

13    A    Yes, I am.

14    Q    And what is your residential address?

15    A    My residential address?  Well, my residential

16  address -- I'm not residing in where my home register

17  address is.  So should I still state my address?

18    Q    I think you could state both addresses, the

19  address you're currently living at and the address

20  you're registered under.

24    MS. TIEDEMANN:  Could you please spell the

25    name of the avenue for the court reporter, please?

**Page 11**

1    THE WITNESS:  I don't know how to spell it in

2    English or in Roman characters, in Roman letters.

3    It's okay for me to provide it to you later?

4    Because I'm afraid I might provide the wrong

5    spelling.

6    MR. MARTIN:  Is that what Ms. Liu is saying,

7    or is that what you're saying, Renee?

8    INTERPRETER:  That's what Ms. Liu was saying.

9  BY MR. MARTIN:

10    Q    We're going to be taking breaks during this

11  deposition, Ms. Liu.  If you want to verify the spelling

12  of your residential address during the break, one of our

13  breaks, that's fine with me.

14    So you're going to be giving us two addresses

15  during a break, the correct spelling of two addresses,

16  one address you're registered to and one address you

17  reside at?

18    A    Okay.

19    Q    Ms. Liu, do you keep an address in the United

20  States?

21    A    No.

22    Q    Ms. Liu, do you work in a family business?

23    A    No.

24    Q    Ms. Liu, do you currently work with any

25  family members?

**Page 12**

1    A    No.

2    Q    When was the last time you worked with one of

3  your family members?

4    A    Working with a family member, what does it

5  mean?

6    Q    Okay.  Are you employed, Ms. Liu?

7    A    I'm sorry.  Could you repeat the question?

8    Q    Are you employed, Ms. Liu?

9    A    I'm the CEO of KaiJet company, an American

10  company.

11    Q    And do you have an opportunity to work with

12  any family members in that capacity?

13    A    Working with them, meaning we work for the

14  same company?

15    Q    No.  That's not the question, Ms. Liu.  The

16  question was:  Do you have an opportunity to work with

17  any family members in your capacity as CEO of KaiJet

18  Technology International Limited, Inc.?

19    A    I didn't quite understand this question.

20  Could you please clarify it?

21    Q    Sure.  When was the last time you worked with

22  a family member in connection to your role as CEO of

23  KaiJet Technology International Limited, Inc.?

24    A    I usually don't often work with my family

25  members.  Of course, some of my family members work in

**Page 13**

1  related sectors, but I usually don't often work with

2  them.

3    Q    Okay.  I understand that.  When was the last

4  time you had an opportunity to work with one of your

5  family members?

6    A    Last week, but we were not working together.

7  We were at a conference.  Is that considered working

8  together?

9    Q    Do you consider it working together, Ms. Liu?

10    A    I'm not clear about your definition of

11  working together.  I'm not sure.

12    Q    Which family member were you at a conference

13  with last week?

14    A    My father.

15    Q    What's your father's name, Ms. Liu?

16    A    Paijong Liu [ph.].

17    Q    Does he go by any other name?

18    A    James.  James, J-a-m-e-s.

19    Q    Have you ever worked for a company owned by

20  your father, James?

21    INTERPRETER:  May the interpreter clarify the

22    name?

23    A    From what I could remember, I worked as an

24  intern about ten years ago at the company MCT.

25

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
Yu-chia (Jessica) Liu on 05/26/2020

Page 34

1    search for responsive documents in discovery in this
2    case in those messaging apps, in any of them?
3         A.    No.
4         Q.    Okay.  Why not?
5         A.    Why would I need to search for them?  Because
6    I use them very rarely.
7         Q.    Other than CEO of KaiJet Technology
8    International Limited, Incorporation, do you hold any
9    other titles with any other companies?
10        A.    No.
11        Q.    Are you the director of product marketing for
12   j5create?
13        A.    J5create is a brand name.  It's not a
14   company.
15        Q.    Is that a yes, or is that a no?
16        A.    J5create is a brand name, so I think it was
17   inappropriate to describe the role or the position like
18   the way you did.
19        Q.    Do you have a LinkedIn account, Ms. Liu?
20        A.    Yes.
21        Q.    Did you make it?
22        A.    Yes.
23        Q.    Did you disclose yourself as director of
24   product marketing at j5create on your LinkedIn account?
25        A.    Yes.

Page 35

1         Q.    And why did you do that?
2         A.    Why did I do it?  Did you mean why I put it
3    up there?
4         Q.    Ms. Liu, you testified, "j5create is a brand
5    name, so I think it was inappropriate to describe the
6    role or the position the way you did."  Okay.
7               So my question is:  Since it's inappropriate
8    to describe the role or the position as director of
9    product marketing, why did you hold yourself out as
10   being the director of product marketing on the LinkedIn
11   account that you created?
12        A.    Because I wanted to apply and to get in in
13   order to see some other stuff.  I did not know that I
14   needed to use a correct company name and the correct
15   position name.  I just wanted to use some name to apply
16   so that I could get in.
17        Q.    Is it your testimony that you held out
18   yourself as director of product marketing at j5create,
19   knowing that was not true?
20              MR. CARLSON:  I object to the form of the
21        question.
22              INTERPRETER:  Counsel, so for the
23        interpreter's benefit, if we could wrap up in the
24        next couple of questions and then maybe we could
25        take a break.  If you could take a couple of

Page 36

1    minutes to wrap up.
2               MR. MARTIN:  Thank you.  Yes.
3    BY MR. MARTIN:
4         Q.    So I'll repeat the question, Ms. Liu.
5               Is it your testimony that you held yourself
6    out as the director of product marketing at j5create on
7    LinkedIn, knowing that was not true?
8         A.    I do not know when you said it was right --
9    it was not right, what it meant.
10        Q.    Does j5create have a director of product
11   marketing?
12        A.    J5create doesn't have such a director because
13   it's a brand name.  So it does not have a director of
14   product marketing.
15        Q.    At the time you made your LinkedIn account,
16   did you know that?
17        A.    I do not recall what they were asking for,
18   what kind of information they were asking for.  I do not
19   recall it.
20        Q.    That's not the question, Ms. Liu.  At the
21   time you created your LinkedIn account, did you know
22   that j5create did not have any position named director
23   of product marketing?
24        A.    I did not -- were you asking whether I knew?
25        Q.    Yes.  Did you know at the time of making the

Page 37

1    LinkedIn account?  Did you know that there was no such
2    position as director of product marketing at j5create?
3         A.    I believed I was acting partly as this role
4    at KaiJet.  That way why I put the name there because I
5    think I was doing the job partly for someone with that
6    role.
7         Q.    And you mean KaiJet Technology International
8    Limited, Inc.?
9         A.    Yes.
10        Q.    So you intended to hold yourself out as
11   director of product marketing at KaiJet Technology
12   International Limited, Inc.?
13        A.    Yes.
14        Q.    As the director of product marketing, were
15   you responsible for the packaging of the JCD382
16   UltraDrive?
17        A.    No.
18        Q.    Did you review or approve the packaging
19   before it went to market?
20              MR. CARLSON:  This is Bob Carlson.  I object
21        to the form of the question.
22        A.    I did not approve the packaging.
23   BY MR. MARTIN:
24        Q.    Okay.  Who did?
25        A.    It was some process.  It was some process

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
**Yu-chia (Jessica) Liu on 05/26/2020**

**Page 38**

1 inside the company, and I do not recall.
2     Q    Did you review the packaging of the JCD382
3 before it went to market in the United States?
4     A    I saw it, but I wasn't reviewing or
5 inspecting it because there was nothing special about
6 it.
7     Q    And one more question before we go for a
8 break. Did you use your j5create e-mail address to
9 create your LinkedIn account?
10     A    I do not recall.
11     MR. MARTIN: Okay. Another ten-minute break,
12 Renee?
13     INTERPRETER: Sure. Thank you, Counsel.
14     (Recess)
15 BY MR. MARTIN:
16     Q    Ms. Liu, did you locate those two addresses
17 that we've been going back and forth on?
18     A    I haven't looked for them yet. Can I provide
19 them right before we finish for today, or should I
20 provide them now?
21     Q    Whatever you'd like, Ms. Liu. Whatever's
22 more convenient for you.
23     A    Then I will provide them a little bit later.
24     Q    Okay. Ms. Liu, did you speak with anyone
25 over text message or on the telephone during our break?

**Page 39**

1     A    Only the attorney.
2     Q    Okay. No one else?
3     A    That's right.
4     Q    Okay. Ms. Liu, are you aware of any patent
5 applications that have been filed relating to the JCD382
6 UltraDrive?
7     A    Patent? I'm not sure.
8     Q    You're not aware of any patents on the
9 JCD382?
10     A    Patents? I'm not aware of that.
11     Q    Okay. All right, Ms. Liu. I'm going to try
12 to -- all right.
13     Ms. Liu, what is the relationship between
14 Magic Control Technology Corporation and KaiJet?
15     A    KaiJet? Were you referring to KTIC Taiwan or
16 KaiJet U.S. by the word "KaiJet"?
17     Q    How many KaiJet entities are there?
18     A    I didn't quite understand your question.
19 From what I know, there are currently two, the two that
20 I just mentioned.
21     Q    Okay. Has there ever been more than two
22 KaiJet entities?
23     A    U.S. We had a KaiJet company in Europe.
24 That was a couple of years ago.
25     Q    And what was the name of that company?

**Page 40**

1     A    KaiJet.
2     Q    Just one word?
3     A    I do not remember what came after that word.
4     Q    Okay. So when you said, "We had a KaiJet
5 entity in Europe," who is "we"?
6     A    Steven and I.
7     Q    Steven and you?
8     A    Yes.
9     Q    And your testimony is that the KaiJet entity
10 in Europe is now defunct?
11     A    Yes.
12     Q    And is that the Netherlands KaiJet entity?
13     A    No.
14     INTERPRETER: May the interpreter clarify a
15 word Counsel used? The previous question, did
16 Counsel ask, KaiJet Europe is not defunct or is now
17 defunct?
18     MR. MARTIN: Now.
19     INTERPRETER: Now? N-o-w.
20     MR. MARTIN: Yes.
21     INTERPRETER: May the interpreter reinterpret
22 the question? The interpreter made a mistake.
23     MR. MARTIN: Yes, please. Reask the
24 question.
25     A    That company is still in existence.

**Page 41**

1 BY MR. MARTIN:
2     Q    You and Steven are still running that
3 company?
4     A    Yes.
5     Q    Does that company in Europe have a
6 relationship with Magic Control Technology Corporation?
7     A    No.
8     Q    Now, currently it's your understanding that
9 there's three entities named KaiJet.
10     One is called KaiJet Technology International
11 Corporation, and that one is located in Taiwan.
12     One of them is called KaiJet Technology
13 International Limited, Inc. That one is located in
14 Georgia.
15     And then there's a third KaiJet entity. You
16 can't remember the name of it, and that one is located
17 in Europe. Is that correct?
18     A    Yes.
19     Q    In which country is the European KaiJet
20 entity located?
21     A    Holland. Netherlands.
22     Q    The Netherlands? In Rotterdam?
23     INTERPRETER: May the interpreter ask for a
24 repetition of the city?
25     MR. MARTIN: Rotterdam.

**Page 46**

```
 1   manager of KTIC."  Do you see that?
 2          INTERPRETER:  Counsel, the interpreter has a
 3       question?  Would you like the interpreter to
 4       interpret this sentence or just quote as you read
 5       it?
 6          MR. MARTIN:  I would like you to interpret
 7       the sentence, please.  Thank you for asking.
 8          INTERPRETER:  Thank you.
 9       A    Yes.
10   BY MR. MARTIN:
11       Q    Now, you signed this document in April -- or
12   excuse me -- February 3rd, 2020; is that right?
13       A    Yes.
14       Q    And at that time, you were under a
15   consultanacy contract with KTIC; is that right?
16       A    Yes.
17       Q    Okay.  And as a consultant, you were earning
18   a salary; is that right?
19       A    Yes.
20       Q    And how much was your yearly salary in 2020?
21       A    This one, may I verify it first so that I
22   could give you the right answer?
23       Q    And how would you intend on verifying that,
24   Ms. Liu?
25       A    How to what?
```

**Page 47**

```
 1       Q    You said you wanted to verify the amount that
 2   KTIC had paid you in 2020.  Is that what you asked?
 3       A    Yes.
 4       Q    And how would you go about verifying that?
 5       A    I need to verify the content of the contract
 6   that we signed.
 7       Q    All right.  And who did you sign a contract
 8   with?
 9       A    Tai Yu-Chi.  With Tai Yu-Chi.
10       Q    And who is that?
11       A    She's the person in charge of KTIC.
12       Q    And are you related to her?
13       A    No.
14       Q    And do you sign a new consultancy agreement
15   every year with Tai Yu-Chi?
16       A    Yes.
17       Q    And what is the date of your last, most
18   recent consultancy agreement with KTIC?
19       A    In the end of last year.
20       Q    And do you have an approximation of how much
21   that -- how much -- what was your compensation for your
22   consultancy work for KTIC in that last agreement?
23
24
25
```

**Page 48**

**Page 49**



**Page 58**

1    A    There was no such window recently, but
2  previously there was Cindy Lin.  She was the window who
3  was in charge of contact.
4    Q    Okay.  So when you were -- you began your
5  consultancy for KTIC in 2014 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
7    A    Yes.
8    Q    And the two people you would regularly
9  contact with are Tai Yu-Chi and Cindy Lin; correct?
10    A    Yes.
11    Q    Is there anyone else you would speak to?
12    A    The other people, I rarely contacted them.
13    Q    Did you exchange documents with Tai Yu-Chi in
14  the course of your consultancy work?
15    A    What kind of exchange of documents?
16    Q    I don't know.  If you did, we can get into
17  it.  Did you exchange documents with Tai Yu-Chi?
18    A    I don't remember I did.  I think no.
19    Q    In the course of your consultancy work for
20  KTIC, you never exchanged documents with Tai Yu-Chi?
21    A    I don't remember I did.
22    Q    Okay.  One more question before we take a
23  break: You said that there were other folks that you
24  spoke to other than Cindy Lin, other than Tai Yu-Chi,
25  rarely.  Could you please give me the names of these

**Page 59**

1  folks?
2    A    I can't recall.
3    Q    Can you tell me how many of them there were?
4    A    I'm not certain how many people they had.
5  Sometimes they may have changes.  Sometimes they may
6  have increased the number of people.  I'm not sure how
7  many people they had.
8    Q    Okay.  Who is "they"?  Who is "they"?
9    A    KTIC.  You were asking about the employees at
10  KTIC; right?
11    Q    Right.
12         MR. MARTIN:  Okay.  I think it's a good time,
13  a good place for a break.  Thank you.
14         (Recess)
15  BY MR. MARTIN:
16    Q    Okay.  Ms. Liu, are you ready to resume?
17    A    Yes.
18    Q    Did you speak with anyone other than your
19  attorneys during the break?
20    A    No.
21    Q    Did you send any text messages or receive any
22  text messages?
23    A    No.
24    Q    Ms. Liu, are you aware of any patent
25  application that has been submitted for the JCD382 or

**Page 60**

1  the JCD389?
2    A    I'm not sure.
3    Q    Now, the scope of your consultancy agreement
4  with KTIC, does that include product design?
5    A    I think I gave some explanation regarding a
6  similar question.
7    Q    Yes.  Forgive me if I'm being repetitive.
8  You drew a distinction between internal components and
9  external characteristics.  And I'm wondering which
10  portion was within your consultancy agreement and which
11  portion is not.
12         MR. CARLSON:  I object to the form of the
13  question.
14    A    My consultancy agreement did not mention
15  product design.
16  BY MR. MARTIN:
17    Q    Okay.  You mentioned that your consultancy
18  agreement includes marketing; is that right?
19    A    Yes.
20    Q    Now, what else other than marketing?
21    A    Are you asking what's in addition to product
22  marketing?
23    Q    Yes.
24    A    It was mainly about product marketing.
25    Q    Do you consult with KTIC on the types of

**Page 61**

1  products that KTIC manufactures?
2    A    Could you repeat the question?  I'm sorry.
3    Q    Do you consult with KTIC on the types of
4  products that KTIC manufactures?
5    A    KTIC, what it does is purchase products.
6  They do not manufacture products.
7    Q    KTIC purchases products and then sells them;
8  is that right?
9    A    Yes.
10    Q    And KTIC sells products to KaiJet U.S.;
11  correct?
12    A    Yes.
13    Q    And KTIC purchases products from MCT; is that
14  correct?
15    A    Yes, but not only MCT.
16    Q    Who else does KTIC purchase products from?
17    A    I'm not sure.
18    Q    Does KTIC sell products in the United States?
19    A    No.
20    Q    Where does KTIC sell its products?
21    A    Not U.S.  Not U.S.  Other regions, I'm not
22  clear.
23    Q    So when you perform your consultancy
24  services for KTIC, those marketing-related consultancy
25  services, is that for marketing that occurs all around

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
**Yu-chia (Jessica) Liu on 05/26/2020**

Page 62

1  the world?
2      A    I'm sorry.  I just got disconnected.  Could
3  you repeat the question?
4      Q    When you perform your consultancy services
5  for KTIC, those marketing-related consultancy services,
6  is that for marketing that occurs all around the world?
7      A    It was mainly the U.S.
8      Q    KTIC mainly markets its products in the U.S.;
9  is that correct?
10     A    No.
11     Q    Where does KTIC market its products?
12     A    KTIC sells to KaiJet U.S., and then KaiJet
13  U.S. markets them in the U.S.
14     Q    Could you please describe what your
15  consultancy services to KTIC look like?
16     A    I will tell them what I saw in the market
17  based on my experience, and they will go ahead and seek
18  products.
19     Q    Can you recall an instance where you
20  recommended to KTIC to purchase a product and KTIC did
21  not end up purchasing that product?
22     A    Sure.  There were many instances like this.
23     Q    All right.  Could you give me an example,
24  please?
25          INTERPRETER:  May the interpreter clarify a

Page 63

1      name the witness used?
2      A    Yes.  So I recommended them to get some
3  "sender board."
4          INTERPRETER:  The pronunciation was not
5      standard.  So the interpreter was not sure it was
6      "sound board" or "send a board."
7      A    I recommended that product, but they ended up
8  not doing it.
9  BY MR. MARTIN:
10     Q    Do you visit KTIC's office in performing your
11  consultancy agreement?
12     A    Sure.
13     Q    And what is their address?
14     A    It was in Tucheng.
15     Q    Does KTIC share office space with any other
16  entities?
17     A    No.
18     Q    Are KTIC and MCT located in the same
19  building?
20     A    Yes.
21     Q    Do you know how many people are employed with
22  KTIC today?
23     A    I'm not sure.
24     Q    Do you know how many people are employed with
25  MCT today?

Page 64

1      A    I'm not sure.
2      Q    Do you know who Melody Kuo is, spelled K-u-o?
3      A    Yes.
4      Q    Who does she work for?
5      A    I think it's Taiwan KaiJet.  KaiJet Taiwan.
6      Q    Does she also work for MCT?
7      A    I'm not sure.
8      Q    What does Melody Kuo do for KaiJet Taiwan?
9      A    From what I know, she handled the documents
10  for inventory to go out.
11     Q    Do you know who Emma Wu is?
12     A    Yes.
13     Q    Who does she work for?
14     A    I think it's KaiJet Taiwan.
15     Q    What does Emma Wu do for KaiJet Taiwan?
16     A    She would be involved in communications with
17  the marketing team in the U.S.
18     Q    Your testimony is that Emma Wu is involved
19  with the marketing team in the U.S. on behalf of KaiJet
20  Taiwan?
21     A    I think it exaggerated my explanation a
22  little bit.
23     Q    Okay.  Does KaiJet Taiwan have a marketing
24  team in the U.S.?
25     A    No.

Page 65

1      Q    What does Emma Wu do in connection to
2  marketing in the U.S.?
3      A    If there's some need for product information
4  in the U.S., they would contact her.
5      Q    Who is "they"?
6      A    The colleagues in our company.
7      Q    In which company?
8      A    KaiJet U.S.
9      Q    I'm going to try to open up another document
10  here.  I'm referencing Exhibit 3.
11          (Exhibit 3 was marked for identification)
12  BY MR. MARTIN:
13     Q    Do you see the document in front of you,
14  Ms. Liu?
15     A    Yes.
16     Q    Do you see the highlighted Registrant E-mail:
17  carry@mct.com.tw?
18     A    Yes.
19     Q    Do you recognize that e-mail address?
20     A    Yes.
21     Q    Do you recall communicating with Carry from
22  MCT in the course of your consultancy work for KTIC?
23     A    I remember.
24     Q    Okay.  And can you tell us the nature of that
25  communication, please, or communications?

**Page 74**

```
1          MR. MARTIN:  Yes.  We can take a break now.
2          INTERPRETER:  Thank you.
3          (Recess)
4  BY MR. MARTIN:
5     Q    Okay.  Ms. Liu, during our recess, did you
6  speak or text anyone other than your lawyer?
7     A    No.
8     Q    Okay.  Ms. Liu, I have a document opened.  It
9  is Exhibit 17.
10         (Exhibit 17 was marked for identification)
11 BY MR. MARTIN:
12    Q    Do you see the document in front of you?  It
13 is an e-mail dated July 31st, 2017, at 8:55 a.m., and
14 it is from j5create-Jessica.
15         Do you see that e-mail?
16    A    Yes.
17    Q    Do you recall sending this e-mail to Chuck
18 Akins?
19    A    Yes.
20    Q    And the subject line is, "██████████████████
   ██████████  Do you see that?
22    A    Yes.
23    Q    Did you type that subject line in?
24    A    I do not recall.
25    Q    Do you know what that refers to, ███████
```

**Page 75**

```
1  ████████████████████, I should say?
2     A    Yes.
3          MR. MARTIN:  All right.  I'm having some
4  technical difficulties here.  My real-time feed has
5  stopped.
6          MS. TIEDEMANN:  Okay.  Let's go off the
7  record.
8          (Discussion off the record)
9          MR. MARTIN:  Can I have the last question and
10 the last response read back please?
11         MS. TIEDEMANN:  Yes.
12         (Requested portion read back as follows:
13 Question: Do you know what that refers to,
14 HyperDrive SKU for Best Buy -- or for BBY, I should
15 say?  Answer: Yes.)
16 BY MR. MARTIN:
17    Q    Okay.  And, Ms. Liu, what did that refer to?
18    A    BBY.  Did you refer to BBY or something else?
19    Q    What does the subject line, ████████████████
   ██████████  What does that mean?
21    A    I know that Chuck mentioned the name
22 "HyperDrive."  He mentioned the name and the product as
23 well as BBY.
24    Q    Okay.  And that would have been before you
25 sent this July 31st, 2017 e-mail?
```

**Page 76**

```
1     A    Yes.
2     Q    You and Chuck Akins had discussed the
3  HyperDrive SKU for BBY prior to sending this
4  July 31st, 2017 e-mail?
5     A    Maybe there was some discussion prior to this
6  e-mail, but I'm not 100 percent sure.
7     Q    Okay.  And were you aware about HyperDrive
8  device that was being sold at Best Buy at the time?
9     A    Chuck mentioned to me many products that were
10 similar.  HyperDrive was just one of them.
11    Q    And can you recall how long prior to this
12 e-mail, prior to this July 31st, 2017 e-mail, that you
13 began discussing the HyperDrive with Chuck Akins?
14    A    I cannot recall.
15    Q    Was it a month?  Six months?  Could you give
16 me your best estimate, please?
17    A    It shouldn't be that long.  Maybe it was less
18 than one month.
19    Q    Okay.  Thank you, Ms. Liu.
20         Now, if you go to the next page, there are
21 two renderings on the second page.  Do you see that?
22    A    Yes.
23    Q    And these two renderings are attached to the
24 July 31st, 2017 e-mail you sent to Chuck Akins;
25 correct?
```

**Page 77**

```
1     A    Oh, was the date July 21st or July 31st?
2     Q    I'm going to go to the first page of
3  Exhibit 17 again.  July 31st, 2017.  And the e-mail
4  reads, ███████████████████████████████████████████████
5  ████████████████████████████████████████████████████
6          INTERPRETER:  Counsel, this is the
7  interpreter.  Would you like the interpreter to
8  interpret this into Mandarin or just repeat the
9  quotation in English?
10         MR. MARTIN:  I'd like you to interpret it,
11 please.
12         INTERPRETER:  Thank you.
13    A    What I was trying to say was that this
14 e-mail, it seemed -- it did not talk about anything
15 related to the renderings.
16 BY MR. MARTIN:
17    Q    Do you see the words, ████████████████████████
18 ████████████████████████████████████████████████████
19    A    Oh, yes, yes.  Yes, it does.
20    Q    And, Ms. Liu, these were e-mails that were
21 produced in discovery in this case.
22    A    Yes.
23    Q    I'm going to go to the next page now, and
24 there's two renderings there.  Do you see the two
25 renderings?
```

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
**Yu-chia (Jessica) Liu on 05/26/2020**

Page 78

1    A    Yes.

2    Q    Did you make these renderings?

3    A    It was not me.

4    Q    Where did you get the renderings from?

5    A    KaiJet Taiwan gave me the proposals and the

6    images.

7    Q    And who from KaiJet Taiwan gave you those

8    renderings?

9    A    At the time when we had a meeting, it should

10   be Cindy who provided it, who provided them to me.

11   Q    And did Cindy e-mail them to you?

12   A    No.

13   Q    How did you obtain copies of these renderings

14   from Cindy Lin?

15   A    When we had a meeting, she gave them to me

16   directly using a drive that she had on her.

17   Q    And where was this meeting?

18   A    In KaiJet Taiwan, KTIC.

19   Q    And where is that?  What's the address?

20   A    The address?  You want the address of KaiJet

21   in Tucheng?

22   Q    And who else was at that meeting?

23   A    I think that day it was just Cindy and I.  We

24   were in the discussion.

25   Q    And were you participating in that discussion

Page 79

1    as part of your consultancy services that you were

2    providing for KTIC?

3    A    This product was not part of my consultancy

4    work.

5    Q    Did you give Cindy Lin feedback about these

6    renderings?

7    A    No.  I should say -- I should say I sent them

8    to Chuck to collect feedback.  At the time, I did not

9    give any feedback.

10   Q    How do you know that this device was not

11   within the scope of your consultanacy agreement with

12   KTIC?

13   A    This product was not part of the consultancy

14   work because my consultancy work was not related to

15   single products.  My consultancy work was related to

16   the strategy.

17   Q    The strategy of marketing products; correct?

18   A    Yes.

19   Q    The strategy of marketing products in the

20   United States; correct?

21   A    No.

22   Q    Now, you testified that Cindy Lin had turned

23   over a thumb drive to you and these renderings were on

24   the thumb drive that was physically handed over to you;

25   is that right?

Page 80

1    A    Yes.

2    Q    Were there any other documents that was on

3    the thumb drive?

4    A    At the time, I only took this document.

5    Q    Ms. Liu, were there any other files on the

6    thumb drive that was handed over to you other than the

7    file containing these two renderings?

8    A    I do not recall if there were other

9    documents.

10   Q    Do you still have the thumb drive?

11   A    No.

12   Q    Do you know where Cindy Lin got these

13   renderings from?

14   A    I know that Taiwan KaiJet, KaiJet Taiwan,

15   sought from many vendors, and they got this rendering.

16   Q    Do you know where Cindy Lin got the

17   renderings from, from which vendor?

18   A    I'm not sure, but it was not MCT.

19   Q    Did you ask Cindy Lin where the renderings

20   came from when she handed the flash drive over to you?

21   A    No.

22   Q    Did you want to know who created these

23   renderings?

24   A    KaiJet Taiwan had many vendors, but they

25   wouldn't tell me which one of the vendors created such a

Page 81

1    rendering.

2    Q    But you never asked; is that correct?

3    A    Yes.

4    Q    And you don't know if the vendor was from

5    mainland China or from Taiwan?

6    A    I knew they asked.

7    Q    I don't understand your response.

8    A    I was saying:  The vendors that KaiJet Taiwan

9    was reaching out to, some of them were from mainland

10   China, some were from Taiwan.

11   Q    Do you see these two renderings, Ms. Liu?  Do

12   you see how it says "j5create" on the two renderings?

13   A    Yes.

14   Q    Do you know how it came to be that "j5create"

15   was put on these two renderings?

16   A    I do not know.

17   Q    Do you know today, sitting here, who put

18   "j5create" on those two renderings?

19   A    I do not know.

20   Q    Is it someone else's responsibility to find

21   out where renderings are coming from, other than

22   yourself, at KaiJet U.S.?

23   A    That's not part of the job of KaiJet U.S.

24   Q    KaiJet U.S. doesn't -- is not concerned with

25   who created the renderings; is that right?  KaiJet U.S.

**Page 82**

1  doesn't care; is that right?
2          MR. CARLSON:  I object to the form of the
3      question.
4      A    We -- could you clarify the question?
5  BY MR. MARTIN:
6      Q    Sure.  I asked you:  "Is this someone else's
7  responsibility to find out where renderings are coming
8  from, other than yourself, at KaiJet U.S.?"
9          And you responded, "That's not part of the
10 job at KaiJet U.S."
11         So can you tell me why that's not part of the
12 job at KaiJet U.S.?  Whose job is it?
13     A    Just like I said, Taiwan KaiJet, KaiJet
14 Taiwan, is a vendor of KaiJet U.S.  So KaiJet Taiwan
15 will look for vendors and products, and KaiJet Taiwan
16 will provide renderings to KaiJet U.S.
17     Q    Okay.  So going back to Page 1, now, it says
18 in the subject line there, ████████████████████
19         What does "BBY" stand for?
20     A    It was Best Buy.
21     Q    And at this time, when this e-mail was sent,
22 July 31st, 2017, KaiJet U.S. didn't have a contract
23 with Best Buy to sell the JCD382; isn't that true?
24     A    I'm not sure.
25     Q    Okay.  In fact, JCD382 hadn't even been

**Page 83**

1  manufactured at this point in time; isn't that true?
2      A    I'm not sure, but the U.S. had not received
3  any shipping yet.
4      Q    Whose idea was it to want to sell the JCD382
5  at Best Buy?
6      A    It should be Chuck who proposed it.
7      Q    And when the proposal was made to sell the
8  UltraDrive at Best Buy, did you know that the HyperDrive
9  was then selling at Best Buy?
10     A    Like what I just said, when Chuck proposed,
11 I -- at the time, I had seen many products that were
12 similar, not just HyperDrive, that were being sold in
13 the market.
14     Q    I'm asking about Best Buy in specific.  Why
15 was it that Best Buy was targeted as the retailer that
16 was going to carry the JCD382?
17     A    That was proposed by Chuck.
18     Q    Okay.  And did you have an understanding,
19 based on your conversations with Chuck, that at the time
20 it was known that the HyperDrive was being sold at Best
21 Buy?
22     A    I'm not sure, but I think it was already
23 being sold.
24     Q    Now, I'm going to flip to Page 3 of this
25 exhibit, Ms. Liu.  This is an e-mail dated July 20th,

**Page 84**

1  2017, and it's from the e-mail address
2  jessica@j5create.com.
3          Do you recall writing this e-mail?
4      A    I remember.
5      Q    Okay.  Do you see where it says, ████████████
6  ████████████████████████████████████████████████████
7      A    Yes.
8      Q    Where did you get that information from?
9      A    I got it from KaiJet Taiwan.
10     Q    From which individual?
11     A    I think it was Cindy.
12     Q    And were you using your j5create e-mail
13 address to communicate with Cindy at the time?
14     A    Not always.  Sometimes.
15     Q    How else would you communicate with Cindy Lin
16 in addition to your j5create e-mail address?
17     A    Sometimes we would meet in person.  Sometimes
18 we would have teleconferences.
19     Q    Did you ever text message?
20     A    Skype.  Sometimes I used Skype.
21     Q    And in and around this time period, summer
22 2017, were you in regular contact with Cindy Lin with
23 regard to the development of the JCD382?
24     A    I think we had some communications.  Yeah.  I
25 think we had communications to discuss the subject.

**Page 85**

1      Q    Okay.  How often?  Twice a week?  Three times
2  a week?
3      A    Sometimes it was very frequent.  Sometimes it
4  was not frequent.
5      Q    I'm talking specifically about the time
6  period in summer 2017.
7      A    I think it was not very frequent.  It was
8  just ordinary.  Not very frequent.
9      Q    More than three times a week?
10     A    Maybe, yes.
11     Q    Did you find out in those discussions with
12 Cindy Lin who designed the JCD382?
13     A    No.
14     Q    Did you find out who manufactured the JCD382?
15     A    No.
16     Q    Ms. Liu, do you know who designed the JCD382,
17 sitting here today?
18     A    No.
19     Q    Ms. Liu, do you know who manufactured the
20 JCD382, sitting here today?
21     A    I'm not sure.
22     Q    And is that typical for most j5create
23 products?  You don't know who designed them and you
24 don't know who manufactured them?
25     A    I'm not sure about your question, what you're

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
**Yu-chia (Jessica) Liu on 05/26/2020**

Page 90

1  discuss whether or not the JCD382 is an infringing
2  product with KaiJet Taiwan?
3      A   I think at this time, based on what I've
4  seen, that it did not infringe.  That's why I think it's
5  not necessary to discuss it.
6      Q   So were you aware of any existing patents
7  relating to the JCD382 at that time?
8      A   No, I didn't.
9      Q   Your last response was:  "I think at this
10 time, based on what I see, that it didn't infringe."
11          Is that your assessment today, or was that
12 your assessment in December 2017?
13          MR. CARLSON:  I object to the form of the
14     question.
15     A   At the time, I did not know there were
16 patents.
17 BY MR. MARTIN:
18     Q   Right.  And you didn't perform any search?
19 You never did an assessment on whether or not there were
20 patents; is that correct?
21          MR. CARLSON:  I object to the form of the
22     question.
23     A   At the time, I did not specifically do any
24 patent search.
25

Page 91

1  BY MR. MARTIN:
2      Q   Thank you, Ms. Liu.
3          INTERPRETER:  Counsel, for the interpreter's
4     benefit, could we take a break after a few minutes?
5          MR. MARTIN:  Yes.
6  BY MR. MARTIN:
7      Q   We're going to move on to a new exhibit,
8  Exhibit 18.
9          (Exhibit 18 was marked for identification)
10 BY MR. MARTIN:
11     Q   Ms. Liu, can you see the exhibit in front of
12 you?
13     A   Yes.
14     Q   I'm going to go to Page 2 of the exhibit.
15 This is an e-mail from Andy Miller dated August 30th,
16 2017.  Have you seen this e-mail before?
17     A   No.
18     Q   Do you know who Andy Miller is?
19     A   Yes.
20     Q   And do you know who Jacob Durkin is?
21     A   I'm not sure.  I am not sure.
22     Q   Does Andy Miller work for Select Sales?
23     A   Yes.
24     Q   Does KaiJet U.S. have a contract with Select
25 Sales?

Page 92

1      A   I'm not sure.
2      Q   Does KaiJet Taiwan have any contract with
3  Select Sales?
4      A   No.
5      Q   Have you seen the contract between KaiJet
6  U.S. and Select Sales?
7      A   I can't recall there was one.
8      Q   Isn't it true that Select Sales is the sales
9  agent for KaiJet U.S.?
10     A   Yes.
11     Q   And Select Sales acts on KaiJet U.S.'s behalf
12 in communications with Best Buy; is that correct?
13     A   Yes.
14     Q   And KaiJet U.S. authorized Select Sales to
15 act as KaiJet U.S.'s agent in communications with Best
16 Buy; is that correct?
17     A   Yes.
18     Q   Do you approve of the performance of Select
19 Sales in that capacity as KaiJet U.S.'s sales agent?
20     A   Yes.
21     Q   Is there anything about the way Select Sales
22 has represented KaiJet U.S. in communications with Best
23 Buy that you don't approve of?
24     A   This question is very broad.  I'm not sure.
25     Q   Okay.  Let's look at the e-mail.  I'll make

Page 93

1  it a little bigger for you.
2          Do you agree that Andy Miller wrote on
3  August 30th, 2017, to Best Buy, "I wanted to see if
4  there was any last minute opportunities for the
5  attached"?
6      A   I'm sorry.  What was your question again?
7      Q   Do you agree that Andy Miller wrote on
8  August 30th, 2017, to Best Buy, "I wanted to see if
9  there was any last minute opportunities for the
10 attached"?
11     A   Because Andy had been communicating with
12 Chuck all the time, so I was not sure.
13     Q   And in the last sentence, do you agree that
14 Andy Miller writes, "Let me know ASAP if this is of
15 interest"?
16     A   I don't know what you meant by, "do you
17 agree."
18     Q   Do you agree that the words that I just read
19 are actually in the e-mail that we're looking at,
20 Exhibit 18?
21     A   That was what I saw that was written there.
22 That's correct.
23     Q   Ms. Liu, do you agree that as of
24 August 30th, 2017, Best Buy had not yet agreed to
25 start carrying the JCD382?

**Page 94**

1     A    I'm not sure.

2         MR. MARTIN: All right. I think this is a

3    good time for a break.

4         (Recess)

5  BY MR. MARTIN:

6     Q    We were looking at Exhibit 18. I'd like you

7  to look at the first page of Exhibit 18. It's the page

8  that's in front of you right now. I'll direct your

9  attention to an August 30th, 2017 e-mail sent at

10 3:46 p.m. by Jacob Durkin at Best Buy.

11       This e-mail is in response to Mr. Miller,

12 Mr. Andy Miller's e-mail that we were just looking at

13 before our recess. Jacob Durkin writes, "Thanks for

14 sending this over. Is there no patent that you would be

15 infringing on by making this SKU?"

16       Ms. Liu, have you seen this e-mail before?

17     A    No.

18     Q    Ms. Liu, when did you become aware that Best

19 Buy had directly asked Select Sales whether the JCD382

20 infringed on a patent?

21        INTERPRETER: May the interpreter request a

22  repetition of the question?

23  BY MR. MARTIN:

24     Q    Ms. Liu, when did you become aware that Best

25 Buy had directly asked Select Sales whether the JCD382

**Page 95**

1  infringed on a patent?

2        MR. CARLSON: I object to the form of the

3  question.

4     A    I did not know Best Buy had asked such

5  questions.

6  BY MR. MARTIN:

7     Q    This is the first time, sitting here, that

8  you became aware of that?

9     A    Yes.

10     Q    I'm going to go to a different exhibit here.

11 This is Exhibit 19.

12       (Exhibit 19 was marked for identification)

13 BY MR. MARTIN:

14     Q    We're looking at September 13th, 2017

15 e-mail correspondence between you and Chuck Akins.

16       Do you recognize these e-mails, Ms. Liu?

17     A    Yes.

18     Q    And isn't it true in these e-mails you're

19 discussing what the name of the JCD382 should be?

20     A    Yes, just like what you see here. That's the

21 content of the e-mail.

22     Q    And is this the first time that you recall

23 deciding on the name "UltraDrive"?

24     A    I do not recall whether that was the first

25 time.

**Page 96**

1     Q    Ms. Liu, before the creation of the JCD382,

2  did any j5create entity use the name "UltraDrive" for

3  any device to your knowledge?

4     A    We used "UltraStation" as a name. We used

5  "Ultra," the word "Ultra."

6     Q    You used UltraNation prior to the JCD382?

7     A    "UltraStation."

8     Q    Ms. Liu, do you see the e-mail halfway down

9  the page from Chuck Akins? It's the highlighted text

10 there.

11       Do you see Chuck Akins writes you, ██████

12 ███████████████████████████████████████

13       Do you see that?

14     A    I see it.

15     Q    When you responded to Mr. Akins'

16 September 13th, 2017 e-mail, what was your

17 understanding of who "they" was referring to?

18     A    I did not pay attention that he put the word

19 "they" there. I only saw "type C."

20     Q    Sitting here today, what is your

21 understanding of who "they" refers to? Sanho?

22        INTERPRETER: May the interpreter request

23  Counsel to repeat the last word?

24        MR. MARTIN: Sanho, S-a-n-h-o.

25        INTERPRETER: Thank you.

**Page 97**

1     A    I'm not sure.

2  BY MR. MARTIN:

3     Q    Ms. Liu, on this e-mail chain is Cindy Lin

4  from KaiJet Taiwan; is that correct?

5     A    Yes.

6     Q    Is it fair to say that KaiJet U.S. and KaiJet

7  Taiwan worked together on naming the JCD382?

8        MR. CARLSON: I object to the form of the

9  question.

10     A    No.

11 BY MR. MARTIN:

12     Q    Why is Cindy Lin on these e-mails, then?

13        INTERPRETER: May the interpreter request a

14  repetition of the question?

15 BY MR. MARTIN:

16     Q    Why is Cindy Lin on these e-mails, then?

17     A    As I said, she was the contact window for

18 Taiwan KaiJet. That's why we will keep her in the loop

19 for many things.

20     Q    And is it fair to say that Steven Lyu was

21 part of the naming process for the JCD382?

22        MR. CARLSON: I object to the form of the

23  question.

24        INTERPRETER: May the interpreter request a

25  repetition?

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
**Yu-chia (Jessica) Liu on 05/26/2020**

| | |
|---|---|
| Page 106 | Page 108 |

**Page 106**

1    A    Yes.

2    Q    And Cindy Lin works for KaiJet Taiwan and not

3 KaiJet U.S.; correct?

4    A    Yes.

5    Q    So KaiJet Taiwan is directing KaiJet U.S. to

6 perform a task on behalf of KaiJet Taiwan; is that true?

7        MR. CARLSON:  I object to the form of the

8        question, if that is a question.

9    A    I didn't quite get your question.

10 BY MR. MARTIN:

11    Q    Chuck Akins is following orders.  He sent the

12 HyperDrive to Taiwan at the request of KaiJet Taiwan;

13 isn't that true?

14        MR. CARLSON:  I object to the form of the

15        question.

16    A    Chuck, indeed, could send this to Taiwan, but

17 I'm not sure about all of the details.

18 BY MR. MARTIN:

19    Q    Did Chuck Akins ask your permission to

20 purchase a HyperDrive unit from hypershop.com and then

21 mail it to Taiwan?  Did he ask your permission?

22    A    I do not recall.

23    Q    Do you know why Cindy Lin just didn't buy the

24 HyperDrive unit herself?

25    A    I don't know.

**Page 107**

1    Q    Do you know why she delegated that task for

2 Chuck Akins to perform?

3        MR. CARLSON:  I object to the form of the

4        question.

5    A    I do not know.

6 BY MR. MARTIN:

7    Q    Ms. Liu, isn't it true in September of 2017

8 the HyperDrive was first manufactured?

9    A    Are you talking about HyperDrive?

10    Q    Oh, excuse me.  I misspoke.

11        Ms. Liu, isn't it true that in September 2017

12 the UltraDrive was first manufactured?

13    A    I'm not sure when it was first manufactured,

14 but I think the U.S., you know, us and Taiwan first

15 purchased it -- that time should be after September.

16    Q    Thank you, Ms. Liu.  I'm going to go to a new

17 exhibit here.

18        INTERPRETER:  May the interpreter log on and

19        log back in so that the interpreter can see the

20        document since there is a crash on the

21        interpreter's end?

22        MR. MARTIN:  We will go off the record while

23        you do that.

24        (Recess)

25

**Page 108**

1 BY MR. MARTIN:

2    Q    I pulled up a new exhibit.  It's Exhibit 23.

3        (Exhibit 23 was marked for identification)

4 BY MR. MARTIN:

5    Q    Ms. Liu, do you see Paragraph 5?  I've

6 highlighted a sentence in Paragraph 5.  Do you see it?

7    A    Yes.

8    Q    This is a declaration by Steven Lyu.  And he

9 states, "KTIC has given KaiJet an oral license to sell

10 and market products in the United States using its

11 j5create mark and related marks."

12        Who negotiated this oral license, Ms. Liu?

13        INTERPRETER:  May the interpreter clarify a

14        word the witness used?

15    A    I had a sales contract with KaiJet Taiwan,

16 and there was also an oral agreement.

17 BY MR. MARTIN:

18    Q    Who are the individuals that negotiated this

19 oral agreement?

20    A    Tai Yu-Chi, Ms. Tai Yu-Chi, from KaiJet

21 Taiwan.

22        MS. TIEDEMANN:  I'm sorry.  Could you please

23        repeat that?

24        INTERPRETER:  Ms. Tai Yu-Chi from KaiJet

25        Taiwan.

**Page 109**

1 BY MR. MARTIN:

2    Q    And who did Ms. Tai Yu-Chi from KaiJet Taiwan

3 negotiate that oral licensing agreement with?

4    A    I think it was mainly me.

5    Q    You and who else?

6    A    It was mainly me and Tai Yu-Chi.

7    Q    And the agreement was between KaiJet Taiwan

8 and KaiJet U.S.; is that correct?

9    A    Yes.

10    Q    Did the agreement include the KaiJet entity

11 in Europe?

12    A    No.

13    Q    How much money did KaiJet U.S. pay for those

14 oral licensing rights?

15    A    There was no -- there was no discussion

16 regarding how much money it was or needed to be paid.

17    Q    Was there ever an amount of money that was

18 paid for those licensing rights?

19    A    No.

20    Q    When was the licensing agreement negotiated?

21    A    It was signed every year.

22    Q    Is it an oral licensing agreement or a signed

23 licensing agreement?

24    A    What was in writing was a sales contract.

25    Q    Ms. Liu, I'm asking about the sentence in



**Page 114**

1    question.

11        MR. MARTIN: Okay. Madam Interpreter, let's
12    take a break.
13        INTERPRETER: Thank you, Counsel.
14        (Recess)
15  BY MR. MARTIN:

**Page 115**

1    Q    Is the JCD382 being sold in Europe?
2    A    I'm not sure.
3    Q    Is it being sold in Canada?
4    A    I'm not sure.
5    Q    Is there a KaiJet entity operating in Canada?
6        MR. MARTIN: Could you repeat the question,
7    Renee?
8    A    Sorry. I was just disconnected.
9        There's an office in Canada.
10  BY MR. MARTIN:
11   Q    And what is your role with that office?
12   A    In Canada, there's a warehouse and -- well,
13   it's just a warehouse, so I don't go there often.

19        INTERPRETER: What was the percentage,
20    Counsel?
21  BY MR. MARTIN:

**Page 116**

2        INTERPRETER: May the interpreter request a
3    repetition, Counsel?
4  BY MR. MARTIN:

17   Q    And Steven Lyu is your business partner on
18   all three enterprises; is that correct?
19   A    Yes.
20   Q    Is the Canadian KaiJet entity a separate
21   entity from KaiJet U.S.?
22   A    Not really.
23   Q    Does KaiJet Taiwan ship -- strike that.
24        Does the KaiJet in Canada sell the JCD382 in
25   Canada?

**Page 117**

1    A    I'm not sure.
2    Q    Let's go back to the document, please. I
3    believe we're on Paragraph 7. What's the purpose of
4    Paragraph 7?



**Page 118**

14    Q    Okay.  Now, Page 2 and Page 3 of the
15    documents, these are separate contracts for separate
16    years; is that correct?
17         Here's the next page.  Is this the same
18    contract for 2018?
19    A    Yes.
20    Q    I'm going to go to the next page, Page 3 of
21    the same exhibit, Exhibit 27.  Is this the same contract
22    for 2019?
23    A    Yes.
24    Q    And did you enter into a similar agreement
25    for 2020?

**Page 119**

1    A    Yes.
2    Q    And who drafted these agreements?
3    A    KaiJet Taiwan.
4    Q    Let's move along here.  Okay.  Ms. Liu, the
5    JCD382, are you familiar with that device?
6    A    I know it.
7    Q    How many parts does it have?
8    A    I do not recall.  I need to verify it.
9    Q    Isn't it true the JCD382 is a seven-port
10    device?
11    A    I'm not sure.  I need to verify that.
12    Q    One moment.  I'm going to go to a new exhibit
13    here.  It's Exhibit 25.
14         (Exhibit 25 was marked for identification)
15    BY MR. MARTIN:
16    Q    Ms. Liu, do you recognize the image and the
17    device?
18    A    I do.
19    Q    Does that refresh your recollection on how
20    many ports the JCD382 has?
21    A    Yes.
22    Q    Isn't it true it has seven ports?
23    A    Yes.
24    Q    Do you see at the bottom left-hand corner of
25    the box it says "JCD382"?  I'll make it a little bigger

**Page 120**

1    for you.
2    A    Yes.
3    Q    This is the back side.  I'll go to a new
4    image.  The front side.
5         (Exhibit 26 was marked for identification)
6    BY MR. MARTIN:
7    Q    Do you see how the box says "8-in-1"?
8    A    Yes.
9    Q    That's not correct, is it, Ms. Liu?
10         MR. CARLSON:  I object to the form of the
11    question.
12    A    I don't understand what you meant by being
13    correct.
14    BY MR. MARTIN:
15    Q    Ms. Liu, whose decision was it to put
16    "8-in-1" on that packaging?
17    A    I'm not sure.
18    Q    Is there someone else at KaiJet U.S. that
19    would have decided to put "8-in-1" on the packaging
20    other than yourself?
21    A    I'm not sure.
22    Q    Isn't it true that that's a false statement
23    on the packaging of the JCD382?
24    A    That's not quite right.
25    Q    How is it possible to claim that the JCD382

**Page 121**

1    is an 8-in-1 device?
2    A    Because just now he asked me how many ports
3    there were and I said seven.  But I think here eight
4    does not refer to the number of ports.
5    Q    So what does it refer to?
6    A    I think it should refer to function.
7    Q    Excuse me?
8    A    Me?
9    Q    Could you please list the eight functions
10    that the JCD382 does?
11    A    I'm not sure, but I think that should be
12    talking about functions.
13    Q    What are the eight functions, Ms. Liu?
14         MR. CARLSON:  Object to the form.  Asked and
15    answered.
16    A    What I know is what I just stated.
17    BY MR. MARTIN:
18    Q    Did KaiJet U.S. intentionally put "8-in-1" on
19    the packaging of the JCD382 in order to represent that
20    the JCD382 has eight functions?
21    A    I'm not sure.  That was just my guess.
22    Q    I just want to know if it was an accident or
23    if it was intentional, Ms. Liu.
24         MR. CARLSON:  I object to the form.
25    A    I'm not sure.

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
Yu-chia (Jessica) Liu on 05/26/2020

Page 122

1  BY MR. MARTIN:
2      Q    Was it accidental?
3          MR. CARLSON:  I object to the form.  That's
4      been asked and answered.
5      A    I'm not certain.
6  BY MR. MARTIN:
7      Q    Was it intentional?
8          MR. CARLSON:  I object to the form.  She's
9      already answered this.
10     A    I'm not certain.
11 BY MR. MARTIN:
12     Q    Okay.  I'd like to move on to another topic,
13 Ms. Liu.  Does KaiJet U.S. use servers in its business
14 operations in any way?
15         INTERPRETER:  May the interpreter clarify or
16     ask the witness to repeat?
17     A    I'm not sure, but we have e-mail servers.
18 BY MR. MARTIN:
19     Q    Does KaiJet U.S. and KaiJet Taiwan use the
20 same e-mail server?
21     A    I'm not very sure.
22     Q    Where does KaiJet U.S. store its electronic
23 data?
24     A    I'm not sure about that part.
25     Q    Does KaiJet U.S. and KaiJet Taiwan store

Page 123

1  their electronic data on the same servers?
2      A    I think not.  I think no.
3      Q    How do you know?
4      A    Because I did see such -- such -- such kind
5  of server.
6      Q    Do you have administrator log-in where you
7  can access the entirety of KaiJet U.S.'s e-mail server?
8      A    I do not.
9      Q    Are there portions of KaiJet U.S.'s e-mail
10 server that you don't have access to?
11     A    I'm not very sure.
12     Q    Have you seen the e-mail server with your own
13 eyes?
14     A    Not according to my memory.
15     Q    Ms. Liu, do you have access to the website --
16 excuse me.  Strike that.
17         Do you have editing access to the website
18 j5create.com?
19     A    I think I don't.
20     Q    Have you ever edited that website before?
21     A    No.
22     Q    Whose permission would you need to ask in
23 order to edit that website?
24     A    The marketing.  The website marketing people
25 in KaiJet U.S.

Page 124

1      Q    You would need to ask the website marketing
2  people at KaiJet U.S. to edit the website?
3      A    I won't edit it, and I won't ask for
4  permission to edit it.
5      Q    Ms. Liu, do you have access to the e-mail
6  servers that KaiJet Taiwan operates from?
7      A    No.
8      Q    Who is the individual you would have to ask
9  for permission to access those servers?
10     A    I won't access KaiJet Taiwan's server, so I
11 don't know about that.
12     Q    In the course of responding to discovery in
13 this case on behalf of KaiJet U.S., did you ask KaiJet
14 Taiwan for any documents?
15     A    No.
16     Q    Why not?
17     A    I'm not sure I got your question.
18     Q    In the course of responding to discovery in
19 this case, on behalf of KaiJet U.S., did you ask KaiJet
20 Taiwan for any documents?  You answered, "No," and I
21 asked you, "Why not?"
22     A    Regarding this, to make a request to KaiJet
23 Taiwan, that should be made by attorneys, not by me.
24     Q    Does your attorney have your authorization to
25 make a request for documents on behalf of KaiJet U.S.

Page 125

1  and to make that request to KaiJet Taiwan?
2          MR. CARLSON:  I object to the form of the
3      question, and the witness is instructed not to
4      answer as invading attorney-client privilege.
5  BY MR. MARTIN:
6      Q    Other than your belief that such a request to
7  KaiJet Taiwan should be made by attorneys and not you,
8  is there any other reason why you would not ask for
9  documents in the course of responding to discovery from
10 KaiJet Taiwan?
11     A    Because there were no documents, no special
12 documents that needed to be requested.
13     Q    In the course of responding to discovery in
14 this case, did you make any document requests from MCT?
15     A    No.
16         MS. TIEDEMANN:  Counsel, this is a ten-minute
17     heads-up for you that you requested.
18         MR. MARTIN:  Thank you.
19 BY MR. MARTIN:
20     Q    In the course of responding to discovery in
21 this case, Ms. Liu, did you ask for any documents from
22 Starview?
23     A    No.
24     Q    Ms. Liu, have you asked anyone for documents
25 responsive to Sanho Corporation's document requests in

Page 126

1  this case?
2       A    No.
3            MR. MARTIN:  I'd like to take our last break
4       at this time.  I'm going to collect my notes and
5       see if there's any last minute things I want to ask
6       about.  I need about five minutes.  Thank you.
7            (Recess)
8  BY MR. MARTIN:
9       Q    Ms. Liu, we touched on this earlier, but I
10  didn't receive a clear response from you.  Are you aware
11  of any efforts by any person to submit a patent
12  application relating to the JCD382 or the JCD389?
13      A    I'm not sure.  Maybe there was some.
14      Q    Do you have any personal knowledge of any
15  patent application?
16      A    Were you referring to 382 and 389?  Those two
17  products?
18      Q    Correct.
19      A    I'm not sure about the patents for those two
20  products.
21      Q    Are you aware of any patent applications?
22      A    I'm not very sure.
23      Q    Did somebody tell you about any patent
24  applications relating to the JCD382 or JCD389?
25      A    I'm not very sure.

Page 127

1       Q    When was the first point in time you became
2  aware of any patent applications relating to the JCD382
3  or JCD389?
4            MR. CARLSON:  I object to the form of the
5       question.
6       A    Your question was very broad, and I really am
7  not sure.
8  BY MR. MARTIN:
9       Q    Okay.  Going back to these sales contracts,
10  the three sales contracts, the 2017, 2018, and 2019, I
11  want to know when you signed the 2018 and 2019
12  contracts.  Go ahead.
13           Is that your signature?
14           INTERPRETER:  May the interpreter request a
15      repetition?
16      A    Yes.
17  BY MR. MARTIN:
18      Q    When did you sign that?
19      A    It was signed each year.
20      Q    Which part of the year?  Which day?  Which
21  month?
22      A    It should be the date above.  The date above
23  said it was 2018, January 2nd.
24      Q    And where do you see that date?  Is it right
25  here?

Page 128

1       A    The date at the bottom, at the very bottom.
2       Q    Here?
3       A    Yes.
4       Q    So it's January 2nd?
5       A    Yes.
6       Q    All right.  This document here.
7            And the same thing?  This document here?
8  January -- what's the date you signed, this, this
9  agreement?
10      A    It says at the bottom 2019, January 3rd.
11      Q    Okay.  Thank you.  Now, do you recall signing
12  it on those dates, or did you sign it after those dates?
13      A    It should be on those dates.
14      Q    Is there a similar contract for 2016?
15      A    I think so.
16      Q    And for 2015?
17      A    I think so.
18      Q    2014?
19      A    I think so.
20      Q    Ms. Liu, when was the last time you signed a
21  contract on behalf of KaiJet Taiwan?
22      A    I cannot recall.
23
24
25

Page 129

1       Q    Okay.  Last topic, Ms. Liu.  Earlier when I
2  asked you about whether there are separate servers,
3  whether KaiJet Taiwan and KaiJet U.S. maintain separate
4  servers, you stated, "I didn't see such -- such kind of
5  server."
6            My question is:  When and where did you see
7  this?
8       A    Maybe the interpretation was not correct in
9  that part.  What I said was I did not see such servers.
10      Q    So how do you know that KaiJet U.S. and
11  KaiJet Taiwan have separate servers or whether they have
12  the same servers?  How do you know?
13      A    That's not what I said.  I did not see a
14  shared server that was used by KaiJet U.S. and KaiJet
15  Taiwan.  So that's why I said I did not know.
16           MR. MARTIN:  Okay.  Thank you.  Okay.  At
17      this time, I'm going to suspend this deposition,
18      and we reserve our right to continue questioning at
19      a later time.  Thank you very much, Ms. Liu.
20           MR. CARLSON:  Okay.  This is Bob Carlson.
21      Ms. Liu will not appear for further deposition
22      absent specific order of the court.  This
23      deposition is terminated.  I have no questions.
24      Thank you.
25           MR. MARTIN:  Thank you, Ms. Liu.

**SANHO CORPORATION vs KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., ET AL.**
**Yu-chia (Jessica) Liu on 05/26/2020**

---

**Page 130**

```
1              MR. CARLSON:  We would like to order a copy
2    and the witness will read and sign.
3              (Deposition was concluded at 6:15 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 131**

```
1                    CERTIFICATE OF OATH
2    STATE OF FLORIDA        )
3    COUNTY OF SAINT JOHNS  )
4
5
6              I, the undersigned authority, certify that
7    YU-CHIA (JESSICA) LIU personally appeared before me via
8    videoconference and was duly sworn after providing
9    photographic identification.
10             WITNESS my hand and official seal this 26th day of
11   May, 2020.
12
13
14   _____
15
16
17
18
19
20
21
22
23
24
25
```

**Page 132**

```
1                           ERRATA SHEET
2    STATE OF_____)
                             )
3    COUNTY OF_____)
4              I wish to make the following changes
               for the following reasons:
5
6
7    PAGE    LINE
8    ____    ____       CHANGE: _____
9                       REASON: _____
10   ____    ____       CHANGE: _____
11                      REASON: _____
12   ____    ____       CHANGE: _____
13                      REASON: _____
14   ____    ____       CHANGE: _____
15                      REASON: _____
16   ____    ____       CHANGE: _____
17                      REASON: _____
18   ____    ____       CHANGE: _____
19                      REASON: _____
20
21
22   (Signed) _____
                  YU-CHIA (JESSICA) LIU
23
24
25
```

**Page 133**

```
1                    CERTIFICATE OF REPORTER
2    STATE OF FLORIDA        )
3    COUNTY OF SAINT JOHNS  )
4
5
6              I, Elizabeth Tiedemann, Registered
7    Professional Reporter, certify that I was authorized to
8    and did stenographically report the foregoing
9    deposition; and that the transcript is a true record of
10   the testimony given by the witness; that the witness did
11   not waive reading and signing.
12             I further certify that I am not a relative,
13   employee, attorney, or counsel of any of the parties,
14   nor am I a relative or employee of any of the parties'
15   attorney or counsel connected with the action, nor am I
16   financially interested in this action.
17
18   _____
19   ELIZABETH TIEDEMANN
     Registered Professional Reporter
20
21
22
23
24
25
```