# **EXHIBIT 8**

**Message**

| | |
|---|---|
| From: | j5-Jessica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=43653666DC7146CC86646208D251F9D2-JESSICA] |
| Sent: | 7/20/2017 1:25:41 AM |
| To: | Chuck Akins [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61976a6eb6d04c20b061ea24ed327fea-chuck] |
| CC: | Steven Lyu ( j5create ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=842db428f595468bb0d00e2e3a1fb7bf-stevenlyu]; Cindy Lin ( j5create ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7d18f444857d401587662162f7af34e4-cindy] |
| Subject: | hyperdrive SKU for BBY |

Hi Chuck,

The SKU number will be JCD382.

| Model | MSRP | BBY margin | BBY price | J5 margin | J5 FOB cost |
|---|---|---|---|---|---|
| JCD382 | | | | | |

The estimated lead-time is 2.5 month. ETA is around the beginning of October.

Please let me know when could we close this deal. Thanks.

Best Regards,
Jessica Liu
T: +886-2-2269-5533 |F: +886-2-2267-0199
KaiJet Technology International |j5create.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

KAIJET_4481