# **EXHIBIT 9**

| Message | |
|---|---|
| From: | j5-Jessica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=43653666DC7146CC86646208D251F9D2-JESSICA] |
| Sent: | 7/31/2017 12:55:23 PM |
| To: | Chuck Akins [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61976a6eb6d04c20b061ea24ed327fea-chuck] |
| CC: | Steven Lyu ( j5create ) [/O=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=842db428f595468bb0d00e2e3a1fb7bf-stevenlyu]; Cindy Lin ( j5create ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7d18f444857d401587662162f7af34e4-cindy] |
| Subject: | Re: hyperdrive SKU for BBY |
| Importance: | High |

Hi Chuck,

Please refer to below updated product image and quotation.
Can you confirm this now, or do you need the product sample with package for buyer to approve ?

| Model | MSRP | BBY margin | BBY price | J5 margin | J5 FOB cost |
|---|---|---|---|---|---|
| JCD382 | | | | | |

Best Regards,
Jessica Liu

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

KAIJET_3822





On Jul 21, 2017, at 6:53 PM, j5-Jessica <jessica@j5create.com> wrote:

Hi Chuck,

Please see attached rendering product image.
Let me know if any questions.

Thanks,
Jessica
<Image.png>
<Image-1.png>


取得 iOS 版 Outlook

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                           **KAIJET_3823**

On Thu, Jul 20, 2017 at 1:25 PM +0800, "j5-Jessica" <jessica@j5create.com> wrote:

Hi Chuck,

The SKU number will be JCD382.

| Model | MSRP | BBY margin | BBY price | J5 margin | J5 FOB cost |
|---|---|---|---|---|---|
| JCD382 | | | | | |

The estimated lead-time is 2.5 month. ETA is around the beginning of October.

Please let me know when could we close this deal. Thanks.

Best Regards,
Jessica Liu
T: +886-2-2269-5533 |F: +886-2-2267-0199
KaiJet Technology International |j5create.com

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**KAIJET_3824**