# **EXHIBIT 10**

| Message | |
|---|---|
| From: | Jessica ( j5create ) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=43653666DC7146CC86646208D251F9D2-JESSICA] |
| Sent: | 9/19/2017 12:32:18 PM |
| To: | Chuck Akins [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61976a6eb6d04c20b061ea24ed327fea-chuck] |
| CC: | Steven Lyu ( j5create ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=842db428f595468bb0d00e2e3a1fb7bf-stevenlyu]; Cindy Lin ( j5create ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7d18f444857d401587662162f7af34e4-cindy] |
| Subject: | Re: hyperdrive SKU for BBY |

Hi Chuck,

Please noted that we will change the FOB to ▌D▌.

There is some cost difference while finalization.

Thanks,
Jessica

---

**From:** j5-Jessica <jessica@j5create.com>
**Date:** Monday, July 31, 2017 at 8:55 PM
**To:** Chuck Akins <chuck@j5create.com>
**Cc:** "Steven Lyu ( j5create )" <stevenlyu@j5create.com>, "Cindy Lin ( j5create )" <cindy@j5create.com>
**Subject:** Re: hyperdrive SKU for BBY

Hi Chuck,

Please refer to below updated product image and quotation.
Can you confirm this now, or do you need the product sample with package for buyer to approve ?

| Model | MSRP | BBY margin | BBY price | J5 margin | J5 FOB cost |
|---|---|---|---|---|---|
| JCD382 | | | | | |

Best Regards,
Jessica Liu

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      KAIJET_3829





On Jul 21, 2017, at 6:53 PM, j5-Jessica <jessica@j5create.com> wrote:

Hi Chuck,

Please see attached rendering product image.
Let me know if any questions.

Thanks,
Jessica
<Image.png>
<Image-1.png>


取得 iOS 版 Outlook

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                        KAIJET_3830

On Thu, Jul 20, 2017 at 1:25 PM +0800, "j5-Jessica" <jessica@j5create.com> wrote:

Hi Chuck,

The SKU number will be JCD382.

| Model | MSRP | BBY margin | BBY price | J5 margin | J5 FOB cost |
|---|---|---|---|---|---|
| JCD382 | | | | | |

The estimated lead-time is 2.5 month. ETA is around the beginning of October.

Please let me know when could we close this deal. Thanks.

Best Regards,
Jessica Liu
T: +886-2-2269-5533 | F: +886-2-2267-0199
KaiJet Technology International | j5create.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

KAIJET_3831