# **EXHIBIT 11**



**DLS LOGISTIC SERVICE, LLC**
11120 S. HINDRY AVE., SUITE A
LOS ANGELES, CALIFORNIA 90045
United States

Telephone: (310) 216-5998
Fax: (310) 216-5983

dlslax@lax.dls-group.com

## ARRIVAL NOTICE

| Shipper: | Date: | DLS |
|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL<br>9F, NO. 105, ZHONGCHENG RD., TUCHENG DIST.,<br>NEW TAIPEI CITY | 06/19/2018 | AI180641345 |
| | IT No.:   IT Date: | Sub House B/L / AWB No.: |
| | Port of Intransit: | IT Final Destination/ETA: |
| **Consignee:**<br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED<br>1000 COBB INTERNATIONAL DRIVE, SUITE F<br>KENNESAW, GEORGIA, 30152<br>UNITED STATES<br>NICOLE LYU Telephone 678-656-2288 Fax 678-503-2135 | ETD:   ETA:<br>06/12/2018   06/17/2018 | Storage Starts: |
| | Master B/L / AWB No.:<br>297 - 34900051 | House B/L / AWB No.:<br>TPI18060047 |
| | Location of Goods:<br>SWISSPORT CARGO SERVICES, L.P. (O350) | |
| **Notify:** | For Delivery Please Apply To:<br>DLS LOGISTIC SERVICE, LLC<br>11120 S. HINDRY AVE., SUITE A<br>LOS ANGELES, CALIFORNIA, 90045<br>UNITED STATES | |

| Carrier:<br>CHINA AIRLINES | Point of Discharge:<br>Atlanta GA, Metropolitan Area | Place of Delivery:<br>ATLANTA |
|---|---|---|
| SCAC: | Place of Receipt:<br>TAIPEI | Country of Origin:<br>CHINA |
| Vessel/Voyage/Flight:<br>CI 5256 | Point of Loading:<br>Guangzhou, Baiyun | Country of Destination:<br>UNITED STATES |

| Marks & Numbers<br>Container & Seal Numbers | No. of Pkgs. | Description of Goods | Measurement | Gross Weight | Volume Weight |
|---|---|---|---|---|---|
| | 2 | 2 Package<br>USB TYPE-C 7 4K HDMI ADAPTER | CBM | KG | KG |

Issued by:  Nicole Guinto          Tel: (310) 216-5998   E-mail: nicoleg@lax.dls-group.com

ForwarderLogic - Freight Software Online - http://www.forwarderlogic.com          Page 1 of 1

ESI DZ1-5081678-0 - Page 1

tommy

| | |
|---|---|
| From: | Nicole Guinto [nicoleg@lax.dls-group.com] |
| Sent: | Tuesday, June 19, 2018 9:27 AM |
| To: | tommy |
| Cc: | Isabel Domagas; Air Pre-Alert |
| Subject: | Re: Weekend Entries: TPI-18060046 (Kaijet Technology) |
| Attachments: | TPI18060047.pdf; TPI18060047 AN.pdf |

Hi Tommy,

Here is the arrival notice for TPI18060047, kindly help clear it asap.

Thanks,

Nicole Lauren Guinto
dls Logistic Service, LLC
719 N. Douglas St. | El Segundo | CA 90245
Tel: (310) 216-5998 Ext:120 | Fax: (310) 216-5983
E-mail: nicoleg@lax.dls-group.com

Online Tracking


On Mon, Jun 18, 2018 at 11:03 AM, tommy <tommy@ewiinc.com> wrote:

Hi Nicole.



Well noted and please provide revise document ASAP once you received . thank you.

Best regards.



*Tommy Huang*

EWI Inc. Customhouse Brokers
13030 Alondra Blvd #102

Cerritos, CA 90703

Email: tommy@ewiinc.com

Tel: (310) 417-9141 Ext.116
Fax: (310) 417-9147

---

**From:** Nicole Guinto [mailto:nicoleg@lax.dls-group.com]
**Sent:** Monday, June 18, 2018 10:54 AM
**To:** tommy
**Cc:** Isabel Domagas; Air Pre-Alert
**Subject:** Re: Weekend Entries: TPI-18060046 (Kaijet Technology)

Hi Tommy,

There should be two houses under this master

However we only received TPI-18060046 from origin

I need to ask the forwarding agent to send us the documents for the other house to fix this issue

Thank You,

Nicole Lauren Guinto

dls Logistic Service, LLC

719 N. Douglas St. | El Segundo | CA 90245

Tel: (310) 216-5998 Ext:120 | Fax: (310) 216-5983

E-mail: nicoleg@lax.dls-group.com

Online Tracking

On Mon, Jun 18, 2018 at 10:28 AM, tommy <tommy@ewiinc.com> wrote:

Hi All.

Please see request below and fix the issue, thank you.

****Please find attached and advise HAWB TPI18060046 manufacture quantity is ▮▮▮, thank you.**

Best regards.

2

*Tommy Huang*

EWI Inc. Customhouse Brokers
13030 Alondra Blvd #102

Cerritos, CA 90703

Email: tommy@ewiinc.com

Tel: (310) 417-9141 Ext.116
Fax: (310) 417-9147

---

**From:** tommy [mailto:tommy@ewiinc.com]
**Sent:** Monday, June 18, 2018 8:55 AM
**To:** 'Nicole Guinto'
**Cc:** 'Isabel Domagas'; 'Air Pre-Alert'
**Subject:** RE: Weekend Entries: 4812139075 (Kaijet Technology), SHA26659 (Getac, Inc), TPI-18060046 (Kaijet Technology

Hi Nicole,

Please find attached for ABI and DO. Thank you.

4812139075 EWI-5081525-5

****Please find attached and advise HAWB TPI18060046 manufacture quantity is ▇ , thank you.**

Best regards,

*Tommy Huang*

EWI Inc. Customhouse Brokers
13030 Alondra Blvd #102

Cerritos, CA 90703

Email: tommy@ewiinc.com

Tel: (310) 417-9141 Ext.116
Fax: (310) 417-9147

```
*** ACE ***                                                                    047
    BOX #                                                      Form Approved OMB No. 1651-0022
                                                                          EXP. 10-31-2017
DEPARTMENT OF HOMELAND SECURITY    1. Filer Code/Entry No.  2. Entry Type  3. Summary Date
  U.S. Customs and Border Protection   DZ1-5081678-0        01 ABI/A       06/27/2018
         ENTRY SUMMARY            4. Surety No. 5. Bond Type 6. Port Code  7. Entry Date
                                     050         8             1704        06/19/2018
```

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| CI/5256 | 40 | TW | 06/17/2018 |
| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
| 29734900051 | TWKAITEC105NEW | TW | 06/12/2018 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs NONE | 19 Foreign Port of Lading | 20. U.S. Port of Unlading 1704 |
| 21. Location of Goods/G.O. No. O350 | 22. Consignee No. SAME | 23. Importer No. 27-248818300 | 24. Reference No. |

25. Ultimate Consignee Name and Address
KAIJET TECHNOLOGY INTERNATIONAL
1025 COBB INTL DRIVE STE 210

City KENNESAW   State GA   Zip 30152

26. Importer of Record Name and Address
KAIJET TECHNOLOGY INTERNATIONAL
1025 COBB INTL DRIVE STE 210

City KENNESAW   State GA   Zip 30152

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | |
| | | 2 CT | | | | |
| | INV# 001, 2 CTNS | | | | | |
| 001 | OTHER CONTROL & ADAPTER U | 383 | 6408 NO | C767 | FREE | .00 |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | |
| 002 | STATIC CONVERTERS, OTHER 8504.40.9580 | 77 | X | C153 | .7% | |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | |
| | G.I.V. US$ | | | | | |

Other Fee Summary for Block 39
499

| 35. Total Entered Value $ | CBP USE ONLY | | TOTALS |
|---|---|---|---|
| | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| Total Other Fees $ | REASON CODE | C. Ascertained Tax | 38. Tax .00 |
| | | D. Ascertained Other | 39. Other |
| | | E. Ascertained Total | 40. Total |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

*** CONTINUED ***

I declare that I am the [ ] Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR [X] owner or purchaser or agent thereof. I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME ATTY-IN-FACT | TITLE | SIGNATURE | DATE 06/20/2018 |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) EWI INC. 13030 ALONDRA BLVD SUITE 102 CERRITOS, CA 90703 310-417-9141 (TOMMY) | 43. Broker/Importer File No. LA1 5081678/AI180641345 |
|---|---|

FX/7501 (10/12)         PART 1 - RECORD COPY         CBP Form 7501 (06/09)

ESI DZ1-5081678-0 - Page 5

** CONTINUATION PG.   2 **

Form Approved OMB No. 1651-0022
EXP. 10-31-2017

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| | |
|---|---|
| 1. Filer Code/Entry No. DZ1-5081678-0 | 2. Entry Type 01 ABI/A | 3. Summary Date 06/27/2018 |
| 4. Surety No. 050 | 5. Bond Type 8 | 6. Port Code 1704 | 7. Entry Date 06/19/2018 |
| 8. Importing Carrier CI/5256 | 9. Mode of Transport 40 | 10. Country of Origin TW | 11. Import Date 06/17/2018 |
| 12. B/L or AWB No. 29734900051 | 13. Manufacturer ID TWKAITEC105NEW | 14. Exporting Country TW | 15. Export Date 06/12/2018 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs NONE | 19 Foreign Port of Lading | 20. U.S. Port of Unlading 1704 |
| 21. Location of Goods/G.O. No. O350 | 22. Consignee No. SAME | 23. Importer No. 27-248818300 | 24. Reference No. |

25. Ultimate Consignee Name and Address
KAIJET TECHNOLOGY INTERNATIONAL
1025 COBB INTL DRIVE STE 210

City KENNESAW    State GA    Zip 30152

26. Importer of Record Name and Address
KAIJET TECHNOLOGY INTERNATIONAL
1025 COBB INTL DRIVE STE 210

City KENNESAW    State GA    Zip 30152

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars    Cents |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | |
| N.I.V. | | | | | | |

| Other Fee Summary for Block 39 | 35. Total Entered Value $ | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| | | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees $ | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☐ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) | | 43. Broker/Importer File No. | |

FX/7501 (10/12)                    PART 1 - RECORD COPY    CBP Form 7501 (06/09)

ESI DZ1-5081678-0 - Page 6



凱 捷 國 際 科 技 股 份 有 限 公 司
KaiJet Technology International Corporation
**COMMERCIAL INVOICE**

Page: 1

Invoice No.: K18060801
Date: 06/08/2018

Messrs.: **KaiJet Technology International Limited ,Inc.**
1025 Cobb International Dr.
Suite 210. Kennesaw, GA 30152
U.S.A.
Attn:     Mr. Steven Lyu / Sally Ellington
TEL:     1.888.689.4088 / 1.888-988-0488
FAX:
PER S.S.   BY AIR
Sailing On/About: ETD: 06/10    ETA: 06/15
Shipment:  From China TO U.S.A.

| Model | Description | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
|  | **PO#2018050070** |  |  |  |
| JCA153G | USB Type-C 4K HDMI Adapter |  |  |  |
| JCC153G | USB Type-C to 4K HDMI Cable |  |  |  |
| JCD382 | Ultra Drive Dock for MacBook Pro |  |  |  |
| JUP10 | QC3.0 USB Charger |  |  |  |
| Total: |  |  |  |  |

*BRAND: J5 create*

**KaiJet Technology International Corporation**

*Melody Kuo*

236 新北市土城區忠承路109號8樓  8F., No.109 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2

# j5create

凱捷國際科技股份有限公司
KaiJet Technology International Corporation
**PACKING / WEIGHT LIST**

Page: 1
Date: 06/08/2018

Invoice No. K18060801
Messrs.: KaiJet Technology International Limited ,Inc.
1025 Cobb International Dr.
Suite 210. Kennesaw, GA 30152
U.S.A.
Attn: Mr. Steven Lyu / Sally Ellington
TEL: 1.888.689.4088 / 1.888-988-0488
FAX:
PER S.S. BY AIR
Sailing On/About: ETD: 06/10   ETA: 06/15
Shipment: From China TO U.S.A.

| PLT No. | CTNS No. | Description | Quantity (PCS) | N.W. (KGS) | G.W. (KGS) | Meas'mt (CUFT) |
|---|---|---|---|---|---|---|
| | | PO#2018050070 | | | | |
| 1 | (105) | USB Type-C 4K HDMI Adapter (JCA153G) | | | | |
| 2 | (51) | Ultra Drive Dock for MacBook Pro (JCD382) | | | | |
| | (15) | USB Type-C 4K HDMI Adapter (JCA153G) | | | | |
| | (10) | USB Type-C to 4K HDMI Cable Gr (JCC153G) | | | | |
| 3-4 | @70 (140) | USB Type-C to 4K HDMI Cable Gr (JCC153G) | | | | |
| 1 | (70) | QC3.0 USB Charger (JUP10) | | | | |
| 2 | (80) | QC3.0 USB Charger (JUP10) | | | | |

Total: 6PLT(=471CARTONS)

Shipping Marks:
KJ
U.S.A.
P/NO: 1- 4, 1-2 OF 6
MADE IN CHINA

KaiJet Technology International Corporation

_Melody Kuo_

236新北市土城區忠承路105號9樓 9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-2988

ESI DZ1-5081678-0 - Page 8

MAWB NO. 297-34900051  HAWB NO. TPI-18060047

| Shipper's Name and Address | Shipper's Account Number | NOT NEGOTIABLE<br>**Air Waybill**<br>Issued by **TRANS POWER INT'L LOGISTICS (HK) CO., LTD.** |
|---|---|---|
| CHANNEL WELL TECHNOLOGY(Guangzhou)CO., LTD<br>Eastern Hi-tech Industrial Base, Zengjiang<br>Street, Zengcheng Guangzhou, Guangdong<br>Province, China  TEL:886-3-222-0268<br>91440183769545667W | | Copies 1,2 and 3 of this Air Waybill are originals and have the same validity. |
| Consignee's Name and Address | Consignee's Account Number | |
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC<br>1025 COBB INTERNATIONAL DR. SUITE 210<br>KENNESAW GA 30152 U.S.A.<br>ATTN:MR. STEVEN LYU<br>TEL:1.888.689.4088<br>27-2488183 | | It is agreed that the goods described herein are accepted for carriage in apparent good order and condition (except as noted) are SUBJECT TO THE STANDARD TRADING CONDITIONS ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE STANDARD TRADING CONDITIONS CONCERNING AGENT'S LIMITATION OF LIABILITY. |
| Issuing Carrier's Agent Name and City | | Accounting Information |
| TRANS POWER INT'L LOGISTICS(HK)CO., LTD | | NOTIFY:<br>SAME AS CONSIGNEE |

Place of Departure (Addr. of First Carrier) and Requested Routing: GUANGZHOU

INVOICE AND PACKING LIST ATTACHED

| To | By First Carrier / Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CI | | ATL | CI | | USD | | P X | P X | N.V.D. | AS PER INV. |

| Place of Destination | Flight/Date | Amount of Insurance | INSURANCE |
|---|---|---|---|
| ATLANTA | CI5896  10. JUN. 2018 | | |

Handling Information:  SCI

| No of Pieces RCP | Gross Weight | kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| | | | | | PREPAID | AS ARRANGED | QC3.0 USB Charger (JUP10)<br>PO#2018050070 |
| KJ<br>U.S.A.<br>P/NO: 1-2 OF 2<br>MADE IN CHINA<br>J5 create<br>C/NO. 1-10 OF 10 | | | | | | | DIMS:<br>118*95*146CM/1<br>118*95*166CM/1<br>VOL: 3.498CBM |
| | | | | | "FREIGHT PREPAID" | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS ARRANGED | | | |
| | Valuation Charge | | |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total other Charges Due Carrier | | |
| | | | TRANS POWER INT'L LOGISTICS(HK)CO., LTD<br>Signature of Shipper or his Agent |
| Total Prepaid | Total Collect | | |
| Currency Conversion Rates | CC Charges in Dest. Currency | 2018/06/07 | GUANGZHOU |
| | | Executed on (date) | at(place)   Signature of Issuing Carrier or its Agent |
| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges | |

ESI DZ1-5081678-0 - Page 9