# **EXHIBIT 12**



**DLS LOGISTIC SERVICE, LLC**
719 N. DOUGLAS STREET
EL SEGUNDO, CALIFORNIA 90245
United States

Telephone: (310) 216-5998
Fax: (310) 216-5983

dlslax@lax.dls-group.com

## ARRIVAL NOTICE

| Shipper: | Date: | DLS |
| --- | --- | --- |
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED | 07/05/2018 | OI180641486 |
| | IT No.:    IT Date: | Sub House B/L / AWB No.: |
| | Port of Intransit:<br>LOS ANGELES, CALIF. | IT Final Destination/ETA: |
| **Consignee:**<br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED<br>1025 COBB INTERNATIONAL DRIVE, SUITE 210<br>KENNESAW, GEORGIA, 30152<br>UNITED STATES<br>Telephone 888-988-0488 Fax 888-503-21335 | ETS:          ETA:<br>06/27/2018   07/10/2018 | Storage Starts: |
| | Master B/L / AWB No.:<br>EGLV003801756868 | House B/L / AWB No.:<br>BTYLA8060010 |
| | Location of Goods:<br>IMPERIAL CFS INC. (Z165) | |
| **Notify:**<br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED<br>1025 COBB INTERNATIONAL DRIVE, SUITE 210<br>KENNESAW, GEORGIA, 30152<br>UNITED STATES<br>Telephone 888-988-0488 Fax 888-503-21335 | **For Delivery Please Apply To:**<br>DLS LOGISTIC SERVICE, LLC<br>719 N. DOUGLAS STREET<br>EL SEGUNDO, CALIFORNIA, 90245<br>UNITED STATES | |

| Carrier:<br>EVERGREEN AMERICAN CORP. | Point of Discharge:<br>LOS ANGELES, CALIF. | Place of Delivery:<br>ATLANTA, GA |
| --- | --- | --- |
| SCAC:<br>EGLV | Place of Receipt:<br>KEELUNG, TAIWAN | Country of Origin:<br>TAIWAN, R.O.C. |
| Vessel/Voyage/Flight:<br>SEAMAX NEW HAVEN 0933-004E | Point of Loading:<br>KAOHSIUNG | Country of Destination:<br>UNITED STATES |

| Marks & Numbers<br>Container & Seal Numbers | No. of Pkgs. | Description of Goods | Gross Weight<br>Measurement |
| --- | --- | --- | --- |
| KJ U.S.A.<br>P/NO. 1-9 OF 9<br>EMCU5367573<br>Seal:EMCU5367573 | 892 | 892 Carton<br>COMPUTER ACCESSORIES<br><br>AMS# CNSVBTYLA8060010<br>3129.8000 KG<br>19.6000 CBM | ███  ██<br><br>███  ██ |

| PO No. and Other Refs: |
| --- |
| K18062001 |

| Issued by:   Ricardo Cota | | Tel: (310) 216-5998 | E-mail: ricardoc@lax.dls-group.com |
| --- | --- | --- | --- |

**Yennis**

| | |
|---|---|
| **From:** | Ricardo Cota [ricardoc@lax.dls-group.com] |
| **Sent:** | Thursday, July 5, 2018 10:04 AM |
| **To:** | Yennis |
| **Cc:** | LCL |
| **Subject:** | Arrival Notice: BTYLA8060010 (Kaijet Technology Int'l) ETA 7/10/2018 / OI180641486 |
| **Attachments:** | BTYLA8060010 AN.pdf; BTYLA8060010.pdf |

1

```
*** ACE ***                                                             047
    BOX #                                              Form Approved OMB No. 1651-0022
                                                                   EXP. 10-31-2017
```

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection
### ENTRY SUMMARY

| | | |
|---|---|---|
| 1. Filer Code/Entry No. DZ1-5083104-5 | 2. Entry Type 01 ABI/A | 3. Summary Date 07/20/2018 |
| 4. Surety No. 050 | 5. Bond Type 8 | 6. Port Code 2704 | 7. Entry Date 07/10/2018 |

| 8. Importing Carrier EGLV-SEAMAX NEW H-004E | 9. Mode of Transport 10 | 10. Country of Origin TW | 11. Import Date 07/10/2018 |
|---|---|---|---|
| 12. B/L or AWB No. EGLV003801756868 | 13. Manufacturer ID TWKAITEC109NEW | 14. Exporting Country TW | 15. Export Date 06/27/2018 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs NONE | 19 Foreign Port of Lading 58301 | 20. U.S. Port of Unlading 2704 |
| 21. Location of Goods/G.O. No. Z165 | 22. Consignee No. SAME | 23. Importer No. 27-248818300 | 24. Reference No. |

25. Ultimate Consignee Name and Address
KAIJET TECHNOLOGY INTERNATIONAL
1025 COBB INTL DRIVE STE 210

City KENNESAW    State GA    Zip 30152

26. Importer of Record Name and Address
KAIJET TECHNOLOGY INTERNATIONAL
1025 COBB INTL DRIVE STE 210

City KENNESAW    State GA    Zip 30152

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars    Cents |
| | HBL:CNSVBTYLA8060010    QTY:892 | | | N | | |
| | INV# 001, 892 CTNS | | | | | |
| 001 | OTHER CONTROL & ADAPTER U 8471.80.1000 | 3130 | 10170 NO | | FREE | |
| | MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE | | | | .3464% .125% | |
| | G.I.V. US$ N.I.V. T.E.V. ROUNDED | | | | | |

| Other Fee Summary for Block 39 499 501 | 35. Total Entered Value $ | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | | A. LIQ CODE | B. Ascertained Duty | 37. Duty .00 |
| | Total Other Fees $ | REASON CODE | C. Ascertained Tax | 38. Tax .00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

I declare that I am the [ ] Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR [X] owner or purchaser or agent thereof. I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME ATTY-IN-FACT | TITLE | SIGNATURE | DATE 07/10/2018 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) EWI INC. 13030 ALONDRA BLVD SUITE 102 CERRITOS, CA 90703 310-417-9141 (YENNIS) | | 43. Broker/Importer File No. LA1 5083104/OI180641486-JORGE | |

FX/7501 (10/12)                    PART 1 - RECORD COPY          CBP Form 7501 (06/09)

DZ1-5083104-5 - Page 3



凱捷國際科技股份有限公司
KaiJet Technology International Corporation
**COMMERCIAL INVOICE**

Page: 1
Date: Jun-20-2018

Invoice No.: K18062001
Messrs.:   **KaiJet Technology International Limited ,Inc.**
1025 Cobb International Dr.
Suite 210. Kennesaw, GA 30152
U.S.A.
Attn:   Mr. Steven Lyu / Sally Ellington
TEL:   1.888.689.4088 / 1.888-988-0488
FAX:
PER S.S.   SEAMAX NEW HAVEN V-0933-004E
Sailing On/About: ETD: 06/27     ETA: 07/30
Shipment:   From Taiwan TO U.S.A.

| Model | Description | Quantity (PCS) | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
|  | PO#: 2018060009 |  |  |  |
| JUH377 (BWA17HO010) | USB 3.0 7-Port HUB |  |  |  |
|  | PO#: 2018060007 |  |  |  |
| JUA190 | USB Display Adapter VGA |  |  |  |
| JUA195 | USB to HDMI Display Adapyer |  |  |  |
| JUA210 | USB 2.0 VGA Display Adapter |  |  |  |
| JUH340 | USB 3.0 4 Port Mini Hub |  |  |  |
| JUH377 | USB 3.0 7-Port HUB |  |  |  |
| JCA374 | USB Type-C Multi-Adapter HDMI/Gigabit Ethernet/USB 3.0 HU |  |  |  |
| JUP50 | 40W 5-Port USB Super Charger |  |  |  |
| JUP20 | 2-Port USB QC 3.0 Super Charger |  |  |  |

Total:

*8471. 80. 1000* (handwritten)

**BRAND: J5 create**

KaiJet Technology International Corporation

*Melody Kuo*

236 新北市土城區忠承路105號9樓 9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-2988



凱捷國際科技股份有限公司
KaiJet Technology International Corporation
**PACKING / WEIGHT LIST**

Page: 1
Date: Jun-20-2018

Invoice No.: K18062001
Messrs.: KaiJet Technology International Limited ,Inc.
1025 Cobb International Dr.
Suite 210; Kennesaw, GA 30152
U.S.A.
Attn: Mr. Steven Lyu / Sally Ellington
TEL: 1.888.689.4088 / 1.888-988-0488
FAX:
PER S.S. SEAMAX NEW HAVEN V-0933-004E
Sailing On/About: ETD: 06/27    ETA: 07/30
Shipment: From Taiwan TO U.S.A.

| PLT No. | CTNS No. | Description |
|---|---|---|
| | | PO#: 2018060007,060009 |
| 1 | (56) | USB Type-C Multi-Adapter HDMI/Gigabit Ethernet/USB 3.0 HUB (JCA374) |
| 2 | (56) | USB 3.0 4 Port Mini Hub (JUH340) |
| 3-4 | @56 (112) | USB 3.0 7-Port HUB (JUH377) |
| 5 | (80) | USB 2.0 VGA Display Adapter (JUA210) |
| 6 | (43) | 2-Port USB QC 3.0 Super Charger (JUP20) |
| | (20) | 40W 5-Port USB Super Charger (JUP50) |
| | (1) | USB Display Adapter VGA (JUA190) |
| | (16) | USB 3.0 7-Port HUB (JUH377)(BWA17HO010 ) |
| 7-8 | @192 (384) | USB 3.0 7-Port HUB (JUH377)(BWA17HO010 ) |
| 9 | (100) | USB 3.0 7-Port HUB (JUH377)(BWA17HO010 ) |
| | (8) | USB to HDMI Display Adapyer (JUA195) |
| | (16) | USB Display Adapter VGA (JUA190) |

Total: 9PTL (=892CARTONS)

SAY TOTAL (9) NINE PLT ONLY.

Shipping Marks:
KJ
U.S.A.
P/NO: 1- 9 OF 9
MADE IN TAIWAN

KaiJet Technology International Corporation

_Melody Kuo_

236 新北市土城區忠承路105號9樓 9F., No.105 ,Zhongcheng Rd., Tucheng Dist., New Taipei City 236,Taiwan Tel:02-2268-9300 Fax: 02-2267-2988

PER S.S.   SEAMAX NEW HAVEN V-0933-004E
HBL NO.:  BKELA8060010

| Model | Description |
|---|---|
| | INV# K18062001 |
| | **PO#: 2018060009** |
| JUH377 (BWA17HO010) | USB 3.0 7-Port HUB |
| | **PO#: 2018060007** |
| JUA190 | USB Display Adapter VGA |
| JUA195 | USB to HDMI Display Adapyer |
| JUA210 | USB 2.0 VGA Display Adapter |
| JUH340 | USB 3.0 4 Port Mini Hub |
| JUH377 | USB 3.0 7-Port HUB |
| JCA374 | USB Type-C Multi-Adapter HDMI/Gigabit Ethernet/USB 3.0 HUB |
| JUP50 | 40W 5-Port USB Super Charger |
| JUP20 | 2-Port USB QC 3.0 Super Charger |

# Ever-Leading Int'l Inc.

## BILL OF LADING

| SHIPPER/EXPORTER | DOCUMENT NO. | |
|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL CORPORATION<br>8F., NO.109, ZHONGCHENG RD.,<br>TUCHENG DIST., NEW TAIPEI CITY<br>23674, TAIWAN (R.O.C.) | S/O NO.: C242 | |
| | EXPORT REFERENCES | |
| CONSIGNEE<br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC,<br>1025 COBB INTERNATIONAL DR.<br>SUITE 210 KENNESAW GA 30152 U.S.A.<br>*** | FORWARDING AGENT REFERENCES<br>O.E.I. International Inc. (Logistics)<br>425 South Pine Street, San Gabriel, CA 91776<br>TEL: 626-656-8200  Fax: 626-656-8210 | |
| | POINT AND COUNTRY OF ORIGIN(S) | |
| NOTIFY PARTY<br>SAME AS CONSIGNEE<br><br>***ATTN:<br>Mr. Steven Lyu / Sally Ellington<br>TEL:1.888.689.4088 / 1.888-988-0488 | DOMESTIC ROUTING/EXPORT INSTRUCTIONS | |
| PIER/TERMINAL | | |

| VESSEL,FLAG | PORT OF LOADING | ONWARD INLAND ROUTING |
|---|---|---|
| SEAMAX NEW HAVEN | KAOHSIUNG, TAIWAN | |
| PORT OF DISCHARGE FROM 0938-004E | FOR TRANSSHIPMENT TO | |
| LOS ANGELES | ATLANTA, GA. | |

| MARKS AND NUMBERS | NO OF PKGS | PARTICULARS FURNISHED BY SHIPPER<br>DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KJ<br>U.S.A.<br>P/NO.1-9 OF 9<br>MADE IN TAIWAN | ▓ | INV# K18062001<br>PO#: PO#: 2018060007<br>         2018060009<br>COMPUTER ACCESSORIES<br>H.S. CODE ▓<br><br>*** SEE ATTACHMENT ***<br><br><br>"FREIGHT PREPAID"<br>CFS-CFS<br>*** S U R R E N D E R E D *** | CONTAINER NO/SEAL NO.<br>EMCU5367573/40HR/CFS-CFS<br>9PALLETS/▓<br>SEAL NO: EMCNZ18397<br><br><br>CLEAN ON BOARD:<br>JUN.26,2018 | |

| | FREIGHT | PREPAID ☐ | COLLECT ☐ |
|---|---|---|---|
| | PREPAID | COLLECT | |
| OCEAN FREIGHT | AS ARRANGED | | RECEIVED the goods or the containers, vans, trailers, pallet units or other packages said to contain goods herein mentioned, in apparent good order and condition, except as otherwise indicated, to be transported, delivered or transshipped as provided herein. All of the provisions written, printed or stamped on either side hereof are part of this bill or lading contract  NUMBER OF ORIGINAL: ZERO(0)  IN WITNESS WHEREOF, the Master or agent of said vessel has signed bill of lading all of the same tenor and date, one of which being accomplished, the others to stand void. |
| TOTAL | | | |

DATED: JUN.26,2018        B/L NO: BTYLA8060010

BY
AS CARRIER