# **EXHIBIT 14**

Case 1:18-cv-05385-SDG   Document 502-17   Filed 05/05/24   Page 1 of 3

Message

| | |
|---|---|
| **From:** | Cindy Lin ( j5create ) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7D18F444857D401587662162F7AF34E4-CINDY] |
| **Sent:** | 9/14/2017 8:45:26 AM |
| **To:** | Nicole (Quality Assurance Manager) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ede73d6b6caa42edb2dcf6ae1d48953e-nicolev]; Vanessa ( j5create Berlin Germany ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a5ba663816a64ac18305d17d4ff3838d-office.de]; Kevin Filippi ( j5create France ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6063d7df6f8442bbbae9af80717b82ad-kevin]; Azi Adhy ( j5create Media ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d46de20daf84d97bb0fdabcc4241b47-christian] |
| **CC:** | Hana Lee [hanalee@mct.com.tw] |
| **Subject:** | Urgent JCD382 package |
| **Attachments:** | V1-JCD382-EN-A[2].pdf |
| **Importance:** | High |

Dear All,


Please help to check JCD382 package by today.
We need to print the package for BBY next Tuesday.



Thank you

Best Regards,
Cindy Lin
tel: 886-2-2269-5533 ext#25
**j5**create
www.j5create.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       KAIJET_007923

修改日期：2017-09-14
版　本：A
客戶名稱：J5create
產品名稱：JCD382-V1
需求內容：package design
成型尺寸：95X145X25mm
印刷顏色：4色+1特色

材　　質：
面紙 - AN特級白卡0.5mm
內襯 - 真空罩
表面 - 上霧P

 Pantone 1505C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

KAIJET_007924