# **EXHIBIT 15**

| | |
|---|---|
| **Message** | |
| From: | j5-Jessica [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=43653666DC7146CC86646208D251F9D2-JESSICA] |
| Sent: | 6/28/2017 11:33:43 AM |
| To: | Chuck Akins [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61976a6eb6d04c20b061ea24ed327fea-chuck]; Steven Lyu ( j5create ) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=842db428f595468bb0d00e2e3a1fb7bf-stevenlyu] |
| Subject: | Re: New product |



取得 iOS 版 Outlook

On Wed, Jun 28, 2017 at 11:18 PM +0800, "Chuck Akins" <chuck@j5create.com> wrote:



Chuck Akins | Vice President, Sales & Marketing | chuck@j5create.com
Cell: 678-749-4654 | Fax: 888-503-2135 | KaiJet Technology International Inc. | j5create.com
j5create USA | 1025 Cobb International Dr. Suite 210, Kennesaw, GA 30152
j5create Canada | 8145 130th St. Unit 14, Surrey, BC V3W 7X4
j5create Eutope | Satijnbloem 63, 3068 JP Rotterdam, Netherlands

**PLEASE NOTE:** j5create has moved offices! Our new address is 1025 Cobb International Dr. Suite 210, Kennesaw, GA 30152.



NOTICE - CONFIDENTIAL INFORMATION The information in this communication is strictly confidential and may be privileged. It is intended solely for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender of your erroneous receipt and proceed to permanently delete this electronic communication and destroy all hard copies.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                KAIJET_4216