# **EXHIBIT 22**



**Brian P. Kemp**
**Secretary of State**

**STATE OF GEORGIA**
**2013 Corporation Annual Registration**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

Information on record as of: 3:10:46 PM

**Entity Control No. 12047086**     **Amount Due: $50.00**     **Amount Due AFTER April 1, 2013: $75.00**

KAIJET TECHNOLOGY INTERNATIONAL
LIMITED INC.
1000 Cobb International Drive
Suite F
Kennesaw, Georgia 30152

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration. Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). Renew by April 1,2013 Your Annual Registration must be postmarked by April 1,2013. If your registration and payment are not postmarked by April 1,2013, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order. We cannot accept cash for payment.

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State". All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing. Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| : Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| : Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| ; Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED INC. | 1000 Cobb International Drive, Suite F | Kennesaw | Georgia | 30152 |
| CEO: Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| CFO: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| SEC: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |

| AGT: GRA SERVICES, LLC | 3675 CRESTWOOD PKWY STE 350 | DULUTH | Georgia | 30096 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Gwinnett County | |
| AUTHORIZED SIGNATURE:  Louann Bronstein | | Date:2/14/2013 3:10:46 PM | Total Due: | |
| Title:Attorney-in-Fact | Email: lbronstein@seyfarth.com | | $50.00 | |

BR201 2013 Corporation Annual Registration

135 120470864 0050009 KAIJETTECHNOLOGYINTE6 201304016 0075000

KAIJET_003426
RESTRICTED - ATTORNEYS' EYES ONLY

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

| | |
|---|---|
| **Annual Registration** | *Electronically Filed* <br> Secretary of State <br> Filing Date: 03/21/2017 16:19:40 |

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. |
| **CONTROL NUMBER** | : 12047086 |
| **BUSINESS TYPE** | : Domestic Profit Corporation |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| **REGISTERED AGENT NAME** | : S & H Atlanta, LLC |
| **REGISTERED OFFICE ADDRESS** | : 303 Peachtree Street., NE, 2800 SunTrust Plaza, Fulton, Atlanta, GA, 30308, USA |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Jessica Liu | CEO | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| Steven Lyu | CFO | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| Steven Lyu | Secretary | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| **REGISTERED AGENT NAME** | : S & H Atlanta, LLC |
| **REGISTERED OFFICE ADDRESS** | : 303 Peachtree Street., NE, 2800 SunTrust Plaza, Fulton, Atlanta, GA, 30308, USA |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Jessica Liu | CEO | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| Steven Lyu | CFO | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| Steven Lyu | Secretary | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Louann Bronstein |
| **AUTHORIZER TITLE** | : Attorney In Fact |

KAIJET_003444 <br> RESTRICTED - ATTORNEYS' EYES ONLY

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/4/2016 10:45:34 AM

## BUSINESS INFORMATION
| | |
|---|---|
| **CONTROL NUMBER** | 12047086 |
| **BUSINESS NAME** | KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 03/04/2016 |

## PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| **ADDRESS** | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |

## REGISTERED AGENT'S NAME AND ADDRESS
| NAME | ADDRESS |
|---|---|
| S & H Atlanta, LLC | 303 Peachtree Street., NE, 2800 SunTrust Plaza, Fulton, Atlanta, GA, 30308, USA |

## OFFICERS INFORMATION
| NAME | TITLE | ADDRESS |
|---|---|---|
| Jessica Liu | CEO | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| Steven Lyu | CFO | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |
| Steven Lyu | SECRETARY | 1025 Cobb International Drive, Suite 210, Kennesaw, GA, 30152, USA |

## AUTHORIZER INFORMATION
| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Louann Bronstein |
| **AUTHORIZER TITLE** | Attorney In Fact |



Brian P. Kemp
Secretary of State

KAIJET_003445
RESTRICTED - ATTORNEYS' EYES ONLY



**Brian P. Kemp**
Secretary of State

**STATE OF GEORGIA**
**2015 Corporation Annual Registration**

Secretary of State
Control No.: 12047086
Date Filed: 3/20/2015 3:19:41 PM

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

Information on record as of: 3:19:47 PM

Entity Control No.: 12047086          Amount Due: $50.00          Amount Due AFTER April 1, 2015: $75.00

KAIJET TECHNOLOGY INTERNATIONAL
LIMITED, INC.
1000 Cobb International Drive
Suite F
Kennesaw, Georgia 30152

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1, 2015** Your Annual Registration must be postmarked by April 1, 2015. If your registration and payment are not postmarked by April 1, 2015, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order**. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e". **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. | 1000 Cobb International Drive, Suite F | Kennesaw | GA | 30152 |
| CEO: Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| CFO: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| SEC: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. | 1000 Cobb International Drive, Suite F | Kennesaw | Georgia | 30152 |
| CEO: Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| CFO: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| SEC: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| AGT: S & H ATLANTA, LLC | 303 PEACHTREE STREET, NE, 2800 SUNTRUST PLAZA | ATLANTA | Georgia | 30308 |

153 120470864 0050009 KAIJETTECHNOLOGYINTE6 201504014 0075000

KAIJET_003446
RESTRICTED - ATTORNEYS' EYES ONLY



**Brian P. Kemp**
**Secretary of State**

**STATE OF GEORGIA**
**2014 Corporation Annual Registration**

Secretary of State
Control No.: 12047086
Date Filed: 3/10/2014 1:23:50 PM

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

Information on record as of: 1:23:51 PM

**Entity Control No. 12047086**    **Amount Due: $50.00**    Amount Due AFTER June 1, 2014: $75.00

KAIJET TECHNOLOGY INTERNATIONAL
LIMITED, INC.
1000 Cobb International Drive
Suite F
Kennesaw, Georgia 30152

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration. Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2013** Your Annual Registration must be postmarked by June 1,2014. If your registration and payment are not postmarked by June 1,2014, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at IHttp://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order. **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED | 1000 Cobb International Drive, Suite F | Kennesaw | GA | 30152 |
| CEO: Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| CFO: Steven Lyu | 1000 Cobb International DriveSuite F | Kennesaw | Georgia | 30152 |
| SEC: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. | 1000 Cobb International Drive, Suite F | Kennesaw | Georgia | 30152 |
| CEO: Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| CFO: Steven Lyu | 1000 Cobb International DriveSuite F | Kennesaw | Georgia | 30152 |
| SEC: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| AGT: S & H ATLANTA, LLC | 303 PEACHTREE STREET, NE, 2800 SUNTRUST PLAZA | ATLANTA | Georgia | 30308 |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Fulton County | |
|---|---|---|---|---|
| AUTHORIZED SIGNATURE:   Louann Bronstein | | Date:3/10/2014 1:23:50 PM | Total Due: | |
| Title:Attorney-in-Fact | Email: lbronstein@stites.com | | $50.00 | |

BR201 2013 Corporation Annual Registration

KAIJET_003447
RESTRICTED - ATTORNEYS' EYES ONLY



**Brian P. Kemp**
**Secretary of State**

**STATE OF GEORGIA**
**2013 Corporation Annual Registration**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

Information on record as of: 3:10:46 PM

**Entity Control No. 12047086**       **Amount Due: $50.00**       **Amount Due AFTER April 1, 2013: $75.00**

KAIJET TECHNOLOGY INTERNATIONAL
LIMITED INC.
1000 Cobb International Drive
Suite F
Kennesaw, Georgia 30152

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration. Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1, 2013** Your Annual Registration must be postmarked by April 1, 2013. If your registration and payment are not postmarked by April 1, 2013, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order. **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e ". **All checks must be preprinted with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| : Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| : Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| : Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED INC. | 1000 Cobb International Drive, Suite F | Kennesaw | Georgia | 30152 |
| CEO: Jessica Liu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| CFO: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |
| SEC: Steven Lyu | 1000 Cobb International Drive Suite F | Kennesaw | Georgia | 30152 |

| AGT: GRA SERVICES, LLC | 3675 CRESTWOOD PKWY STE 350 | DULUTH | Georgia | 30096 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Gwinnett County | |
| AUTHORIZED SIGNATURE: Louann Bronstein | | Date: 2/14/2013 3:10:46 PM | Total Due: | |
| Title: Attorney-in-Fact | Email: lbronstein@seyfarth.com | | $50.00 | |

BR201 2013 Corporation Annual Registration

135 120470864 0050009 KAIJETTECHNOLOGYINTE6 201304016 0075000

KAIJET_003448
RESTRICTED - ATTORNEYS' EYES ONLY

Control No: 12047086
Date Filed: 08/29/2012 10:34 AM
Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## 2012 Corporation Annual Registration



**Brian P. Kemp**
**Secretary of State**

OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

Information on record as of: 8/29/2012 10:34:27 AM

**Entity Control No.** 12047086        **Amount Due:** $50.00        **Amount Due AFTER April 1, 2012:** $50.00

KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.
1000 Cobb International Drive
Suite F

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration. Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1, 2012.** Your Annual Registration must be postmarked by April 1, 2012. If your registration and payment are not postmarked by April 1, 2012, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at www.georgiacorporations.org. The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order. **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State". **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

...ficer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and ...omplete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.

**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit www.georgiacorporations.org.    Or, call 404-656-2817.   **PLEASE PRINT LEGIBLY.**
Current information printed below. Review and update as needed. Detach original coupon and return with payment.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. | 1000 Cobb International Drive ~~Suite F~~ | Kennesaw | GA | 30152 |
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT    GRA SERVICES, LLC | 3675 CRESTWOOD PKWY STE 350 | DULUTH | GA | 30096 |

IF ABOVE INFORMATION HAS CHANGES, TYPE OR PRINT CORRECTIONS BELOW:

| CORPORATION ADDRESS: | | | | |
|---|---|---|---|---|
| CEO:   Jessica Liu | 1000 Cobb International Drive, Suite F | Kennesaw | GA | 30152 |
| CFO:   Jessica Liu | 1000 Cobb International Drive, Suite F | Kennesaw | GA | 30152 |
| SEC:   Steven Lyu | 1000 Cobb International Drive, Suite F | Kennesaw | GA | 30152 |
| AGT: | | | GA | |
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE:   Gwinnett | COUNTY CHANGE OR CORRECTION: | |
| AUTHORIZED SIGNATURE: Louann Bronstein | | DATE:   8/29/2012 | Total Due: $50.00 | |
| TITLE:   Filer | EMAIL: | | | |

BR201 2012 Corporation Annual Registration

126  120470864  0050009  KAIJETTECHNOLOGYINTEL  201209030  0050009

KAIJET_003449
RESTRICTED - ATTORNEYS' EYES ONLY