UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**DECLARATION OF YU-CHI TAI IN SUPPORT OF DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Yu-Chi Tai, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am over the age of majority and otherwise competent to testify to my knowledge about the matters set forth in this declaration. I have personal knowledge of the facts set forth herein.

2. I am the Chief Executive Officer of KaiJet Technology International Corporation ("KTIC"). KTIC is located in New Taipei City, Taiwan and organized under the laws of Taiwan.

3. KaiJet Technology International Limited, Inc. ("KaiJet US") is a separate company from KTIC. KaiJet US is not a subsidiary of KTIC. KTIC sells products to KaiJet US in Taiwan.

4. KTIC's primary contact at KaiJet US is Jessica Liu, who is located in Taiwan. Negotiations between myself and Ms. Liu take place in Taiwan. The sales contract between KTIC and KaiJet US is attached to my declaration as **Exhibit A**. The sales contract is in Chinese. It states that any dispute between KTIC and KaiJet US be heard in a court in Taiwan. The sales contract also shows no changes had been made to KTIC's registration since May of 2018. The report uses the Taiwanese Minguo calendar where 2018 is listed as 2017.

5. KTIC does not conduct activities in the United States. KTIC does not have employees in the United States and KTIC's employees do not travel to the United States for work. KTIC does not participate in or direct KaiJet US' sale of the products it purchases from KTIC.

6. KTIC and KaiJet US do not commingle any funds. They do not have any shared bank accounts or commonly owned assets. When products are purchased by KaiJet US, KTIC issues an invoice and KaiJet US transmits payment, no differently than any of KTIC's other distributers.

7. KTIC changed its official name from KaiJet Technology International Limited to KaiJet Technology International Corporation in 2017, before KTIC was sued by Sanho.

8. In February 2019, KTIC applied for a U.S. trademark registration for its J5CREATE brand name. That application mistakenly used KTIC's previous corporate name. A copy of the application is attached as **Exhibit B**. When we responded to the first Office Action in the J5CREATE trademark application, the corporate name was corrected.

9. KTIC has not exhibited at the Consumer Electronics Show ("CES") since 2012. Once KTIC contracted with KaiJet US as its U.S. distributor, KaiJet US became responsible for U.S. marketing, including activities at CES. KTIC employees occasionally attend CES as guests of KaiJet US.

10. I have reviewed a portion of the 30(b)(6) deposition transcript of KTIC where I answered, "We are not handling the U.S. part. I said it earlier: We authorized KaiJet U.S. to handle that." I understand that Sanho has used this statement as proof that KaiJet Taiwan is an "authorized agent" of KTIC. To clarify, KaiJet US and KTIC have a contractual buyer-seller relationship. As part of that relationship, KaiJet US buys products from KTIC and sells them in the United States. KTIC cannot control the actions of KaiJet US and KaiJet US cannot enter into agreements or accept service on behalf of KTIC. They are separate companies.

11. KaiJet Taiwan began selling products with the "DisplayPort" tradename in December, 2014. These products include the JDA114, JDA134, JDA154, and JCA140. KaiJet Taiwan has also used the tradename "CreativeDrive" with its JMLSDS product since May 2017.

12. KaiJet Taiwan has used white and orange packaging for its products since 2015. A copy of the 2015 packaging of the JCD374 is attached as Exhibit C. I have attached a photo of KTIC's booth at the Computex trade show, which took place in May 2016 in Taipei, as Exhibit D. The Computex photo shows KTIC's orange and white color scheme and corresponding packaging. The packaging of older products was refreshed to match the orange and white color scheme. KaiJet Taiwan switched the packaging for its Ultra Station to orange and white packaging with a viewing window in April 2017. A copy of the current packaging is attached as Exhibit E.

I declare under the laws of the United States under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2024.

/s/ *Yu-Chi Tai*
Yu-Chi Tai

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*