UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**DECLARATION OF CHARLES AKINS IN SUPPORT OF DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Charles Akins, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am over the age of majority and otherwise competent to testify to my knowledge about the matters set forth in this declaration. I have personal knowledge of the facts set forth herein.

2. I am the Vice President of Global Sales and Marketing at KaiJet Technology International Limited, Inc. ("KaiJet US") in this litigation.

3. KaiJet US first learned of Sanho Corporation and its products on or about June 2017. Attached hereto as **Exhibit A** is a true and correct copy of an e-mail conversation between myself, Jessica Liu, and Steven Lyu first discussing Sanho Corporation and its products.

4. After learning of Sanho Corporation and its products, KaiJet US inquired with its Taiwanese supplier, KaiJet Technology International Corporation ("KTIC"), about products with similar functions.

5. KaiJet US's ULTRADRIVE Mark is always displayed with the J5create Mark on every side of KaiJet US's packaging and in advertisements. Attached hereto as **Exhibits B** and **C** are true and correct copies of KaiJet US's product packaging for its Ultradrive product, as well as Best Buy advertisements displaying KaiJet US's Ultradrive product.

6. KaiJet US has used the term ULTRA in its ULTRASTATION product at least as early as mid-2012. Attached hereto as **Exhibit D** are true and correct copies of photos of Defendants' ULTRASTATION product.

7. In March 2020, I provided a declaration regarding a Prezi presentation that had been created by Deanna Harris. That presentation was only created for the purposes of a demo of the Prezi platform. Because the presentation is unfinished and full of inaccurate information, it is not intended for public viewing. Kaijet US is unaware of why it can be publicly accessed on the Prezi website and how to remove it.

8. Online orders placed on the en.j5create.com website and received and filled by Kaijet US.

9. Prior to this litigation, I was unfamiliar with the internal operations of the Taiwanese entity KaiJet Technology International Corporation ("KaiJet Taiwan"). I mistakenly assumed that KaiJet Taiwan itself designed and manufactured the products sold to KaiJet US. In the course of the litigation, I've learned that KaiJet Taiwan buys its products from third-parties who design and manufacture them.

10. We often refer to ourselves by the brand name we sell, "j5create," when communicating with customers and other marketing officials. Doing so prevents the customer or marketing official from having to remember two names – "j5create" and "KaiJet." KaiJet US uses the brand name j5create to register for the Consumer Electronics Show.

11. KTIC regularly sends a document to KaiJet US called a "product road map." This document tells KaiJet US what new products KaiJet Taiwan will have available for purchase in the near future, the status of those products, and an estimated date they could be ready to ship. This information allows us to gauge our

customer's interest in new products and determine which we'd like to order. While this document helps us provide relevant information to our customers, it's not a roadmap for marketing or sales.

12. Best Buy often returns products to the wrong vendor. For example, KaiJet US has received returns from Best Buy that include printers when we do not sell printers. This is such a big issue that Best Buy has a returns rejection policy whereby a vendor fills out a Return Rejection form disputing a return and receives a refund from Best Buy. KaiJet US has to submit Return Rejection forms 15 times per year.

13. In 2019, I declared that KaiJet US did not sell the JCD382 to any retailer besides Best Buy. At the time, that information was accurate. Since 2019, KaiJet US has sold the JCD382 to other retailers.

14. KaiJet US has sold the Ultra Station product from 2012 until the present. KaiJet US never stopped selling the Ultra Station, including when it started selling the JCD382.

I declare under the laws of the United States under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2024.

*/s/ Charles Akins*
Charles Akins

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*

3