# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "J5Create"; and DOES 1-10,<br><br>　　　　　　　　Defendants. | **C.A. No. 1:18-cv-05385-SDG**<br><br>Consolidated with<br>C.A. No. 1:20-cv-02150-TCB<br><br>**Jury Trial Demanded** |

### SANHO'S L.R. 56.1 COUNTERSTATEMENT OF MATERIAL FACTS WARRANTING TRIAL IN RESPONSE TO KAIJET TECHNOLOGY INTERNATIONAL CORPORATION'S MOTION FOR SUMMARY JUDGMENT (D.E. 446)

*Filed Under Seal*

NOW COMES Plaintiff Sanho Corporation ("Sanho") and, pursuant to L.R. 56.1, sets for the following counterstatement of material facts warranting trial on the issues raised by Kaijet Technology International Corporation ("Kaijet Taiwan" or "KTIC")'s Motion for Summary Judgment (D.E. 446):

1. The former name of Kaijet Technology International Corporation ("Kaijet Taiwan") is Kaijet Technology International Limited. (D.E. 152-2, D.E. 165-16.)

2. Kaijet Taiwan changed its name from Kaijet Technology International Limited to Kaijet Technology International Corporation. (D.E. 165-16.)



5. Kaijet Taiwan has applied for and maintained registrations with the Federal Communications Commission since at least 2015, therein designating Jessica Liu, also Kaijet U.S.' CEO, as Kaijet Taiwan's manager. (D.E. 152-2.) Yuki Tai has signed FCC-related documents as a manager of both Kaijet Taiwan and Kaijet U.S. (*Id.*)

6. Kaijet Taiwan has filed hundreds if not thousands of documents and applications with the Commission through FCC Registration Nos. 0027333897 and 0024241143 through more than 45 separate applications and has maintained a regular relationship with the FCC since at least 2015 through the present. (**Sanho Ex. 2** – OET Authorization Search Results.)

7.      For the accused products in question including the JCD382 UltraDrive, Kaijet Taiwan was the applicant who obtained the necessary FCC certificate of conformity to bring the product into the U.S.  (**Sanho Ex. 3** – KAIJET_025838- Email attaching FCC Materials, including KAIJET_025842, 025844.)

8.      In response to a FOIA inquiry, the FCC determined that "Kaijet International Technology Corporation (FCC Registration No. 0027333897) and Kaijet International Technology Limited, Inc. (FCC Registration No. 0024241143) are the "same company," with the former based in New Taipei City, Taiwan and the latter based in Kennesaw, GA."  (D.E. 168-1, fn. 1.)

9.      Kaijet Taiwan also declared to the United States Patent and Trademark Office ("USPTO") under penalty of perjury that it is engaged in commerce in the United States, attaching photographs of the accused products, including the UltraDrive JCD382, with its federal government filings.  (D.E. 152-22; **Sanho Ex. 5** – Declaration of Statement of Use for "j5Create.")

10.     ███████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████ ████████████████████████████████████
██████████████████████████████████████████████████████
████████

11. By the time Kaijet Taiwan filed at least one of these applications, Sanho had already filed suit against Kaijet Taiwan alleging that the use of "UltraDrive" represents unfair competition. (D.E. 1, Complaint, Filed 05/25/18.)

12. Plaintiff alleged in November 2017 that "UltraDrive" was an infringing mark because of its common law trademark rights in HyperDrive. (**Sanho Ex. 7** – Cease and Desist Letters, SAN0059797-59783.)

13. Kaijet Taiwan's specimen to demonstrate its use of "UltraDrive" in interstate commerce in the United States shows photographs of the accused UltraDrive products in the present litigation. (D.E. 152-22, at 6-8.)

[redacted]



19. A Kaijet representative prepared a slide deck touting the fact that the products of Kaijet Taiwan are "designed, developed and made in USA and Taiwan." (D.E. 152-4, j5Create Company Profile.)

20. Kaijet U.S. previously declared that Kaijet Taiwan is the manufacturer of the accused UltraDrive products in question. (D.E. 165-7; D.E. 96-2, ¶7.)

21. Kaijet Taiwan is an annual exhibitor at the Consumer Electronics Show in Las Vegas, Nevada. (ECF 153-1, 03/04/20 Martin Decl., ¶5, describing CES Involvement; D.E. 152-5, Response to CES Subpoena.)

22. The CES materials produced in response to subpoena show that @j5create.com email domains were used to register Kaijet U.S., Kaijet Taiwan, and MCT together at CES. (D.E. 152-5 (CES SUBP_0030, 0168-0172).)

23. Thus, Kaijet Taiwan and Kaijet U.S. personnel use j5create.com as their common domain and website. (D.E. 152-5, at CES SUBP_0234-0236, 268-271, 305-307 (showing Kaijet Taiwan employees including Cindy Lin attended CES and entered their address information as Georgia).)

24. Kaijet Taiwan represented to CES that: MCT and Kaijet U.S. are "Alias, Brand Names, Subsidiary Companies and Parent Companies" (D.E. 152-5, CES SUBP_0030).

[redacted]



30. Kaijet Taiwan develops its own products using its own components. (D.E. 96-2, ¶7.)

31. Liu is Kaijet U.S.'s CEO, MCT's CEO, and Kaijet Taiwan's "Manager" per the records of the FCC. (D.E. 146-2, ¶2 (Kaijet U.S.'s CEO); D.E. 152-5 (CES SUBP_0203) (MCT's CEO); D.E. 152-2, p. 2 (Kaijet Taiwan's "Manager").)

32. Liu holds herself out as j5create's CEO, and all the j5create Affiliates do business as j5create. (D.E. 152-5 (CES SUBP_0268-0269) (j5create CEO); (D.E. 165-12 (commercial invoice), (D.E. 165-13 (commercial invoice), and D.E.166-2 (Dec. 6, 2018 Email); *see also* ECF 153-4, 152-19, 152-20).)



████████████████████████████████████████████████████████

████████

35.    Both Jessica Liu and Steven Lyu identified themselves to the process server in this case as managing members of Kaijet Taiwan.  (D.E. 118, 119.)

36.    Despite discovery requests from Sanho, no defendant has produced any documents establishing that Liu sold her interest in Kaijet Taiwan.  (**Sanho Ex. 9** – Aalaei Declaration, ¶¶2-4.)





41. Liu was present at the same technology conference in January 2017 where the HyperDrive® was on display in its packaging. (D.E. 152-5, CES SUBP_0257 - CES SUBP_0261, showing Jessica Liu checked in to CES in Las Vegas, Nevada, on January 4, 2017 at 5:25:18 PM); **Sanho Ex. 8** – Chin Dec., ¶19 (Sanho showed the HyperDrive® and packaging at CES in Jan. 2017).)

███████████████████████████████████████████████
████████████████████████████

  █ ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

  █ ████████████████████████████████████████████

███████████████████████████████████████████████

46.     The first ever UltraDrive was imported into the US for sale in October 2017.  (D.E. 98-1, ¶9 ("KaiJet has been selling the Ultra Drive product to Best Buy since October, 2017."); D.E. 91-2, ¶13.)

  █ ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████

  █ ████████████████████████████████████████████

███████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████

50. Kaijet Taiwan is shown as the "shipper" of goods to the U.S. from Taiwan for receipt by Kaijet U.S. The air waybills designate Kaijet Taiwan as the "shipper" and Kaijet U.S. is the "consignee." (D.E. 152-19; **Sanho Exs. 10-11** – Exhibits B-C to the Aalaei Declaration (Ex. 9), shipping and air waybill records.)

51. Kaijet Taiwan directly shipped the Accused Product by air from China to Atlanta. (D.E. 152-19; **Sanho Ex. 10-11** – Ex. B-C to the Aalaei Declaration (Ex. 9), air waybill records.)

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████

53. Sanho displayed HyperDrive and its standard packaging at the CES trade show in Las Vegas in 2017. (**Sanho Ex. 8** – Chin Dec., ¶19.)

54. Sanho began selling HyperDrive® at every Best Buy retail store and on bestbuy.com in April 2017. (**Sanho Ex. 8** – Chin Dec., ¶¶22-24.)

55. HyperDrive® products offered for sale on Best Buy store shelves at all Best Buy stores (and for products purchased online at bestbuy.com) in the U.S. from

April-September 2017 used the original copyrighted packaging. (**Sanho Ex. 8** – Chin Dec., ¶26.)

56.  Sanho produced 30 photos of Kaijet "j5create" products returned to Sanho from the Best Buy Product Review Center (PRC), which mis-labeled the Kaijet products as "Sanho" and/or "HyperDrive." Of the misdirected returns received by Sanho, at least four of the mis-returned products Sanho received are the JCD382 UltraDrive product. (**Sanho Ex. 8** – Chin Dec., ¶¶74-79.)

57.  Best Buy has returned several of the accused UltraDrive products mistakenly to Sanho, which has cost Sanho financially. (**Sanho Ex. 8** – Chin Dec., ¶¶74-77.)

58.  The front side of the original and copyrighted HyperDrive® packaging and the original UltraDrive packaging reveals substantial similarities, including a similar-shaped window cutout placed adjacent to a photograph of the edge of a 2016 MacBook Pro, and the similar use of "HyperDrive" and "UltraDrive," placed in similar locations, shown as follows:



(**Sanho Ex. 8** – Chin Dec., ¶38.)

59. A comparison of the reverse side of the copyrighted original packaging of the HyperDrive® and the original UltraDrive packaging reveals that each used very similar perspective views of the products connected to a 13" MacBook Pro, shown at a very similar angle, with similar callouts used to indicate the female ports of the device, shown as follows:

13



(**Sanho Ex. 8** – Chin Dec., ¶39.)

60. The advertising statement on the packaging sold by Starview representing the JCD382 product to have the characteristic of "8-in-1" is false because the product has only 7 ports. (Martin Decl. in Opp. to Starview Motion, ¶ 27, Ex. 26 (packaging email), Ex. 27 (Kaijet employee amazon search results showing products described based on number of ports), Ex. 28 (photo from Japan showing Kaijet packaged its same product but with 7-in-1 on the front of the packaging), Ex. 30, 123:7.)

61. The number of ports advertised in connection with the JCD382 type of product is material. (Martin Decl. in Opp. to Starview Motion, ¶ 28, Ex. 29 (Best Buy webpage screen shot, captured 01-19-23), Ex. 30 (120:22-124:5 (consumer would interpret functions based on "amounts of these ports")).)

62. Sanho suffered harm based on Starview's sale of goods packaged with the 8-in-1 false advertising statement. (Martin Decl. In Opp. to Starview Motion, ¶ 29, Ex. 31 (89:25-91:15).)



Respectfully submitted, this 6th day of May, 2024.

> By: */s/ Steven G. Hill*
> Steven G. Hill
> GA Bar No. 354658
> David K. Ludwig *(admitted pro hac vice)*
> CT Bar No. 435310
> **HILL, KERTSCHER & WHARTON, LLP**
> 3625 Cumberland Blvd., SE, Suite 1050
> Atlanta, Georgia 30339-6406
> Tel: (770) 953-0995
> Fax: (770) 953-1358
> Email: sgh@hkw-law.com
> Email: dludwig@hkw-law.com
>
> -and-
>
> Ali A. Aalaei *(admitted pro hac vice)*
> CA Bar No. 254713
> Benjamin Martin *(admitted pro hac vice)*
> CA Bar No. 257452
> Tuan Tiet *(admitted pro hac vice)*
> CA Bar No. 330004
> Alexander Chen *(admitted pro hac vice)*
> CA Bar No. 245798
>
> **ARI LAW, P.C.,**
> 3130 Alpine Rd Ste 288 PMB 408
> Portola Valley, CA 94028-7541
> Tel: (415) 830-9968
> Fax: (415) 520-9456
> Email: ali@arilaw.com
> Email: bmartin@arilaw.com
> Email: tuan@arilaw.com
> Email: alex@arilaw.com
>
> *Attorneys for Plaintiff Sanho Corporation*

## **TYPE AND FONT CERTIFICATION**

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

*/s/ Steven G. Hill*
GA Bar No. 354658

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., and KAIJET TECHNOLOGY INTERNATIONAL CORPORATION, INC., doing business as "J5Create"; and DOES 1-10,<br><br>　　　　　　　　Defendants. | **C.A. No. 1:18-cv-05385-SDG**<br><br>Consolidated with<br>C.A. No. 1:20-cv-02150-TCB<br><br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I certify that on the 6th day of May, 2024, I caused to be electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following participants and law firm who are registered CM/ECF users, and will be served by the CM/ECF system.

　　　　　　　　　　　　　　　　*/s/ Steven G. Hill*
　　　　　　　　　　　　　　　　GA Bar No. 354658

　　　　　　　　　　　　　　　　*Counsel for Plaintiff Sanho Corporation*