## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SANHO CORPORATION,

                      Plaintiff,

    v.

KAIJET TECHNOLOGY
INTERNATIONAL LIMITED, INC., and
KAIJET TECHNOLOGY
INTERNATIONAL CORPORATION,
INC., doing business as "J5Create"; and
DOES 1-10,

                      Defendants.

**C.A. No. 1:18-cv-05385-SDG**

Consolidated with
C.A. No. 1:20-cv-02150-TCB

**Jury Trial Demanded**

## PLAINTIFF SANHO'S L.R. 56.1 COUNTERSTATEMENT OF MATERIAL FACTS WARRANTING TRIAL (IN RESPONSE TO KAIJET TECHNOLOGY INTERNATIONAL LIMITED'S MOTION FOR SUMMARY JUDGMENT D.E. 450)

### *Filed Under Seal*

NOW COMES Plaintiff Sanho Corporation ("Sanho"), pursuant to L.R. 56.1, and files its Counterstatement of Material Facts ("CSMF") Warranting Trial in opposition to the Motion for Summary Judgment of Kaijet Technology International Limited (D.E. 450).

1.    Apple introduced the MacBook Pro computer (shown below), which only featured two side-by-side USB Type C Thunderbolt ports capable of interfacing with peripheral devices (e.g., cell phones) using a USB-Type C standard connection.



**Exhibit 1[1]** (CHIN DECLARATION), ¶3.

2.    Sanho released the HyperDrive® product in December 2016.  Ex. 1, ¶4.

3.    "Hyperdrive" is supposed to give the product a "futuristic" and "cutting edge" feel, inspired by the coined term first used in Star Wars to refer to the ability to make a spaceship travel at warp speed.  Ex. 1, ¶¶5-7.

4.    The Hyperdrive is not a "drive" as that term is used in the computer industry.  Ex. 1, ¶8; D.E. 452-6, at 7 (computers: a device for reading or writing on magnetic, optical, or electronic media (such as tapes, disks, or flash memory).)

5.    Sanho used "Hyperdrive" in interstate commerce in the United States before Kaijet used "Ultradrive."  Ex. 1, ¶¶28-30.

6.    The HyperDrive® design is distinctive.  *Id.*, ¶¶9-11.

---

[1]  Sanho Exhibits 1-27, which are referenced in this CSMF, are attached hereto.

7.     The HyperDrive® product packaging visible to the customer include "HYPER DRIVE" above a cutout window permitting a customer to see the innovative shape and contour of the product, as well as the side-by-side male protrusions for mating to a MacBook Pro, the left edge of which is shown on the product packaging.  A callout for product speed and HDMI is in the lower right-hand corner of he packaging, to the right of the product description.



Ex. 1, ¶25.

8.     HyperDrive® customers, including Kickstarter backers, online purchasers and purchasers at Best Buy stores, would have purchased the HyperDrive in its product packaging.  Ex. 1, ¶26.

9.     As of January 16, 2017, the HyperDrive® Kickstarter campaign raised $1,842,141 from 20,680 backers versus a campaign goal of $100,000.  HyperDrive® remains the most funded project for a USB hub, adapter, or docking device.  Ex. 1, ¶12.

10.    Recipients of the HyperDrive® from the Kickstarter campaign would have received he HyperDrive® in its product packaging.  Ex. 1, ¶¶25-26.

11.    Starting December 2016, HyperDrive® was the beneficiary of significant, positive industry press coverage.  Ex. 1, ¶¶13-18; D.E. 439-6, 439-7, 439-8; **Sanho Exhibits 23-24**.

12.    Others have intentionally copied the Sanho HyperDrive® product design. Ex. 1, ¶10; *see* CSMF, ¶¶40-47, below.

13.    Best Buy emerged in the second quarter of 2017 as a national retail channel for the Hyperdrive in the United States.  Starting in 2017, every Best Buy retail store in the United States (over 1,000 stores total), as well as the online channel bestbuy.com, carried the HyperDrive®.  Ex. 1, ¶¶20-24.

14.    By 2017, Best Buy was one of the most successful, if not the most successful retail channel for selling consumer electronic products to consumers in the United States.  Its 2017 sales were over $35 billion.  Ex. 1, ¶20.

15.    In 2017, every state in the United States, as well as the District of Columbia and Puerto Rico, had a Best Buy retail store. *Id*., ¶22.

16.    In 2017, there were over 1,000 Best Buy retail stores in the United States. *Id*., ¶23.

17.    Sanho sales of the Hyperdrive model GN28B (the original and still best selling model) to Best Buy total ███████████ .  For 2017 alone, sales of this model to Best Buy were as follows (by quarter):  For 2017 Quarter 2, April to June is ███████████ . For 2017 Quarter 3, sales were ███████████ . For 2017 Quarter 4, sales

were ███████. **Exhibit 2**– V. Chong Dep., at 28:13-29:2 (**filed under seal herewith**). The list price was under $100 per unit. Ex. 1, ¶24.

18. Of the foregoing sales to Best Buy, approximately ██ percent were for the bestbuy.com online channel. Ex. 2– V. Chong Dep., at 31:18-22.

19. On www.bestbuy.com, the HyperDrive® has a 4.3 star rating with at least 3,354 reviews posted. D.E. 439-5, ¶7.

20. Sanho has also sold HyperDrive® on amazon.com. There, the GN28 model HyperDrive® has a 4.2 star rating with at least s 2,459 reviews posted. *Id*.

21. Sanho sales of HyperDrive through the Amazon.com sales channel for 2017 alone were almost ███████. Ex. 1, ¶27.

22. Consumers encountering HyperDrive® through Best Buy, consumers purchasing HyperDrive® via bestbuy.com and consumers purchasing HyperDrive® via amazon.com, would have encountered the HyperDrive® in its product packaging. Ex. 1, ¶¶25-26, 38-39.

23. The design and shape of the HyperDrive® shown therein, plus the combination of elements in the packaging thereof is unique and unusual in this market. Ex. 1, ¶¶9, 26; **Exhibit 3** (Bressler Opening Report), ¶¶99-175 (showing alternative prior art designs which, by inference, reveal the distinctiveness of the HyperDrive® product design being displayed through the packaging window cutout).

24.    Sanho also showed HyperDrive® product at CES, the most attended trade show for consumer electronics products in the world, in Las Vegas in January 2017. Ex. 1, ¶19.

25.    The "HyperDrive" trademark was registered as of April 10, 2018 in International Class 9, which covers components for personal computers.  D.E. 452-1.

26.    Sanho's HyperDrive® is a "power adapter" because, as designed, it adapts power for delivery from a MacBook Pro USB Type-C port to a plurality of downstream ports, including USB Type-B and USB Type-C ports.  **Exhibit 4** - (9/28/22 Baker Rebuttal Rpt.), at ¶¶ 28-35, filed herewith.

27.    Other devices similar to the HyperDrive® are also referred to as power adapters, including on Amazon.com, USBGear.com, and even in USB industry standards documents.  *Id.*

28.    Kaijet's own website refers to a USB adapter similar to the Sanho HyperDrive® as a "power delivery adapter."  **Exhibit 5** (Franzon Dep.), at 109:23-111:10, 112:6-14; **Exhibit 25** (Franzon Dep. Ex. 10), filed herewith.

29.    Kaijet U.S. contends that the term "power adapter" specifically refers to a device that plugs into a wall outlet and converts AC power into DC power.  Ex. 5 (Franzon Dep.), at 98:5-13.

30.    Kaijet U.S.'s only support for its contention that Sanho's HyperDrive®, identified as a specimen in its trademark application, is ***not*** a power adapter is an article

from pcmag.com and its expert Dr. Franzon's interpretation of that article.  Ex. 5 (Franzon Dep.), at 96:20-97:9; **Exhibit 6** (Ex. 9 to Franzon Dep.).

31.    The pcmag.com article relied on by Dr. Franzon states that the term "power adapter" can refer to devices "that exist for other purposes; for example, to output a different AC voltage, rather than DC."  Ex. 6 (Ex. 9 to Franzon Dep.).  *See also* Ex. 5 (Franzon Dep.), at103:14-104:4.

32.    Dr. Franzon admitted that "the statement in th[e pcmag.com] article that power adapters also exist for other purposes implies a more open-ended interpretation of the term power adapter than" a device that plugs into a wall outlet and converts AC power into DC power.  Ex. 5 (Franzon Dep. Excerpts), at 104:5-12.

33.    Kaijet U.S. (d.b.a. j5create) sells product model JCA378, which it refers to on its website as a "power delivery adapter."



Ex. 25 (Ex. 10 to Franzon Dep.); Ex. 5 (Franzon Dep.), at 112:6-14.

34.    The JCA378 does not plug into a wall or convert AC voltage to DC voltage.  Ex. 5 (Franzon Dep.),110:19-111:7.  Rather, like Sanho's HyperDrive products, the JCA378 plugs into a computer's USB port and both receives and transmits DC power.  Ex. 5 (Franzon Dep.), at 110:19-111:4.

35.    Dr. Franzon testified that the word "delivery" in the phrase "power delivery adapter" is redundant, because "all power sources deliver power."  Ex. 5 (Franzon Dep.), at 108:8-13.

36.    Dr. Franzon further testified that he "wouldn't use the term power delivery adapter" because he "would use the word power adapter instead."  *Id*., 108:16-25.

37.    Amazon.com lists products that do not convert AC voltage to DC voltage as "power adapters."  Ex. 4 (9/28/22 Baker Rebuttal Rpt.), at ¶ 30.

38.    USBGear.com lists products that do not convert AC voltage to DC voltage or plug into a wall outlet as "power delivery management adapters."  *Id*., at ¶ 31.

39.    The Battery Charging Specification released by the USB Implementers Forum refers to simple USB car chargers, which do not convert AC voltage to DC voltage or plug into wall outlets, as "power adapter[s]."  *Id*., at ¶ 32.



43.



████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████

48.     Notably, the definitions of the prefixes "Hyper" and "Ultra" are extremely similar.  Both "Hyper" and "Ultra" prefixes mean "beyond" or "excessively."  *Compare* **Exhibit 12** *with* **Exhibit 13** (filed herewith).

49.     "Ultradrive" is synonymous with "Hyperdrive," and thus consumers likely regard HyperDrive® and UltraDrive as the same thing.  Ex. 1, ¶¶5, 28-29.

████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████

51.     <u>After</u> the HyperDrive® was released, Kaijet  posted on social media on October 19, 2017 (posts reproduced below) that it was releasing its own version of the HyperDrive®, called the JCD382 UltraDrive:



Ex. 1, ¶30.

52.    The JCD382 was advertised on Kaijet-controlled web pages.  **Exhibit 15** – Kaijet web site pages marked SANHO 206-212.

53.    By or shortly after October 2017, KaiJet was importing and selling a docking station at Best Buy that was virtually identical to the HyperDrive – the UltraDrive -- in the overall design, utility, name, and even packaging.  D.E. 96-2, ¶9-10 ("KaiJet has been selling the UltraDrive product to Best Buy since October, 2017" and  "since October 2017…") (emphasis added); Ex. 1, ¶¶31, 33, 36-39.

54.    Kaijet's UltraDrive (pictured below) sold starting in October 2017 was also known as the JCD382.  Ex. 1, ¶31.



ULTRADRIVE JCD382

55.    The UltraDrive is functionally identical to the Hyperdrive in terms of its functionality as a multiport USB-C hub for use with a personal computer having two side-by-side USB-C ports (such as a MacBook Pro).  Ex. 1, ¶33.



57.    "KaiJet has never sold an Ultra Drive unit to a retailer other than Best Buy."  D.E. 96-2, ¶11.

58.    Kaijet's packaging for the JCD382 referred to the JCD382 as the "UltraDrive."  Ex. 1, ¶38.

59.    The new UltraDrive packaging was orange on a white background.  For its JCD 382 packaging, Kaijet opted to change the typeface by capitalizing the "U" and "D" in "UltraDrive," by changing the typefont, and by eliminating the "ultra"-related graphics, including the pointer and arc it previously used for its ultrastation product, and changed the packaging from magenta on white background to orange on a white

background, with a newly-added product cutout (no flap) so the consumer would be able to see the actual product design inside the box.  Ex. 1, ¶¶34-36, 38; D.E. 451-4.





|  |  |
|---|---|
| **Pre-2017 (D.E. 451-4)** | **October 2017** |

60.    As shown in the comparison in the foregoing paragraph, Kaijet used a similar sounding product name ("UltraDrive" vs "HyperDrive"), the same product brand name placement on top left corner, a similar product window cutout on the front left of the box, a similar product description below the product window cutout, virtually the same image of MacBook Pro on the front right of the box, the same call outs to "4K HDMI" and "50Gbps" speed, and similar orange color highlights.  Ex. 1, ¶¶37-38.

61.    HYPERDRIVEME, INC. registered "Hyperdrive" for "downloadable mobile applications for analyzing, optimizing and gamifying the operation of motor vehicles for purposes of improving fuel efficiency, shortening driving time, improving safety, improving environmental impacts, and improving general vehicle performance"

in Int. Class 09.  There is also a registration for services in Int. Class 42.  D.E. 450, Ex.

19 (Sarabia Report, Ex. J, at 2-3).

62.    HYPERDRIVEME,    INC.    has    also    registered     for

"downloadable mobile applications for analyzing, optimizing and gamifying the

operation of motor vehicles for purposes of improving fuel efficiency, shortening

driving time, improving safety, improving environmental impacts, and improving

general vehicle performance" in Int. Class 09.  D.E. 450, Ex. 19 (Sarabia Report, Ex. J,

at 4-6).  The design to the left of the word "hyperdrive" consists of "a stylized drawing

of a wheel having two concentric circles with the inner circle being shaded and rendered

with spikes reminiscent of electric currents[.]"  *Id.*, at 5-6.  There is also a registration

for services in Int. Class 42.

63.    The extent of HYPERDRIVEME's market penetration (including

numbers of customers and sales) for its Hyperdriveme products in the United States is

unknown.  Ex. 1, ¶40.

64.    HYPERDRIVEME, INC. does not compete against Sanho. *Id.*, at ¶41.

65.    PIXIA CORPORATION has registered "HIPER DRIVE" for "providing

temporary use of nondownloadable commercial computer software that allows users to

manage large volumes of geospatial data and disseminate geospatial images onto

external storage media devices" in Int. Class 42.  D.E. 450, Ex. 19 (Sarabia Report, Ex.

J, at 7-8).  This registration disclaims "DRIVE."  *Id.*, at 8.

66.    The extent of PIXIA's market penetration (including numbers of customers and sales) for these services in the United States is unknown.  Ex. 1, ¶42.

67.    PIXIA does not compete against Sanho.  *Id*., at ¶43.

68.    Softron, Limited, a company based in the United Kingdom, has registered "HYPERDRIVE" for "storage servers for delivery of data to networked consumers" in Int. Class 09.  D.E. 450, Ex. 19 (Sarabia Report, Ex. J, at 9-10).

69.    The web site https://softiron.com/ describes Softiron, Ltd. as a provider of the "World's First Technology for Building Clouds."  Ex. 1, at ¶44.  The company is focused on transforming business enterprise IT infrastructure through a service marketed as "HyperCloud."  The company does not offer standalone computer products to individuals who are non-enterprise consumers.  *Id*.

70.    The extent of Softiron's market penetration (including numbers of customers and sales) for any Hyperdrive storage servers in the United States is unknown.  Ex. 1, at ¶45.

71.    Softiron does not compete against Sanho.  Ex. 1, at ¶46.

72.    GLOBAL FOCUS MARKETING & DISTRIBUTION, LTD. has registered "HYPERDRIVE" for "Centrifuges for laboratory use" in Int. Class 09.  D.E. 450, Ex. 19 (Sarabia Report, Ex. J, at 11-12).

73.     A centrifuge is a machine with a rapidly rotating container that applies centrifugal force to its contents, typically to separate fluids of different densities (e.g. cream from milk) or liquids from solids.  **Exhibit 17**.

74.     GLOBAL FOCUS MARKETING & DISTRIBUTION, LTD. web site is located at https://gfmd.com/.  The only centrifuge offered for sale presently shown on the web site is the SILENCER®. Ex. 1 - CHIN DEC, ¶47; **Exhibit 18**.

75.     The extent of GLOBAL FOCUS MARKETING & DISTRIBUTION, LTD.'s market penetration (including numbers of customers and sales) for any Hyperdrive centrifuge in the United States is unknown.  Ex. 1, at ¶48.

76.     GLOBAL FOCUS MARKETING & DISTRIBUTION, LTD. does not compete against Sanho.  Ex. 1, at ¶49.

77.     WALCHER MESSTECHNIK GMBH, a company based in Germany, has registered "HIPER DRIVE" for "controls, namely, electrical, electronic and optical angles used for measuring turn out, in particular in power engine systems and position drives" in Int. Class 09.  D.E. 450, Ex. 19 (Sarabia Report, Ex. J, at 13-14).

78.     The product, a specialized industrial controller, appears as follows:



Ex. 1, at ¶50; **Exhibit 19**.

79.     The extent of WALCHER MESSTECHNIK GMBH.'s market penetration (including numbers of customers and sales) for the Hyperdrive industrial controller in the United States is unknown.  Ex. 1, at ¶51.

80.     WALCHER MESSTECHNIK GMBH. does not compete against Sanho. *Id.*, at ¶52.

81.     Tableau registered "HYPER" for "COMPUTER SOFTWARE FOR DATA MINING, DATA QUERY, AND DATA ANALYSIS" in Int. Class 09.  D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 2).

82.     The extent of Tableau's market penetration (including numbers of customers and sales) for any Hyper-related software for data mining, query and analysis in the United States is unknown. Ex. 1, at ¶53.

83.     Tableau does not compete against Sanho.  *Id.*, at ¶54.

84.     LUCIDA LABS registered "HYPER" for travel and hospitality-related software in Int. Class 09. D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 3).

85.    The extent of Lucida Lab's's market penetration (including numbers of customers and sales) for any Hyper-related software in the United States is unknown. Ex. 1, at ¶55.

86.    Lucida Labs does not compete against Sanho.  Ex. 1, at ¶56.

87.    TOPCON POSITIONING SYSTEMS, INC. ("TPS") registered "HIPER" for batteries and software for use in construction, commercial mapping, civil engineering, precision agriculture, photogrammetry mapping and hydrography, in Int. Class 09.  D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 4).

88.    An example of a HIPER battery for sale shows that the HIPER battery is a specialized lithium battery for use with a specific "Topc Hiper GPS" system.



D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 9).

89.    The extent of TPS's market penetration (including numbers of customers and sales) for any Hiper-related GPS tools, batteries or software in the United States is unknown. Ex. 1, at ¶57.

90.    TPS does not compete against any Sanho HYPERDRIVE-branded product. *Id.*, at ¶58.

91.    HYPUR INC. has registered "HYPUR" for financial industry software as a service in Int. Class 42.  [D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 5).]

92.    The extent of Hypur, Inc.'s market penetration (including numbers of customers and sales) for any Hypur-related software in the United States is unknown. Ex. 1, at ¶59.

93.    Hypur, Inc. does not compete against Sanho. *Id.*, at ¶60.

94.    Gil Eyal, an individual, has registered "HYPR" for software for evaluating and engaging influential social media and internet users to promote brands, in Int Class 09.  D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 6).

95.    The extent of Mr. Eyal's market penetration (including numbers of customers and sales) for any Hypr-related software in the United States is unknown. Ex. 1, ¶61.

96.    Mr. Eyal does not compete against Sanho. *Id.*, at ¶62.

97.    HYP3R MEDIA INC. has registered "HYP3R" for software for engaging influential customers in real-time to promote businesses, venues and brands, none of

the aforementioned for use in social networking, image sharing and chatting, in Int. Class 09.  D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 7).

98.    HYP3R MEDIA INC. has also registered "HYP3R" in block letters with a heart design for software for engaging influential customers in real-time to promote businesses, venues and brands, none of the aforementioned for use in social networking, image sharing and chatting, in Int. Class 09.  D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 8).

99.    The extent of HYP3R MEDIA's market penetration (including numbers of customers and sales) for any Hyp3r-related software in the United States is unknown. Ex. 1, at ¶63.

100.    HYP3R MEDIA does not compete against Sanho. *Id*., at ¶64.

101.    Molecular Vista has registered "HYPIR" for "automated microscope and OPERATING SOFTWARE sold as a unit for use in laboratory operations" in Int. Class 09.  D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 9).

102.    The extent Molecular Vista's market penetration (including numbers of customers and sales) for any Hypir-related microscopes having an operating system in the United States is unknown.  Ex. 1, at ¶65.

103.    Molecular Vista does not compete against Sanho. *Id*., at ¶66.

104.    SHENZHEN LIBRO TECHNOLOGY CO., LIMITED CHINA LIMITED COMPANY (LTD.) has registered "HYPPR" in the stylized format,

**hyppr** for "BATTERY CHARGERS; CELL PHONE BATTERY CHARGERS; CHARGERS FOR BATTERIES; COMPUTER PERIPHERAL DEVICES; converters, electric; power supplies; RECHARGEABLE ELECTRIC BATTERIES; smart watches; wireless chargers," in Int. Class 09, and claiming a date of first use of March 2020. D.E. 450-10, Sarabia Ex. 7 (Sarabia Report, Ex. H, at 9).

105. The extent of SHENZEN LIBRO's market penetration (including numbers of customers and sales) for any hyppr-related products in the United States is unknown Ex. 1, at ¶67.

106. Sanho has not encountered SHENZEN LIBRO or any of its products in the course of its business in the United States. *Id*., at ¶68.

107. Sanho and Kaijet U.S. each sell their respective HyperDrive and Ultradrive USB-Type C hubs through the Best Buy retail store and bestbuy.com online channels. Ex. 1, at ¶69.

108. Through Best Buy, HyperDrive and Ultradrive USB-Type C hubs are ultimately sold to consumers of computer peripherals in the United States. *Id*., at ¶70.

109. Sanho and Kaijet U.S. each advertise online through social media (e.g., Instagram, Facebook) and their respective web sites. *Id*., at ¶71.

110.    The picture of the UltraDrive used by j5create (left, below) in some of its social media posts and other ads bears a striking resemblance to the earlier ad for HyperDrive® (right, below).



Ex. 1, ¶72.

111.    Here is an ad photo used for the JCD382 (left, below) taken from https://en.j5create.com/products/jcd382, which was copied from an earlier photo used by Sanho to promote HyperDrive® (right, below):



Ex. 1, at ¶73.

112.    Sanho received through Kickstarter a message from one of its backers in June 2017 asking about his "Ultradrive,"  showing that consumers are apt to confuse "HyperDrive" and "UltraDrive."  Ex. 1, at ¶¶28, 69. Even Kaijet expert Sarabia has confused the two products. **Exhibit 20** (Sarabia Dep.), at 128:6-14.

113.    Sanho produced 30 photos of Kaijet products "returned" to Sanho, of which at least four of the mis-returned products are the accused JCD 382 or JCD 387 UltraDrive products.  (The rest featured Kaijet-sponsored product packaging that is similar to the product packaging utilized for the JCD382).  Ex. 1, at ¶¶74-75; D.E. 452-7 (at pages SAN0059803, 0059811, 0059826, 0059827).

 

114.    In each case, the sender of the Kaijet products (Best Buy's Product return Center) marked the product in question with a label stating "Sanho" and/or "HyperDrive," indicating confusion as to the source of the goods. Ex. 1, at ¶76.

115.    Prior to the release of "UltraDrive" by Kaijet, Sanho did not experience such misdirected product returns. Ex. 1, at ¶77.

116.    An October 26, 2018 product review of the HyperDrive® confuses Sanho with "j5" which is a trade name for Kaijet. Ex. 1, at ¶79; **Exhibit 21**.

117.    A June 28, 2018 email to Sanho from a consumer confused the HyperDrive® with the UltraDrive. Ex. 1, ¶78; **Exhibit 22**.

118.    The size and shape (but not the location on the device) of the USB-C male protrusion of the '290 Patent and the Accused Products, are standardized based on function. D.E. 450-19 (Ex. 16 (9/28/22 Shankwiler Rpt.)) at ¶50; **Sanho Ex. 26**-Bressler Reply Report, ¶¶45, 96; **Sanho Ex. 27**-Shankwiler Dep., at 24: 18-23, at 56:1-9,and at 57:13-17, at 98:22–99:4.



119.    The shape and sizes of the female ports and HDMI ports are functional. D.E. 450-19 (Ex. 16 (9/28/22 Shankwiler Rpt.) at ¶57; Sanho Ex. 26-Bressler Reply Report,¶¶62, 66; Sanho Ex. 27–Shankwiler Dep., at 57:18-20, 66:15–67:17.

Respectfully submitted, this 6th day of May, 2024.

By:    */s/ Steven G. Hill*
      Steven G. Hill
      GA Bar No. 354658
      David K. Ludwig *(admitted pro hac vice)*
      CT Bar No. 435310

**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd., SE, Suite 1050
Atlanta, Georgia 30339-6406
Tel:  (770) 953-0995
Fax:  (770) 953-1358
Email:  sgh@hkw-law.com
Email:  dludwig@hkw-law.com

**-and-**

Ali A. Aalaei *(admitted pro hac vice)*
CA Bar No. 254713
Benjamin Martin *(admitted pro hac vice)*
CA Bar No. 257452
Tuan Tiet *(admitted pro hac vice)*
CA Bar No. 330004
Alexander Chen *(admitted pro hac vice)*
CA Bar No. 245798

**ARI LAW, P.C.,**
317 University Ave., Suite 100
Palo Alto, CA  94301
Tel:  (415) 830-9968
Fax: (415) 520-9456
Email:  ali@arilaw.com
Email:  bmartin@arilaw.com
Email:  tuan@arilaw.com
Email:  alex@arilaw.com

*Attorneys for Plaintiff Sanho Corporation*

## **TYPE AND FONT CERTIFICATION**

I hereby certify that the foregoing document is written in 14 point Times

New Roman font in accordance with Local Rule 5 .1.

*/s/ Steven G. Hill*
Ga Bar No. 354658

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SANHO CORPORATION,

                    Plaintiff,

    v.

KAIJET TECHNOLOGY
INTERNATIONAL LIMITED, INC., and
KAIJET TECHNOLOGY
INTERNATIONAL CORPORATION,
INC., doing business as "J5Create"; and
DOES 1-10,

                    Defendants.

**C.A. No. 1:18-cv-05385-SDG**

Consolidated with
C.A. No. 1:20-cv-02150-TCB

**Jury Trial Demanded**

## CERTIFICATE OF SERVICE

I certify that on the 6th day of May, 2024, I caused to be electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following participants and law firm who are registered CM/ECF users, and will be served by the CM/ECF system.

                                    ***/s/ Steven G. Hill***
                                    Ga Bar No. 354658
                                    *Counsel for Plaintiff Sanho Corporation*