**EXHIBIT D-3:  DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL CORPORATION'S WITNESS LIST**

## I.    PRELIMINARY STATEMENT

Defendant KaiJet Technology International Corporation ("KaiJet Taiwan") submits this list of witnesses to be called at trial.

Subject to the availability of each witness at the time of trial, KaiJet Taiwan intends to call the following witnesses at trial, either by live testimony or by deposition. KaiJet Taiwan reserves the right to revise, amend, supplement, or modify its list of witnesses based on any rulings by the Court and/or to address any additional issues, arguments, evidence or other developments or changed circumstances in the case. KaiJet Taiwan also reserves the right not to call any of the witnesses (either live or by deposition) set forth in the list below, or to call by deposition any witness listed as a live witness below, or vice versa. KaiJet Taiwan further reserves the right to call one or more additional witnesses to provide foundational testimony should Plaintiff Sanho Corporation ("Sanho") contest the authenticity or admissibility of any material proffered at trial. KaiJet Taiwan reserves the right to call any witness, either live or by deposition, for rebuttal or impeachment purposes. The identification of a witness on this list is not an admission that the witness's testimony is admissible if called by Sanho, and KaiJet Taiwan reserves its right to object to any witness or testimony that is objectionable or inadmissible. In addition to the witnesses identified below, KaiJet Taiwan reserves the right to call anyone appearing on

1

Sanho's witness list or as a corporate representative at trial, whether or not listed on KaiJet Taiwan's list.

## II.    WITNESSES KaiJet Taiwan EXPECT TO CALL TO TESTIFY LIVE

1. Yuki Tai

2. Mike Pellegrino

## III.    WITNESSES KaiJet Taiwan MAY CALL TO TESTIFY (LIVE OR BY DEPOSITION)

1. YiChing Chen

2. Yuwen Chen

3. Kien Hoe Daniel Chin

4. Wai Kiet Valerie Chong

5. Yewhing Kelvin Chow

6. Zhuowen Liao

7. Andy Miller

8. Lisa Nguyen

## IV.    SUMMARY OF ANTICIPATED EXPERT TESTIMONY

### A. Mike Pellegrino

Michael Pellegrino has been retained by the KaiJet Taiwan as an expert in damages.  He is President of Pellegrino & Associates, LLC (P&A), an intellectual property valuation firm.  He has performed economic analysis and expert witness services for over 19 years; his full curriculum vitae was attached to his Expert

Report.  He will testify to his review of the report of the expert retained by Sanho, Daniel Cenatempo.  He will testify to his expert opinions, including criticisms of Mr. Cenatempo's analysis, and incorrect approaches and calculations performed by Mr. Cenatempo.  Mr. Pellegrino will also testify to his opinions about what figures the correct approach would yield if Sanho were to prevail on its various claims.  Mr. Pellegrino's analysis, including his detailed opinions and the basis for them, have been provided to Plaintiff pursuant to the rules of the Court.