# EXHIBIT E-1:  PLAINTIFF'S EXHIBITS LIST

| No. | Description | Bates No. or Source | Date Tendered | Date Admitted |
|---|---|---|---|---|
| 1 | Hyperdrive | | | |
| 2 | JCD382 in Packaging | | | |
| 3 | JCD388 | | | |
| 4 | JCD348 | | | |
| 5 | JCD386 | | | |
| 6 | JCD348 | | | |
| 7 | JCD342B | | | |
| 8 | Original or Certified Copy of '707 Mark | | | |
| 9 | '290 Design Patent Certificate (with ribbon) | | | |
| 10 | '875 Design Patent Certificate (with ribbon) | | | |
| 11 | '616 Design Patent Certificate (with ribbon) | | | |
| 12 | '618 Design Patent Certificate (with ribbon) | | | |
| 13 | Copyright Registration record VA0002103336 Retail Packaging of HyperDrive TB3 USB-C Hub for MacBook Pro (Model: GN28B) (with ribbon) | | | |
| 14 | Sanho's Packaging | | | |
| 15 | Exclusive License Agreement | Doc. 419-420 (Ex. C to Hill Dec.), filed 12/22/23 | | |
| 16 | Petition for Correction re: '875 Patent | IPR2021-00886 Sanho Exhibit 2096 | | |
| 17 | Certificate of Correction '875 Patent | | | |
| 18 | Petition for Correction re: '616 Patent | IPR2021-00886 Sanho Exhibit 2095 | | |
| 19 | Certificate of Correction '616 Patent | | | |
| 20 | Assignment of '290 Patent | | | |
| 21 | Assignment of '875 Patent | Doc. 318-20 | | |
| 22 | Assignment of '616 Patent | | | |

| | | | |
|---|---|---|---|
| 23 | Assignment of '618 Patent | Doc. 318-19 | | |
| 24 | Kickstarter Webpage | Doc. 502-21 | | |
| 25 | Exhibit 2081 to the Deposition of Z. Liao | Exhibit 2081 to the Deposition of Z. Liao (IPR) | | |
| 26 | Distribution Contract dated January 1, 2017 between Kaijet US and Kaijet Taiwan | KAIJET_003393 | | |
| 27 | Distribution Contract dated January 2, 2018 | KAIJET_003394 | | |
| 28 | Distribution Contract dated January 3, 2019 | KAIJET_003395 | | |
| 29 | Agreement between Select Sales and Kaijet Technology International  Limited | SELECT_0542-0552 | | |
| 30 | 6/28/17 Email 8:42AM, Re: New product | Doc. 512-8 KAIJET_257-258 | | |
| 31 | 06/28/2017 Email from Akins to Jessica Liu re New product | Doc. 511-4 KAIJET_4053 | | |
| 32 | 06-28-2017 Email from Andy Miller to Akins re HyperDrive Hub/Dock at Best Buy | Doc. 512-7 KAIJET_0000054 | | |
| 33 | 6/28/17 Email 8:34AM, Re: New Product | KAIJET_256 | | |
| 34 | 6/28/17 Email, Subject: FW: HyperDrive Hub/Dock at Best Buy | SELECT_0057 | | |
| 35 | Email dated June 28 2017 from Chuck Akins to Steven Lyu (j5create) and Jessica (j5create) | IPR2021-00886 Sanho Exhibit 2033 KAIJET_000082 Also filed at Doc. 512-8 | | |
| 36 | 7/20/17 Email, Subject: RE: Rob/Jake Follow Up | SELECT_0058-59 | | |
| 37 | 7/21/17 Email, Re: hyperdrive SKU for BBY | KAIJET_001108-001109 | | |
| 38 | 7/31/17 Email 8:48AM, Re: hyperdrive SKU for BBY | KAIJET_6615-6616 | | |
| 39 | 7/31/17 Email 8:55AM, Re: hyperdrive SKU for BBY | KAIJET_000020-000022, Exhibit 17 | | |

| | | | | |
|---|---|---|---|---|
| | | to Jessica Liu Deposition (5/26/2020) | | |
| 40 | 7/31/17 Email 9AM, Fwd: hyperdrive SKU for BBY | KAIJET_6587 | | |
| 41 | 8/30/17 12:46am, Re: hyperdrive SKU for BBY | KAIJET_000197-000202 | | |
| 42 | 8/30/17 Email 15:13:26 sent by Akins, | KAIJET_3982 | | |
| 43 | Email dated September 1 2017 from Azi Adhy to Chuck Akins | Exhibit 2035: KAIJET_000051 | | |
| 44 | 9/1/17 Email, Re: J5 "Hyperdrive" Sku | SELECT_0060-61; Ex. 10 to Andy Miller Deposition (7/19/2022) | | |
| 45 | 9/7/17 Email, "we have some investigations going on in china" | SELECT_0062-0070; Ex. 9 to Andrew Miller Deposition (7/19/2022) | | |
| 46 | 9/7/17 Email, at 4:02PM, "Hyperdrive? Is it?" | KAIJET_085-88 | | |
| 47 | 9/12/17 Email Subject: RE: JCD382 PCBA | KAIJET_6040-43 | | |
| 48 | 9/12/17 Email, Subject: JCD382 Packaging material/Shipping time | KAIJET_020283 | | |
| 49 | Email dated September 13 2017 from Jessica (j5create) to Chuck Akins | IPR2021-00886 Sanho Exhibit 2036: KAIJET_000003 | | |
| 50 | 9/13/17 Email, Re: JCD382 UltraDrive | KAIJET_0002101-0002108 | | |
| 51 | 9/13/17 Email, 7:29AM Re: JCD382 Ultradrive | KAIJET_252-255 | | |
| 52 | 9/13/17 Email, Subject JCD382-BK.jpb; JCD382-SW.jpg | KAIJET_000003-06 | | |

| | | | |
|---|---|---|---|
| 53 | 09/13/2017 Emails between Liu and Akins with attachment .jpg file | 511-13 KAIJET_000003-0004 | |
| 54 | 09/13/2017 Emails between Liu and Akins with attachment .jpg file | 511-13 KAIJET_000240 | |
| 55 | Email chain dated September 14-15, 2017 between Chuck Akins and Cindy Lin (j5create) et al. | IPR2021-00886 Sanho Exhibit 2037: KAIJET_002516-002526 | |
| 56 | 9/15/17 Emails bw Akins & Lin re Hyperdock | Doc. 512-14 KAIJET_002516-002526 | |
| 57 | 9/19/17 Email, Re: Help to Buy StarTech docking | SELECT_002526-002529 | |
| 58 | 9/21/17 E-Mail Correspondence Subject: Fwd: JCD382 package | KAIJET_5845-46 | |
| 59 | 9/22/17 E-Mail Correspondence Subject: FW: JCD382 QIG_AI Files | KAIJET_5898 | |
| 60 | 10/8/17 E-Mail Corr. Subject: RE: GHEL's Order of PO2017090023 | KAIJET_6012-6015 | |
| 61 | October 5, 2017 thru Oct. 16, 2017 emails exchange including Fiona Chen Oct. 12, 2017 email re JCD382 sales points | IPR2021-00886 Sanho Exhibit 2038: KAIJET_5994 -_5996 | |
| 62 | 10/24/17 E-Mail Correspondence Re: Reply: re: GHEL airfreighting | KAIJET_5745-5750 | |
| 63 | 10/27/17 Email, Fwd: Hyperdrive USB Type-C 5 in 1 Hub… | KAIJET_065-67 | |
| 64 | JCD 382 Ultradrive web pages | SANHO_206-212 | |
| 65 | 11/5/17 Email RE: GHEL Color box returning to Taiwan JCD382 | KAIJET_020356-58 | |

| 66 | 11/8/17 Email, Subject: Black Friday ad deal? | KAIJET_049 | | |
| 67 | 11/8/17 10:24AM, RE: Black Friday ad deal? | KAIJET_180-181 | | |
| 68 | 11/13/18 Email, RE: Ultradrive thoughts | KAIJET_271-272 | | |
| 69 | 11/17/17 J5create tweet.pdf | IPR2021-00886 Sanho Exhibit 2016: | | |
| 70 | 11/20/17 Email attaching Cease and Desist Letter | KAIJET_000001-02 | | |
| 71 | 11/20/17 Email at 10:31AM Cease and Desist Letter to Kaijet, and at 11:37AM | Doc. 511-7 SAN0059783-59797 | | |
| 72 | 11/21/17 Email, Subject: Other Hyperdrive skus | SELECT_0091; Ex. 8 to the Andy Miller Deposition (7/19/2022) | | |
| 73 | 11/22/17 Email, Subject: FW: JCD382 QIG | KAIJET_020295-97 | | |
| 74 | 12/12/17 Email, FW: Decent J5 ad trend? | KAIJET_052 | | |
| 75 | 3/8/18 Email, Subject: Ultradrive $79.99 ad | KAIJET_273 | | |
| 76 | 3/28/18 Miller Email at 12:53PM to Akins | SELECT_0321-0322; Ex. 11 to Andy Miller Deposition (7/19/2022) | | |
| 77 | 3/28/18 Email Re: JCD383 Delivery Date | KAIJET_022326-022329 | | |
| 78 | Amazon.com Customer Reviews | Doc. 512-21 | | |
| 79 | 3/30/18 Email re: JCD 382 Customer Complaints | KAIJET_022310-022313 | | |
| 80 | 3/30/18 Email RE: JCD382 Customer Complaints | KAIJET_0222557-0222559 | | |
| 81 | 4/12/18 Email RE: JCD382 Customer Complaints | KAIJET_022265-022270 | | |
| 82 | 4/18/18 Email RE: JCD382 Customer Complaints | KAIJET_022223-022230 | | |

| | | | | |
|---|---|---|---|---|
| 83 | Photos of Best Buy Kaijet product returns to Sanho | Doc. 506-7 | | |
| 84 | 4/20/18 Email, Fwd: Interested in becoming Importer and Distributor for India | KAIJET_69-70 | | |
| 85 | 4/24/18 Email, Subject: FW: About Zendesk R&D Group and JCD382 | KAIJET_22512-22531 | | |
| 86 | 4/26/18 Email, Subject: RE JCD 382 JCD 383 Price | KAIJET_028272-028274 | | |
| 87 | 5/1/18 Email, Subject: Product Inquiry | KAIJET_00084 | | |
| 88 | 5/2/18 Email RE: JCD 382 JCD 383 Price | KAIJET_025686-025690 | | |
| 89 | 5/28/18 Email, Subject GHEL-0518 Unshipped details (Orders from MCT and Kaijet) | KAIJET_027771 | | |
| 90 | 5/30/18 Email, Subject: RE: GHEL JCD382 / JCD383 Unit price modification | KAIJET_028266-67 | | |
| 91 | 6/15/18 Email, Subject: j5create-UltraDockFamily.pptx | SELECT_0248-49 | | |
| 92 | 06/28/18 Email from Jamie Dillion to Kelvin Chow of HyperSupport re Ultra Drive for MacBook – Nonfunctional | Doc. 512-22 SAN0000160A-161A | | |
| 93 | 7/9/18 Email RE: Newly opened product JCD388 test | KAIJET_025381-025391 | | |
| 94 | 7/29/18 Email, Subject: FW: ultra-drive as a brand name | KAIJET_021643 | | |
| 95 | 7/2/18 Email, RE: US Marketing Meeting Date: 2018.7.2 | KAIJET_021767-68 | | |
| 96 | 7/10/18 Email, RE: Meeting Next Week | SELECT_0122-0126 | | |
| 97 | 7/31/18 Email 8:53PM, Subject: ULTRADOCK | KAIJET_046-48 | | |
| 98 | 7/26/18 Email, Subject: GHEL Shipping to the U.S. on 7/31 via ACS JCD38 | KAIJET_028261-028262 | | |

| | | | |
|---|---|---|---|
| 99 | 07/29/2018 Email from Jessica to Lynn re Ultra-drive as a brand name | Doc. 511-6 KAIJET_021634 | |
| 100 | 8/2/18 Email RE: Provide fake JCD382 | KAIJET_025229-025234 | |
| 101 | 8/8/18 Email Re: Ultradrive $79.99 ad | SELECT_0120-121 | |
| 102 | 8/14/18 Email, Re: Updated BBY Program | SELECT_0131-0135 | |
| 103 | 8/28/18 Email, Subject JCD388 Price reduction | KAIJET025665 | |
| 104 | 8/28/18 Email, Subject: FW: [EXTERNAL]J5 trends | SELECT_0321-22 | |
| 105 | 8/30/18 Email dated Subject: FW: GHEL Airfreighting to the U.S. on 9/3 | KAIJET_4809-4811 | |
| 106 | 9/1/17 Email, Re: J5 "Hyperdrive" Sku | SELECT_0060-0061 | |
| 107 | 9/1/17 Email, Subject: Friday report | KAIJET_051 | |
| 108 | 9/27/18 Email RE: GHEL Airfreighting to the U.S. on 9/12 needs to book shipping space (U.S.) modification | KAIJET_027766-027769 | |
| 109 | 10/25/18 Email at 5:35AM, RE: Thunderbolt 3 USB Type-C Mini Dock for MacBook Pro / JCD 382 / FCC / REPORT CERTIFICATION | KAIJET_025838-025841 | |
| 110 | 10/25/18 Email at 5:27AM, RE: Thunderbolt 3 USB Type-C Mini Dock for MacBook Pro / JCD 382 / FCC / REPORT CERTIFICATION | KAIJET_025875-025878 | |
| 111 | 10/25/18 Email at 3:53AM, RE: Thunderbolt 3 USB Type-C Mini Dock for MacBook Pro / JCD 382 / FCC / REPORT CERTIFICATION | KAIJET_025921 | |
| 112 | 10/29/18 Email, Subject: Request JCD382 + LAN | KAIJET_025831 | |
| 113 | 11/2/18 Email, RE: 2019 CES invitation | KAIJET_3755 | |

| 114 | –Kaijet Email exchange between N. Lyu and A. Liu from Dec. 2018 re: revised JCD382 packaging | KAIJET_008409 - 008430 | | |
| 115 | 12/18/18 Liu Email to Lai, et al. | KAIJET_021152-021153 | | |
| 116 | 12/19/18 Email, Re: BBY Apple section price discussion | SELECT_0136-0140 | | |
| 117 | 12/20/18 Miller Email to Akins re: BBY Follow Up | SELECT_0364 | | |
| 118 | 12/20/18 Email, Subject: Program | SELECT_0362-63 | | |
| 119 | J5create ULTRADRIVE Presentation | Kaijet_010620-010626 | | |
| 120 | 3/14/19 Email, FW: Distributor Price List for India | KAIJET_053 | | |
| 121 | 5/29/19 Email, Re: Ultradrive Thoughts | SELECT_0142-0144 | | |
| 122 | 6/16/19 Email Subject: RE: JDD320, CE+FCC+C-Tick | KAIJET_6111-6113 | | |
| 123 | 7/16/19 Email, RE: hmmmmmmmm | SELECT_0158-0162 | | |
| 124 | 6/25/19 Email, Re: August DI Plan | SELECT_0152-0154 | | |
| 125 | J5Create Decl of Statement of Use | Doc. 511-5 | | |
| 126 | New message about HyperDrive: Thunderbolt 3 USB-C Hub for 2016 MacBook Pro dated June 14, 2017 | SAN0000158A-159A | | |
| 127 | Registration Detail of KaiJet Technology International Corporation | 155-3, p. 2 of 9 | | |
| 128 | FCC 4/6/2020 Letter to Benjamin Martin regarding FOIA Request | | | |
| 129 | J5create Company Profile | | | |
| 130 | Letter From Federal Agency Finding Kaijet US Same as Kaijet Taiwan | Doc. 168-1 | | |

| 131 | E-Mail Correspondence Quotation from Guan Hong | KAIJET_02875-02878 | | |
|---|---|---|---|---|
| 132 | Guan Hong Electronics Ltd Quotation Signed by Jessica Liu | KAIJET_025235 | | |
| 133 | Air Waybill from Kaijet Technology International Corporation 11/7/2017 | Doc. 511-9, p. 28 | | |
| 134 | Arrival Notice for Kaijet Technology International Limited to Atlanta, U.S. 1/10/2018 | Doc. 511-9, p. 29 | | |
| 135 | Email from Francis Oliver Go. To Kevin Ye re ENTRY DOCUMENT: TPI-18010025 (KAIJET) AI180137136 dated 1/10/2018 | Doc. 511-9, p. 30 | | |
| 136 | J5create Kaijet Technology International Corporation Commercial Invoice 1/5/2018 | Doc. 511-9, p. 31 | | |
| 137 | J5create Kaijet Technology International Corporation Packing Weight List 1/5/2018 | Doc. 511-9, pp. 32 - 34 | | |
| 138 | Air Waybill from Kaijet Technology International Corporation 12/29/2017 | Doc. 511-9, p. 35 | | |
| 139 | Arrival Notice for Kaijet Technology International Limited to Atlanta, U.S. 4/20/2018 | Doc. 511-9, p. 36 | | |
| 140 | Email from Francis Oliver Go to Yennis – EWI; Air Pre-Alert re ENTRY DOCUMENT: TPI-18040205 (Kaijet) AI180439668 4/20/2018 | Doc. 511-9, p. 37 | | |
| 141 | J5create Kaijet Technology International Corporation Commercial Invoice 4/18/2018 | Doc. 511-9, pp. 38 – 39 | | |
| 142 | J5create Kaijet Technology International Corporation Packing Weight List 4/18/2018 | Doc. 511-9, pp. 40 – 41 | | |
| 143 | Air Waybill from Kaijet Technology International Corporation 4/18/2018 | Doc. 511-9, p. 42 | | |

| | | | |
|---|---|---|---|
| 144 | Arrival Notice for Kaijet Technology International Limited to Atlanta, U.S. 4/25/2018 | Doc. 511-9, p. 43 | |
| 145 | Email from Francis Oliver Go to Yennis – EWI; Air Pre-Alert re ENTRY DOCUMENT: TPI-18040286 (Kaijet) AI180439799 4/25/2018 | Doc. 511-9, p. 44 | |
| 146 | J5create Kaijet Technology International Corporation Commercial Invoice 4/23/2018 | Doc. 511-9, pp. 45 – 46 | |
| 147 | J5create Kaijet Technology International Corporation Packing Weight List 4/23/2018 | Doc. 511-9, pp. 47 – 48 | |
| 148 | Air Waybill from Kaijet Technology International Corporation 4/20/2018 | Doc. 511-9, p. 49 | |
| 149 | Arrival Notice for Kaijet Technology International Limited to Los Angeles, CA 5/3/2018 | Doc. 511-9, p. 50 | |
| 150 | Email from David K. Kiu to Yennis, Ricardo Cota; LCL re Arrival Notice: SZLA18046245 (Kaijet Technology Int'l) ETA 5/6/2018 / OI180439664 5/8/2018 | Doc. 511-9, pp. 51 - 52 | |
| 151 | J5create Kaijet Technology International Corporation Commercial Invoice 4/17/2018 | Doc. 511-9, p. 53 | |
| 152 | J5create Kaijet Technology International Corporation Packing Weight List 4/17/2018 | Doc. 511-9, p. 54 | |
| 153 | Bill of Landing for Kaijet Technology International landing in Atlanta, GA 4/22/2018 | Doc. 511-9, pp. 55 – 56 | |
| 154 | Arrival Notice for Kaijet Technology International Limited to Atlanta, U.S. 05/27/2018 | Doc. 511-9, p. 57 | |
| 155 | Email from Isabel Domagas to Yennis, Air Pre-Alert re Weekend Entry Documents | Doc. 511-9, pp. 58 – 62 | |

| 156 | Email from Isabel Domagas to Yennis – EWI; Air Pre-Alert re Weekend Entry Documents 5/25/2018 | Doc. 511-9, p. 63 | | |
| 157 | J5create Kaijet Technology International Corporation Commercial Invoice 5/22/2018 | Doc. 511-9, p. 64 | | |
| 158 | J5create Kaijet Technology International Corporation Packing Weight List 5/22/2018 | Doc. 511-9, p. 65 | | |
| 159 | Air Waybill from Kaijet Technology International Corporation 5/18/2018 | Doc. 511-9, p. 66 | | |
| 160 | Arrival Notice for Kaijet Technology International Limited to Los Angeles, CA 6/8/2018 | Doc. 511-9, p. 67 | | |
| 161 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 6/11/2018 | Doc. 511-9, pp. 68 – 69 | | |
| 162 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 6/8/2018 | Doc. 511-9, p. 70 | | |
| 163 | J5create Kaijet Technology International Corporation Commercial Invoice 5/21/2018 | Doc. 511-9, p. 71 | | |
| 164 | J5create Kaijet Technology International Corporation Packing Weight List 5/21/2018 | Doc. 511-9, p. 72 | | |
| 165 | Ocean Bill of Landing for Kaijet Technology International Corporation delivering to Atlanta 5/28/2018 | Doc. 511-9, pp. 73 – 74 | | |
| 166 | Arrival Notice for Kaijet Technology International Limited to Long Beach, CA 6/14/2018 | Doc. 511-9, p. 75 | | |
| 167 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 6/19/2018 | Doc. 511-9, pp. 76 – 77 | | |
| 168 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 6/14/2018 | Doc. 511-9, p. 78 | | |
| 169 | J5create Kaijet Technology International Corporation Commercial Invoice 5/29/2018 | Doc. 511-9, p. 79 | | |

| 170 | J5create Kaijet Technology International Corporation Packing Weight List 5/29/2018 | Doc. 511-9, p. 80 | | |
| 171 | Ocean Bill of Landing for Kaijet Technology International Corporation delivering to Atlanta 6/6/2018 | Doc. 511-9, p. 81 | | |
| 172 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 6/19/2018 | Doc. 511-9, p. 82 | | |
| 173 | Email from Nicole Guinto to Tommy; Air Pre-Alert re Weekend Entries 6/15/2018 | Doc. 511-9, p. 83 | | |
| 174 | Email from Nicole Guinto to Tommy; Isabel Domagas; Air Pre-Alert re Weekend Entries 6/19/2018 | Doc. 511-9, p. 84 | | |
| 175 | J5create Kaijet Technology International Corporation Commercial Invoice 6/8/2018 | Doc. 511-9, p. 85 | | |
| 176 | J5create Kaijet Technology International Corporation Packing Weight List 6/8/2018 | Doc. 511-9, p. 86 | | |
| 177 | Air Waybill from Kaijet Technology International Corporation 6/7/2018 | Doc. 511-9, p. 87 | | |
| 178 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 6/19/2018 | Doc. 511-9, p. 88 | | |
| 179 | Email from Nicole Guinto to Tommy; Isabel Domagas; Air Pre-Alert re Weekend Entries 6/19/2018 | Doc. 511-9, pp. 89 – 91 | | |
| 180 | J5create Kaijet Technology International Corporation Commercial Invoice 6/8/2018 | Doc. 511-9, p. 92 | | |
| 181 | J5create Kaijet Technology International Corporation Packing Weight List 6/8/2018 | Doc. 511-9, p. 93 | | |
| 182 | Air Waybill from Kaijet Technology International Corporation 6/7/2018 | Doc. 511-9, p. 94 | | |
| 183 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 6/25/2018 | Doc. 511-9, p. 95 | | |
| 184 | Email from Nicole Guinto re Yennis – EWI; Air Pre-Alert re Entry Document 6/25/2018 | Doc. 511-9, p. 96 | | |

| | | | |
|---|---|---|---|
| 185 | Email from Nicole Guinto re Yennis – EWI; Air Pre-Alert re Entry Document 6/25/2018 | Doc. 511-9, pp. 97 – 98 | |
| 186 | J5create Kaijet Technology International Corporation Commercial Invoice 6/22/2018 | Doc. 511-9, p. 99 | |
| 187 | J5create Kaijet Technology International Corporation Packing Weight List 6/22/2018 | Doc. 511-9, p. 100 | |
| 188 | Air Waybill from Kaijet Technology International Corporation 6/20/2018 | Doc. 511-9, p. 101 | |
| 189 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 7/4/2018 | Doc. 511-9, p. 102 | |
| 190 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Documents 7/5/2018 | Doc. 511-9, pp. 103 – 106 | |
| 191 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Documents 7/4/2018 | Doc. 511-9, pp. 107 – 108 | |
| 192 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Documents 7/3/2018 | Doc. 511-9, p. 109 | |
| 193 | J5create Kaijet Technology International Corporation Commercial Invoice 6/29/2018 | Doc. 511-9, p. 110 | |
| 194 | J5create Kaijet Technology International Corporation Packing Weight List 6/29/2018 | Doc. 511-9, pp. 111 – 112 | |
| 195 | Air Waybill from Kaijet Technology International Corporation 6/26/2018 | Doc. 511-9, p. 113 | |
| 196 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 7/20/2018 | Doc. 511-9, p. 114 | |
| 197 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 7/20/2018 | Doc. 511-9, pp. 115 – 116 | |
| 198 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 7/20/2018 | Doc. 511-9, p. 117 | |
| 199 | J5create Kaijet Technology International Corporation Commercial Invoice 7/18/2018 | Doc. 511-9, p. 118 | |
| 200 | J5create Kaijet Technology International Corporation Packing Weight List 7/18/2018 | Doc. 511-9, pp. 119 – 120 | |

| | | | |
|---|---|---|---|
| 201 | Air Waybill from Kaijet Technology International Corporation 7/17/2018 | Doc. 511-9, p. 121 | | |
| 202 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 7/23/2018 | Doc. 511-9, p. 122 | | |
| 203 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 7/23/2018 | Doc. 511-9, pp. 123 – 126 | | |
| 204 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 7/20/2018 | Doc. 511-9, p. 127 | | |
| 205 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 7/20/2018 | Doc. 511-9, p. 128 | | |
| 206 | J5create Kaijet Technology International Corporation Commercial Invoice 7/2/2018 | Doc. 511-9, p. 129 | | |
| 207 | J5create Kaijet Technology International Corporation Packing Weight List 7/2/2018 | Doc. 511-9, p. 130 | | |
| 208 | Bill of Landing for Kaijet Technology International Corporation to Atlanta, GA 7/9/2018 | Doc. 511-9, pp. 131 – 132 | | |
| 209 | Arrival Notice for Kaijet Technology International Limited to Long Beach, CA 7/23/2018 | Doc. 511-9, p. 133 | | |
| 210 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 7/23/2018 | Doc. 511-9, p. 134 | | |
| 211 | Email from Ricardo Cota to Yennis, LCL; Amy Yip re Arrival Notice 7/23/2018 | Doc. 511-9, p. 135 | | |
| 212 | J5create Kaijet Technology International Corporation Commercial Invoice 7/3/2018 | Doc. 511-9, p. 136 | | |
| 213 | J5create Kaijet Technology International Corporation Packing Weight List 7/3/2018 | Doc. 511-9, p. 137 | | |
| 214 | Bill of Landing for Kaijet Technology International Corporation to Atlanta, GA 7/11/2018 | Doc. 511-9, pp. 138 – 139 | | |
| 215 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 8/9/2018 | Doc. 511-9, p. 140 | | |

| | | | | |
|---|---|---|---|---|
| 216 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 8/9/2018 | Doc. 511-9, p. 141 | | |
| 217 | J5create Kaijet Technology International Corporation Commercial Invoice 8/3/2018 | Doc. 511-9, p. 142 | | |
| 218 | J5create Kaijet Technology International Corporation Packing Weight List 8/3/2018 | Doc. 511-9, pp. 143 – 144 | | |
| 219 | Air Waybill from Kaijet Technology International Corporation 7/31/2018 | Doc. 511-9, p. 145 | | |
| 220 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 8/21/2018 | Doc. 511-9, p. 146 | | |
| 221 | Email from Nicole Guinto to Tommy; Air Pre-Alert re Weekend Entries 8/17/2018 | Doc. 511-9, p. 147 | | |
| 222 | Email from Nicole Guinto to Tommy; Air Pre-Alert re Weekend Entries 8/21/2018 | Doc. 511-9, p. 148 | | |
| 223 | J5create Kaijet Technology International Corporation Commercial Invoice 8/16/2018 | Doc. 511-9, p. 149 | | |
| 224 | J5create Kaijet Technology International Corporation Packing Weight List 8/16/2018 | Doc. 511-9, pp. 150 – 151 | | |
| 225 | Air Waybill from Kaijet Technology International Corporation 8/15/2018 | Doc. 511-9, p. 152 | | |
| 226 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 8/31/2018 | Doc. 511-9, p. 153 | | |
| 227 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 8/31/2018 | Doc. 511-9, pp. 154 – 155 | | |
| 228 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 8/31/2018 | Doc. 511-9, p. 156 | | |
| 229 | J5create Kaijet Technology International Corporation Commercial Invoice 8/28/2018 | Doc. 511-9, p. 157 | | |
| 230 | J5create Kaijet Technology International Corporation Packing Weight List 8/28/2018 | Doc. 511-9, p. 158 | | |
| 231 | Air Waybill from Kaijet Technology International Corporation 8/28/2018 | Doc. 511-9, p. 159 | | |

| 232 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 9/7/2018 | Doc. 511-9, p. 160 | | |
| 233 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 9/7/2018 | Doc. 511-9, p. 161 | | |
| 234 | J5create Kaijet Technology International Corporation Commercial Invoice 9/3/2018 | Doc. 511-9, p. 162 | | |
| 235 | J5create Kaijet Technology International Corporation Packing Weight List 9/3/2018 | Doc. 511-9, pp. 163 – 164 | | |
| 236 | Air Waybill from Kaijet Technology International Corporation 9/3/2018 | Doc. 511-9, p. 165 | | |
| 237 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 9/17/2018 | Doc. 511-9, p. 166 | | |
| 238 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 9/17/2018 | Doc. 511-9, pp. 167 – 169 | | |
| 239 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 9/17/2018 | Doc. 511-9, p. 170 | | |
| 240 | Air Waybill from Kaijet Technology International Corporation 9/12/2018 | Doc. 511-9, p. 171 | | |
| 241 | J5create Kaijet Technology International Corporation Commercial Invoice 9/12/2018 | Doc. 511-9, p. 172 | | |
| 242 | J5create Kaijet Technology International Corporation Packing Weight List 9/12/2018 | Doc. 511-9, pp. 173 – 174 | | |
| 243 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 9/20/2018 | Doc. 511-9, p. 175 | | |
| 244 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 9/20/2018 | Doc. 511-9, p. 176 – 177 | | |
| 245 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 9/20/2018 | Doc. 511-9, p. 178 | | |
| 246 | J5create Kaijet Technology International Corporation Commercial Invoice 9/14/2018 | Doc. 511-9, p. 179 | | |
| 247 | J5create Kaijet Technology International Corporation Packing Weight List 9/14/2018 | Doc. 511-9, pp. 180 – 181 | | |

| 248 | Air Waybill from Kaijet Technology International Corporation 9/14/2018 | Doc. 511-9, p. 182 | | |
| 249 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 9/27/2018 | Doc. 511-9, p. 183 | | |
| 250 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 9/27/2018 | Doc. 511-9, p. 184 | | |
| 251 | J5create Kaijet Technology International Corporation Commercial Invoice 9/19/2018 | Doc. 511-9, p. 185 | | |
| 252 | J5create Kaijet Technology International Corporation Packing Weight List 9/19/2018 | Doc. 511-9, pp. 186 – 187 | | |
| 253 | Air Waybill from Kaijet Technology International Corporation 9/18/2018 | Doc. 511-9, p. 188 | | |
| 254 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 10/1/2018 | Doc. 511-9, p. 189 | | |
| 255 | Email from Nicole Guinto to Kevin Ye, Yennis; Air Pre-Alert re Entry Documents 10/1/2018 | Doc. 511-9, p. 190 | | |
| 256 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Documents 10/1/2018 | Doc. 511-9, p. 191 | | |
| 257 | J5create Kaijet Technology International Corporation Commercial Invoice 9/25/2018 | Doc. 511-9, p. 192 | | |
| 258 | J5create Kaijet Technology International Corporation Packing Weight List 9/25/2018 | Doc. 511-9, pp. 193 – 194 | | |
| 259 | Air Waybill from Kaijet Technology International Corporation 9/25/2018 | Doc. 511-9, p. 195 | | |
| 260 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 10/3/2018 | Doc. 511-9, p. 196 | | |
| 261 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 10/3/2018 | Doc. 511-9, pp. 197 – 199 | | |
| 262 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 10/3/2018 | Doc. 511-9, p. 200 | | |
| 263 | Email from Nicole Guinto to Yennis; Air Pre-Alert re Entry Document 10/3/2018 | Doc. 511-9, p. 201 | | |

| | | | |
|---|---|---|---|
| 264 | J5create Kaijet Technology International Corporation Commercial Invoice 9/26/2018 | Doc. 511-9, p. 202 | |
| 265 | J5create Kaijet Technology International Corporation Packing Weight List 9/26/2018 | Doc. 511-9, pp. 203 – 204 | |
| 266 | Air Waybill from Kaijet Technology International Corporation 9/25/2018 | Doc. 511-9, p. 205 | |
| 267 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 10/29/2018 | Doc. 511-9, p. 206 | |
| 268 | Email from Isabel Domagas to Yennis, Nicole Guinto; Air Pre-Alert re Entry Document 10/29/2018 | Doc. 511-9, pp. 207 – 208 | |
| 269 | Star View Global Limited Commercial Invoice to KaiJet 10/26/2018 | Doc. 511-9, p. 209 | |
| 270 | Star Review Global Limited Packing Weight List 10/26/2018 | Doc. 511-9, p. 210 | |
| 271 | Air Waybill from Star View Global Limited to Kaijet Technology International Corporation 10/26/2018 | Doc. 511-9, p. 211 | |
| 272 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 11/11/2018 | Doc. 511-9, p. 212 | |
| 273 | Email from Nicole Guinto to Isabel Domagas, Yennis – EWI; Air Pre-Alert re Weekend Entry Documents 11/11/2018 | Doc. 511-9, p. 213 | |
| 274 | Star View Global Limited Commercial Invoice to KaiJet 11/09/2018 | Doc. 511-9, p. 214 | |
| 275 | Star Review Global Limited Packing Weight List 11/9/2018 | Doc. 511-9, pp. 215 – 216 | |
| 276 | Air Waybill from Star View Global Limited to Kaijet Technology International Corporation 11/9/2018 | Doc. 511-9, p. 217 | |

| 277 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 11/20/2018 | Doc. 511-9, p. 218 | | |
|---|---|---|---|---|
| 278 | Email from Ryan Meng to Kevin Ye, Zayra Gallardo; Air Pre-Alert re Entry Document 11/26/2018 | Doc. 511-9, p. 219 | | |
| 279 | Email from Nicole Guinto, Kevin Ye; Air Pre-Alert re Entry Document 11/20/2018 | Doc. 511-9, p. 220 | | |
| 280 | Email from Ryan Meng to Kevin Ye re Entry Document 11/24/2018 | Doc. 511-9, p. 221 | | |
| 281 | Star View Global Limited Commercial Invoice to KaiJet 11/16/2018 | Doc. 511-9, p. 222 | | |
| 282 | Star Review Global Limited Packing Weight List 11/16/2018 | Doc. 511-9, pp. 223 - 224 | | |
| 283 | Air Waybill from Star View Global Limited to Kaijet Technology International Corporation 11/16/2018 | Doc. 511-9, p. 225 | | |
| 284 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 11/27/2018 | Doc. 511-9, p. 226 | | |
| 285 | Email from Nicole Guinto to Yennis – EWI; Zayra Gallardo; Air Pre-Alert re Entry Documents 11/27/2018 | Doc. 511-9, pp. 227 – 234 | | |
| 286 | Star View Global Limited Commercial Invoice to KaiJet 11/23/2018 | Doc. 511-9, p. 235 | | |
| 287 | Star Review Global Limited Packing Weight List 11/23/2018 | Doc. 511-9, p. 236 | | |
| 288 | Air Waybill from Star View Global Limited to Kaijet Technology International Corporation 11/22/2018 | Doc. 511-9, p. 237 | | |
| 289 | Arrival Notice for Kaijet Technology International Limited to Miami, FL 11/25/2018 | Doc. 511-9, p. 238 | | |

| 290 | Email from Tommy Huang to himself re FORMS:DELORD 11/30/2018 | Doc. 511-9, p. 239 | | |
| 291 | Star View Global Limited Commercial Invoice to KaiJet 11/23/2018 | Doc. 511-9, p. 240 | | |
| 292 | Star Review Global Limited Packing Weight List 11/23/2018 | Doc. 511-9, p. 241 | | |
| 293 | Air Waybill from Star View Global Limited to Kaijet Technology International Corporation 11/23/2018 | Doc. 511-9, p. 242 | | |
| 294 | Arrival Notice for Kaijet Technology International Limited to Los Angeles, CA 12/3/2018 | Doc. 511-9, p. 243 | | |
| 295 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 12/3/2018 | Doc. 511-9, p. 244 | | |
| 296 | Star View Global Limited Commercial Invoice to KaiJet 11/14/2018 | Doc. 511-9, p. 245 | | |
| 297 | Star Review Global Limited Packing Weight List 11/14/2018 | Doc. 511-9, p. 246 | | |
| 298 | Bill of Landing for Star View Global Limited to KaiJet Technology International Limited, Inc. 11/23/2018 | Doc. 511-9, p. 247 | | |
| 299 | Arrival Notice for Kaijet Technology International Limited to Atlanta, GA 12/05/2018 | Doc. 511-9, p. 248 | | |
| 300 | Email from Cynthia Huang to Yennis re Entry Documents 12/10/2018 | Doc. 511-9, pp. 249 – 262 | | |
| 301 | Email from Zayra Gallardo to Yennis; Air Pre-Alert re Entry Documents 12/7/2018 | Doc. 511-9, pp. 263 – 268 | | |
| 302 | J5create KaiJet Technology Commercial Invoice 11/30/2018 | Doc. 511-9, pp. 269 – 270 | | |
| 303 | J5create Kaijet Technology International Corporation Packing Weight List 11/30/2018 | Doc. 511-9, p. 271 | | |

| 304 | Air Waybill from Kaijet Technology International Corporation 11/30/2018 | Doc. 511-9, p. 272 | | |
| 305 | Arrival Notice for Kaijet Technology International Corporation Limited to Los Angeles, CA 12/14/2018 | Doc. 511-9, p. 273 | | |
| 306 | Email from Ricardo Cota to Yennis, LCL re Arrival Notice 12/14/2018 | Doc. 511-9, p. 274 | | |
| 307 | J5create KaiJet Technology Commercial Invoice 11/28/2018 | Doc. 511-9, pp. 275 | | |
| 308 | J5create Kaijet Technology International Corporation Packing Weight List 11/28/2018 | Doc. 511-9, p. 276 | | |
| 309 | Bill of Landing for Kaijet Technology International Corporation 12/6/2018 | Doc. 511-9, pp. 277 – 279 | | |
| 310 | Arrival Notice for Kaijet Technology International Corporation Limited to Los Angeles, CA 11/16/2018 | Doc. 511-9, p. 280 | | |
| 311 | Email from Francis Oliver Go, Kevin Ye, Air Pre-Alert re Entry Document 11/22/2017 | Doc. 511-9, p. 281 | | |
| 312 | Email from Francis Oliver Go, Kevin Ye, Air Pre-Alert re Entry Document 11/16/2017 | Doc. 511-9, p. 282 | | |
| 313 | J5create KaiJet Technology Commercial Invoice 11/08/2017 | Doc. 511-9, pp. 283 - 284 | | |
| 314 | J5create Kaijet Technology International Corporation Packing Weight List 11/08/2017 | Doc. 511-9, p. 285 – 287 | | |
| 315 | Air Waybill from Kaijet Technology International 1/17/2020 | Doc. 511-11, KAIJET_4544 | | |
| 316 | Air Waybill from Kaijet Technology International 2/7/2020 | Doc. 511-11, KAIJET_4556 | | |
| 317 | Air Waybill from Kaijet Technology International 2/21/2020 | Doc. 511-11, KAIJET_4568 | | |
| 318 | Air Waybill from Kaijet Technology International 2/21/2020 | Doc. 511-11, KAIJET_4578 | | |

| 319 | Email from Alina at Kaijet to j5create re Invoice No#K19122502 BY AIR 12-25-2019 dated 1/3/2020 | Doc. 511-11, KAIJET_4605-4606 | | |
|-----|---|---|---|---|
| 320 | Air Waybill from Star View Global Limited to Kaijet Technology Internation 11/23/2018 | Doc. 511-11, KAIJET_4649 | | |
| 321 | Air Waybill from Kaijet Technology International 3/20/2020 | Doc. 511-11, KAIJET_009172 | | |
| 322 | Air Waybill from Kaijet Technology International 3/20/2020 | Doc. 511-11, KAIJET_009173 | | |
| 323 | Air Waybill from Kaijet Technology International 4/1/2020 | Doc. 511-11, KAIJET_009175 | | |
| 324 | Air Waybill from Kaijet Technology International 4/9/2020 | Doc. 511-11, KAIJET_009177 | | |
| 325 | Air Waybill from Kaijet Technology International 4/9/2020 | Doc. 511-11, KAIJET_009179 | | |
| 326 | Air Waybill from Kaijet Technology International 4/17/2020 | Doc. 511-11, KAIJET_009181 | | |
| 327 | Shipping Label | Doc. 511-11, KAIJET_020422 | | |
| 328 | Star View Global Package List | Doc. 511-12 StarView_00193, 225, 288, 317, 394 | | |
| 329 | Star View Global Package List | Doc. 511-12 StarView_00225 | | |
| 330 | Star View Global Package List | Doc. 511-12 StarView_00288 | | |
| 331 | Star View Global Package List | Doc. 511-12 StarView_00317 | | |
| 332 | Star View Global Package List | Doc. 511-12 StarView_00394 | | |
| 333 | Incipio Highland Premium Folio Cardholder Case For Amazon Fire Phone | Doc. 506-10, at 2-4 | | |
| 334 | Itek Power Delivery Turbo Charge product ad | Doc. 506-10, at 5-7 | | |

| 335 | OtterBox Symmetry Series product ad | Doc. 506-10, at 8-15 | | |
| 336 | VuPoint Magic Wand product ad | Doc. 506-10, at 16-19 | | |
| 337 | Ultrastation photo | Doc. 505-4, at 2 | | |
| 338 | Ultrastation photo | Doc. 505-4, at 3 | | |
| 339 | Ultrastation photo | Doc. 505-4, at 4 | | |
| 340 | Ultrastation photo | Doc. 505-4, at 5 | | |
| 341 | Ultrastation photo | Doc. 505-4, at 6 | | |
| 342 | Merriam-Webster's Definition & Meaning of "Ultra" | Doc. 512-3 | | |
| 343 | Merriam-Webster's Definition & Meaning of "HYPER" | Doc. 512-12 | | |
| 344 | Merriam-Webster's Definition & Meaning of "ULTRA" | Doc. 512-13 | | |
| 345 | Merriam Webster Dictionary definition of "drive" | Doc. 506-6 | | |
| 346 | Definition of power adapter | Doc. 512-6 Ex. 9 of Franzon Dep.- | | |
| 347 | Image of USB-C to VGA & USB 3.0 with Power Delivery | Ex. 10 of Franzon Dep.- | | |
| 348 | https://www.usbgear.com/usb-power-delivery.html | Baker Rebuttal Report, par. 31 | | |
| 349 | https://www.amazon.com/Hong-Ireland-Travel-Adapter-Ceptics-/dp/B01MZD5T3E/ref=sxin_16_pa_sp_search_thematic_sspa?content-id=amzn1.sym.c82d763e-ddd1-4b72-9169-6e36c782c381%3Aamzn1.sym.c82d763e-ddd1-4b72-9169-6e36c782c381&crid=24D2XP2F28XJY&cv_ct_cx=%22power+adapter%22&keywords=%2 | Baker Rebuttal Report, par. 30 | | |

| | | | |
|---|---|---|---|
| | 2power+adapter%22&pd_rd_i=B01MZD5T3E&pd_rd_r=2b4712ae-5eae-4539-baa5-9c5a14037627&pd_rd_w=olycN&pd_rd_wg=VYOTi&pf_rd_p=c82d763e-ddd1-4b72-9169-6e36c782c381&pf_rd_r=55RXHK9KF2XZT5Q0R1HB&qid=1662056178&sprefix=power+adapter+%2Caps%2C156&sr=1-4-a73d1c8c-2fd2-4f19-aa41-2df022bcb241- | | |
| 350 | *Battery Charging Specification*, Revision 1.2, p. 3 (March 15, 2012) ("BC1.2") | Baker Rebuttal Report, par. 32 | |
| 351 | Web site print out of the HyperDrive DUO 7-in-2 | Baker Rebuttal Report, fn.1 | |
| 352 | 12-06-16 Article by Vincent Lanaria of Tech Times: "Fix Your New MacBook Pro Issues With This Accessory: Meet HyperDrive's USB-C Hub That Can save you from Dongles" | Doc. 512-23 | |
| 353 | 12-05-2016 Article by Jeff Benjamin of 9to5mac: "Hands-on: HyperDrive Thunderbolt 3 USB-C Hub might be the ultimate MacBook Pro dongle" | Doc. 512-24 | |
| 354 | 12-05-16 Article by Graziano (cNet): "This accessory fixes everything that's wrong with Apple's new MacBook" | IPR2021-00886 Sanho Exhibit 2040 | |
| 355 | Article: "HyperDrive hub lets you connect two monitors to your MacBook Pro" | IPR2021-00886 Sanho Exhibit 2043 | |
| 356 | Article: "This multi-port accessory adds back everything Apple removed from the latest MacBook Pro" | IPR2021-00886 Sanho Exhibit 2044 | |
| 357 | Article: "HyperDrive Thunderbolt 3 USB-C Hub for MacBook Pro" | IPR2021-00886 Sanho Exhibit 2045 | |
| 358 | Article: "HyperDrive dongle is the answer to MacBook Pro's biggest problem" | IPR2021-00886 Sanho Exhibit 2046 | |

| | | | |
|---|---|---|---|
| 359 | Article: "One MacBook Pro 2016 accessory that will save you from dongle hell" | IPR2021-00886 Sanho Exhibit 2047 | |
| 360 | Hyper 28 Series Hub Sales | IPR2021-00886 Sanho Exhibit 2075 | |
| 361 | Pre 28 Series Hub Sales | IPR2021-00886 Sanho Exhibit 2076 | |
| 362 | 22-07-28 JCD387 sales.xlsx | Cenatempo Report, p. 114-115 | |
| 363 | FRE 901 Summary: Kaijet U.S. Total Sales - Aggregate | | |
| 364 | FRE 901 Summary: Kaijet U.S. Total Sales – Specific Time Periods In Question | | |
| 365 | FRE 901Summary: Kaijet U.S. Total Sales – Specific Time Periods In Question | | |
| 366 | FRE 901 Summary: Kaijet U.S. Total Sales by Unit – Summary of Invoice Data Produced | | |
| 367 | FRE 901 Summary: Kaijet U.S. Sales by Unit for Specific Time Periods In Question – Summary of Invoice Data Produced | | |
| 368 | FRE 901 Summary: Kaijet U.S. Sales by Unit for Specific Time Periods In Question – Summary of Invoice Data Produced | | |
| 369 | FRE 901 Summary: Kaijet Taiwan Total Sales - Aggregate | | |
| 370 | FRE 901 Summary: Kaijet Taiwan Total Sales by Unit - Aggregate | | |
| 371 | FRE 901 Summary: Star View Global Limited Total Sales - Aggregate | | |
| 372 | FRE 901 Summary: Star View Global Limited Total Sales – Specific Time Periods In Question | | |

| 373 | FRE 901 Summary: Star View Global Limited Total Sales – Specific Time Periods in Question | | | |
|---|---|---|---|---|
| 374 | FRE 901 Summary: Star View Global Limited Total Sales by Unit - Aggregate | | | |
| 375 | FRE 901 Summary: Star View Global Limited Total Sales by Unit – Specific Time Periods In Question | | | |
| 376 | FRE 901 Summary: Star View Global Limited Total Sales by Unit – Specific Time Periods In Question | | | |
| 377 | KaiJet Technology International Limited -Sales by Item Detail | IPR2021-00886 Sanho Exhibit 2039: KAIJET_027126-027480, Yuki Tai Deposition Ex. 2 (6/30/2022). | | |
| 378 | Spreadsheet showing Kaijet U.S. Ultradrive sales | KAIJET_028330 | | |
| 379 | Spreadsheet showing Kaijet U.S. Ultradrive sales | KAIJET_028331 | | |
| 380 | Spreadsheet purporting to show Kaijet U.S. expenses | KAIJET_028332 | | |
| 381 | Spreadsheet showing Kaijet U.S. Ultradrive invoice detail | KAIJET_028333 | | |
| 382 | KaiJet Technology International Limited Sales by Customer Detail (JCD387) January 2016 through June 2022 | KAIJET_028334 - 028343 | | |
| 383 | 2015 Financials for Tax Return.xls | Cenatempo Report, p. 114-115 | | |

| 384 | 2016 Financials for Tax Return.xls | Cenatempo Report, p. 114-115 | | |
| 385 | 22-07-20 AEO Attorney Eyes Only SalesbyItemSummary-Report.xlsx | Cenatempo Report, p. 114-115 | | |
| 386 | BBY Sales GN21, 28 series HD575.xlsx | Cenatempo Report, p. 114-115 | | |
| 387 | Finances 2017--Official.xlsx | Cenatempo Report, p. 114-115 | | |
| 388 | Finances 2018--Official.xlsx | Cenatempo Report, p. 114-115 | | |
| 389 | Finances 2018--Official.xlsx Finances 2019--Official.xlsx | Cenatempo Report, p. 114-115 | | |
| 390 | Financials 2020 month to month.xlsx | Cenatempo Report, p. 114-115 | | |
| 391 | Hyper 28 Series Hub Sales.xlsx | Cenatempo Report, p. 114-115 | | |
| 392 | IncomeStatement Oct 2021 to July 2022.xlsx | Cenatempo Report, p. 114-115 | | |
| 393 | IncomeStatement-Jan to Sep 2021.xlsx | Cenatempo Report, p. 114-115 | | |
| 394 | Pre 28Series in Hub Sales.xlsx | Cenatempo Report, p. 114-115 | | |
| 395 | Spreadsheet re: Hyperdrive sales | SANHO59782.xlsx. | | |
| 396 | U.S. Design Pat. No. D647,908 to Chen et al. ("Chen") | Bressler Op. Report, p.30 | | |
| 397 | U.S. Design Pat. No. D750,083 to Chow et al. ("Chow") | Bressler Op. Report, p.31 | | |
| 398 | U.S. Design Patent No. D692,024 to Seong et al. ("Seong") | Bressler Op. Report, p.32 | | |

| | | | |
|---|---|---|---|
| 399 | U.S. Pat. App. No. 2006/0085584 to Chen et al. ("Chen '584") | Bressler Op. Report, p.33 | |
| 400 | U.S. Design Pat. No. D709,892 to Lui ("Lui") | Bressler Op. Report, p.34 | |
| 401 | Taiwanese Patent No. 201330499889 to Samya Technologies ("Power Bank") | Bressler Op. Report, p.35 | |
| 402 | U.S. Design Pat. No. D772,878 ("Chiang") | Bressler Op. Report, p.36 | |
| 403 | U.S. Design Pat. No. D484,853 ("Alviar") | Bressler Op. Report, p.36 | |
| 404 | U.S. Design Pat. No. D496,629 ("Hriscu") | Bressler Op. Report, p.37 | |
| 405 | U.S. Design Pat. No. D538,222 ("Curello") | Bressler Op. Report, p.38 | |
| 406 | U.S. Design Pat. No. D654,867 ("Huppe") | Bressler Op. Report, p.38 | |
| 407 | U.S. Design Pat. No. D684,976 ("Akana") | Bressler Op. Report, p.39 | |
| 408 | U.S. Design Pat. No. D714,731 ("Lee") | Bressler Op. Report, p.40 | |
| 409 | U.S. Design Pat. No. D722,952 ("Hu"). | Bressler Op. Report, p.40 | |
| 410 | U.S. Pat. App. No. 2010/0151723 ("Su") | Bressler Op. Report, p.41 | |
| 411 | U.S. Pat. App. No. 2015/0155726 ("Duan") | Bressler Op. Report, p.42 | |
| 412 | Chinese Design Pat. No. 303256728 ("CN728") | Shankwiler Op. Report, par. 43 | |
| 413 | U.S. Patent No. D715,797 | Shankwiler Op. Report, par. 41 | |
| 414 | U.S. Pat. No. D728,467 | Shankwiler Op. Report, par. 40 | |

| 415 | U.S. Pat. No. D522,531 | Shankwiler Op. Report, par. 40 | | |
| 416 | U.S. Pat. No. D803,779 | Shankwiler Op. Report, par. 51 | | |
| 417 | U.S. Pat. No. D830,366 | Shankwiler Op. Report, par. 51 | | |
| 418 | U.S. Pat. No. D622,213 | Shankwiler Rebuttal Report | | |
| 419 | U.S. Pat. No. D693,768 | Shankwiler Rebuttal Report | | |
| 420 | U.S. Pat. No. D720,755 | Shankwiler Rebuttal Report | | |
| 421 | U.S. Patent No. D714728 | Shankwiler Rebuttal Report | | |
| 422 | U.S. Patent No. D488,464 | Shankwiler Rebuttal Report | | |
| 423 | U.S. Patent No. D650,737 | Shankwiler Rebuttal Report | | |
| 424 | U.S. Patent No. D711,389 | Shankwiler Rebuttal Report | | |
| 425 | U.S. Patent No. D715,219 | Shankwiler Rebuttal Report | | |
| 426 | U.S. Patent No. D745,523 | Shankwiler Rebuttal Report | | |
| 427 | U.S. Patent No. D431,808 | Shankwiler Rebuttal Report | | |
| 428 | U.S. Patent No. D531,991 | Shankwiler Rebuttal Report | | |
| 429 | U.S. Patent No. D728,467 | Shankwiler Rebuttal Report | | |
| 430 | U.S. Patent No. D522531 | Shankwiler Rebuttal Report | | |

| | | | |
|---|---|---|---|
| 431 | U.S. Patent No. D688,255 | Shankwiler Rebuttal Report | |
| 432 | U.S. Patent No. D689,858 | Shankwiler Rebuttal Report | |
| 433 | Defendant' Star View Global Limited's Objections and Responses to Plaintiff Sanho Corporation's Interrog., Set One (1-9), 6/21/2021 | | |
| 434 | Plaintiff Sanho Corporation's Second Supplemental Response to Interrogatory Number Four and Defendant Kaijet Technology International Limited, Inc., Sanho Corporation vs. Kaijet Technology International Limited, Inc. et al., Case 1:118-cv-05385-SDG in the USDC for the Northern District of Georgia, Atlanta Division, 6/26/2019 | | |
| 435 | Plaintiff's Sanho Corporation Interrogatories to Defendant Kaijet Technology International Corporation, Inc., Set One, 5/12/2021 | | |
| 436 | Kaijet US' Responses to Interrogatories | | |
| 437 | Starview's Responses to Interrogatories | | |
| 438 | Kaijet Taiwan's Responses to Interrogatories | | |
| 439 | Defendant KaiJet's Third Supplemental Response to Plaintiff's Interrogatory No. 20 | 155-4 | |
| 440 | KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.'S RESPONSE TO PLAINTIFF SANHO'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATEMENT OF ADDITIONAL FACTS | Doc 483-2 | |

| 441 | KAIJET TECHNOLOGY INTERNATIONAL CORPORATION'S REPLY TO SANHO'S L.R. 56.1 COUNTERSTATEMENT OF MATERIAL FACTS WARRANTING TRIAL IN RESPONSE TO KAIJET TECHNOLOGY INTERNATIONAL CORPORATION'S MOTION FOR SUMMARY JUDGMENT (D.E. 446) | 488-2 | | |
| 442 | KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.'S REPLY TO PLAINTIFF SANHO'S L.R. 56.1 COUNTERSTATEMENT OF MATERIAL FACTS WARRANTING TRIAL (IN RESPONSE TO KAIJET MOTION FOR SUMMARY JUDGMENT D.E. 450) | 491-2 | | |
| 443 | DEFENDANT STAR VIEW GLOBAL LIMITED'S RESPONSE TO SANHO L.R. 56.1 COUNTERSTATEMENT OF MATERIAL FACTS | 493 | | |
| 444 | Declaration of Andrew Miller in Support of Kaijet Technology International Limited Inc.'s Response to Plaintiff's Motion for Preliminary Injunction | Ex. 3 to the Andy Miller Deposition (7/19/2022) | | |
| 445 | Best Buy Corporation Enterprise Transportation Management (ETM) Requests for Information (RFI) Template | SELECT_0002-0013; Ex. 4 to Andy Miller Deposition (7/19/2022) | | |
| 446 | FRE 901 Summary: Star View Global Limited Total Sales – Specific Time Periods in Question | | | |
| 447 | FRE 901 Summary: Star View Global Limited Total Sales by Unit Specific Time Periods in Question | | | |

| 448 | Certificate of Name Change from "Sanho Corporation" to "Hyper Products Inc." | | | |
|---|---|---|---|---|