## EXHIBIT G-1:  PLAINTIFF'S DEPOSITION DESIGNATIONS

Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation (collectively, "KaiJet Defendants") hereby submit their objections and counter-designations to Plaintiff Sanho Corporation's ("Sanho") deposition designations. The KaiJet Defendants reserve the right to supplement or amend its objections and counter-designations as the parties continue the meet-and-confer process and prior to the submission of the final pretrial order or trial. The KaiJet Defendants' objections to Sanho's deposition designations are designated by the following:

### KAIJET DEFENDANTS' OBJECTIONS CODE KEY

| Objection Code | Objection |
|---|---|
| IC | Improper counter-designation (*e.g.*, FRE 106, FRCP32(a)(6)) |
| R | Not relevant (FRE 401, 402) |
| P | Prejudice/confusion/delay/waste of time/cumulative (FRE 403) |
| SETT | Settlement privilege |
| K | Lacks personal knowledge/incompetent (FRE 602) |
| L | Leading (*e.g.*, FRE 611) |
| NE | Assumes facts not in evidence (FRE 103) |
| ARG | Argumentative |
| BE | Violates Best Evidence Rule (FRE 106, 1002-1004, 1006) |
| SC | Beyond the scope of the witness's testimony as a corporate designee (*e.g.*, FRE 611(b)) |
| LC | Improper legal conclusion (FRE 403) |
| COM | Compound |

| Objection Code | Objection |
|---|---|
| S | Calls for Speculation (FRE 602) |
| ERROR | Likely clerical error |
| EXP | Improper lay opinion, unqualified expert opinion, improper disclosure of otherwise inadmissible facts/data (FRE 701-703) |
| F | Lacks foundation for testimony or document (*e.g.*, FRE 602) |
| H | Hearsay (FRE 801-802) |
| HYP | Improper hypothetical |
| INCOM | Designation is incomplete (FRE 106, FRCP 32(a)(6)) |
| M | Misleading/mischaracterizes prior testimony or underlying document |
| VAO | Vague, ambiguous, or overbroad |
| MIL | Testimony or exhibit is subject to motion in limine |
| AU | Authenticity or identification (FRE 901-903) |
| DUP | Duplicate/cumulative of other testimony or another exhibit |
| DE | Demonstrative evidence (*e.g.*, FRE 901-903, 1002) |
| ID | Improper designation of a witness to be called live |
| NQ | No question pending |
| NR | Nonresponsive |
| PER | Disclosure of personal or confidential information |
| PRIV | Privileged |
| AT | Attorney colloquy |

**Deposition of Andy Miller/Select Sales Designations**

**July 19, 2022**

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 6:11 | 6:12 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 6:19 | 6:22 | R, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:13 | 7:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 8:2 | 8:6 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 8:16 | 9:14 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 17:19 | 19:13 | R, P | 19:14-16 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 20:3 | 20:13 | L, ARG, R, P | 19:17-20:2 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 29:2 | 29:5 | K, L, S, P, R, M | 28:15-20 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 29:17 | 29:25 | H, R | 29:6-16 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 30:9 | 31:9 | H, R, P, M | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 33:9 | 35:1 | M, H, R | 35:2-4 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 35:15 | 36:13 | P, DUP, H, R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 38:12 | 39:17 | H, S, R | 39:18-24 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 39:25 | 43:1 | H, S, VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 44:18 | 45:11 | H, P, R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 46:5 | 46:10 | R | 46:1-4 | FRE 602 | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

## Deposition of Yi-Ching Chen Depositions

## March 30, 2022

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 6:10 | 6:14 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 6:20 | 7:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 21:12 | 21:15 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 22:12 | 22:14 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 22:16 | 22:16 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 29:7 | 29:8 | NR, VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 29:10 | 29:10 | NR, VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 31:2 | 31:4 | NR, VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 31:6 | 31:7 | NR, VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

**Zhuwen Liao Deposition Designations**

**April 8, 2022**

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 7:5 | 7:7 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 14:24 | 14:25 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 15:1 | 15:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 15:22 | 15:23 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 15:25 | 15:25 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 16:1 | 16:11 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 16:13 | 16:13 | ERROR, INCOM | 16:14 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 16:16 | 16:18 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 16:25 | 16:25 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 17:1 | 17:1 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 17:8 | 17:13 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 18:25 | 20:18 | | 20:23-21:1; 21:5-12 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 21:14 | 21:16 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 22:1 | 22:3 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 22:25 | 23:6 | INCOM | 23:7-8 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 23:20 | 23:22 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 30:7 | 30:8 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 30:11 | 30:18 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 31:7 | 31:19 | INCOM | 31:20-32:1 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 32:21 | 33:1 | INCOM | 32:18-20; 33:2-3 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 33:5 | 33:7 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 33:9 | 33:9 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 33:11 | 33:16 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 33:19 | 33:22 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 34:7 | 34:8 | INCOM | 34:15-16 | INCOM (*see* 34:18-19) | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 34:22 | 34:22 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 34:24 | 35:1 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| I: 35:4 | 35:4 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 35:18 | 35:18 | | 35:20-36:4 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 36:6 | 36:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 40:7 | 40:8 | VAO, DUP | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 40:12 | 40:15 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 41:21 | 41:23 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 41:25 | 42:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 43:2 | 43:4 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 43:6 | 43:12 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 46:1 | 46:2 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 46:4 | 46:7 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 47:5 | 47:13 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 47:15 | 47:18 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 47:22 | 47:23 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| I: 47:25 | 48:3 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 48:19 | 48:20 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 48:22 | 48:25 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 50:8 | 50:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 50:16 | 50:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 50:21 | 50:22 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 50:24 | 51:3 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| I: 51:5 | 51:6 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 51:8 | 51:23 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 52:4 | 52:9 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 52:11 | 52:11 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 65:17 | 66:14 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 69:1 | 69:3 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 69:5 | 69:7 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 69:9 | 69:9 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 69:11 | 69:14 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 69:16 | 69:20 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 70:23 | 71:12 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 77:2 | 77:5 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 78:6 | 78:9 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 78:11 | 78:13 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 78:15 | 78:17 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 78:19 | 78:23 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 81:19 | 81:21 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 81:23 | 81:24 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 82:3 | 82:4 | LC | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 82:19 | 82:22 | ERROR | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 83:1 | 83:5 | ERROR | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 83:7 | 83:9 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 83:16 | 83:17 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 83:19 | 83:20 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 85:23 | 85:25 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 86:1 | 86:2 | R, S | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 86:4 | 86:4 | R, S | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 86:6 | 86:9 | S, DUP | 86:10 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 86:11 | 86:14 | R, S, DUP | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 86:21 | 86:23 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 86:25 | 87:1 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 87:13 | 87:25 | DUP | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 88:9 | 88:12 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 89:23 | 89:24 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 90:1 | 90:3 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 90:7 | 90:9 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 90:18 | 90:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 91:5 | 91:6 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 91:8 | 91:11 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 93:18 | 93:20 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| I: 93:24 | 94:1 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 96:4 | 96:5 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 96:16 | 96:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 97:2 | 97:3 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 97:5 | 97:5 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 97:9 | 97:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 97:14 | 97:15 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 97:18 | 97:18 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

**Jessica Liu Deposition Designations**

**May 26, 2020**

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 4:10 | 4:18 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 6:15 | 6:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:2 | 7:4 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:11 | 7:24 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 19:11 | 19:12 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 19:23 | 20:7 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 42:18 | 42:20 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 48:12 | 48:14 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 50:2 | 50:4 | S, K | 50:5 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 61:3 | 61:12 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 62:4 | 62:7 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 65:1 | 65:8 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 69:15 | 69:20 | S, K | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 71:11 | 71:16 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 72:2 | 72:19 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 74:17 | 74:22 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 74:25 | 75:2 | R | 74:23-24 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 76:2 | 76:10 | R, S | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 78:4 | 78:24 | | 78:25-79:9 | Vague and ambiguous; lacks foundation; | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 79:10 | 79:18 | R | 79:19-21 | FRE 402, 403 | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 83:4 | 83:6 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 84:5 | 84:11 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 85:11 | 85:21 | R, S | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 87:11 | 87:16 | L, R, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 89:14 | 89:16 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 90:6 | 90:8 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 92:14 | 92:20 | LC | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 95:22 | 95:25 | R, S | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 96:8 | 96:19 | R, S, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 97:16 | 97:19 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 98:12 | 98:16 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 99:12 | 99:21 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 100:2 | 100:11 | R, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 100:23 | 100:24 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 101:7 | 101:14 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 102:24 | 103:19 | R, P, S, K | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 103:20 | 104:2 | R, S, M, K, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 105:1 | 105:5 | COM, S, K, R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 105:21 | 150:23 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 106:19 | 106:22 | S, R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 107:11 | 107:15 | K, L, S, R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 108:8 | 108:16 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 108:18 | 108:21 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 109:2 | 109:9 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 109:13 | 109:19 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 111:10 | 111:12 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 114:16 | 114:25 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 115:22 | 116:19 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

**30(b)(6) Deposition of Yuki Tai, Starview**

**June 29, 2022**

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 5:4 | 5:15 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 6:12 | 6:22 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:10 | 7:18 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:24 | 8:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 8:17 | 8:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 11:16 | 12:8 | R, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 12:16 | 12:20 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 13:20 | 14:2 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 14:3 | 14:13 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 14:23 | 14:25 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 15:1 | 15:25 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 16:7 | 16:14 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 16:15 | 16:16 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 17:3 | 17:7 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 17:8 | 17:9 | R | 17:10 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 17:11 | 17:15 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 19:5 | 19:12 | VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 20:13 | 20:23 | R | 20:12 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 21:2 | 21:7 | VAO, R, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 21:13 | 21:15 | R | 21:8-12; 21:16-20 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 23:7 | 23:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 23:11 | 23:13 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 23:16 | 23:22 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 24:12 | 24:15 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 26:4 | 26:6 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 43:2 | 43:5 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 43:6 | 43:10 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 44:4 | 44:8 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 44:15 | 44:18 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 45:14 | 45:21 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 49:19 | 49:22 | | 49:23-50:2 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 50:3 | 50:6 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 50:7 | 50:17 | M, BE, S, P, SC | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 50:18 | 50:19 | M, BE, S, P | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 51:6 | 51:9 | M, BE, S, P | 50:20-51:4 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 51:10 | 51:17 | M, BE, S, P, SC | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 57:8 | 57:22 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 58:6 | 58:9 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 58:10 | 58:12 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 58:13 | 58:20 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 67:13 | 67:25 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

**30(b)(6) Deposition of Yuki Tai, Kaijet Taiwan**

**June 30, 2022**

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 6:14 | 6:15 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 6:18 | 6:22 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:3 | 7:12 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:16 | 7:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 8:18 | 9:18 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 11:23 | 11:24 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 50:5 | 50:9 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 51:5 | 52:8 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 53:3 | 53:14 | R | 52:23-53:2 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 57:10 | 57:20 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 58:4 | 58:7 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 62:2 | 62:5 | R, VAO | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 62:24 | 63:21 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 63:22 | 63:23 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 64:5 | 64:14 | R | 64:15-20 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 65:6 | 65:11 | K, S | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 73:17 | 73:24 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 75:8 | 75:14 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 77:1 | 77:10 | | 77:11-13 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 77:14 | 77:16 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 77:17 | 77:22 | | 77:23-78:3 | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 78:4 | 78:11 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 78:12 | 78:14 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 78:15 | 78:17 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 79:15 | 79:25 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 80:14 | 80:16 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 82:20 | 82:25 | BE, S | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 83:2 | 83:8 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 83:11 | 83:16 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 83:17 | 83:19 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 84:1 | 84:3 | PRIV | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 84:4 | 84:13 | PRIV | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 84:19 | 85:1 | PRIV | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 85:2 | 85:24 | PRIV | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |

| Sanho Designation Begin | Sanho Designation End | KaiJet Objection | KaiJet Counter Designation | Sanho Objection to KaiJet Counter-Designation | Ruling |
|---|---|---|---|---|---|
| 88:9 | 88:13 | PRIV | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 88:20 | 88:24 | PRIV | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 88:25 | 89:5 | | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 89:19 | 89:25 | R | | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |