UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**DECLARATION OF CHARLES AKINS IN SUPPORT OF KAIJET DEFENDANTS' MOTIONS IN LIMINE**

I, Charles "Chuck" Akins, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am a resident of the state of Georgia and I am over the age of majority. This declaration contains facts which are personally known to me. If called upon to testify to these facts, I could and would testify to the facts competently and under oath.

2. I am the Vice President of Global Sales and Marketing at KaiJet Technology International Limited, Inc. ("KaiJet US").

3. Best Buy is one of KaiJet US' largest customers and has been for over 10 years, having sold millions of products through Best Buy.

4. In my role, I work with the procurement team at Best Buy in order to sell KaiJet US' products to Best Buy. Over the last ten years, I have worked directly with multiple Best Buy procurement personnel. The procurement team is based out of Best Buy's corporate headquarters in Richfield, Minnesota.

5. As a supplier of Best Buy, KaiJet US has had extensive experience with receiving returned products from Best Buy. Returns are handled at the individual retail store level. Returns are collected at two Reverse Logistic Centers in Kentucky and California. To my knowledge, the corporate headquarters is not involved in day-to-day operations of returns process within the Best Buy.

6. To my knowledge, the Best Buy procurement personnel who make purchasing decisions about KaiJet US products on behalf of Best Buy are not involved in the day-to-day operations of the returns process, which is handled at the hundreds of retail stores across the United States and the two Reverse Logistic Centers.

7. I have reviewed ECF 506-7, which I understand to be photos of returned products that Best Buy sent to Sanho.

8. I understand that Sanho claims that the products shown in the photo on the document labeled SAN0059803 are products sold by KaiJet US. They are not. I know this because the two products shown do not have "j5create" logo stamped on them. All of the USB-C hubs that KaiJet US sells or has ever sold include the "j5create" stamp on the top of the product.

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and as to statements of belief, that I believe them to be correct.

Executed on June 18, 2024.

/s/ *Charles Akins*
Charles Akins

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

                     /s/ *Ryan P. Gentes*
                     Ryan P. Gentes (GA Bar No. 421695)
                     LEE & HAYES, P.C.
                     75 14th Street NE, Suite 2500
                     Atlanta, GA 30309
                     Telephone: (404) 815-1900
                     Email: ryan.gentes@leehayes.com

                     *Attorney for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*