UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**DECLARATION OF RYAN P. GENTES IN SUPPORT OF KAIJET DEFENDANTS' MOTIONS IN LIMINE**

I, Ryan Gentes, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am a resident of the state of Georgia and I am over the age of majority. I have personal knowledge of the facts set forth herein and I am competent to testify to the facts set forth herein.

2. I am an attorney at the law firm of Lee & Hayes, PLLC, and counsel of record for Defendant KaiJet Technology International Corporation in this litigation. I am a member in good standing with the State Bar of Georgia and have been admitted to practice before this Court. I make this declaration in support of KaiJet Defendants' Motions *in Limine*.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of excerpt of the Expert Report of Daniel J. Cenatempo, served August 29, 2022. This document has been designated as Restricted – Attorneys' Eyes Only and is being filed under seal.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of a document produced by Sanho Corporation bearing production numbers SAN0000158A-59A, noted as Plaintiff's Trial Exhibit 126.

5. I have reviewed ECF 389-13, which are two receipts that were attached to the June 28, 2018 email sent by Ms. Dillion found at ECF 512-22.

6.      The receipt on the left lists an SKU number of 6109303. This SKU number corresponds to Sanho's Hyperdrive product.

7.      Attached to this Declaration as Exhibit 3 is a true and correct copy of a print out of a Best Buy webpage for the HyperDrive product with the SKU number of 6109303, found at https://www.bestbuy.com/site/hyper-7-port-universal-usb-c-hub-usb-c-docking-station-for-laptops-space-gray/6109303.p?skuId=6109303.

8.      Attached to this Declaration as Exhibit 4 is a true and correct copy of a document produced by third party Select Sales bearing production numbers SELECT_0136-40, noted as Plaintiff's Trial Exhibit 116. This document has been designated as Restricted – Attorneys' Eyes Only and is being filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and as to statements of belief, that I believe them to be correct.

Executed on June 18, 2024.

/s/ *Ryan P. Gentes*
Ryan P. Gentes

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan P. Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*