# **EXHIBIT 2**

# New message about HyperDrive: Thunderbolt 3 USB-C Hub for 2016 MacBook Pro

From: **Ravi Budruk via Kickstarter** | notification@kickstarter.com

Wednesday, Jun 14, 2017, 10:35 PM

To: **email@sanho.com**



### Ravi Budruk says:

I have not received this Ultradrive yet. Please update me ASAP



Kickstarter · 58 Kent St, Brooklyn NY 11222 · www.kickstarter.com

Contact Us

Reply to this email to respond or view this message on Kickstarter.

If this message is spam, report it to Kickstarter.

**Amount pledged:** $69.00 to HyperDrive: Thunderbolt 3 USB-C Hub for 2016 MacBook Pro by HYPER by Sanho Corporation

**Reward:**

SAN0000158A

Bring one on the go. Get one (1) Silver or Space Gray HyperDrive, at 30% off the expected retail price of $99!

SAN0000159A