# EXHIBIT 3

Yardbird    Best Buy Outlet    Best Buy Business    Shop with an Expert



Menu          What can we help you find today?    🔍                    Conyers          Cart

Top Deals    Deal of the Day    Yes, Best Buy Sells That                Account    Recently Viewed    Order Status    Saved Items

Celebrate grads. Save up to $20 on Logitech accessories.    logitech    Shop now >

Best Buy ‣ Computers & Tablets ‣ Computer Accessories & Peripherals ‣ Cables & Connectors ‣ USB Hubs



Hyper

# Hyper - 7-Port Universal USB-C Hub - USB-C Docking Station for Laptops - Space Gray

Model: GN21D-GRAY   SKU: 6109303

**4.2** (1,393 Reviews)

$79.99          or          4 payments starting at
**$20.00**
with

**Learn more >**

**Availability**



| Pickup | Shipping |
|---|---|
| Ready **Tomorrow** | Get it by **Thu, Jun 20** |

**Pickup at** Conyers

🛒 Add to Cart          ♡ Save

📦 **More Buying Options**

Open Box from
**$47.99**          ⟩

## About this item

Use multiple devices at once with this Hyperdrive 7-in-1 USB-C hub. This hub incorporates a HDMI port for high-definition video output, two powered USB-C ports, two ultra-fast USB 3.1 ports, a MicroSD slot, an audio jack and more. Compact and easy to use, this Hyperdrive 7-in-1 USB-C has a small footprint, so it sits neatly on your workstation. This hub is compatible with most Windows, Chrome, Mac laptops, or any other device with a USB Type-C port (MacBook Air 13" 2016-2023, MacBook Pro 15-16" 2016-2023).

## Features                                    ⟩

## Specifications                              ⟩



Case 1:18-cv-05385-SDG   Document 544-5   Filed 06/18/24   Page 3 of 5

## Questions & Answers (109)　　　　　　　　　　　　　　　⟩

## Review Summary

**4.2**
1,393 reviews

| | |
|---|---|
| 5 | 845 |
| 4 | 255 |
| 3 | 136 |
| 2 | 73 |
| 1 | 84 |

**4.0** Value

**4.3**
Quality

**4.4**
Ease of Use

**82%** would recommend to a friend

### Top Mentions

 Usb ports (95)　　 Compatibility (62)　　 Portable (55)　　 Loose connecti...

The vast majority of our reviews come from verified purchases. Reviews from customers may include My Best Buy members, employees, and Tech Insider Network members (as tagged). Select reviewers may receive discounted products, promotional considerations or entries into drawings for honest,...

### See All Customer Reviews

    Write a Review



Celebrate grads.
Save up to $20 on Logitech accessories.

logitech    Shop Now

Sponsored



## Deals on related items



**USB Hubs deals**     **Outlet Deals**     **Top Deals**

Sponsored

**Visit our Support Center**       **Check your Order Status**       **Shipping, Delivery & Store Pickup**       **Returns & Exchanges**       **Price Match Guarantee**

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

My Best Buy Memberships

View Points & Certificates

Member Offers

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility

Sustainability

Sign in or Create Account

## Get the latest deals and more.

Enter email address

**Sign Up**

### Best Buy app
**Learn more ›**

Mobile Site       Best Buy Canada

Accessibility      Terms & Conditions      Privacy      Interest-Based Ads      State Privacy Rights      Health Data Privacy      Do Not Sell/Share My Personal Information      Limit Use of My Sensitive Personal Information      Targeted Advertising Opt Out      CA Supply Transpare

Case 1:18-cv-05385-SDG   Document 544-5   Filed 06/18/24   Page 5 of 5

In-store pricing may vary. Prices and offers are subject to change. © 2024 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

