# **EXHIBIT 4**

# Andy Miller

| | |
|---|---|
| **From:** | Andy Miller |
| **Sent:** | Wednesday, December 19, 2018 7:57 AM |
| **To:** | Chuck Akins |
| **Subject:** | Re: BBY Apple section price discussion |

We can just touch base today once you send everything and free you up tomorrow?

I'll check on orders

Andy Miller
Select Sales
Cell (612) 991-6843


On Dec 19, 2018, at 7:55 AM, Chuck Akins <chuck@j5create.com> wrote:

> If you need me to. You can handle it if you want.
>
> By the way, dawn told me we have only gotten mobile orders this week and wanted to check on the rest so we can get everything scheduled for the holiday week.  Can you check on that?
>
> Chuck Akins | Vice President, Sales & Marketing | chuck@j5create.com
> Cell: 678-749-4654 | Fax: 888-503-2135 | KaiJet Technology International Inc. | j5create.com
> j5create USA | 1025 Cobb International Dr. Suite 210, Kennesaw, GA 30152
> j5create Canada | 8145 130th St. Unit 14, Surrey, BC V3W 7X4
> j5create Europe | Satijnbloem 63, 3068 JP Rotterdam, Netherlands
>
> NOTICE - CONFIDENTIAL INFORMATION The information in this communication is strictly confidential and may be privileged. It is intended solely for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender of your erroneous receipt and proceed to permanently delete this electronic communication and destroy all hard copies.

1

SELECT_0136
RESTRICTED - ATTORNEYS EYES ONLY

Get Outlook for iOS

---

**From:** Andy Miller <amiller@select-sales.com>
**Sent:** Wednesday, December 19, 2018 8:52 AM
**To:** Chuck Akins
**Subject:** Re: BBY Apple section price discussion

Cool. You want to dial in at 9am CST tomorrow?

Andy Miller
Select Sales
Cell (612) 991-6843


On Dec 19, 2018, at 7:51 AM, Chuck Akins <chuck@j5create.com> wrote:

> Yes sir! I'll have it to you.
>
> Chuck Akins | Vice President, Sales & Marketing | chuck@j5create.com
> Cell: 678-749-4654 | Fax: 888-503-2135 | KaiJet Technology International Inc. | j5create.com
> j5create USA | 1025 Cobb International Dr. Suite 210, Kennesaw, GA 30152
> j5create Canada | 8145 130th St. Unit 14, Surrey, BC V3W 7X4
> j5create Europe | Satijnbloem 63, 3068 JP Rotterdam, Netherlands
>
> NOTICE - CONFIDENTIAL INFORMATION The information in this communication is strictly confidential and may be privileged. It is intended solely for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender of your erroneous receipt and proceed to permanently delete this electronic communication and destroy all hard copies.
>
> Get Outlook for iOS

---

SELECT_0137
RESTRICTED - ATTORNEYS EYES ONLY

**From:** Andy Miller <amiller@select-sales.com>
**Sent:** Wednesday, December 19, 2018 8:09:56 AM
**To:** Chuck Akins
**Subject:** Re: BBY Apple section price discussion

Hope all is going ok man!! Things still needed if possible:



Let me know when you want to touch base today

Andy Miller
Select Sales
Cell (612) 991-6843

On Dec 17, 2018, at 11:51 AM, Chuck Akins <chuck@j5create.com> wrote:

> Here is the chrome
>
> https://www.dropbox.com/sh/q1wkykwjehf5pa3/AAC7tN3o2W77IGYE_boISe4na?dl=0
>
>
> Chuck Akins | Vice President, Sales & Marketing | chuck@j5create.com
> Cell: 678-749-4654 | Fax: 888-503-2135 | KaiJet Technology International Inc. | j5create.com
> j5create USA | 1025 Cobb International Dr. Suite 210, Kennesaw, GA 30152
> j5create Canada | 8145 130th St. Unit 14, Surrey, BC V3W 7X4
> j5create Europe | Satijnbloem 63, 3068 JP Rotterdam, Netherlands
>
> NOTICE - CONFIDENTIAL INFORMATION The information in this communication is strictly confidential and may be privileged. It is intended solely for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please immediately

SELECT_0138
RESTRICTED - ATTORNEYS EYES ONLY

notify the sender of your erroneous receipt and proceed to permanently delete this electronic communication and destroy all hard copies.

Get Outlook for iOS

**From:** Andy Miller <amiller@select-sales.com>
**Sent:** Monday, December 17, 2018 12:16:54 PM
**To:** Chuck Akins
**Subject:** RE: BBY Apple section price discussion

Like the packaging! I see you have a couple models with a cable/cord now too huh? Pricing coming separately?

Andy Miller
Select Sales
amiller@select-sales.com
Cell (612) 991-6843

**From:** Chuck Akins [mailto:chuck@j5create.com]
**Sent:** Monday, December 17, 2018 11:06 AM
**To:** Andy Miller
**Subject:** Fwd: BBY Apple section price discussion

Chuck Akins | Vice President, Sales & Marketing | chuck@j5create.com

Cell: 678-749-4654 | Fax: 888-503-2135 | KaiJet Technology International Inc. | j5create.com

j5create USA | 1025 Cobb International Dr. Suite 210, Kennesaw, GA 30152

j5create Canada | 8145 130th St. Unit 14, Surrey, BC V3W 7X4

j5create Europe | Satijnbloem 63, 3068 JP Rotterdam, Netherlands

NOTICE - CONFIDENTIAL INFORMATION The information in this communication is strictly confidential and may be privileged. It is intended solely for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination,

4

SELECT_0139
RESTRICTED - ATTORNEYS EYES ONLY

distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender of your erroneous receipt and proceed to permanently delete this electronic communication and destroy all hard copies.

5

SELECT_0140
RESTRICTED - ATTORNEYS EYES ONLY