# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cv-05385-SDG
### Sanho Corporation v. Kaijet Technology International Limited, Inc.
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 07/02/2024.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 5:15 P.M.          COURT REPORTER: Jana Colter
TIME IN COURT: 6:10                       DEPUTY CLERK: Danielle Brye
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Ali Aalaei representing Sanho Corporation
Steven Hill representing Sanho Corporation
David Ludwig representing Sanho Corporation
John Mahaffey representing Sanho Corporation
Robert Carlson representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc.
Ryan Gentes representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc.
Johanna Tomlinson representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc.
Steven Philbin representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc.
Yitai Hu representing Magic Control Technology & Starview Global Limited
Charlena Thorpe representing Kaijet Technology International Corporation , Magic Control Technology, & Starview Global Limited

PROCEEDING CATEGORY: Pretrial Conference;

MOTIONS RULED ON:
[521]Motion to Exclude GRANTED IN PART & DENIED IN PART. Separate Order to follow.
[526]Motion to Exclude GRANTED IN PART & DENIED IN PART. Separate Order to follow.

MINUTE TEXT:
[542]Motion in Limine GRANTED IN PART & DENIED IN PART. Separate Order to follow.
[544]Motion in Limine GRANTED IN PART & DENIED IN PART. Separate Order to follow.

Pretrial Conference hearing held on July 2, 2024. The Court heard argument on pending motions. Plaintiff's Motion to Exclude the Testimony of Antonio

R. Sarabia II as an Expert [ECF 521] was GRANTED IN PART AND DENIED IN PART. Defendants' Motion to Exclude Expert Testimony of R. Jacob Baker and Peter Bressler [ECF 526] was DENIED WITHOUT PREJUDICE with respect to Baker and GRANTED IN PART AND DENIED IN PART with respect to Bressler. Defendants are granted leave to orally renew their motion concerning Baker before Plaintiff's rebuttal case opens. Plaintiff's Motion in Limine Omnibus - 11 Motions in Limine [ECF 542] was GRANTED IN PART AND DENIED IN PART: 1-Denied, 2-Denied Without Prejudice, 3-Denied, 4-Denied, 5-Granted, 6-Granted, 7-Granted,8-Granted, 9-Granted Without Prejudice, 10-Granted Without Prejudice, 11- Denied Without Prejudice. Defendants' Motion in Limine Omnibus - 16 Motions in Limine [ECF 544] was GRANTED IN PART AND DENIED IN PART: 1-Denied Without Prejudice, 2-Granted, 3-Denied Without Prejudice, 4-Granted, 5-Denied Without Prejudice, 6-Denied Without Prejudice, 7-Denied Without Prejudice, 8-Granted, 9-Granted In Part And Denied In Part, 10-Denied, 11,-Denied Without Prejudice, 12-Granted, 13-Denied Without Prejudice, 14-Granted, 15-Granted, 16-Denied Without Prejudice. To the extent Defendants believe they have a colorable basis to challenge Plaintiff's standing to assert certain claims, Defendants must file a motion concerning same by the close of the evidence. Pretrial Order to be entered separately.