UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100, <br><br> Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10, <br><br> Defendants. | Consolidated with <br> Case No. 1:20-cv-02150-TCB |

**KAIJET DEFENDANTS' PROPOSED SUPPLEMENT TO THE COURT'S JURY INSTRUCTIONS V.K: 9.33 (11TH CIR) – DAMAGES – DISGORGEMENT OF PROFITS**

It is Sanho's burden to show a causal relationship between the infringement of the copyright and KaiJet Defendants' profits. Sanho's burden to show a causal

connection is low, but it cannot be speculative. If you find that Sanho has failed to prove a causal connection between the infringement of its copyright and KaiJet Defendants' profits, you must not award any profits. If Sanho has met its initial burden of proving a causal relationship, then KaiJet Defendants may prove their deductible expenses and the elements of profit that are attributable to factors other than the copyrighted work. Any deductible expenses or profits shown to be attributable to other factors than the copyrighted work should be deducted from the profits you award to Sanho.

Source:

17 U.S.C. § 504(b) ("The copyright owner is entitled to recover … any profits of the infringer that are **attributable to the infringement** and are not taken into account in computing the actual damages. In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the **infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work**.") (emphasis added).

*Yellow Pages Photos, Inc. v. YP, LLC*, 856 F. App'x 846, 863 (11th Cir. 2021) ("In a claim for profits, the plaintiff must show a causal relationship between the infringement and profits. The initial burden placed on the copyright holder to show

some causal connection is low. However, a plaintiff may not seek gross revenues based entirely on a speculative connection to the plaintiff's claim.") (cleaned up).

Respectfully submitted, this 14th day of July, 2024.

/s/ *Ryan P. Gentes*
Ryan P. Gentes
GA Bar No. 421695
Robert A. Madayag, III
GA Bar No. 123699
William B. Dyer III
GA Bar No. 236915
Steven Philbin
GA Bar No. 516724
James Avery Rollins
GA Bar No. 776439
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com
Email: robm@leehayes.com
Email: bill.dyer@leehayes.com
Email:  steven.philbin@leehayes.com
Email:  james.rollins@leehayes.com

Robert J. Carlson
WSBA Number 18455
Admitted Pro Hac Vice
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: carlson@leehayes.com

Rhett V. Barney
WSBA Number 44764
Admitted Pro Hac Vice
Johanna Tomlinson

3

        WSBA Number 57582
Admitted Pro Hac Vice
Lee & Hayes, P.C.
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Telephone: (509) 324-9256
Email: rhettb@leehayes.com
Email: johanna.tomlinson@leehayes.com

*Attorneys for Defendants*
*KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Ryan P. Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Email: ryan.gentes@leehayes.com

*Attorney for Defendants*
*KaiJet Technology International Limited, Inc.*
*and KaiJet Technology International Corporation*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

/s/ *Ryan Gentes*
Ryan P. Gentes (GA Bar No. 421695)
LEE & HAYES, P.C.

*Attorney for Defendants*
*KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation*