# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cv-05385-SDG
### Sanho Corporation v. Kaijet Technology International Limited, Inc.
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 07/16/2024.

TIME COURT COMMENCED: 9:05 A.M.
TIME COURT CONCLUDED: 5:30 P.M.      COURT REPORTERS: Jana Colter & Judy
TIME IN COURT: 7:25                  Wolf DEPUTY CLERK: Danielle Brye
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ali Aalaei representing Sanho Corporation |
| | Steven Hill representing Sanho Corporation |
| | David Ludwig representing Sanho Corporation |
| | John Mahaffey representing Sanho Corporation |
| | Robert Carlson representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc. |
| | Ryan Gentes representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc. |
| | Johanna Tomlinson representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc. |
| | Steven Philbin representing Kaijet Technology International Corporation & Kaijet Technology International Limited, Inc. |
| | Yitai Hu representing Kaijet Technology International Taiwan & Starview Global Limited |
| | Charlena Thorpe representing Kaijet Technology International Corporation Taiwan & Starview Global Limited |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MOTIONS RULED ON: | [583]Motion in Limine DENIED AS MOOT |
| MINUTE TEXT: | Jury Trial continued July 16, 2024. Plaintiff's exhibits admitted: 95, 96, 102, 103, 116, 118, 501, 502(redacted), 503. Defendants' exhibits admitted: 93, 700, 702, 722, 731, 735, 736, 738, 772, 911, 936, 1098. Defendants witness Jessica Liu continued testimony. Defendants' witness Dr. Paul D. Franzon sworn and testified. Dr. Paul D. Franzon qualified as an Expert Witness. Defendants' witness Kevin Shankwiler sworn and testified. Kevin Shankwiler qualified as an Expert Witness. Defendants witness Ricky Charles (Chuck) Akins sworn and testified. Defendants witness Mike Pellegrino sworn and testified. Mike Pellegrino qualified as an Expert Witness. Jury dismissed for the day. The Court heard argument on Defendants request for judicial notice and Plaintiffs Motion in Limine [ECF 583] |

|  |  |
|---|---|
|  | Defendants request for judicial notice withdrawn and Plaintiffs Motion DENIED as MOOT. Trial recessed until Wednesday July 17, 2024, at 9:00 A.M. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00AM on Wednesday, July 17, 2024. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |