## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SANHO CORPORATION,

    Plaintiff,

             v.

KAIJET TECHNOLOGY INTERNATIONAL
LIMITED, INC., KAIJET TECHNOLOGY
INTERNATIONAL CORPORATION, and
STAR VIEW GLOBAL LIMITED,

    Defendants.

Civil Action No.
1:18-cv-05385-SDG

## JURY VERDICT FORM

I.    **PATENT**

  A.    **'290 Patent**

     1.    **Did Sanho prove by a preponderance of the evidence that Defendants infringed the '290 Patent?**

         **1.a.** As to **Kaijet U.S.**    Yes \_\_\_    No ✓

         **1.b.** As to **Kaijet Taiwan**    Yes \_\_\_    No ✓

         **1.c.** As to **Star View**    Yes \_\_\_    No ✓

        *If you answered "No" to Questions 1.a., 1.b., and 1.c., skip Questions 2–3.*

     2.    **Did Defendants prove by clear and convincing evidence that the '290 Patent is invalid?**

        Yes \_\_\_    No \_\_\_

        *If you answered "Yes" to Question 2, skip Questions 3.*

3.      Do you find by a preponderance of the evidence that the infringement of the '290 Patent was willful?

*Only answer this question as to any Defendant for which you answered "Yes" in Question 1.*

3.a. As to **Kaijet U.S.**           Yes ___      No ___

3.b. As to **Kaijet Taiwan**         Yes ___      No ___

3.c. As to **Star View**             Yes ___      No ___

B.    '618 Patent

4.      Did Sanho prove by a preponderance of the evidence that Defendants infringed the '618 Patent?

4.a. As to **Kaijet U.S.**           Yes ✓      No ___

4.b. As to **Kaijet Taiwan**         Yes ✓      No ___

4.c. As to **Star View**             Yes ✓      No ___

*If you answered "No" to Questions 4.a., 4.b., and 4.c., skip Questions 5–6.*

5.      Did Defendants prove by clear and convincing evidence that the '618 Patent is invalid?

Yes ___      No ✓

*If you answered "Yes" to Question 5, skip Questions 6.*

2

6.    Do you find by a preponderance of the evidence that the infringement of the '618 Patent was willful?

*Only answer this question as to any Defendant for which you answered "Yes" in Question 4.*

6.a. As to **Kaijet U.S.**          Yes _✓_    No ___

6.b. As to **Kaijet Taiwan**      Yes _✓_    No ___

6.c. As to **Star View**          Yes _✓_    No ___

C.    '875 Patent

7.    Did Sanho prove by a preponderance of the evidence that the Kaijet Defendants infringed the '875 Patent?

7.a. As to **Kaijet U.S.**          Yes ___    No _✓_

7.b. As to **Kaijet Taiwan**      Yes ___    No _✓_

*If you answered "No" to Questions 7.a. <u>and</u> 7.b., skip Questions 8–10.*

8.    Did the Kaijet Defendants prove by clear and convincing evidence that the '875 Patent is invalid?

Yes ___      No ___

*If you answered "Yes" to Question 8, skip Questions 9–10.*

9.    What amount, if any, do you award Sanho for infringement of the '875 Patent?

*Only answer this question as to any Defendant for which you answered "Yes" in Question 7.*

9.a. As to **Kaijet U.S.**:        $_____

9.b. As to **Kaijet Taiwan**:      $_____

10.     Do you find by a preponderance of the evidence that the infringement of the '875 Patent was willful?

*Only answer this question as to any Defendant for which you answered "Yes" in Question 7.*

    10.a. As to **Kaijet U.S.**          Yes \_\_\_\_      No \_\_\_\_

    10.b. As to **Kaijet Taiwan**     Yes \_\_\_\_      No \_\_\_\_

## II.  TRADEMARK

11.     Did Sanho prove by a preponderance of the evidence that the Kaijet Defendants infringed Sanho's registered trademark?

    11.a. As to **Kaijet U.S.**          Yes \_\_\_\_      No ✓

    11.b. As to **Kaijet Taiwan**     Yes \_\_\_\_      No ✓

12.     Did the Kaijet Defendants prove by a preponderance of the evidence that Sanho's trademark registration is invalid?

Yes \_\_\_\_     No ✓

*If you answered "No" to Questions 11.a. **and** 11.b., or if you answered "Yes" to Question 12, skip Questions 13–16.*

13.     Do you find that the infringement of Sanho's registered trademark was willful and deliberate?

*Only answer this question as to any Defendant for which you answered "Yes" in Question 11.*

    13.a. As to **Kaijet U.S.**          Yes \_\_\_\_      No \_\_\_\_

    13.b. As to **Kaijet Taiwan**     Yes \_\_\_\_      No \_\_\_\_

4

14.    **Do you find that the Kaijet Defendants were unjustly enriched as a result of the infringement of Sanho's registered trademark?**

*Only answer this question as to any Defendant for which you answered "Yes" in Question 11.*

**14.a.** As to **Kaijet U.S.**            Yes ___      No ___

**14.b.** As to **Kaijet Taiwan**       Yes ___      No ___

15.    **Do you find that an award of the Kaijet Defendants' profits is necessary to deter the Kaijet Defendants' future conduct?**

*Only answer this question as to any Defendant for which you answered "Yes" in Question 11.*

**15.a.** As to **Kaijet U.S.**            Yes ___      No ___

**15.b.** As to **Kaijet Taiwan**       Yes ___      No ___

16.    **What amount, if any, do you award Sanho as infringer's profits for the infringement of Sanho's registered trademark?**

*Only respond if you answered "Yes" to Question 11.a and "Yes" to at least one of Questions 13.a, 14.a., and 15.a:*

**16.a.** As to **Kaijet U.S.:**        $_____

*Only respond if you answered "Yes" to Question 17.b and "Yes" to at least one of Questions 13.b, 14.b., and 15.b:*

**16.b.** As to **Kaijet Taiwan:**    $_____

5

## III.    COPYRIGHT

17.    Did Sanho prove by a preponderance of the evidence that the Kaijet Defendants infringed Sanho's copyright?

17.a. As to **Kaijet U.S.**           Yes _✓_    No ___

17.b. As to **Kaijet Taiwan**       Yes _✓_    No ___

*If you answered "No" to Questions 17.a. <u>and</u> 17.b., skip Question 18.*

18.    What amount, if any, do you award Sanho as profits attributable to the KaiJet Defendants' infringement of Sanho's copyright?

*Only answer this question as to any Defendant for which you answered "Yes" in Question 17.*

18.a. As to **Kaijet U.S.**          $ 598,008

18.b. As to **Kaijet Taiwan**      $ 471,599

## IV.    GEORGIA UNFAIR COMPETITION

19.    Did Sanho prove by a preponderance of the evidence that the Kaijet Defendants violated Georgia's law against unfair competition?

19.a. As to **Kaijet U.S.**           Yes ___    No _✓_

19.b. As to **Kaijet Taiwan**       Yes ___    No _✓_

*If you answered "No" to Questions 19.a. <u>and</u> 19.b., skip Questions 20–21.*

20.    What amount, if any, do you award Sanho for violation of
Georgia's law against unfair competition?

*Only answer this question as to any Defendant for which you answered
"Yes" in Question 19.*

20.a. As to **Kaijet U.S.**                $_____

20.b. As to **Kaijet Taiwan**           $_____


21.    Did Sanho prove by clear and convincing evidence that the
violation of Georgia's law against unfair competition warrants the
award of punitive damages?

*Only answer this question as to any Defendant for which you answered
"Yes" in Question 19.*

21.a. As to **Kaijet U.S.**            Yes ____    No ____

21.b. As to **Kaijet Taiwan**         Yes ____    No ____


## V.    SPECIAL INTERROGATORY

22.    Did the KaiJet Defendants prove by clear and convincing evidence
that Daniel Chin's contribution to the conception of the '875
Patent was insignificant in light of the full scope of the design?

Yes ____      No _✓_


23.    Did Sanho prove by a preponderance of the evidence that Star
View sold or offered to sell in the United States any product
infringing the '290 or '618 Patents?

Yes _✓_      No ____

## VI.    SIGNATURE

*Sign and date the verdict form.*

SO SAY WE ALL.

Jury Foreperson: _____

Date: _____7/19/24_____

8