**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SANHO CORPORATION,

    Plaintiff,

          v.

KAIJET TECHNOLOGY INTERNATIONAL
LIMITED, INC.; KAIJET TECHNOLOGY
INTERNATIONAL CORPORATION; and
STAR VIEW GLOBAL LIMITED,

    Defendants.

Civil Action No.
1:18-cv-05385-SDG

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried, and the jury rendered its verdict partly in favor of Plaintiff Sanho Corporation [ECF 597]. By separate order entered today, the Court granted Sanho's motion for post-verdict relief as to pre- and post-judgment interest and an accounting Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Clerk of Court enter judgment in favor of Sanho, in the amount of $774,626.00 plus post-judgment interest against Defendant KaiJet Technology International Limited, Inc.; and in the amount of $610,883.00 plus post-judgment interest against Defendant KaiJet Technology International Corporation.

    **SO ORDERED** this 27th day of September, 2024.

_____
Steven D. Grimberg
United States District Judge