**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SANHO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.: 1:18-CV-05385-SDG |
| | ) | |
| KAIJET TECHNOLOGY | ) | |
| INTERNATIONAL LIMITED, INC., | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT STAR VIEW GLOBAL LIMITED'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OF NONINFRINGEMENT OF THE '618 PATENT

Star View adopts and incorporates by reference the arguments of its co-defendants as set forth in their brief (i.e., ECF No. 641 at pp. 15-17) in support of its renewed motion.

Respectfully submitted this 25[h] day of October, 2024.

Charlena Thorpe
Georgia Bar No. 760954

Incorporating Innovation LLC
with Charlena Thorpe, Patent Attorney
6340 Sugarloaf Parkway Suite 200, Duluth,
GA 30097
Tel: 770-325-2741
Fax:  770-325-2741
charlena@incorporatinginnovation.com

Yitai Hu (admitted *pro hac vice*)
Eponym Law Group
405 El Camino Real, Ste. 633
Menlo Park, CA 94025
(650) 575-1518
yitai@eponymlaw.com

*Attorneys for Defendant Star View Global
Limited*

## CERTIFICATE OF COMPLIANCE

Counsel certifies that the brief has been prepared with one of the font and

point selections approved by the court in LR 5.1(C).

## CERTIFICATE OF SERVICE

I certify that I have served **DEFENDANT STAR VIEW GLOBAL
LIMITED'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF
LAW OF NONINFRINGEMENT OF THE '618 PATENT** via the Court's
CM/ECF system on the date below, to opposing counsel of record.

Dated: October 25, 2024        By: Charlena Thorpe

Georgia Bar No. 760954
*Attorney for Defendant Star View Global Limited*

Incorporating Innovation LLC
with Charlena Thorpe, Patent Attorney
6340 Sugarloaf Parkway Suite 200, Duluth, GA
30097
Tel: 770-325-2741
Fax:  770-325-2741
charlena@incorporatinginnovation.com