UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100,<br><br>　　　　Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>　　　　Defendants. | Consolidated with<br>Case No. 1:20-cv-02150-TCB |

**DECLARATION OF JAMES AVERY ROLLINS IN SUPPORT OF KAIJET DEFENDANTS' OPPOSITION TO SANHO'S ITEMIZATION IN SUPPORT OF ITS MOTION FOR ATTORNEY FEES**

I, James Avery Rollins, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am a resident of the state of Georgia and I am over the age of majority. I have personal knowledge of the facts set forth herein and I am competent to testify to the facts set forth herein.

2. I am an attorney at the law firm of Lee & Hayes, PC, and counsel of record for Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation ("KaiJet Defendants") in this litigation. I am a member in good standing with the State Bar of Georgia and have been admitted to practice before this Court. I make this declaration in support of the KaiJet Defendants' Opposition to Sanho's Itemization in support of Its Motion for Attorney Fees.

3. Attached to this Declaration as Exhibit A is a true and correct copy of Exhibit 1 to Steven G. Hill's Declaration, filed as ECF 660-3, with additional annotations made by counsel for the KaiJet Defendants.

4. Attached to this Declaration as Exhibit B is a true and correct copy of Exhibit 1 to Ali Aalaei's Declaration, filed as ECF 660-8, with additional annotations made by counsel for the KaiJet Defendants.

I declare under the laws of the United States under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2024.

/s/ *James Avery Rollins*
James Rollins

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ *Robert J. Carlson*
Robert J. Carlson
WSBA Number 18455
Admitted *Pro Hac Vice*
LEE & HAYES, P.C.
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Email: carlson@leehayes.com

*Attorney for Defendants*
*KaiJet Technology International Limited, Inc.*
*and KaiJet Technology International*
*Corporation*