# HILL, KERTSCHER & WHARTON, LLP
A LIMITED LIABILITY PARTNERSHIP

3625 CUMBERLAND BLVD., SE, SUITE 1050
ONE OVERTON PARK
ATLANTA, GA 30339
TELEPHONE: (770) 953-0995 · FACSIMILE: (770) 953-1358
www.hkw-law.com

*Steven G. Hill*                                                                      sgh@hkw-law.com

December 16, 2024

Courtroom Deputy Clerk
United States District Court - Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re:    *Sanho Corporation v. Kaijet Technology International Limited, Inc., et al.*
               **United States District Court for the Northern District of Georgia;**
               **CAFN# 1:18-cv-05385-SDG-Consolidated with CAFN # 1:20-cv-02150-TCB**

Dear Sir/Madam:

      Pursuant to Local Rule 83.1(E)(4), I respectfully request that the above referenced case not be calendared during the periods of:

- **December 25 - 27, 2024** (holiday time off)
- **December 30, 2024 - January 3, 2025** (travel abroad)
- **January 6, 2025 - January 10, 2025** (travel abroad)
- **January 13 – 14, 2025** (travel abroad)
- **January 27 – 31, 2025** (travel abroad)
- **April 14 – 18, 2025** (travel abroad)
- **April 21 – 25, 2025** (travel abroad)
- **April 28 - May 2, 2025** (travel abroad)

      Do not hesitate to contact the undersigned if there are any questions.

                                                               Sincerely,

                                                              Steven G. Hill

SGH/ep

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10,<br><br>      Defendants.<br><br>This Document Relates to *C.A. No. 1:18-cv-05385-SDG* | **C.A. No. 1:18-cv-05385-SDG**<br><br>Consolidated with<br>C.A. No. 1:20-cv-02150-TCB<br><br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date caused to be served upon all counsel a true and correct copy of the within and foregoing with the Clerk of the Court using the CM/ECF system that automatically sends e-mail notification of such filing to counsel of record.

This 16th day of December, 2024.

                                            Respectfully submitted,

                                            */s/ Steven G. Hill*
                                            Steven G. Hill
                                            GA Bar No. 354658
                                            *Attorney for Plaintiff*