UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANHO CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC., dba "j5create;" and DOES 1-100, <br><br> Defendants, | Case No. 1:18-cv-05385-SDG |
| SANHO CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC.; KAIJET TECHNOLOGY INTERNATIONAL CORPORATION; MAGIC CONTROL TECHNOLOGY; STARVIEW GLOBAL LIMITED, each doing business as "J5Create;" and DOES 1-10, <br><br> Defendants. | Consolidated with <br> Case No. 1:20-cv-02150-TCB |

**KAIJET DEFENDANTS' FIFTH REPORT IN COMPLIANCE WITH**

**THE COURT'S SEPTEMBER 27, 2024 OPINION AND ORDER**

Defendants KaiJet Technology International Limited, Inc. and KaiJet Technology International Corporation ("KaiJet Defendants") hereby submit this fifth report in compliance with the Court's September 27, 2024 Opinion and Order.[1] The submission of this report, as ordered, is not intended as, and does not constitute, waiver of any objection by the KaiJet Defendants to any judgment of infringement, or waiver of any challenge to the validity of the '618 design patent.

The KaiJet Defendants confirm that during the third calendar quarter of 2025, they made zero sales of units of model JCD382 and zero sales of units of model JCD389.

Respectfully submitted, this 31st day of October, 2025.

/s/
 Elizabeth H. Rader
Calliope Legal
Telephone: 650-346-9926
Email: elizabeth@callioplaw.com

*ATTORNEY FOR DEFENDANTS*
*KAIJET TECHNOLOGY INTERNATIONAL*
*LIMITED, INC. AND KAIJET*
*TECHNOLOGY INTERNATIONAL*
*CORPORATION*

1

## CERTIFICATE OFSERVICE

I hereby certify that on October 31, 2025, I filed a true and correct copy of the foregoing document with the CM/ECF filing system of this Court, which will serve an electronic copy to all attorneys of record.

/s/ Elizabeth H. Rader
Elizabeth H. Rader
Calliope Legal
Telephone: 650-346-9926
Email: elizabeth@calliopelaw

*ATTORNEY FOR DEFENDANTS KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. AND KAIJET TECHNOLOGY INTERNATIONAL CORPORATION*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

/s/ Elizabeth H. Rader
Elizabeth H. Rader
Telephone: 650-346-9926
Email: elizabeth@calliopelaw.com

*ATTORNEY FOR DEFENDANTS KAIJET TECHNOLOGY INTERNATIONAL LIMITED, INC. AND KAIJET TECHNOLOGY INTERNATIONAL CORPORATION*